UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC., | |
| Plaintiffs, | Civil Action No. 05-11717-REK |
| v. | |
| SEARS, ROEBUCK AND COMPANY, SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION, | |
| Defendants. | |

## DEFENDANTS' LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), defendant and counterclaimant Sears, Roebuck and Company, a non-public New York corporation, and defendant KMart Holding Corporation, a non-public Delaware corporation, hereby advise the court that they are both wholly-owned by defendant Sears Holdings Corporation, a publicly held Delaware corporation. There are no public companies that own ten percent (10%) or more of the stock of defendant Sears Holdings Corporation.

RESPECTFULLY SUBMITTED:
SEARS HOLDINGS CORPORATION and
KMART HOLDING CORPORATION,
Defendants, and SEARS, ROEBUCK AND CO.,
Defendant/Counterclaimant,
By their attorneys:

/s/ Annapoorni R. Sankaran
Gary R. Greenberg, BBO #209420
A. John Pappalardo, BBO # 338760
Annapoorni R. Sankaran, BBO #631065
GREENBERG TRAURIG, LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

DATED:  August 22, 2005

CERTIFICATE OF SERVICE

I Annapoorni R. Sankaran, hereby certify that on August 22, 2005, I served a copy of the foregoing by first class mail, postage-prepaid upon:

James F. O'Brien, Esq.
410 park Avenue, Suite 1530
New York, NY 10022

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran