UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11717REK

ROBERT J. VILA and B.V.T.V., INC. )
)
Plaintiffs, )
)
v. )
)
SEARS, ROEBUCK AND CO., )
SEARS HOLDINGS CORPORATION )
and KMART HOLDING COPORATION )
Defendants. )

## PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 7.3

In accordance with this Court's Local Rule 7.3, Plaintiff B.V.T.V.,Inc. states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

B.V.T.V., INC.

By its attorney,

*[signature]*
James F. O'Brien (BBO # 375765)
410 Park Avenue, Suite 1530
New York, New York 10022
212 813 9300
212 813 1907 (fax)

Dated: August 19, 2005

CERTIFICATE OF SERVICE

I, James F. O'Brien, counsel for plaintiffs, hereby certify that on August 19, 2005 I served a true copy of the foregoing Plaintiff's Statement upon Gary Greenberg, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110 counsel for defendants by first class mail, postage prepaid.

_____
James F. O'Brien