UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ROBERT J. VILA and B.V.T.V., INC.,

    Plaintiffs,

v.

SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION,

    Defendants.

Civil Action No. 05-11717-REK

## CERTIFICATION

We, the undersigned, Annapoorni R. Sankaran, counsel for defendants Sears, Roebuck and Co. ("Sears"), Sears Holdings Corporation and Kmart Holding Corporation and John P. Carreon, Senior Counsel of Sears, hereby affirm that we have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs as those outlined in LR 16.4.

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran, BBO# 631065
Greenberg Traurig LLLP
One International Place, 20th Floor
Boston, MA 02110


John P. Carreon, Senior Counsel
Sears, Roebuck and Co.

### CERTIFICATE OF SERVICE

I Annapoorni R. Sankaran, hereby certify that on October 11 2005, I served a copy of the foregoing by first class mail, postage-prepaid upon:

James F. O'Brien, Esq.
410 Park Avenue, Suite 1530
New York, NY 10022

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran