UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION,<br><br>    Defendants. | Civil Action No. 05-11717-REK |

**JOINT STATEMENT**

In accordance with Local Rule 16.1 and FED. R. CIV. P. 16(b), (c) and FED. R. CIV. P. 26(f), plaintiffs Robert J. Vila ("Vila") and B.V.T.V., Inc. ("BVTV") (collectively "Plaintiffs"), and defendants Sears, Roebuck and Co. ("Sears"), Sears Holdings Corporation ("SHC") and Kmart Holding Corporation ("KHC") (collectively "Defendants") hereby submit this joint statement.

**I.    AGENDA**

The matters to be discussed at the Scheduling Conference on October 19, 2005, will include but will not be limited to discovery, use of phasing of discovery, filing of motions, consenting to trial by Magistrate Judge and the use of alternative dispute resolution procedures. In addition, the plaintiffs plan to submit a motion for leave to file an amended complaint prior to the Scheduling Conference.

    **A.    PROPOSED DISCOVERY PLAN**

It is stipulated and agreed by and between Plaintiffs and Defendants that the following deadlines should apply to the various stages of discovery described below. The parties do not

believe that the present limitation of eight (8) hour depositions is practical. Instead, the parties propose that each party may take up to ten (10) depositions each, lasting up to fifteen (15) hours per deposition. Unless otherwise agreed between the parties and/or permitted or ordered by the Court, the various stages of discovery shall be completed no later than the deadlines indicated.

**PHASE I**

| | |
|---|---|
| Automatic Disclosure pursuant to Local Rule 26.2 to be made by plaintiff and defendants by | October 21, 2005 |
| Requests to produce documents for inspection and copying under FED. R. CIV. P. 34 to be served by | November 8, 2005 |
| Interrogatories under FED. R. CIV. P. 33 to be served by | December 30, 2005 |
| Responses to document requests under FED. R. CIV. P. 34 to be served by | thirty days after initial request |
| Answers to interrogatories under FED. R. CIV. P. 33 to be served by | thirty days after initial request |
| Depositions of fact and/or lay witnesses to be concluded by | March 31, 2006 |
| Requests for admissions under FED. R. CIV. P. 36 to be served by | April 14, 2006 |
| Responses to requests for admissions under FED. R. CIV. P. 36 to be served by | thirty days after initial request |

**PHASE II**

| | |
|---|---|
| Plaintiff's Answers to expert interrogatories, expert disclosures, and reports of plaintiff's experts to be provided to defendants by | April 14, 2006 |
| Answers to interrogatories, expert disclosures, and defendants' experts to be provided to plaintiff by | April 28, 2006 |
| Depositions of expert witnesses to be completed by | May 31, 2006 |

**DISPOSITIVE MOTIONS**

| | |
|---|---|
| Dispositive motions can be filed by any party at any time up to and including | June 16, 2006 |
| Oppositions to dispositive motions to be filed | within thirty (30) days of service of the dispositive motion. |

**FINAL PRETRIAL CONFERENCE** ..........................................................By August 1, 2006

**TRIAL**............................................................................................................September 2006

      **B.**     **TRIAL BY MAGISTRATE JUDGE**

At this tile, the parties have not yet made a decision regarding whether they will consent to submitting the case for trial by a Magistrate Judge.

      **C.**     **ALTERNATIVE DISPUTE RESOLUTION**

The parties will make diligent efforts at the appropriate time to come to an agreement on the various alternative dispute resolution procedures set forth in Local Rule 16.4.

**II.**    **CERTIFICATION**

The parties and their respective counsel will submit separate certifications stating that they each have conferred with a view of establishing a budget for the costs of conducting the full course (and various alternative courses) of this litigation, and to consider the resolution of this litigation through the use of alternative dispute resolution programs, in advance of or at the October 19, 2005 scheduling conference in this matter.

| | |
|---|---|
| **RESPECTFULLY SUBMITTED:**<br>ROBERT J. VILA and B.V.T.V., INC.,<br>Plaintiffs/ Defendants-in-Counterclaim,<br>By their attorneys:<br><br>/s/ James F. O'Brien<br>James F. O'Brien, BBO #375765<br>410 Park Avenue, Suite 1530<br>New York, NY 10022<br>(212) 813-9300<br>(212) 813-1907 (fax) | **RESPECTFULLY SUBMITTED:**<br>SEARS HOLDINGS CORPORATION and<br>KMART HOLDING CORPORATION,<br>Defendants, and SEARS, ROEBUCK AND<br>CO., Defendant/Counterclaimant,<br>By their attorneys:<br><br>/s/ Annapoorni R. Sankaran<br>Gary R. Greenberg, BBO #209420<br>A. John Pappalardo, BBO # 338760<br>Annapoorni R. Sankaran, BBO #631065<br>GREENBERG TRAURIG, LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000<br>(617) 310-6001 (fax) |