UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11717REK

ROBERT J. VILA and B.V.T.V., INC. )
)
Plaintiffs, )
)
v. )
)
SEARS, ROEBUCK AND CO., )
SEARS HOLDINGS CORPORATION )
and KMART HOLDING COPORATION )
Defendants. )

**PLAINTIFFS' CERTIFICATION OF CONFERENCE**

Plaintiffs Robert J. Vila and B.V.T.V., Inc. and their counsel, James F. O'Brien, hereby certify that they have conferred with a view to establishing a budget for the full course and various alternative courses of this litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ROBERT J. VILA

B.V.T.V., INC.

By
Robert J. Vila
President

                                    */s/ James F. O'Brien*
                                  James F. O'Brien (BBO # 375765)
                                  410 Park Avenue, Suite 1530
                                  New York, New York 10022
                                  212 813 9300

Dated: October 11, 2005           212 813 1907 (fax)

## CERTIFICATE OF SERVICE

I, James F. O'Brien, counsel for plaintiffs, hereby certify that on October 11, 2005 I served a true copy of the foregoing Plaintiffs' Certification upon Gary Greenberg, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110 counsel for defendants by first class mail, postage prepaid.

                                                            */s/ James F. O'Brien*
                                                            James F. O'Brien