UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC., <br><br> Plaintiffs, <br><br> v. <br><br> SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION, <br><br> Defendants. | Civil Action No. 05-11717-REK |

**DEFENDANTS' INITIAL DISCLOSURE STATEMENT PURSUANT TO RULE 26(a)**

Defendants Sears, Roebuck and Co. ("Sears"), Sears Holding Corporation ("SHC") and Kmart Holding Corporation ("KHC") (collectively "Defendants"), hereby submits their Initial Disclosure Statement pursuant to FED. R. CIV. P. 26(a)(1).

A. **NAME, ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS.**

1. Mark Rode
   Sears, Roebuck and Co.
   3333 Beverly Road
   Hoffman Estates, IL 60179
   PH: (847) 286-3447
   Mr. Rode has knowledge of the negotiation of contracts with plaintiff Robert J. Vila ("Vila") and B.V.T.V., Inc. ("BVTV").

2. Glori Katz
   Sears, Roebuck and Co.
   3333 Beverly Road,
   Hoffman Estates, IL 60179
   Ms. Katz has knowledge of the negotiation of contracts with plaintiff Vila and BVTV.

3. Fred Ciba
   Sears, Roebuck and Co.

          3333 Beverly Road,
Hoffman Estates, IL 60179
Mr. Ciba has knowledge of the negotiation of contracts with plaintiff Vila and BVTV.

4. Richard Anderson
Sears, Roebuck and Co.
3333 Beverly Road,
Hoffman Estates, IL 60179
Mr. Anderson has financial knowledge regarding Vila's and BVTV's contracts.

5. Judy Davis
Sears, Roebuck and Co.
3333 Beverly Road,
Hoffman Estates, IL 60179
Ms. Davis has financial knowledge regarding Vila's and BVTV's contracts.

6. Andrew Ginger (formerly employed by Sears )
Mr. Ginger has knowledge of the negotiations with Vila and BVTV.

7. Drew Farkas
Senior Counsel
Sears Holdings Corporation
3333 Beverly Road,
Hoffman Estates, IL 60179
Mr. Farkas has knowledge of the negotiations and termination of agreements with Vila and BVTV.

8. Robert Rathke
Kmart
Mr. Rathke has knowledge of the negotiations and termination of agreements with Vila and BVTV.

9. William Patterson (formerly employed at Sears)
Mr. Patterson has knowledge of the negotiations of agreements with Vila and BVTV.

10. William Crowley
Sears Holdings Corporation
3333 Beverly Road,
Hoffman Estates, IL 60179
Mr. Crowley has knowledge of the negotiations and termination of agreements with Vila and BVTV.

11. Ogilvy & Mather
309 West 49th Street

       New York, NY 10019
Ogilvy & Mather, the advertising agency for Defendant Sears, Roebuck and Co., has knowledge of the negotiations of the Bob Villa Spokesperson Agreement.

12. Ole Riise
Ogilvy & Mather
309 West 49th Street
New York, NY 10019
Mr. Riise has knowledge of the negotiations and agreement concerning the Bob Villa Spokesperson Agreement and the Bob Villa Syndicated Television Agreement.

13. Robert J. Vila

14. BVTV

15. All witnesses listed in Plaintiff's Initial Rule 26 Disclosure Statement.

B. **COPY AND/OR DESCRIPTION BY CATEGORY OF ALL DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS IN POSSESSION, CUSTODY OR CONTROL OF THE DEFENDANT.**

1. The Bob Villa Spokesperson Agreement dated September 29, 1989, as amended.

2. The Bob Villa Syndicated Television Programs Agreement dated September 29, 1989, as amended.

3. A video recording, which appeared on September 11, 2005, on Fox News Channel at 11 p.m. E.S.T., of Plaintiffs airing a new episode of a home improvement show incorporating Sears' HOME AGAIN trademark after Defendants requested that he refrain from doing so.

4. Correspondence and documents concerning the negotiation of the amendments to the Bob Villa Syndicated Television Programs Agreement.

5. Documents reflecting all payments and calculations of payments made to Robert J. Vila pursuant to the Bob Vila Syndicated Television Programs Agreement.

6. Documents reflecting all payments and calculations of payments made to Robert J. Vila pursuant to the Bob Vila Spokesperson Agreement.

7. Files concerning Robert J. Vila, his performance under the Bob Vila Syndicated Television Programs Agreement and the Bob Vila Spokesperson Agreement, the

      negotiation of the terms of the same, and any other negotiations with Mr. Vila, as well as payments made under both agreements.

8.    Documents relating to or concerning the "Home Again" trademark.

**C.    <u>COMPUTATION OF DAMAGES.</u>**

1.    Damages related to Vila's and BVTV's violation of Sears' trademark, breach of contract, conversion, palming off, unjust enrichment, and violation of MASS. GEN. L. ch. 93A, including attorneys fees. As discovery is ongoing, Sears reserves the right to supplement this disclosure.

**D.    <u>INSURANCE AGREEMENTS.</u>**

1.    There are no insurance agreements available to satisfy all or part of any judgment against Defendants. There are also no insurance agreements available to indemnify or reimburse Defendants for any payments made to satisfy any judgment against them.

**E.    <u>EXPERT WITNESSES.</u>**

1.    Defendants have not identified an expert witness as of the date of this disclosure statement, but reserves the right to name such expert at a later date.

                                        SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, AND KMART HOLDING CORPORATION, Defendants/Counterclaimant
By their attorneys,

/s/ Annapoorni R. Sankaran
Gary R. Greenberg, BBO #209420
A. John Pappalardo, BBO # 338760
Annapoorni Sankaran, BBO #631065
GREENBERG TRAURIG, LLP
One International Place, 20th floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (facsimile)

-5-

CERTIFICATE OF SERVICE

    I Annapoorni R. Sankaran, hereby certify that on October 21, 2005, I served a copy of the foregoing by first class mail, postage-prepaid upon:

James F. O'Brien, Esq.
410 park Avenue, Suite 1530
New York, NY 10022

                                      /s/ Annapoorni R. Sankaran
                                      Annapoorni R. Sankaran