UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11717-REK

_____

)
ROBERT J. VILA and B.V.T.V., INC.          )
                                           )
              Plaintiffs,                  )
                                           )
                                           )
v.                                         )
                                           )
                                           )
SEARS, ROEBUCK AND CO.,                    )
SEARS HOLDINGS CORPORATION                 )
 and KMART HOLDING COPORATION              )
              Defendants.                  )
_____)

### PLAINTIFF ROBERT J. VILA'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Robert J. Vila., by his attorney  and pursuant to F.R.C.P Rule 56(a) hereby

moves for summary judgment to enter in his favor on Counts I, II, III and VI of

Plaintiffs' First Amended Complaint.

As grounds therefore, as more fully set forth in the Affidavit of Robert J. Vila and the

exhibits thereto, the Affidavit of James F. O'Brien and the exhibits thereto, Plaintiff's

Statement of Material Facts and Plaintiff's Memorandum of Reasons filed herewith,

Plaintiff says as follows:

1. There is no genuine dispute of material fact that  the terms of the Spokesperson

Agreement between Plaintiff Robert J. Vila and Defendant Sears, Roebuck and Co.

provide that by July 1, 2005, Robert J. Vila was to be paid the sum of $948,750 and

Plaintiff Robert J. Vila is entitled to judgment on Count I of the First Amended Complaint as a matter of law.

2. There is no genuine dispute of material fact that the terms of the Spokesperson Agreement between Plaintiff Robert J. Vila and Defendant Sears, Roebuck and Co. provide that, by January 1, 2006, Robert J. Vila was to be paid the sum of $1,043,625 and Plaintiff Robert J. Vila is entitled to judgment on Count I of the First Amended Complaint as a matter of law.

3. There is no genuine dispute of material fact that Defendant Sears, Roebuck and Co. has repudiated its future obligations to Plaintiff Robert J. Vila pursuant to the terms of the Spokesperson Agreement between Plaintiff Robert J. Vila and Defendant Sears, Roebuck and Co. and Plaintiff Robert J. Vila is entitled to judgment on Count II of the First Amended Complaint as a matter of law.

4. There is no genuine dispute of material fact that Defendant Sears, Roebuck and Co. has breached the implied covenant of good faith and fair dealing inherent in the Spokesperson Agreement between Plaintiff Robert J. Vila and Defendant Sears, Roebuck and Co. and Plaintiff Robert J. Vila is entitled to judgment on Count III of the First Amended Complaint as a matter of law.

5. There is no genuine dispute of material fact that Defendant Sears, Roebuck and Co. has knowingly and intentionally engaged in unfair and deceptive acts or practices in violation of M.G.L. c. 93A, §§ 2 and 11 and  Plaintiff Robert J. Vila is entitled to judgment as to Defendant Sears, Roebuck and Co. on Count VI of the First Amended Complaint as a matter of law.

## REQUEST FOR ORAL ARGUMENT

Plaintiff respectfully requests that he be granted oral argument on the within Motion.

ROBERT J. VILA

By his attorney,

/s/ James F. O'Brien
James F. O'Brien (BBO # 375765)
410 Park Avenue, Suite 1530
New York, New York 10022
212 813 9300
Dated: February 22, 2006    jfob1@aol.com

## CERTIFICATE OF CONFERENCE

I, James F. O'Brien, counsel for Plaintiffs, hereby certify, pursuant to Local Rule 7.1(A)(2), that I have conferred with Gary Greenberg, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110, counsel for defendants, and have attempted in good faith to resolve or narrow the issues which are the subject of the within Motion for Partial Summary Judgment.

/s/ James F. O'Brien
James F. O'Brien

## CERTIFICATE OF SERVICE

I, James F. O'Brien, counsel for Plaintiffs, hereby certify that, on February 22, 2006, I served a true copy of the foregoing Motion for Partial Summary Judgment upon Gary Greenberg, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110, counsel for defendants, by overnight mail, postage prepaid and electronically.

/s/ James F. O'Brien
James F. O'Brien

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11717-REK

_____
                                                    )
ROBERT J. VILA and B.V.T.V., INC.      )
                                                    )
                        Plaintiffs,              )
                                                    )
                                                    )
v.                                                 )
                                                    )
                                                    )
SEARS, ROEBUCK AND CO.,            )
SEARS HOLDINGS CORPORATION    )
 and KMART HOLDING COPORATION  )
                        Defendants.           )
_____)


**PLAINTIFF ROBERT J. VILA'S STATEMENT OF MATERIAL FACTS IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT**


In accordance with this Court's Local Rule 56.1, Plaintiff Robert J. Vila ("Vila") states

that the following are the material facts of record as to which Plaintiff contends there is

no genuine issue to be tried:


1. On or about September 29, 1989, Vila entered into an agreement with defendant

    Sears, Roebuck and Co., ("Sears") whereby Vila was to render professional services

    as a spokesperson, participant and performer in connection with the advertising of

    Sears' products by way of, among other things, television and radio commercials,

videos, still photographs and personal appearances (the "Spokesperson Agreement"). (Vila Aff. ¶ 3, Ex. A, p.1).

2. The Spokesperson Agreement has been extended and amended by Sears and Vila numerous times and, by its terms is due to expire on December 31, 2009. (Vila Aff. ¶4, Ex. A, Tab 10, p.1).

4. A true copy of the Spokesperson Agreement is attached as Exhibit A to the Affidavit. of Robert J. Vila. (Vila Aff. ¶ 5, Ex. A).

5. The Spokesperson Agreement requires that Sears pay Vila the sum of $1,897,500 for the calendar year 2005. (Vila Aff. ¶ 8, Ex. A, Tab 10, p. 1).

6. The Spokesperson Agreement requires that 50% of that sum be paid by January 1, 2005 and that the remaining 50% be paid by July 1, 2005. (Vila Aff. ¶ 8, Ex. A, Tab 10, p.2).

7. On or about January 1, 2005, Sears paid Vila the sum of $948,750 as required by the Spokesperson Agreement. (Vila Aff. ¶ 9).

8. On or about March 24, 2005, defendant Sears was acquired by defendant Kmart Holding Corporation. (Vila Aff. ¶ 10).

9. Since that acquisition and despite demand, Sears has refused to pay Vila the balance which was due by July 1, 2005 under the Spokesperson Agreement in the amount of $948,750. (Vila Aff. ¶ 11).

10. The Spokesperson Agreement requires that Sears pay Vila the sum of $2,087,250 for the calendar year 2006. (Vila Aff. ¶ 16, Ex. A, Tab 10, p. 1).

11. The Spokesperson Agreement requires that 50% of that sum ($1,043,625) be paid by January 1, 2006 and that the remaining 50% be paid by July 1, 2006. (Vila Aff. ¶ 17, Ex. A, Tab 10, p.2).

12. On July 18, 2005, this action was commenced in the Dukes County Superior Court. (Vila Aff. ¶12).

13. On August 17, 2005 Defendants removed this action to this Court. (Vila Aff. ¶13).

14. On August 19, 2005. Defendant SHLD sent Vila a faxed letter claiming, among other things, that Sears was cancelling the Spokesperson Agreement. (Vila Aff. ¶14, Ex. B).

15. Notwithstanding Sears alleged termination of the Spokesperson Agreement on August 19, 2005, Sears has continued to exploit the name and likenesses of Vila on Sears' website  craftsman.com, without compensation to Vila. (Vila Aff. ¶ ¶15, 18, 21 and 22, Ex. C).

16. By letter dated February 8, 2006, Vila made demand upon Sears for payment of the sum of $2,069,233.70 representing the payments due Vila under the Spokesperson Agreement and interest at the statutory rate of 12% per annum, calculated as of January 31, 2006. (Vila Aff. ¶18).

17. Notwithstanding demand duly made, Sears has not responded to such demand, much less made any payment to Vila on account thereof. (Vila Aff. ¶19).

18. The home improvement television series produced by Plaintiff B.V.T.V., Inc. and starring Bob Vila, formerly known as *Bob Vila's Home Again* is currently airing nationwide with the title *Bob Vila.*

ROBERT J. VILA
By his attorney,


/s/ James F. O'Brien_____
James F. O'Brien (BBO # 375765)
410 Park Avenue, Suite 1530
New York, New York 10022
212 813 9300
Dated: February 22 , 2006                           jfob1@aol.com




CERTIFICATE OF SERVICE


I, James F. O'Brien, counsel for plaintiffs, hereby certify that on February 22, 2006, I served a true copy of the foregoing Plaintiff's Statement of Material Facts  upon Gary Greenberg, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110 counsel for defendants by overnight mail, postage prepaid and electronically.


/s/ James F. O'Brien
James F. O'Brien

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11717-REK

_____
                                                    )
ROBERT J. VILA and B.V.T.V., INC.        )
                                                    )
                    Plaintiffs,                )
                                                    )
                                                    )
v.                                                )
                                                    )
                                                    )
SEARS, ROEBUCK AND CO.,                 )
SEARS HOLDINGS CORPORATION         )
 and KMART HOLDING COPORATION     )
                    Defendants.               )
_____)


**_AFFIDAVIT OF JAMES F. O'BRIEN_**


James F. O'Brien, being duly sworn, deposes and says as follows:

1.   I am an attorney and a member of the bar of the Supreme Judicial Court of the

Commonwealth of Massachusetts, the bar of the State of New York, the United States

District Court  for the District of Massachusetts and the United States District Court for

the Southern District of New York.

2.   I am counsel for the Plaintiffs Robert J. Vila and B.V.T.V., Inc. in this action.

3.   I make this affidavit based upon my personal knowledge of the facts set forth herein

     and in support of Plaintiff's Motion for Partial Summary Judgment.

4.   The documents attached to this Affidavit are true copies of documents produced or generated by Defendants in this action and are marked as Deposition Exhibits (Dep. Ex.___) 36, 49, 62, 57, 75, 110, 112 and 142.


/s/ James F. O'Brien
James F. O'Brien


State of New York
County of New York                                                  February 22, 2006


Then personally appeared before me James F. O'Brien, known to me, who took oath and said that he has read the foregoing Affidavit and that the factual statements therein are true of his personal knowledge.

/s/ Laura Caldera
Laura Caldera
01CA5073745
My Commission Expires 03/03/07


CERTIFICATE OF SERVICE

I, James F. O'Brien, counsel for plaintiffs,  hereby certify that on February 22, 2006 I served a true copy of the foregoing Affidavit upon Gary Greenberg, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110 counsel for defendants by overnight mail, postage prepaid and electronically

/s/ James F. O'Brien
James F. O'Brien

om:          WCC
nt:          Saturday, April 16, 2005 1:45 PM
:            'MRODE@sears.com'
:            'lpadil4@sears.com'
bject:       Re Vila Contract

n you send me the excel sheet with the comparison of extending vs. not extending the
oduction for another year.

at do we think the economics are to him?

ease also send me the contract.

would like to figure out the cheapest way to get out of this agreement.
--------------------------------
lliam C. Crowley
L Investments
c@eslinvest.com
3-861-4603

-----Original Message-----
om: MRODE@sears.com <MRODE@sears.com>
: WCC <WCC@eslinvest.com>
nt: Fri Apr 15 12:41:57 2005
bject: Vila Contract

ll,

just wanted to follow up on the short analysis that was sent your way on the Bob Vila
tuation. Bob has requested a response today on the production portion of the agreement
r the 2005-2006 season. I recognize there are a number of moving parts to this and want
make sure you have full disclosure of the facts (as well as a contact name for
estions).
nine had requested that we bundle the show and the spokesperson/library agreement to
ximize leverage. However, this has caused Bob to get behind on the show's production.
ditionally, Bob's representatives have agreed to take a reduction on monies he is
ntractually owed from the 2004-2005 season in order to move the 2005-2006 season
rward. Which makes the leverage point somewhat moot.

ile bundling them makes it neater, if we would like to take more time to evaluate the
brary v spokesperson agreement portion of the deal, I recommend we move forward on the
oduction agreement. I have already convinced them to take $.25 on the dollar and may be
le to cut a little deeper.

ease let me know how you would like me to proceed.  Thanks

rk P. Rode
aftsman Brand Manager
47) 286-3447



EXHIBIT
#36 iD
1-24-06
Blumberg No. 5208

SEARS-1725

**Sent:** Fri, 06 May 2005 04:11:55 GMT
**From:** Mark Rode
**To:** lpadilla@searshc.com@SEARS
**CC:**
**BCC:**
**Subject:** Bob Vila Agreement

There is a clause in one of the amendments which says if the show is "cancelled" we can terminate the spokesperson agreement. The clause was written to cover us if Bob was no longer marketable and we couldn't sell the show. Since we own the name and pay for syndication, Rob Rathke believes that if we "cancel" the show that would allow us to get out of the remainder of the spokesperson agreement.

I believe Bob has value, but I doubt I can carry they day with blood in the water. See you at 8.


Mark P. Rode
Craftsman Brand Manager
(847) 286-3447


----- Forwarded by Mark Rode/Marketing/SEARS on 05/05/2005 11:05 PM -----


To:                                                                              **Red**

cc:
Subject:  Bob Vila Agreement


**Redacted**



SEARS-2157

# SEARS HOLDINGS CORPORATION

Michael W. Klar
Vice President - Deputy General Counsel,
Litigation and Government Affairs
Law Department

Sears Holdings Corporation
3333 Beverly Road, B6-312A
Hoffman Estates, Illinois 60179
Telephone. (847) 286-8272
Fax: (847) 286-0268
mklar@sears.com

August 19, 2005

<u>CERTIFIED MAIL RETURN RECEIPT REQUESTED &</u>
<u>BY FACSIMILE</u>

Mr. Robert Vila
c/o Ronald E. Feiner, Esq
Kaufman, Feiner, Yamin, Gildin & Robbins
777 Third Avenue
New York, NY 10017

Dear Mr. Vila:

Please be advised that, as a result of your conduct, Sears, Roebuck and Co. ("Sears") hereby notifies you of its election to terminate and cancel the Bob Vila Spokesperson Agreement ("Spokesperson Agreement") effective on the date of your receipt of this notice. Sears has learned that you have engaged in substantial misconduct under the agreement, including your violation of Sears' trademark in the Home Again name. As a result of this material breach of the Spokesperson Agreement, Sears was under no obligation to pay for your services beginning on July 1, 2005. In addition, under Article VII(6) of the Spokesperson Agreement, which permits Sears to terminate the agreement in response to any material breach thereunder, Sears hereby terminates the Spokesperson Agreement.

Article VII.7 of the Spokesperson Agreement grants to Sears an independent right to terminate the Spokesperson Agreement if you are "involved in any situation" that "reflect[s] unfavorably upon [Sears'] reputation." The provision states also that Sears' "decision on all matters arising under this paragraph shall be conclusive and shall be based on our judgment as to whether or not your act or involvement has harmed or may be harmful in a significant respect." Sears has determined that your false accusation that Sears knowingly and intentionally deceived you -- which you have insisted on airing notwithstanding Sears' good faith attempt to avoid litigation and adverse publicity -- will "reflect unfavorably upon [Sears'] reputation." Accordingly, by this letter, Sears terminates the Spokesperson Agreement on the independent basis that you have made false accusations that may significantly harm Sears' reputation.



EXHIBIT
#62 ID
1-24-06

In addition to Sears' right to terminate the Spokesperson Agreement pursuant to Article VII(6) and (7), Sears also retains and reserves any and all other grounds for termination arising out of your conduct.

Finally, pursuant to Paragraph 7 of Amendment IX to the Spokesperson Agreement, incorporated by Paragraph 4 of Amendment X to the Spokesperson Agreement, if "the Bob Vila Home Again television show is canceled for any reason," Sears has the right to terminate the Spokesperson Agreement effective on December 31 after the notice of cancellation. Paragraph 7 of Amendment IX to the Spokesperson Agreement (emphasis added). As set forth above, Sears has exercised its right to terminate the Spokesperson Agreement immediately pursuant to Article VII(6) and (7). However, should Sears' cancellation pursuant to Articles VII(6) and (7) be deemed ineffective for any reason, Sears hereby exercises its rights under Paragraph 7 of Amendment IX to the Spokesperson Agreement, incorporated by Paragraph 4 of Amendment X to the Spokesperson Agreement, and hereby cancels the Bob Vila Home Again television (confirming prior advice to you). Pursuant to that cancellation, under no circumstances, would the Spokesperson Agreement be effective beyond December 31, 2005.

Sincerely yours,

Michael W. Kier /OPC

Michael W. Kier

P 0000289

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/2/2005 | 90 |

| VENDOR # |
|----------|
| 000531772 |

BILL TO:

Mr. Fred Ciba, Executive Producer
SEARS, ROEBUCK & CO.
Department 727ACS; Location D2-131B
3333 Beverly Road
Hoffman Estates, IL 60179



| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 0.5 | PERSONAL SPOKESPERSON CONTRACT - YEAR 2005, PAYMENT #2 | 1,897,500.00 | 948,750.00 |
| 1 | LESS: Union Dues | -189,939.75 | -189,939.75 |
| | DUE: July 1, 2005 | | |
| | PLEASE MAKE CHECK PAYABLE TO: | | |
| | BOB VILA (VENDOR #000531772) 115 KINGSTON STREET BOSTON MA 02111 | | |

OK To Pay Approval
PLEASE PRINT

Charge Dept. # 727R
Account # 03593101
JA # 5122025
Approval Name FRED CIBA
Signature
Date 6/20/05
Other: ATM, CR, etc.
Special Terms 3 DAYS!

EXHIBIT
#57 1D
1-24-06

**SEARS 0464**

| | | **Total** | $758,810.25 |

**Sears, Roebuck & Co**

# Memo

**To:**   Janine Bousquette

**From:** Andy Ginger

**CC:**   Henry Ferris

**Date:** 02/07/05

**Re:**   Bob Vila's Home Again TV Show Contract

---

Currently, this show is a self-liquidating property for Sears. We pay BVTV to produce the show. We sell the shows to CBS/Kingworld. They syndicate and sell advertising on the show and pass revenue to Sears, which offsets our cost.

Earlier, we met with you and secured approval to negotiate a limited extension of 1-2 years vs. the proposed, longer term.

As with other long-term deals, since the merger announcement, as directed, we have been holding back the contract completion on this. We cannot hold back on taking action any longer. Both BVTV and CBS are past the limit on their timing for decisions.

There are two options:

1. Complete the extensions with BVTV and CBS. They are negotiated and ready to sign.

2. Release BVTV to make alternative arrangements.

We have indicated to BVTV that the first option is unlikely in the current situation.

If we choose the second option, we will likely need to release some or all of our ownership within the current contract. A new sponsor will likely want the rights to the 15-year library that we own with BVTV. This will be viewed as a corporate asset being released and will need to be approved in the same fashion as other long-term contracts.

We need to discuss ASAP. I believe we will formally hear from BVTV's attorney on this in the next day or two.



EXHIBIT
#75 ID
1-30-06 RMC

● Page 1

SEARS-2473

ark

om:          lpadilla@sears.com
nt:          Saturday, April 02, 2005 11 09 AM
:            WCC
bject:       Re: Bob Vila and ▇▇▇▇▇▇▇ Contract Details

nd him back to Cuba? Kidding, we are in process of renegotiating our commitment to
nimize our exposure of fees and lenght of time. I will review with you on monday.

------------------------------
nt from my BlackBerry Wireless Handheld

----- Original Message -----
om: "WCC" [WCC@eslinvest.com]
nt: 04/02/2005 09:04 AM
: <lpadilla@sears.com>
bject: FW: Bob Vila and ▇▇▇▇▇▇▇ Contract Details

at is the best way to reduce our exposure to Vila?

lliam C. Crowley
c@eslinvest.com
 203-861-4603
  917-536-8033

----Original Message-----
om: Eddie
nt: Wednesday, March 30, 2005 11:47 AM
: WCC
bject: FW: Bob Vila and ▇▇▇▇▇▇▇ Contract Details

ke sure you look at the proposed renegotiated deal with Bob Vila to see if it makes
nse.

----Original Message-----
om: ▇▇▇▇▇▇▇▇▇▇
nt: ▇▇▇▇▇▇▇▇▇▇
: ▇▇▇▇▇▇▇▇▇▇
: ▇▇▇▇▇▇▇▇▇▇
bject: ▇▇▇▇▇▇▇▇▇▇

Redacted

EXHIBIT

#110 JD
1-31-06 RMC

SEARS-1760

**Sears, Roebuck & Co**

# Memo

**To:** Luis Padilla

**From:** Andy Ginger

**CC:** Janine Bousquette

**Date:** 04/04/05

**Re:** Vila Negotiation

---

Per your request, attached shows where we are. Need input to move forward. Also, need to know if we should prepare for approval through the new contract approval process announced this morning.

**Background:** Current show deal is not bringing Sears a break-even bottom line. Overall investment rising. Spokesperson contract runs through 2009. Sears wants to re-structure to a business arrangement that provides reduced expense. Sears wants to exchange ownership in the TV show library for reduction in future obligations.

Timing urgent. CBS/Kingworld has sold–out 2005-06 season to advertisers and has prepared to clear in syndication for this fall.

Achieved Sears original financial targets going into negotiation:

- Breakeven potential for 2005 on Home Again
- Breakeven on a final, one-year extension for the TV show
- Significant reductions in spokesperson expense for 2006-2009
- Total agreed reduction in expense of $5.3 to $5.5 MM
    - Exceeds Sears est. valuation of 50% ownership in the library by $500 K

Recommended next steps:

- Agree on financials
- Negotiate to retain current exclusivity process (1)
- Negotiate to retain 20 days per year (2)
- Prioritize these as stated above, using days to hold exclusivity



EXHIBIT
#112 ID
1-31-06 RMC

● Page 1

SEARS-2431

Recap of Vila Negotiation

|  | Current Contractual Obligation | Current Negotiated Status | Reduction |
|---|---|---|---|

2004-5 Home Again Incentive

|  | Current Contractual Obligation | Current Negotiated Status | Reduction |
|---|---|---|---|
| Minimum | 425,000 | 0 | 425,000 |
| Maximum | 625,000 | 0 | 625,000 |

Spokesperson Fee

|  | Current Contractual Obligation | Current Negotiated Status | Reduction |
|---|---|---|---|
| 2006 | 2,087,250 | 1,043,625 | 1,043,625 |
| 2007 | 2,295,975 | 1,147,988 | 1,147,987 |
| 2008 | 2,525,572 | 1,262,786 | 1,262,786 |
| 2009 | 2,778,129 | 1,389,065 | 1,389,064 |
| Total | 9,686,926 | 4,843,464 | 4,843,462 |

Spokesperson Days

|  | Current Contractual Obligation | Current Negotiated Status | Reduction |
|---|---|---|---|
| 2006 | 35 | 17.5 | 17.5 |
| 2007 | 35 | 17.5 | 17.5 |
| 2008 | 35 | 17.5 | 17.5 |
| 2009 | 35 | 17.5 | 17.5 |
| Total | 140 | 70 | 70 |

| Library Ownership | 50/50 | 100% BVTV | As Proposed By Sears |
|---|---|---|---|

| Show Production Extension | | 1 Year Extension | As Proposed By Sears |
|---|---|---|---|

| Exclusivity Approval Process | Sears 100% review and appoval not to be unreasonbly witheld | Vila proposes to relax for mortgage, finance, banking. automotive | Sears does not wish to relax process |
|---|---|---|---|

SEARS-2432

egotiation

| Current Contractual Obligation | Sears Proposal | Reduction | Current Negotiated Status | Reduction | Difference |
|---|---|---|---|---|---|

jain Incentive

| Current Contractual Obligation | Sears Proposal | Reduction | Current Negotiated Status | Reduction | Difference |
|---|---|---|---|---|---|
| 425,000 | 0 | 425,000 | 0 | 425,000 | 0 |
| 625,000 | 0 | 625,000 | 0 | 625,000 | 0 |

Fee

| Current Contractual Obligation | Sears Proposal | Reduction | Current Negotiated Status | Reduction | Difference |
|---|---|---|---|---|---|
| 2,087,250 | 1,387,250 | 700,000 | 1,043,625 | 1,043,625 | -343,625 |
| 2,295,975 | 1,295,975 | 1,000,000 | 1,147,988 | 1,147,987 | -147,988 |
| 2,525,572 | 925,572 | 1,600,000 | 1,262,786 | 1,262,786 | 337,214 |
| 2,778,129 | 0 | 2,778,129 | 1,389,065 | 1,389,064 | 1,389,065 |
| 9,686,926 | 3,608,797 | 6,078,129 | 4,843,464 | 4,843,462 | 1,234,666 |

Days

| Current Contractual Obligation | Sears Proposal | Reduction | Current Negotiated Status | Reduction | Difference |
|---|---|---|---|---|---|
| 35 | 30 | 5 | 17.5 | 17.5 | -13 |
| 35 | 30 | 5 | 17.5 | 17.5 | -13 |
| 35 | 30 | 5 | 17.5 | 17.5 | -13 |
| 35 | 0 | 35 | 17.5 | 17.5 | 18 |
| 140 | 90 | 50 | 70 | 70 | -21 |

| | | | | | |
|---|---|---|---|---|---|
| 50/50 | 100% BVTV | | 100% BVTV | As Proposed By Sears | None |

| | | | | |
|---|---|---|---|---|
| | | | 1 Year Extension | As Proposed By Sears |

| | | | | |
|---|---|---|---|---|
| Sears 100% review and appoval not to be unreasonbly witheld | No Change | | Vila proposes to relax for mortgage, finance, banking. automotive | Sears does not wish to relax process |

SEARS-2433



**If Assets are sold outright**

| | # of Episodes | Average value of each episode ($) | Total $ Value (MM) |
|---|---|---|---|
| Season's 1-5 | 140 | 15,000 | 2,100,000 |
| Season's 6-8 | 78 | 20,000 | 1,560,000 |
| Season's 10-12 | 78 | 25,000 | 1,950,000 |
| Season's 13-14 | 52 | 35,000 | 1,820,000 |
| Season's 15-16 | 52 | 45,000 | 2,340,000 |
| **Total Value** | | | 9,770,000 |

**If Assets are rented than sold**

| | # of Episodes | Average value of each episode ($) | Total $ Value (MM) |
|---|---|---|---|
| Season's 1-5 | 140 | 5,000 | 705,000 |
| Season's 6-8 | 78 | 12,500 | 975,000 |
| Season's 10-12 | 78 | 20,000 | 1,560,000 |
| Season's 13-14 | 52 | 30,000 | 1,560,000 |
| Season's 15-16 | 52 | 35,000 | 1,820,000 |
| **Total Rental Value** | | | 6,615,000 |
| **Residual Value** | | | 2,500,000 |
| **Total Value** | | | 9,115,000 |

SEARS-2434

| Expenses | Paid By | Paid To | 2002 Original Est. | 2002 Final 12/02 | 2003 Revised 05/15 | 2003 Final 12/06 | 2004 Original Est. | 2004 Estimate Rev 12/09/04 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First Run Production | Sears | BVTV | $1,519,000 | $1,519,000 | $1,519,000 | $1,519,000 | $1,519,000 | $1,519,500 | $0 | $0 | $0 | $0 |
| Eyemark Guarantee | Netted | Eyemark | $675,000 | $552,002 | $675,000 | $392,432 | $400,000 | $474,865 | $0 | $0 | $0 | $0 |
| Eyemark Commission | Netted | Eyemark | $135,000 | $143,520 | $128,050 | $102,032 | $102,000 | $123,455 | $0 | $0 | $0 | $0 |
| Eyemark Revenue | Netted | Eyemark | $265,000 | $276,000 | $240,000 | $196,216 | $196,000 | $237,432 | $0 | $0 | $0 | $0 |
| Nielsen Ratings | Netted | Nielsen | $73,000 | $73,000 | $75,000 | $40,400 | $40,000 | $40,000 | $0 | $0 | $0 | $0 |
| Satellite Fees | Netted | Various | $62,000 | $62,802 | $76,000 | $40,400 | $40,000 | $40,000 | $0 | $0 | $0 | $0 |
| Incentive | Sears | BVTV | $1,080,000 | $900,000 | $800,000 | $625,000 | $625,000 | $725,000 | $0 | $0 | $0 | $0 |
| Eyemark Cable Commission | Netted | Eyemark | $479,375 | $479,375 | $333,125 | $333,125 | $349,375 | $349,375 | $178,750 | $200,000 | $375,000 | $200,000 |
| Retilling Expense | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Store Brochures | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Mailer Exposures | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Preprint Ads for Show | | | $0 | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Expenses | | | $4,288,375 | $4,005,699 | $3,846,175 | $3,248,605 | $3,271,375 | $3,509,627 | $178,750 | $200,000 | $375,000 | $200,000 |
| | | | | | | | | | | | | |
| Revenue | | | | | | | | | | | | |
| First Run Ad Revenue Units 1&2 | Eyemark | Sears | $675,000 | $552,002 | $500,000 | $392,432 | $385,000 | $474,865 | $0 | $0 | $0 | $0 |
| First Run Ad Revenue Units 3-6 | Eyemark | Sears | $1,300,000 | $1,104,002 | $985,000 | $784,863 | $785,000 | $949,731 | $0 | $0 | $0 | $0 |
| First Run Ad Revenue Unit 7 | Eyemark | Sears | $350,000 | $276,000 | $240,000 | $196,216 | $200,000 | $237,432 | $0 | $0 | $0 | $0 |
| TLC Cable Revenue | Eyemark | Sears | $1,917,500 | $1,917,500 | $1,332,500 | $1,332,500 | $1,397,500 | $1,397,500 | $715,000 | $800,000 | $1,500,000 | $800,000 |
| Total Revenue | | | $4,242,500 | $3,849,504 | $3,057,500 | $2,706,011 | $2,767,500 | $3,059,528 | $715,000 | $800,000 | $1,500,000 | $800,000 |
| | | | | | | | | | | | | |
| Net Revenue | | | -$45,875 | -$156,195 | -$788,675 | -$542,594 | -$503,875 | -$450,099 | $536,250 | $600,000 | $1,125,000 | $600,000 |
| | | | | | | | | | | | | |
| Who Gets What: | | | | | | | | | | | | |
| BVTV Base | | | $2,599,000 | $2,419,000 | $2,319,000 | $2,144,000 | $2,144,000 | $2,244,500 | $0 | $0 | $0 | $0 |
| BVTV Split of Net Revenue | | | -$22,938 | -$78,098 | -$394,338 | -$271,297 | -$251,938 | -$225,050 | $268,125 | $300,000 | $562,500 | $300,000 |
| Sears Split of Net Revenue | | | -$22,938 | -$78,098 | -$394,338 | -$271,297 | -$251,938 | -$225,050 | $268,125 | $300,000 | $562,500 | $300,000 |

SEARS-2435

# Proposal To Vila Currently In Play

## Positioning:

Sears situation is evolving rapidly. Current investment in the show is not bringing Sears a break-even bottom line. Overall investment keeps rising. Trend line is not acceptable and needs to change. We want to re-structure our relationship to a business arrangement that makes basic fiscal sense. *(Proposal uses show equity to pre-pay/reduce Sears expense by $6.5 MM.)*

## Proposal:

- Sears wants to exchange ownership in the library for reduction in future obligations.
- Sears believes the library is worth $12 MM or more in the market...Sears equity is $6.0 MM (06-07), but only on a break-even basis *(Cable contracts have been in the range of $10 M over 5 years. We have 390 episodes. This values them at $30 K each...an aggressive average. They cannot collect revenue on this until 2007.)*
- Sears will extend Home Again 1 year on a break-even basis. *(Eliminates 2009 obligation of $2.8 MM.)*

## What Sears Wants In Exchange:

- Reductions of spokesperson fee as follows: 2006 - $700 K, 2007 = $1.0 K, 2008 = $1.6 MM *(This reduces them to: $1.4, $1.3, $0.9)*
- End the spokesperson agreement at the end of 2008.
- Eliminate any future incentive due in 2005 on Home Again revenue *(Estimated at $425 K, goes to within $175 K of break-even.)*

## In addition to releasing it's library rights, Sears offers, and is negotiable on, the following:

- Reduce by 5 personal service days per year, 2005-2008, for a total of 20 days *(They will negotiate for relaxed exclusivity in non-competitive categories. These have no value without this)*

SEARS-2436

To:
cc:
Subject:

f we do not continue paying for the production, can he step in and still produce, or do
e control that decision? Not without an agreement from us.
f he produces more shows, do they go into the library/ Yes, and would be half owned by us
f we pay for production.
hat are the plans for syndicating the library?  We would like to sell but it is
ncumbered until '06 What do we think the value of the library is?  $4M-$8M  How did we
ome to that value? Past sales, rental, current environment.
hat do we think the impact of another year of programming will be on the library/ It's
he best asset and it keeps our spokesperson on TV
an we trade a portion of our ownership of the library to eliminate our continuing spokes
erson obligation?  Some, but not all.

gain, I would like to review the contract.  Do we have any rights under the contract that
ght help us in this negotiation? We do not appear to have much leverage.

lliam C. Crowley
cc@eslinvest.com <mailto:wcc@eslinvest.com>
  203-861-4603
  917-536-8033

_____

*Redacted*

rom:
ent:
:
:
bject:

To:
cc:

Subject:

2-2-06

EXHIBIT NO. 142

D. BRIDGES

SEARS-1758

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11717-REK

_____
                                        )
ROBERT J. VILA and B.V.T.V., INC.       )
                                        )
                Plaintiffs,             )
                                        )
                                        )
v.                                      )
                                        )
                                        )
SEARS, ROEBUCK AND CO.,                 )
SEARS HOLDINGS CORPORATION              )
 and KMART HOLDING COPORATION           )
                Defendants.             )
_____)

### PLAINTIFF ROBERT J. VILA'S MEMORANDUM OF REASONS IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Robert J. Vila ("Vila")  has brought a Motion for Partial Summary Judgment as to Counts I, II, III and VI of Plaintiffs' eleven count First Amended Complaint against Defendants. As is demonstrated by the First Amended Complaint, the Affidavit of Robert J. Vila and the exhibits thereto, Plaintiff's Statement of Material Facts, the Affidavit of James F. O'Brien and the exhibits thereto and this Memorandum, there is no genuine issue of material fact in dispute as to Counts I,II, III,  and VI of Plaintiffs' First Amended Complaint and Plaintiff Robert J. Vila is entitled to the entry of judgment thereon as a matter of law.

### INTRODUCTION

Robert J. Vila  has been, for over 15 years, the national spokesperson for Defendant Sears, Roebuck and Co., ("Sears"), making personal appearances, radio, television and

print commercials and videos promoting Sears and certain of its products. Vila is also the president of Plaintiff BVTV which, for over 15 years, has been the producer of the nationally syndicated television series, *Bob Vila's Home Again* (the "Series") sponsored by Sears. The Series is presently airing nationwide under the title *Bob Vila.* Since 1989, Vila, BVTV and Sears, one of the nation's largest retailers, enjoyed a mutually beneficial and satisfactory relationship. In the Spring of 2005, Sears was acquired by Defendant Kmart Holding Corporation ("Kmart"). In connection with that acquisition, a new company was organized, Defendant Sears Holdings Corporation ("SHLD"). SHLD now owns 100% of the stock of Sears and Kmart. Beginning before the consummation of the acquisition of Sears by Kmart and continuing to the present, Kmart and then SHLD caused Sears to breach and repudiate Sears' continuing contractual obligations to Vila and BVTV. After months of unsuccessfully attempting to have Sears honor its contractual obligations to Vila and BVTV, this action was commenced on July 18, 2005 in Dukes Superior Court. On August 4, 2005, counsel for all Defendants requested of and were granted by Plaintiffs' counsel an extension of time to respond to Plaintiffs' Complaint to and including August 22, 2005. There then ensued two weeks of discussions in an effort to resolve the issues which were the subject of the original Complaint. Those discussions were unsuccessful and, on August 17, 2005, the Defendants removed the action to this Court.

On August 19, 2005, Defendant SHLD sent a fax letter to Vila, purporting, among other things, to terminate the Spokesperson Agreement and repudiating all future obligations to Vila under the Spokesperson Agreement. On August 22, 2005, Defendants filed their Answer and Defendant Sears filed a multi-count counterclaim against Plaintiffs.

On October 20, 2006, Plaintiffs filed their First Amended Complaint and Defendants subsequently filed their Answer and Defendant Sears reiterated its multi-count Counterclaim against Plaintiffs.

On February 8, 2005, Vila learned that Defendant Sears continued to exploit Vila's name and image on its website, craftsman.com. On that same date Vila made demand upon Sears for compensation pursuant to the Spokesperson Agreement. Defendants did not respond.

In accordance with F.R.C.P. Rule 56(a), Vila  has filed and served his Motion for Partial Summary Judgment.

## FACTS RELEVANT TO COUNTS I, II, III AND VI
#### I  (Breach of contract with Robert J. Vila)
#### II  (Repudiation of Contract with Robert J. Vila)
#### III (Breach of the Implied Covenant of Good Faith and Fair Dealing)
#### VI   (Violation of M.G.L. c. 93A)

1. On or about September 29, 1989, Vila entered into an agreement with Defendant Sears,  whereby Vila was to render professional services as a spokesperson, participant and performer in connection with the advertising of Sears' products by way of, among other things, television and radio commercials, videos, still photographs and personal appearances (the "Spokesperson Agreement"). (First Amend. Comp. ¶ 9 ; Vila Aff. ¶¶ 3 and 5, Ex. A, p.1)

2. The Spokesperson Agreement has been extended and amended by Sears and Vila numerous times and currently is due to expire on December 31, 2009. (First Amend. Comp. ¶ 10, Vila Aff. ¶4 , Ex. A, Tab 10).

3.  Since 1989, Vila has continually and fully performed and  remains ready, willing

and able to perform his obligations to Sears pursuant to the Spokesperson Agreement. (First Amend. Comp. ¶10 , Vila Aff. ¶ 6).

4.   The Spokesperson Agreement includes a so-called "Pay or Play" provision that Sears will not be required to request Vila's services at any time or to utilize Vila's services or the product of Vila's services and that Sears' only obligation shall be to make the payments required pursuant to the Spokesperson Agreement. (First Amend. Comp. ¶ 9, Vila Aff., Ex. A, p.7,¶ VII, subparagraph 2.)

5.   The Spokesperson Agreement requires that Sears pay Vila the sum of  $1,897,500 for the calendar year 2005 and  that 50% of that sum be paid by January 1, 2005 and that the remaining 50% be paid by July 1, 2005. ( First Amend. Comp. ¶¶ 31-34 , Vila Aff. ¶ 8, Ex. A, Tab 10, pp. 1 and 2)

6.   On or about January 1, 2005, Sears paid Vila the sum of $948,750 as required by the Spokesperson Agreement. (First Amend. Comp. ¶ 33, Vila Aff. ¶ 9 ).

7.   In February 2005, prior to the consummation of the acquisition of Sears by Kmart, Kmart and SHLD caused Sears to advise BVTV and Vila that Sears wanted to renegotiate the terms of both the Syndication Agreement and the Spokesperson Agreement. (First Amend. Comp. ¶¶ 23-26).

8.  On or about March 24, 2005, Defendant Sears was acquired by Defendant Kmart . (Vila Aff. ¶ 10 ).

9.  Since that acquisition and despite demand, Sears has refused to pay Vila the balance which was due by July 1, 2005 under the Spokesperson Agreement in the amount of $948,750. (First Amend. Comp. ¶ 34, Vila Aff. ¶ 11  ).

10. On July 18, 2005, this action was commenced in the Dukes County Superior Court.

(Vila Aff. ¶ 12).

11. On August 17, 2005 Defendants removed this action to this Court. (Vila Aff. ¶ 13).

12. On August 19, 2005. Defendant SHLD sent Vila a faxed letter claiming, among other things, that Sears was cancelling the Spokesperson Agreement. By that letter, Sears totally repudiated its past, present and future obligations to Vila under the Spokesperson Agreement.  (First Amend. Comp. ¶ 40, Vila Aff. ¶14, Ex. B).

13. Notwithstanding its alleged termination of the Spokesperson Agreement, Sears has continued to exploit the name and likenesses of Vila on Sears' website,  craftsman.com, without compensation to Vila. (Vila Aff. ¶¶ 15, 18, 21 and 22, Ex. C).

## **ARGUMENT**

It is axiomatic that a party is entitled to summary judgment under Fed.R.C..P. Rule 56 when "the pleadings, depositions, answers to interrogatories, and admissions on file, together with affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law."  Barbour v. Dynamics Research Corp., 63 F.3d 32, 36 (1st Cir. 1995)(quoting Fed.R.C..P. 56(c)), cert denied, 516 U.S.1113 (1996).  In order to prevail on his Motion for Partial Summary Judgment, Plaintiff must show that there is an absence of evidence to support Defendants' position.  Rogers v. Fair, 902 F.2d 140, 143 (1st Cir. 1990); see also Celotex Corp. v. Catrett, 477 U. S. 317, 325 (1986).  Once Plaintiff has done so, the burden shifts to Defendants, which may not rest upon mere allegations or denials in their pleadings, but must come forward with specific facts showing there is a genuine dispute of a material fact that must be resolved at trial.  Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 256

(1986).  A fact is material if it affects the outcome of the litigation under the governing

law.  <u>Anderson</u>, 477 U. S. at 248.  A dispute is genuine if a fair minded jury could return

a verdict on the evidence presented.  <u>Id</u>., at 252.  <u>See also</u> <u>Rogers</u>, 902 F.2d at 143 (where

evidence is merely colorable or is not significantly probative, summary judgment is

warranted).  If the non-movant fails to meet its burden, summary judgment is appropriate.

<u>Celotex</u>, 477 U. S. at 322.

## I  <u>Breach of Contract</u>

At the time of its failure and refusal to make the July 1, 2005 payment to Vila under the

Spokesperson Agreement in the amount of $948,750, Defendant Sears  never asserted to

Vila or any of his representatives that Vila was not entitled to that payment under the

Spokesperson Agreement.. Neither did it take that position within its own internal

corporate communications. Indeed, following its own internal procedures, on June 20,

2005, Sears approved the payment of Vila's invoice for that amount ( O'Brien Aff., Dep.

Ex. 57). After Defendant Sears failed to make the payment to Vila due by July 1, 2005,

and offered no explanation for the non-payment,  this lawsuit was initiated on July 18,

2005 in Dukes County Superior Court. (First Amend. Comp. ¶ 35, Vila Aff. ¶ 12.).

On August 17, 2005, Defendants removed this action to this Court.  (First Amend. Comp.

¶ 38, Vila Aff. ¶ 13). On that same date, August 17, 2005, Vila's counsel, pursuant to

Local Rule 7.1, notified Defendants' counsel that Vila would be moving for partial

summary judgment as to Count I of the Complaint (Breach of the Spokesperson

Agreement) and conferred with Defendants' counsel in an attempt to resolve the

proposed motion. (First Amend. Comp. ¶ 39).

On August 19, 2005, by fax letter of that date addressed to Vila, defendant SHLD stated, among other things, and for the very first time, that defendant Sears "has learned that you have engaged in substantial misconduct under the [Spokesperson] agreement including your violation of Sears' trademark in the Home Again name"; that Sears was, therefore, under no obligation to make the July 1, 2005 payment under the Spokesperson Agreement; and that Sears was terminating the Spokesperson Agreement effective August 19, 2005. In that letter, SHLD, further stated that, since Vila had alleged in the Complaint that Sears "knowingly and intentionally deceived" Vila, Vila was "involved in [a] situation" that "reflects unfavorably upon [Sears'] reputation" and that Sears was terminating the Spokesperson Agreement on that ground as well. SHLD further stated that Sears "hereby cancels the Bob Vila Home Again television show". (First Amend. Comp. ¶ 40, Vila Aff. ¶ 14, Ex. B)

On February 8, 2006, Vila learned that, notwithstanding Defendants' alleged termination and repudiation of the Spokesperson Agreement, Sears continued to exploit the name and likenesses of Bob Vila on Sears' website, craftsman. com. Although demand was made upon Sears on that same date, Sears has paid no compensation to Vila for this exploitation of his name and likenesses. Neither did Sears cease its exploitation of Vila's name and likenesses.(Vila Aff. ¶¶ 15-22, Ex. C).

Sears has continued to reap the benefits of the Spokesperson Agreement, but has refused to pay any compensation due Vila . Vila is entitled to judgment in the amount of $948,750, plus statutory interest at 12% per annum from July 1, 2005 to the present and to judgment in the amount of $1,043,625, plus statutory interest at 12% per annum from January 1, 2006 for Sears breaches of the Spokesperson Agreement.

## II  Repudiation of Contract

The Spokesperson Agreement provides that

> This agreement shall be construed in accordance with the law of the State of Illinois.

(Vila Aff., Ex. A , p. 10, paragraph 16).

The State of Illinois recognizes the cause of action for anticipatory breach or repudiation of a contract. The seminal Illinois case states that

> The doctrine of anticipatory repudiation requires a clear manifestation of an intent not to perform the contract on the date of performance. The failure of the breaching party must be a total one which defeats or renders unattainable the object of the contract.

In re Marriage of Olsen, 124 Ill. 2d, 19, 24, 528 N.E. 2d 684 (1988).

Sears has the obligation under the Spokesperson Agreement to pay Vila as and when provided in that contract: (First Amend. Comp. ¶ 9 Vila Aff. Ex. A, p.7 Article VII, paragraph 2.)

By fax letter to Vila dated August 19, 2005, Defendant Sears unequivocally renounced its duty – its only duty under the Spokesperson Agreement – to make the payments provided as and when they were to come due. As will be shown below, the purported justifications for such action set forth in that letter are groundless and were interposed for the purpose of defeating Plaintiff's proposed Motion for Partial Summary Judgment of which Defendants were advised on August 17, 2005. (First Amend. Comp. ¶ 39).

Even more telling is that Defendant Sears continues to exploit the benefits to it of the Spokesperson Agreement by utilizing the name and likenesses of Vila on Sears' Craftsman website. (Vila Aff., Ex. C). Indeed, Sears continues to do so, even after demand for payment by Vila on February 8, 2006.

Vila is entitled to judgment on Count II of the First Amended Complaint, as a matter of law.

### III   Breach of the Implied Covenant of Good Faith and Fair Dealing

For months prior to Sears' refusal to pay Vila the sum of $948,750, due by July 1, 2005 under the Spokesperson Agreement, Defendants had been engaged in efforts to have Vila and BVTV renegotiate both the Spokesperson Agreement with Vila and the Syndication Agreement with BVTV. (First Amend. Comp. ¶¶ 24-27).

Sears had stated in an internal memorandum dated February 7, 2005 that the extension of the Syndication Agreement with BVTV was "negotiated and ready to sign".

(O'Brien Aff., Dep. Ex. 75). In an exchange of emails (O'Brien Aff., Dep. Ex. 110), Defendants stated as follows:

> On March 30, 2005, the Chairman of SHLD (Eddie Lampert) wrote
>
> to the Chief   Financial Officer (William C. Crowley),
>
> > Make sure you look at the proposed <u>renegotiated deal</u> with Bob Vila to see if it makes sense (emphasis added).
>
> On April 2, 2005 Mr. Crowley wrote to Mr. Luis Padilla the then President
>
> of   Merchandising for Sears,
>
> > What is the best way to<u> reduce our exposure to Vila</u>?" (emphasis added).
>
> On April 2, 2005, Mr. Padilla replied to Mr. Crowley
>
> > Send him back to Cuba? Kidding, we are <u>in the process of renegotiating our commitment to minimize our exposure of fees and length (sic) of time.</u> I will review with you Monday (sic)." (emphasis added).

In another internal memorandum of April 4, 2005, (O'Brien Aff., Dep. Ex. 112), Sears stated as follows:

> Spokesperson Agreement runs through 2009. Sears wants

> to re-structure to a business arrangement that provides reduced
> expense. Sears wants to exchange ownership in the TV show
> library [re-runs] for reduction in future obligations.
>
> Timing is urgent. CBS/Kingworld has sold-out 2005-06 season
> to advertisers and has prepared to clear in syndication for this fall.

On April 15, 2005, William Crowley emailed Mark Rode, the Sears Craftsman Brand

Manager (O'Brien Aff., Dep. Ex. 36) and stated,

> I would like to figure out the cheapest way to get out of this
> agreement.

In still another email, the date of which and the addressee to whom sent were redacted,

(O'Brien Aff., Dep. Ex. 142), William Crowley states,

> Can we trade a portion of our ownership of the library to eliminate
> our continuing spokesperson obligation?.....Again, I would like to
> review the contract. Do we have any rights under the contract that
> might help us in this negotiation? We do not appear to have much
> leverage.

On May 6, 2005, Mark Rode emailed William Crowley (O'Brien Aff., Dep. Ex. 49) and
stated that

> There is a clause in one of the amendments which says if
> the show is "cancelled" we can terminate the spokesperson
> agreement. The clause was written to cover us if Bob was no
> longer marketable and we couldn't sell the show. Since we own
> the name and pay for syndication, Rob Rathke believes that if
> we "cancel" the show that would allow us to get out of the
> remainder of the spokesperson agreement.
> (quotation marks in original).

Every contract contains the implied promise of good faith and fair dealing between the

contracting parties. Schwinder v. Austin Bank of Chicago, 348 Ill. App. 3d 461, 473, 809

N.E.2d 180 (2004). The implied covenant of good faith and fair dealing provides that

neither party shall do anything that will have the effect of destroying or injuring the right

of the other party to receive the fruits of the contract. Anthony's Pier Four, Inc. v. HBC

Associates, 411 Mass. 451, 471 (1991). "…in Illinois, the parties to every contract owe each other duties of good faith and fair dealing." Podolsky & Associates L.P. v. Discipio, 211 Ill. App. 3d 1014, 1023, 697 N.E. 2d 840 (1998).

Sears own documents make it abundantly clear that Sears was determined to

> reduce our exposure to Vila (O'Brien Aff., Dep. Ex.110).
>
> renegotiate our commitment (O'Brien Aff., Dep. Ex.110).
>
> minimize our exposure of fees and
> length (sic) of time. (O'Brien Aff., Dep. Ex.110).
>
> re-structure to a business arrangement that
> provides reduced expense. (O'Brien Aff., Dep. Ex.112).
>
> exchange ownership in the TV show
> library  for reduction in future obligations. (O'Brien Aff., Dep.
> Ex. 112).
>
> figure out the cheapest way to get out of this
> agreement. (O'Brien Aff., Dep. Ex.36).
>
> eliminate our continuing spokesperson obligation,
> (O'Brien Aff., Dep. Ex.142).

Sears realized, "We do not appear to have much leverage." (O'Brien Aff. Dep. Ex.142). Sears then proceeded to concoct an artifice that it could "cancel" the television series and use that purported "cancellation" to "get out of the remainder of the spokesperson agreement." (O'Brien Aff., Dep. Ex. 49).

Sears did this knowing that the real purpose of the language they relied upon to "get out" of the Spokesperson Agreement was "to cover us if Bob was no longer marketable and we couldn't sell the show." (O'Brien Aff., Dep. Ex. 49). Moreover, Sears  knew that CBS/Kingworld, the syndicator of the television series, had already sold out the 2005-06 season to advertisers.

> Every contract implies good faith and fair dealing
> between the parties to it, and where an instrument is
> susceptible of two conflicting constructions, one
> which imputes bad faith to one of the parties and the
> other does not, the latter construction should be
> adopted.

Mid-West Energy Consultants, Inc. v. Covenant Home, 352 Ill. App. 3d 160, 163, 815
N.E. 2d 911 (2004), quoting Martindell v. Lake Shore National Bank,  15 Ill. 2d 272,
286, 154 N.E. 2d 683, 690 (1958)

Sears' own internal documents establish that Sears breached the implied covenant of

good faith and fair dealing inherent in the Spokesperson Agreement  and Vila is entitled

to a judgment on Count III of the First Amended Complaint, as a matter of law.

## VI   Violation of M.G.L. c. 93A

M.G.L. c. 93A §2 makes it unlawful to employ unfair methods of competition and unfair

or deceptive trade practices in the conduct of trade or commerce. Section 11 of the statute

makes the prohibition applicable to dealings between individuals and entities engaged in

commerce. That same section provides for a private right of action and requires that,

upon a finding of a violation, "recovery shall be in the amount of actual damages, or up

to three but not less than two times such amount, if the court finds that the use or

employment of… the act or practice was a willful or knowing violation of said section 2.

> ……If the court finds in any action commenced hereunder, that
> there has been a violation of section 2, the petitioner shall, in addition
> to other relief provided for by this section and irrespective of the
> amount in controversy, be awarded reasonable attorneys' fees
> and costs incurred in said action.

It has been stated that "The objectionable conduct must attain a level of rascality that

would raise an eyebrow of someone inured to the rough and tumble of the world of

commerce. Levings v. Forbes & Wallace, 8 Mass. App. Ct. 498 , 504 (1979).   The

conduct of Sears in its dealings with Vila meets, if not exceeds that level of rascality. Defendants attempted to have Vila modify the Spokesperson Agreement in bad faith. When their attempted renegotiation of the Spokesperson Agreement did not go to their liking, Defendants, caused Sears not pay the $948,750 due Vila by July 1, 2005. Sears made no claim that Vila was not entitled to that payment. Rather Sears intended to use the non-payment as a wedge to extort economic concessions from Vila. Pepsi-Cola Metropolitan Bottling Co. v. Checkers, Inc., 754 F.2d 10, 17-19 (1st Cir. 1985).

> …conduct in disregard of known contractual arrangements and intended to secure benefits for the breaching party constitutes an unfair act or practice for c. 93A purposes."

Anthony's Pier 4, Inc v. HBC Associates, at 474.

Not until August 19, 2005, three calendar days before their answer was due, did Defendants articulate that Sears had any justification for not making the July 1, 2005 payment to Vila.  As demonstrated above, this was a total artifice concocted by Defendants in order "to get out" of Sears obligations to Vila under the Spokesperson Agreement. (O'Brien Aff. Dep. Ex. 49) and defeat Plaintiff's proposed Motion for Partial Summary Judgment as to Count I of the original Complaint. This was a knowing use of a pretext to coerce Vila to accept less than the Spokesperson Agreement required and establishes wilfullness as a matter of law.

That Sears breached the Spokesperson Agreement by, at a minimum, continuing to exploit the name and likenesses of Vila on its Craftsmen website, without paying compensation to Vila  has been clearly established. (Vila Aff. , Ex. C)

Defendants have already profited by their misconduct. In addition to Defendants' continued exploitation of Vila's name and likenesses without payment therefor, Sears has

caused Vila and BVTV to initiate this action to enforce their rights and to incur many

tens of thousands of dollars in defending themselves against groundless counterclaims.

Defendants' misconduct must not be rewarded by the mere payment of contract damages.

As their own internal communications demonstrate, their conduct is a classic example of

why M.G.L. c. 93A exists. Defendants knowingly and willingly engaged in unfair and

deceptive acts in commerce prohibited by Massachusetts law and should be ordered to

pay triple, but in no event, less than double Vila's actual damages, plus Vila's costs and

reasonable attorneys' fees.

## CONCLUSION

Plaintiff Robert J. Vila respectfully requests that this Court enter Summary Judgment in

his favor and against Defendant Sears, Roebuck and Co. on Counts I, II, III and VI of the

First Amended Complaint and that he be awarded his actual damages, trebled, but in no

event less than doubled, plus his attorney's fees and costs.

> ROBERT J. VILA
> By his attorney,
> /s/ James F. O'Brien_____
> James F. O'Brien (BBO # 375765)
> 410 Park Avenue, Suite 1530
> New York, New York 10022
> 212 813 9300

Dated: February 22, 2006                    jfob1@aol.com

## CERTIFICATE OF SERVICE

I, James F. O'Brien, counsel for plaintiffs, hereby certify that on February 22, 2006 I served a true copy of the foregoing Memorandum of Reasons upon Gary Greenberg, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110 counsel for defendants by overnight mail, postage prepaid and electronically.

> /s/ James F. O'Brien
> James F. O'Brien

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11717-REK

_____
                                        )
ROBERT J. VILA and B.V.T.V., INC.       )
                                        )
              Plaintiffs,               )
                                        )
                                        )
v.                                      )
                                        )
                                        )
SEARS, ROEBUCK AND CO.,                 )
SEARS HOLDINGS CORPORATION              )
 and KMART HOLDING COPORATION           )
         Defendants.                    )
_____ )


**AFFIDAVIT OF ROBERT J. VILA**


Robert J. Vila, being duly sworn, deposes and says as follows:

1.  I am a citizen of the Commonwealth of Massachusetts with a residence in Chilmark,

    Massachusetts and I am a plaintiff in this action.

2.  I make this affidavit based upon my personal knowledge of the facts set forth herein

    and in support of Plaintiff's Motion for Partial Summary Judgment.

3   On or about September 29, 1989, I entered into an agreement with defendant Sears,

    Roebuck and Co., ("Sears") whereby I was to render professional services as a

    spokesperson, participant and performer in connection with the advertising of Sears'

    products by way of, among other things, television and radio commercials, videos,

    still photographs and personal appearances (the "Spokesperson Agreement").

4. The Spokesperson Agreement has been extended and amended by Sears and me numerous times and currently is in full force and effect and is due to expire on December 31, 2009.

5. A true copy of the Spokesperson Agreement is attached hereto as Exhibit A to my Affidavit.

6. Since 1989, I have continually and fully performed and I remain ready, willing and able to perform my obligations to Sears pursuant to the Spokesperson Agreement.

7. From 1989 to June 30, 2005, Sears made all payments due me under the Spokesperson Agreement.

8. The Spokesperson Agreement requires that Sears pay me the sum of $1,897,500 for the calendar year 2005. (Exhibit A, Tab 10) and that that 50% of that sum be paid by January 1, 2005 and that the remaining 50% be paid by July 1, 2005.

9. On or about January 1, 2005, Sears paid me the sum of $948,750 as required by the Spokesperson Agreement.

10. On or about March 24, 2005, defendant Sears was acquired by defendant Kmart Holding Corporation.

11. Since that acquisition and despite demand, Sears has refused to pay me the balance which was due me by July 1, 2005 under the Spokesperson Agreement in the amount of $948,750.

12. On July 18, 2005, this action was commenced in Dukes County Superior Court.

13. On August 17, 2005, Defendants removed this action to this Court.

14. On August 19, 2005, Defendant Sears Holdings Corporation sent me a faxed letter, stating, among other things, that Sears was terminating the Spokesperson Agreement. A copy of that letter is attached hereto as Exhibit B to my Affidavit.

15. On February 8, 2006, I learned that, notwithstanding its alleged termination of the Spokesperson Agreement on August 19, 2005, Sears has continued to exploit my name and likenesses on Sears' website, craftsman.com, without compensation to me.

16. The Spokesperson Agreement requires that Sears pay me the sum of $2,087,250 for the calendar year 2006.

17. The Spokesperson Agreement requires that 50% of that sum be paid by January 1, 2006, ($1,043,625) and that the remaining 50% be paid by July 1, 2006.

18. By letter dated February 8, 2006, my counsel made demand upon Sears for payment of the sum of $2,069,233.70 representing the payments due me under the Spokesperson Agreement by July 1, 2005 and by January 1, 2006 and interest at the statutory rate of 12% per annum, calculated as of January 31, 2006

19. Notwithstanding demand duly made, Sears has not responded to such demand, much less made any payment to me on account thereof.

20. Copies of printouts of the craftsman.com website showing the exploitation of my name and likenesses since February 8, 2005 to the date of this Affidavit are attached hereto as Exhibit C.

21. Sears has been continually exploiting my name and likenesses to promote itself and its products, while refusing to pay any compensation to me for such exploitation, despite its contractual obligation to do so pursuant to the Spokesperson Agreement.

22. Sears has engaged in this conduct notwithstanding its alleged termination of the

Spokesperson Agreement on August 19, 2005.

_/s/ Robert J. Vila_____

Robert J. Vila

State of Florida
County of  Lee                                                    February 17 , 2006


Then personally appeared before me Robert J. Vila, known to me, who took oath and said that he has read the foregoing Affidavit and that the factual statements therein are true of his personal knowledge.

_/s/ Collen F. Burri_____
Colleen F. Burri
Commission #DD114618
Notary Public


CERTIFICATE OF SERVICE

I, James F. O'Brien, counsel for plaintiffs,  hereby certify that on February 22, 2006 I served a true copy of the foregoing Affidavit upon Gary Greenberg, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110 counsel for defendants by overnight mail, postage prepaid and electronically.

/s/ James F. O'Brien
James F. O'Brien

# EXHIBIT A

# Ogilvy & Mather
*Advertising*

676 St Clair Chicago, Illinois 60611
Telephone 1 312 988-2500 · Telex 255162 · Cable Ogilvy Chicago

B~~. U. Rev.~~ *BOB VILA*
Colton, Hartnick, Yamin & Sheresky
79 Madison Avenue
New York, NY  10016

*September 29, 1989*

Dear Bob Vila:

### Re:  Bob Vila Spokesperson Agreement

This will set forth the terms of the agreement between you and
us as agency for our client, Sears, Roebuck and Co., and Sears,
Roebuck and Co., whereby you agree to render personal services
in advertising Sears Home Improvement (Group 700-7) products
and services (hereinafter referred to as "product(s)") upon the
terms and conditions set forth below.

I.  **TERM**

    A.  The term of this agreement shall commence on October
        15, 1989 and continue through December 31, 1990
        ("first-term").

    B.  We shall have the option, if we so elect, to extend
        the term of this agreement for one additional year to
        commence on the first day after termination of the
        then preceding term by giving you notice no later
        than November 1, 1990.

II.  **NATURE OF SERVICES AND USE**

    We hereby engage the talent to render the following
    professional services to us as spokesperson, performer
    and participant in connection with the advertising of the
    Client's Products as follows:

    A.  Perform in as many  television commercials as we may
        designate;

    B.  Perform in as many recording sessions/radio
        commercials as we may designate;

    C.  Perform in as many videos or taped announcements for
        industrial use in-store as we may designate;

    D.  Pose for such number of still photographs as we may
        designate;

    E.  Make as many personal appearances as we may designate;

    F.  However, the total days worked shall not exceed 40
        days as defined under "Notice/Availability."



EXHIBIT
#13 10
1-24-06

P 00

G.  You hereby grant to us and our Client the right to use and re-use your name, approved likeness, (not be be unreasonably withheld) photograph, voice, signature, biography, testimonial and/or endorsement in all materials produced hereunder, including but not limited to the following forms of marketing activities:  (a) _advertising_ -- television and radio commercials, magazine and newspaper ads (ROP or circulars), direct mail, catalogs; (b) _industrial use_ -- POP videos and announcements; (c) _promotional materials_ -- signs, brochures, posters, displays; (d) _special merchandising_ -- premiums, give-aways, products; (e) _new line items_ -- "how-to" audio/video casssettes, Craftsman/Vila products, etc. (points "a" through "e" termed "Advertising").

H.  You warrant and represent that you are familiar with the Client and Client's Products, recommend them, and will continue to recommend them throughout the Term (, and the Option Period(s) if any,) hereof.  Should it prove necessary, you shall cooperate with us in executing any affidavits, testimonial statements, or releases confirming such familiarity and recommendation which may be required for network clearance or legal reasons.  Such cooperation shall include, without limitation, using the product(s) which are the subject of such testimonial.

## Extent of Ownership and Use

All Advertising produced hereunder, all elements thereof, shall be and remain the absolute property of our client forever.  We shall have full and complete right to copyright said Advertising; and to telecast, broadcast, use, reproduce, and/or exhibit the Advertising during the term hereof and for a period of sixty (60) days thereafter (for make-good purposes only) except for catalogs or in-store signage issued prior to termination of this agreement which may be used up until one year after date of issue. Sears may telecast broadcast, use, reproduce, and/or exhibit the Advertising anywhere in the United States, its possessions and territories, Mexico and Canada ("Territory(s)") subject only to the provisions of this agreement and to the restrictions of any union or guild having jurisdiction hereof.

## Notice/Availability

We shall give you two (2) weeks prior notice of the date(s) and place(s) wherein you will render your services hereunder which services you shall then render, subject only to your prior bona fide contractual commitments which will not include the taping of the syndicated TV series. However, we shall do our best to give more than 2 weeks notice where possible and will accommodate the taping of the syndicated TV series whenever possible.

It is understood that during the initial term, we will
have your services for a total of <u>40 working days (8 hour
days</u>). Should you be required to perform your services
in excess of eight hours on any given day, you will be
compensated at the standard applicable union fees as
outlined in paragraph III. point one.

Working days shall be defined strictly as scale for those
periods when actually performing the requested service,
not travel to and from the worksite, weather days, rest,
etc.

<u>Manner of Rendering Service</u>

You agree to render your services hereunder in a
competent pain-stacking and artistic manner and to the
best of your ability. You will attend and participate in
all rehearsals, conferences and other such meetings that
we may deem necessary or advisable from time to time.
All of your services will be subject to our approval,
direction and control at all times and you will promptly
comply with whatever reasonable instructions, suggestions
and recommendations which may be given from time to time
in connection with the rendition of your services, on
behalf of the Product.

Television commercials or industrial videos to be
produced during the Initial Term (and any Option
Period(s)) shall be shot at such time(s) and place(s) as
we shall designate. The television commercial(s) may be
taped or filmed as we may determine. Should weather
conditions or any occurrence beyond our reasonable
control make it impractical or impossible to shoot, we
shall have the right to postpone such shoot(s) without
any additional compensation to you until such time(s) as
we may determine. We shall have the right to use the
footage shot to produce number of commercials or such
number of television commercials as we designate.

These commercials shall be of such length and may be used
in such a manner as we may determine (during the Initial
Term and the Option Period(s)) anywhere within the
Territory(s). We shall have the right to edit the
commercials for legal reasons, marketing reasons and time
requirements.

Recording session shall take place at such time(s) and place(s) as we shall designate. Should any occurrence beyond our reasonable control make it impossible or impractical to record, we shall have the right to postpone such session(s) without additional compensation to you until such time(s) as we may determine. During all recording sessions (whether within the Initial Term or any Option Period(s),) we may require the talent to record radio commercials and/or voiceover tracks to be used in connection with the television commercials, video or taped announcements, produced pursuant to this agreement. We shall have the right to use the recordings made to produce (such number of radio commercials as we determine). These commercials or taped announcements shall be of such length and may be used in such manner as we may determine (during the Initial Term and the Option Period(s) anywhere within the Territory(s). We shall have the right to edit the commercials for legal reasons, marketing reasons, and time requirements.

Still photographs to be shot (during the Initial Term and Options Period(s), if applicable,) shall be shot at such time(s) and place(s) as we shall designate. The photographs taken hereunder may be used, together with such copy as we choose, to produce such number of print advertisements (and promotional materials for store usage -- collateral materials, point of purchase, etc.) as we may determine. The print advertisements may be run by us in newspapers and/or magazines anywhere within the Territory(s). The promotional materials may be used by us in the same territory as the newspaper and magazine advertisements. We shall have the right to use the print materials produced during the Initial Term in the Option Period(s).

You shall make personal appearances at such time(s) and place(s) as we may designate. Personal appearance days may be consecutive or non-consecutive as we may determine, and talent may be required to make such appearances anywhere within the Territory(s).

III.   COMPENSATION

We agree to pay you, and you agree to accept, in consideration of all services rendered by you and the use of the results thereof, all rights granted by you to us, and all covenants and representations made by you, the following compensation:

Initial Term and First Option Period

1.   With respect to all services provided by you pursuant to this agreement, we shall pay you the applicable fees provided for in the respective contracts with the several unions having jurisdiction over the use and re-use of the commercials at scale. Overtime will be compensated at scale and a half (9-10 hours) and double scale (11 hours and beyond).

2.  We agree, however, that your guaranteed compensation
with respect to all services provided by you pursuant
to this agreement shall be the sum of $456,682
("Guarantee") plus the pension and welfare payment sum
of $43,318, based on the standard 11.5% of the amount
allocated to broadcast and industrial use ("P & W
Guarantee").  The Guarantee shall be paid to you in 3
payments.  The first $200,000 payment shall be payable
within 15 days upon execution of this agreement.  The
remaining Guarantee sum of $256,682 will be payable as
follows:  $128,341 by January 1, 1990 and $128,341 by
July 1, 1990.  The Guarantee shall also include
payment for all other services to be performed by you
hereunder, the use of materials produced from such
services, and all rights granted and covenants,
representations and warranties made by you herein.
The Guarantee shall be allocated as follows:  a)
$250,000 to your service in and the use of television
materials; b) $100,000 to your service in and the use
of radio materials, c) $26,682 to your services in
video or taped announcements for industrial use; and
d) $80,000 to your services in posing for still
photographs and the use thereof, personal appearances,
and all rights granted and covenants, representations
and warranties made by you herein.  The
aforementioned  Guarantee shall be credited against
all payments that become due under the preceding
paragraph.

Should we exercise our option to renew, with respect
to your services in the commercials, their use and
re-use, we shall likewise pay you the applicable fees
provided for in the respective contracts with the
several unions having jurisdiction over the use and
re-use of the commercials at scale.  We will allocate
the compensation as we deem it appropriate in our sole
discretion.

Any sums that may become due under the appropriate
union contract(s) by reason of or on account of
additional rehearsal, holding fees and any other
additional services covered by said union agreements
in connection with the commercials shall be credited
against the Guarantee.

We agree to reimburse you for the actual amount of
your and one other person's necessary and reasonable
travel expenses incurred in connection with the
performance of your services hereunder.  This shall
specifically include:  first class a) airfare; b)
ground transportation; c) lodging and $100 per diem.
You agree to provide us with documentation of such
expenses upon request.

P 0000090

All payments to be made to you will be made subject
shall be fully responsible for the payment for all
taxes required by federal, state and local laws. All
payments will be sent to the following address: B.V.
TV., ~~Colton, Hartnick, Yamin & Gheresky, 79 Madison
Avenue, New York, NY 10016.~~ P.O. BOX 749
MARSTONS MILLS, MA. 02648
You will be responsible for all payments to be made
to any agent, broker, or other third party with
respect to the services rendered by you and the
rights granted by you hereunder.

## IV.   COMPETITIVE PROTECTION

During the terms of this agreement and for a period of 60
days thereafter, you will not render any services or make
any public statements for on behalf of, nor will you
permit your name, likeness, photograph, voice, biography
to be used in advertising, publicizing or promoting any
product or service other than the Product.  Under mutual
agreement, the one allowable exception is your current
job as a spokesperson for Time/Life home improvement
books.

You hereby commit to a termination schedule of any and
all existing services rendered companies other than the
Product and Time/Life per exhibit A.

## IV.   WARRANTY

### 1.   Testimonial Capacity

You warrant and represent that the statements made by
you in connection with the commercial and the Product
represents your actual belief and personal experience
and you will provide an affidavit to such effect. You
also warrant that you will comply with all relevant
Federal Trade Commission guidelines on endorsements
and testimonials as directed by Ogilvy & Mather.

### 2.   Contractual Capacity

You and we further warrant and represent that you
have full right to enter into this agreement and that
you are free to perform all of your obligations
hereunder without violating the legal or equitable
rights of anyone.

## VII.    MISCELLANEOUS PROVISIONS

### 1.    Services Unique

It is understood and agreed that the services to be
performed by you and the rights and privileges granted
to us hereunder are of special, unique, unusual,
extraordinary and intellectual character, giving them a
peculiar value.

### 2.    Pay or Play

We shall not be required to request your services at
any time or to utilize your services or the product of
your services, it being understood that, subject to
articles VII. 6., 7., 9., and 10. hereof, our only
obligation shall be to make the payments required
pursuant to the provisions of Article III. hereof.

### 3.    Union Membership

You warrant, represent and agree that you are a member
of the American Federation of Television and Radio
Artists and of Screen Actors Guild, and will remain a
member in good standing for the duration of this
agreement.

### 4.    Indemnities

You will at all times indemnify and hold harmless us
and our client and our and their respective licensees
and assigns from and against any and all claims,
damages, liabilities, costs and expenses, including
counsel fees, arising out of any material breach by you
of any representation, warranty, or agreement made by
you herein.

We shall similarly indemnify you and hold you harmless
with respect to any claims, damages, liabilities, costs
and expenses, including counsel fees, with respect to
all material in the Advertising supplied by us, as well
as any product liability actions that may be brought
against you, us and/or our client.

### 5.    Ownership of Materials

You acknowledge that you have no right, title or
interest, and agree that you will not claim any, in or
to any of the materials produced hereunder.

## 6. Breach

If you or we at any time commit a material breach of any provision of this agreement or at any time fail or refuse to fulfill your material obligations hereunder, then we may terminate this agreement forthwith. Further, in such event, we shall also be entitled to all available legal and equitable remedies which we may have.

In the event that this contract is terminated pursuant to this paragraph, you shall nevertheless be entitled to all payment accrued, including the pro rata portion of the compensation under this contract up to and including the date of such termination.

## 7. Morals

If you have committed or shall commit any act, or have or do become involved in any situation or occurrence bringing you into public disrepute, contempt, scandal or ridicule, or shocking, insulting, or offending the people of this nation or any racial or religious group thereof, or reflecting unfavorably upon our reputation or our Products, then we shall have the right to immediately terminate this agreement. Our decision on all matters arising under this paragraph shall be conclusive and shall be based on our judgment as to whether or not your act or involvement has harmed or may be harmful in a significant respect; provided that our decision to terminate hereunder must be exercised, if at all, not later than sixty 60 days after the facts giving rise to such right under this paragraph are brought to our attention. Should a termination take place, ours and your remedies shall be those set forth in Article VII. 6. above.

## 8. Force Majeure

If for any reason, such as strikes, boycotts, war, Acts of God, labor troubles, riots, delays of commercial carriers, or restraints or public authority, we shall be unable to use and or re-use any of the materials produced hereunder during any period of the Initial Term (or Option Period, if any,) hereof, (as applicable,) then we shall have the right to extend the Initial Term (or Option Period, if any,) hereof for an equivalent period without any additional compensation to you. However, this period shall not exceed 3 months. If the period exceeds 3 months, both parties shall be released from the contract.

9.  **Death**

In the event of your death during the Initial Term (or
Option Period, if any) hereof, we shall have the right
to elect either:  (i) to have this agreement continue
in full force and effect with respect to all terms and
conditions except those pertaining to your performance
of services; or (ii) to terminate all usage permitted
hereunder immediately following death.  In the event we
elect to terminate usage of the materials produced
hereunder, the applicable Guarantee set forth in
Article III. above shall be equitably prorated to the
date of death, and, if necessary, your agent agree to
promptly refund any overpayment.

10. **Illness**

If during the Initial Term or any Option Period hereof,
you should fail to fulfill your obligations hereunder
due to illness, injury, accident, or significant change
in physical appearance or voice, then we shall have the
right to terminate this agreement if you are prevented
from rendering services for four (4) or more
consecutive weeks.  In such event, we shall have no
obligation to make any payments to you if you have not
performed any services.  However, if you have already
performed some services, we shall have the right to
either:  (i) use the materials already produced
hereunder upon making any payments required under
Article II. hereof, or (ii) choose not to continue
using the materials produced hereunder, in which case
the applicable Guarantee shall be equitably prorated to
the date we cease using the materials and, if
necessary, you agree to promptly refund any overpayment.

11. **Full Power**

You and we represent that you have the full right and
authority to enter into this agreement.

12. **Notices**

Service of all notices under this agreement shall be
sufficient if given personally, mailed return receipt
requested, or telegraphed to the General Counsel of
Ogilvy & Mather, New York, NY or to you at the address
set forth above.  Any notice given personally or mailed
shall be deemed to have been given on the date
reflected on the receipt evidencing delivery, and any
notice telegraphed shall be deemed to have been given
on the day it is deposited with the telegraph company
for transmission.

13. **Fan Mail**

Any and all mail addressed to the talent and received by us from the public in connection with the results of the services hereunder shall be and shall remain our property. However, such mail shall be made available upon your request for review and copying.

14. **Waiver**

The failure by either of us to exercise rights granted to us herein upon the occurrence of any of the contingencies set forth in this agreement shall not constitute a waiver of such rights upon the reoccurrence of such contingency.

15. **Entire Understanding**

This agreement constitutes the entire understanding between you and us in respect to the subject matter hereof, and supersedes all prior agreements. No waiver, modification or addition to this agreement shall be valid unless in writing and signed by the parties hereto.

16. **Law Governing**

This agreement shall be construed in accordance with the law of the State of Illinois.

17. **Interviews, Advertising and Publicity**

You will not authorize or release advertising matter or publicity, or give interviews which make reference to your engagement hereunder without our prior written approval, provided, that the talent may make limited casual references to your performance of services hereunder.

18. **Confidentiality**

You shall hold in strict confidence all information obtained from Sears with respect to Sears operations, plans, and programs, and not divulge or reveal such information to any other persons.

18. Applicable Union Agreements

This agreement is subject to all of the terms and
conditions of the respective contracts of the union(s)
having jurisdiction over services covered by this
agreement, as such contracts may be superseded,
amended, or supplemented.

Please confirm your acceptance of and agreement to the
foregoing by affixing your signature in the place
indicated below.

Talent
By
Bob Vila
Soc. Sec. # 261 900 699

Sears, Roebuck and Co.
By
Bill Patterson
Vice President,
Home Improvements Group

Ogilvy & Mather/Chicago
By
Ole Riise
Vice President,
Account Supervisor

OGILVY AND MATHER
676 North St. Clair
Chicago, IL 60611


June 8, 1990


Mr. Bob J. Vila
c/o Ronald E. Feiner, Esq.
79 Madison Avenue
New York, New York   10016

Re:  Amendment to Bob Vila's Spokesperson Agreement

Dear Bob:

An agreement has heretofore been entered into dated
September 29th, 1989 between you and us as agency for our
client, Sears Roebuck and Co. whereby you agreed to render
personal services as a spokesperson for Sears Home Improvement
(Group 700-7) Products and Services (the "Agreement").  We are
all desirous at this time of extending the term of the
Agreement as well as other certain terms and conditions
contained therein.  The following therefore constitutes the
Amendment to the Agreement.


Paragraph "I.  Term" shall be deemed amended by adding thereto
a new sub-paragraph C which shall read as follows:

> "C.  We shall have the option, if we so elect, to
> extend the term of this agreement for three (3)
> successive three year extensions (Extension I 1992,
> 1993, 1994, Extension II 1995, 1996, 1997 and
> Extension III 1998, 1999, 2000.)  On or before

September 1, before the expiration of the option term or each subsequent extension, we shall have the option of giving you notice to extend for the next extension period."

The paragraph on the top of page 3 which refers to "40 working days" unless desired by Sears, shall be deemed not to include personal appearances made by you on behalf of the television show entitled "Home Again with Bob Vila" or any other "non-advertising activities" including NATPE, media interviews, and industry events. Notwithstanding the foregoing, it is understood that you shall have absolute approval over all such personal appearances which are not counted toward your forty (40) day commitment.

Also in the same paragraph on top of page 3, it is now hereby agreed that you shall not be required on any of these "40 working days" to work more than ten hour days. Additionally, we agree to use our best efforts to give you a minimum of 60 days advance notice as to when your services will be required pursuant to this Agreement.

Paragraph III.  Compensation.  The subheading title "Initial Term and First Option Period" shall be deemed amended to read "Initial Term, First Option Period and Extensions I, II and III ".

- 2 -

P 0000099

The guarantee referred to in subparagraph 2 shall be increased on a 10% cumulative increase each year of the contract (on the base of $500,000) with said 10% increase to begin on January 1, 1992 (e.g., $550,000 for contract year 1992, $605,000 for 1993, $665,500 for 1994, etc.)  Each guarantee commencing with January 1, 1990 shall be payable on a yearly basis in two equal installments due and payable on January 5 and July 1 of each year.

Paragraph IV shall be amended to add the following:

"American Electric Power shall have the right to use you as a spokesperson through December of 1990 (with expenditures not to exceed Two Million ($2,000,000) Dollars for 1990) and the companies listed on the attached schedule shall be permitted to continue to use the generic heat pump advertisements through the periods indicated on the attached schedule.  It is understood that you have no further obligations under these agreements which will in any way affect your performance under this Agreement and that all uses mentioned herein will be of material which has been shot prior to your contract with us."

It is understood by the parties hereto that the Agreement and this Amendment are to be construed and exist separate and apart from the "Bob Vila Syndicated Television Programs" Agreement and Amendment.

Except for the foregoing, all of the terms and conditions of the Agreement are hereby ratified and affirmed.

- 3 -

Please confirm your acceptance of and agreement to the
Case 1:05-cv-11717-WGY    Document 17-7    Filed 02/22/2006    Page 17 of 21
foregoing amendment by affixing your signature in the place
indicated below.

Talent:

Bob Vila
SS#: 261-900-699

Sears, Roebuck and Co.

By: _____

Bill Patterson
Vice President,
Home Improvements Group

Ogilvy & Mather/Chicago

By: _____

Ole Riise
Vice President,
Account Supervisor

/76FF:90:05:30

OGILVY & MATHER

676 North St. Clair

Chicago, IL  60611


December 3, 1990


Mr. Bob J. Vila
c/o Ronald E. Feiner, Esq.
79 Madison Avenue
New York, New York  10016


RE:    **Amendment II to Bob Vila's Spokesperson Agreement**

Dear Bob:


An agreement has heretofore been entered into dated
September 29, 1989 between you and Ogilvy & Mather, as
advertising agency for Sears, Roebuck and Co., whereby you agreed
to render personal services as a spokesperson for Sears Home
Improvement (Group 700-7) Products and Services (the
"Agreement").  Said Agreement was subsequently amended on June 8,
1990.  We are all desirous at this time of extending the term of
the Agreement as well as modifying other certain terms and
conditions contained therein.  The following therefore
constitutes Amendment II to the Agreement.

Mr. Bob J. Vila

December 3, 1990

Page Two


**Paragraph "I. TERM"** Subparagraph A shall be deleted in its
entirety and the following language substituted:

    A.   The term of this Agreement shall commence on
        January 1, 1991, and continue through December 31, 1991.


    Subparagraph B shall be amended by changing the date for
notice of renewal of the Agreement from November 1, 1990 to
November 1, 1991.


**Paragraph "III. COMPENSATION"** shall be amended by changing the
dates for payment of guaranteed compensation from January 1,
1990, and July 1, 1990 to January 1, 1991 and July 1, 1991,
respectively. The guaranteed compensation for 1991 shall be Five
Hundred Thousand ($500,000.00) Dollars in accordance with the
terms of paragraph III of the Agreement.

**Paragraph "IV. COMPETITIVE PROTECTION"** shall be amended by
adding the following language:


    You represent that you currently have no contractual
    obligation to film any more commercials for Time/Life. In
    the event you are called upon to enter into such an

Mr. Bob J. Vila
December 3, 1990
Page Three

agreement or are asked to appear in any Time/Life
advertisement, you agree to give Sears, during the term of
this Agreement and for sixty (60) days thereafter, the right
to approve or disapprove of your participation in any future
Time/Life advertising.

Please confirm your acceptance of and agreement to the
foregoing amendment by affixing your signature in the place
indicated below.

**Talent:**                              **Sears, Roebuck and Co.**

By: _____

Bob Vila                                 Bill Patterson
SS#:   261-900-699                       Vice President,
                                         Home Improvements Group


                                         **Ogilvy & Mather/Chicago**

By: _____

                                         David Wurfel
                                         Vice President,
                                         Account Media Director

# EXHIBIT A
## PT. 2

Exhibit 3

AMENDMENT #3

OGILVY AND MATHER
676 North St Clair
Chicago, IL 60611

December 3, 1991

Mr. Bob Vila
c/o Ronald E. Feiner, Esq.
79 Madison Avenue
New York, N.Y. 10016

RE: Amendment III to Bob Vila Spokesperson Agreement

Dear Bob:

      An Agreement has heretofore been entered into dated
September 29, 1989, between you and Ogilvy & Mather, as
advertising agency for Sears, Roebuck and Co., whereby you
agreed to render personal services as a spokesperson for Sears
Home Improvement Group (Department 700-7).  Said Agreement was
subsequently amended on June 8, 1990 (Amendment I) and December
3, 1990 (Amendment II).  We are all desirous at this time of
extending the term of the Agreement, as well as modifying other
terms and conditions contained therein.  The following
constitutes Amendment III to the Agreement.

Paragraph I.  TERM

      Subparagraph A. shall be amended by changing the dates
for the term of this Agreement from January 1, 1991 through
December 31, 1991, to January 1, 1992 through December 31,
1992, respectively.

      Subparagraph B. shall be amended by changing the date
for notice of renewal of the Agreement from November 1, 1991 to
August 1, 1992.

      Subparagraph C., as added by Amendment I dated June 8,
1990, shall be deleted in its entirety and the following
language substituted:

      "C.  We shall have the option, if we so elect, to
extend the term of this Agreement for eight (8) successive
one-year extensions through the year 2000 by August 1 of each
year.

Paragraph III.  COMPENSATION

      Paragraph III shall be amended by changing the dates

for payment of guaranteed compensation from January 1, 1991 and July 1, 1991, to January 2, 1992 and July 1, 1992, respectively. The guaranteed compensation for 1992 shall be Five Hundred Fifty Thousand Dollars ($550,000.00) in accordance with the terms of Paragraph III of the Agreement.

It is understood by the parties that the Agreement and its Amendments are to be construed and exist separate and apart from the "Bob Vila Syndicated Television Programs" Agreement and Amendment.

Except for the foregoing, all of the terms and conditions of the Agreement are hereby ratified and affirmed.

Please confirm your acceptance of and agreement to this Amendment by signing your name in the place indicated below.

TALENT:

Bob Vila
SS# 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

SEARS, ROEBUCK AND CO.

By: _____
      Bill Patterson
      Vice President,
      Home Improvement Group

OGILVY & MATHER/CHICAGO

By: _____
      Charles Otto
      Management Supervisor
      Vice President

2007F

–2–

P 0000108

Exhibit 4

P 0000109

AMENDMENT #4

**OGILVY & MATHER**
676 North St. Clair
Chicago, Illinois  60611

July 13, 1992

Mr. Bob Vila
c/o Ronald E. Feiner, Esq.
79 Madison Avenue
New York, New York  10016

RE:  Amendment IV to Bob Vila Spokesperson Agreement

Dear Bob:

An Agreement has heretofore been entered into dated September 29, 1989, between you and Ogilvy & Mather, as advertising agency for Sears, Roebuck and Co., whereby you agreed to render personal services as a spokesperson for Sears Home Improvement Group (Department 700-7).  Said Agreement was subsequently amended on June 8, 1990 (Amendment I), December 3, 1990 (Amendment II), and December 3, 1991 (Amendment III).  We are all desirous at this time of extending the term of the Agreement, as well as modifying other terms and conditions contained therein.  The following constitutes Amendment IV to the Agreement.

Paragraph I.  TERM

Subparagraph A. shall be amended by changing the dates for the term of this Agreement from January 1, 1992 through December 31, 1992, to January 1, 1993 through December 31, 1993, respectively.

Paragraph III.  COMPENSATION

Paragraph III shall be amended by changing the dates for payment of guaranteed compensation from January 1, 1992 and July 1, 1992, to January 2, 1993, and July 1, 1993, respectively. The guaranteed compensation for 1993 shall be Six Hundred Five Thousand Dollars ($605,000.00) in accordance with the terms of Paragraph III of the Agreement.

It is understood by the parties that the Agreement and its Amendments are to be construed and exist separate and apart from the "Bob Vila Syndicated Television Programs" Agreement and Amendment.

Except for the foregoing, all of the terms and conditions of the Agreement are hereby ratified and affirmed.

Please confirm your acceptance of and agreement to this Amendment by signing your name in the place indicated below.

TALENT:

SEARS, ROEBUCK AND CO.

By: _____

Bob Vila
SS# 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

Marv Stern
Vice President
Home Improvement Group

OGILVY & MATHER/CHICAGO

By: _____

Charles Otto
Management Supervisor
Vice President

2007F

Exhibit 5

June 8, 1990 (Amendment I), December 3, 1990 (Amendment II), December 3, 1991 (Amendment III) and July 13, 1992 (Amendment IV).

We are amending the compensation terms and conditions of the Agreement, as well as modifying other terms and conditions contained therein. The following therefore constitutes Amendment V to the Agreement.

**Paragraph I.   TERM**

Subparagraph A. shall be amended by changing the dates for the term of this Agreement from January 1, 1993 through December 31, 1993 to January 1, 1994 through December 31, 1994, respectively.

**Paragraph III.   COMPENSATION**

Paragraph III shall be amended by changing the dates for payment of guaranteed compensation from January 1, 1993 and July 1, 1993 to January 1, 1994 and July 1, 1994, respectively.   The guaranteed compensation for 1994 shall be Six Hundred Sixty Five Thousand Five Hundred Dollars ($665,500.00) in accordance with the terms of Paragraph III of the Agreement.

Except for the foregoing, all of the terms and conditions the Agreement are hereby ratified and affirmed.

Please confirm your acceptance of and agreement to th Amendment by signing your name in the place indicated below.

TALENT:

Bob Vila
SS# 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

SEARS, ROEBUCK AND CO.

By: 

Jerry Post
Vice President
Home Improvement Group

OGILVY & MATHER/CHICAGO

By:

Charles Otto
Management Supervisor
Vice President

Exhibit 6

<u>AMENDMENT # 6</u>

OGILVY & MATHER
676 North St. Clair
Chicago, Illinois 60611

October 21, 1994

Mr. Bob Vila
c/o Ronald E. Feiner, Esq.
Kaufmann, Feiner, Yamin,
   Gildin & Robbins
777 Third Avenue
New York, New York 10017

RE: <u>Amendment VI to Bob Vila Spokesperson Agreement (Year VI)</u>

Dear Bob:

An Agreement has heretofore been entered into dated September 29, 1989, between you and Ogilvy & Mather, as advertising agency for Sears, Roebuck and Co., whereby you agreed to render personal services as a spokesperson for Sears Home Improvement Group (Department 700-7). Said Agreement was subsequently amended on June 8, 1990 (Amendment I), December 3, 1990 (Amendment II), December 3, 1991 (Amendment III), July 13, 1992 (Amendment IV) and November 15, 1993 (Amendment V). We are all desirous at this time of extending the term of the Agreement, as well as modifying other terms and conditions contained therein. The following therefore constitutes Amendment VI to the Agreement.

**Paragraph I.    TERM**

Subparagraph A. shall be amended by changing the dates for the term of this Agreement from January 1, 1994 through December 31, 1994 to January 1, 1995 through December 31, 1995, respectively.

**Paragraph III.    COMPENSATION**

Paragraph III shall be amended by changing the dates for payment of guaranteed compensation from January 1, 1994 and July 1, 1994 to January 1, 1995 and July 1, 1995, respectively. The guaranteed compensation for 1995 shall be Seven Hundred Thirty Two Thousand and Fifty Dollars ($732,050.00) in accordance with the terms of Paragraph III of the Agreement.

Page Two

    Except for the foregoing, all of the terms and conditions of the Agreement are hereby ratified and affirmed.

    Please confirm your acceptance of and agreement to this Amendment by signing your name in the place indicated below.

TALENT:

_____
Bob Vila
SS# 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

SEARS, ROEBUCK AND CO.

By: _____
    Jerry Post
    Vice President
    Home Improvement Group

OGILVY & MATHER/CHICAGO

By: _____
    Charles Otto
    Management Supervisor
    Vice President



<u>AMENDMENT # 7</u>

OGILVY & MATHER
676 North St. Clair
Chicago, Illinois 60611

November 17, 1995

Mr. Bob Vila
c/o Ronald E. Feiner, Esq.
Kaufmann, Feiner, Yamin,
   Gildin & Robbins
777 Third Avenue
New York, New York 10017

RE: <u>Amendment VII to Bob Vila Spokesperson Agreement (Year VII)</u>

Dear Bob:

An Agreement has heretofore been entered into dated September 29, 1989, between you and Ogilvy & Mather, as advertising agency for Sears, Roebuck and Co., whereby you agreed to render personal services as a spokesperson for Sears Home Improvement Group (Department 700-7). Said Agreement was subsequently amended on June 8, 1990 (Amendment I), December 3, 1990 (Amendment II), December 3, 1991 (Amendment III), July 13, 1992 (Amendment IV), November 15, 1993, (Amendment V) and October 21, 1995 (Amendment VI). We are all desirous at this time of extending the term of the Agreement, as well as modifying other terms and conditions contained therein. The following therefore constitutes Amendment VII to the Agreement.

**Paragraph I.  TERM**

Subparagraph A. shall be amended by changing the dates for the term of this Agreement from January 1, 1995 through December 31, 1995 to January 1, 1996 through December 31, 1996, respectively.

**Paragraph III.  COMPENSATION**

Paragraph III shall be amended by changing the dates for payment of guaranteed compensation from January 1, 1995 and July 1, 1995 to January 1, 1996 and July 1, 1996, respectively. The guaranteed compensation for 1996 shall be Eight Hundred and Five Thousand Two Hundred and Fifty-Five Dollars ($805,255.00) in accordance with the terms of Paragraph III of the Agreement.

Page Two

Except for the foregoing, all of the terms and conditions of the Agreement are hereby ratified and affirmed.

Please confirm your acceptance of and agreement to this Amendment by signing your name in the place indicated below.

TALENT:

_____
Bob Vila
SS# 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

SEARS, ROEBUCK AND CO.

By: _____
Jerry Post
Vice President
Home Improvement Group

OGILVY & MATHER/CHICAGO

By: _____
Bill Reishtein
Management Supervisor
Vice President

Exhibit 8

AMENDMENT # 8

OGILVY & MATHER
676 North St. Clair
Chicago, Illinois 60611

December 18, 1996

Mr. Bob Vila
c/o Ronald E. Feiner, Esq.
Kaufmann, Feiner, Yamin,
    Gildin & Robbins
777 Third Avenue
New York, New York 10017

RE:    **Amendment VIII to Bob Vila Spokesperson Agreement**
       **(Year VIII and Years IX)**

Dear Bob:

An Agreement has heretofore been entered into dated September 29, 1989, between you and Ogilvy & Mather, as advertising agency for Sears, Roebuck and Co., whereby you agreed to render personal services as a spokesperson for Sears Home Improvement Group (Department 700-7). Said Agreement was subsequently amended on June 8, 1990 (Amendment I), December 3, 1990 (Amendment II), December 3, 1991 (Amendment III), July 13, 1992 (Amendment IV), November 15, 1993, (Amendment V), October 21, 1994 (Amendment VI) and November 17, 1995 (Year VII). We are all desirous at this time of extending the term of the Agreement, as well as modifying other terms and conditions contained therein. The following therefore constitutes Amendment VII to the Agreement.

**Paragraph I.    TERM**

Subparagraph A. shall be amended by changing the dates for the term of this Agreement from January 1, 1996 through December 31, 1996 to January 1, 1997 through December 31, 1998, respectively.

**Paragraph III.   COMPENSATION**

Paragraph III shall be amended by changing the dates for payment of guaranteed compensation from January 1, 1996 and July 1, 1996 to January 1, 1997 and July 1, 1997 for Year VIII and January 1, 1998 and July 1, 1998 for Year IX respectively.  The guaranteed compensation for 1997 shall be Eight Hundred and Eighty-Five Thousand Seven Hundred and Eighty-Five Dollars ($885,785.00) and for 1998 shall be Nine Hundred and Seventy-Four Thousand Three Hundred and Fifty-Eight Dollars ($974,358.00) in accordance with the terms of Paragraph III of the Agreement.

Except for the foregoing, all of the terms and conditions of the Agreement are hereby ratified and affirmed.

Please confirm your acceptance of and agreement to this Amendment by signing your name in the place indicated below.

TALENT:                                SEARS, ROEBUCK AND CO.


_____            By: _____
Bob Vila                                Andy Ginger
SS# 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


                                       OGILVY & MATHER/CHICAGO

                                       By: _____
                                       Bill Reishtein
                                       Management Supervisor
                                       Vice President

P 0000123

Exhibit 9

[date]    1|5|99

Mr. Bob Vila
c/o Ronald E. Feiner, Esq.
Kaufmann, Feiner, Yamin, Gildin & Robbins
777 Third Avenue
New York, New York 10017

    Re:    **Amendment IX to Bob Vila Spokesperson Agreement**
             (Years 10 through and including 15)

Dear Bob:

    An Agreement dated September 29, 1989 has heretofore been entered into between you and Ogilvy & Mather, as advertising agency for Sears, Roebuck and Co. ("Sears")(the "Agreement"), whereby you agreed to render personal services as a spokesperson for Sears Home Improvement Group (Department 700-7). The Agreement was subsequently amended on June 8, 1990 (Amendment I), December 3, 1990 (Amendment II), December 3, 1991 (Amendment III), July 13, 1992 (Amendment IV), November 15, 1993 (Amendment V), October 21, 1994 (Amendment VI), November 17, 1995 (Amendment VII), and December 18, 1996 (Amendment VIII). We are all desirous at this time of extending the term of the Agreement, as well as modifying other terms and conditions contained therein. The following therefore constitutes Amendment IX to the Agreement.

1.    **TERM**

    Paragraph I(A) of the Agreement shall be amended to extend the Term to December 31, 2004.

2.    **COMPENSATION**

    Paragraph III of the Agreement shall be amended such that the guaranteed compensation for the respective years shall be as follows:

1999 - $1,072,000.00 (original contract)
2000 - $1,180,000.00
2001 - $1,300,000.00
2002 - $1,430,000.00
2003 - $1,575,000.00
2004 - $1,725,000.00

Each year, one half of the guaranteed sum for that year shall be paid on January 1 and the other half on July 1.

3.    **OPTION TO RENEW**

Sears shall have to option to renew the Agreement for the Year 2005 at a guaranteed sum of $1,897,500.00.

4.    **COMMISSION**

Vila shall receive a commission on Sears products sold by direct marketing on television commercials in which Vila appears and/or are directly connected to a product endorsement on the Internet. Said commission shall be limited to those sales made by phone and/or mail and/or on the Internet or any other electronic means which may be developed during the Term of this Agreement. Such sales shall not include store sales. Said commission shall be one (1%) percent of gross on each item sold. Said commissions shall be made quarterly to Vila and shall be capped each year at $100,000

5.    **AVAILABILITY**

The first sentence of the second paragraph of the Section of the Agreement entitled Notice/Availability shall be deleted in its entirety and replaced with the following:

"It is understood that during the Term of this Agreement, Sears will have your services for a total of thirty -five (35) working days (eight hour days)."

6.    **COMPETITIVE PROTECTION**

The first sentence of Paragraph IV of the Agreement shall be deleted in its entirety and replaced with the following:

"During the Term of this Agreement and for a period of six (6) months thereafter, you will not render any services or make any public statements for or on behalf of, nor will you permit your name, likeness, photograph, voice or biography to be used in, advertising publicizing or promoting any product or service other than the Product. Vila may submit a written proposal to

2

Sears to promote additional products and services. Sears shall have thirty (30) days to approve or reject Vila's proposal(s). Sears approval shall not be unreasonably withheld. If approved, such additional products and services shall be "approved products and services". Current approved products and services include:

    1)    Home 1-2-3 Mortgage Company
    2)    Department of Housing and Urban Development ("HUD")
    3)    Presley Homes
    4)    IMT Technology/Surge Plunge 2000
    5)    Allergy Free

Products and services currently being reviewed for approval include:

    1)    Bob Vila branded clothing.

Further, although Vila shall have the right to appear in any non-sponsored media without Sears prior approval, Vila shall submit a written proposal to Sears to appear in any sponsored media. Sears shall have thirty (30) days to approve or reject Vila's proposal(s) to appear in sponsored media. Sears approval shall not be unreasonably withheld.

## 7.    CANCELLATION OF TELEVISION SHOW

If the Bob Vila Home Again television show is canceled for any reason, Sears has the right to terminate this Agreement effective the 31st day of December following the notice of cancellation.

## 8.    CONTINGENCY

This Agreement is contingent upon the execution of Amendment No. 10 to the Bob Vila Syndicated Television Program Agreement dated September 28, 1989 ("BVTV Agreement").

Except for the foregoing, all of the terms and conditions of the Agreement and all amendments relating thereto which are not inconsistent with the foregoing are hereby ratified and affirmed.

Acceptance of and agreement to this Amendment is confirmed by signing your name in the place indicated below.

**BOB VILA**

Date: Dec 21 98
By: _[signature]_

**SEARS, ROEBUCK AND CO.**

Date: Jan 4, 1999
By: _[signature]_

3

December 1, 2000

Mr. Bob Vila
c/o Ronald E. Feiner, Esq.
Kaufmann, Feiner, Yamin, Gildin & Robbins
777 Third Avenue
New York, NY 10017

> **Re:** **Amendment X to Bob Vila Spokesperson Agreement**
> **(Years 10 through and including 20)**

Dear Bob:

An Agreement dated September 29, 1989 has heretofore been entered into between you and Ogilvy & Mather, as advertising agency for Sears, Roebuck and Co. ("Sears") (the"Agreement"), whereby you agreed to render personal services as a spokesperson for Sears Home Improvement Groups. The Agreement was subsequently amended on June 8, 1990, (Amendment 1), December 3, 1990 (Amendment II), December 3, 1991 (Amendment III), July 13, 1992 (Amendment IV), November 15, 1993 (Amendment V), October 21, 1994 (Amendment VI), November 17, 1995 (Amendment VII), December 18, 1996 (Amendment VIII), and January 5, 1999 (Amendment IX). We are all desirous at this time of extending the term of the Agreement, as well as modifying other terms and conditions contained therein. The following therefore constitutes Amendment X to the Agreement.

## 1.    TERM

Paragraph I(A) of the Agreement shall be amended to extend the Term through December 31, 2009.

## 2.    COMPENSATION

Paragraph III of the Agreement shall be amended such that the guaranteed compensation for the respective years shall be as follows:

| | |
|---|---|
| 1999 - $1,072,000.00 (original contract) | 2005 - $1,897,500.00 |
| 2000 - $1,180,000.00 | 2006 - $2,087,250.00 |
| 2001 - $1,300,000.00 | 2007 - $2,295,975.00 |
| 2002 - $1,430,000.00 | 2008 - $2,525,572.00 |
| 2003 - $1,575,000.00 | 2009 - $2,778,129.00 |
| 2004 - $1,725,000.00 | |

Vila Spokesperson Agreement
Amendment X
Page Two

Each year, one half of the guaranteed sum for that year shall be paid on January 1 and the other half on July 1.

3.  Paragraph 4 of Amendment IX is deleted in its entirety subject to final accounting through December 31, 2000.

4.  Paragraph 7 of Amendment IX shall remain in effect during the current term and any extension of that certain Bob Vila Syndicated Television Program Agreement dated September 29, 1989, as amended, between Ogilvy & Mather, as agent for Sears, and B.V.T.V., Inc.

5.  This preamble to the Agreement is amended to delete the words "(Group 700-7)."

Except for the foregoing, all of the terms and conditions of the Agreement and all amendments relating thereto which are not inconsistent with the foregoing are hereby ratified and affirmed

Acceptance of and agreement to this Amendment is confirmed by signing your name in the place indicated below.

**BOB VILA**                          **SEARS, ROEBUCK AND CO.**

Date: _____       Date: _12/18/00_____

By: _____       By: _____

**EXHIBIT B**

Michael W Klar
Vice President - Deputy General Counsel,
Litigation and Government Affairs
Law Department

Sears Holdings Corporation
3333 Beverly Road, B6-312A
Hoffman Estates, Illinois 60179
Telephone. (847) 286-8272
Fax: (847) 286-0268
mklar@sears.com


August 19, 2005

CERTIFIED MAIL, RETURN RECEIPT REQUESTED &
BY FACSIMILE

Mr. Robert Vila
c/o Ronald E. Feiner, Esq
Kaufman, Feiner, Yamin, Gildin & Robbins
777 Third Avenue
New York, NY 10017

Dear Mr. Vila:

Please be advised that, as a result of your conduct, Sears, Roebuck and Co. ("Sears") hereby notifies you of its election to terminate and cancel the Bob Vila Spokesperson Agreement ("Spokesperson Agreement") effective on the date of your receipt of this notice. Sears has learned that you have engaged in substantial misconduct under the agreement, including your violation of Sears' trademark in the Home Again name. As a result of this material breach of the Spokesperson Agreement, Sears was under no obligation to pay for your services beginning on July 1, 2005. In addition, under Article VII(6) of the Spokesperson Agreement, which permits Sears to terminate the agreement in response to any material breach thereunder, Sears hereby terminates the Spokesperson Agreement.

Article VII.7 of the Spokesperson Agreement grants to Sears an independent right to terminate the Spokesperson Agreement if you are "involved in any situation" that "reflect[s] unfavorably upon [Sears'] reputation." The provision states also that Sears' "decision on all matters arising under this paragraph shall be conclusive and shall be based on our judgment as to whether or not your act or involvement has harmed or may be harmful in a significant respect." Sears has determined that your false accusation that Sears knowingly and intentionally deceived you -- which you have insisted on airing notwithstanding Sears' good faith attempt to avoid litigation and adverse publicity -- will "reflect unfavorably upon [Sears'] reputation." Accordingly, by this letter, Sears terminates the Spokesperson Agreement on the independent basis that you have made false accusations that may significantly harm Sears' reputation.

EXHIBIT
#62 iD
1-24-06
Blumberg No. 5208

In addition to Sears' right to terminate the Spokesperson Agreement pursuant to Article VII(6) and (7), Sears also retains and reserves any and all other grounds for termination arising out of your conduct.

Finally, pursuant to Paragraph 7 of Amendment IX to the Spokesperson Agreement, incorporated by Paragraph 4 of Amendment X to the Spokesperson Agreement, if "the Bob Vila Home Again television show is canceled for any reason," Sears has the right to terminate the Spokesperson Agreement effective on December 31 after the notice of cancellation. Paragraph 7 of Amendment IX to the Spokesperson Agreement (emphasis added). As set forth above, Sears has exercised its right to terminate the Spokesperson Agreement immediately pursuant to Article VII(6) and (7). However, should Sears' cancellation pursuant to Articles VII(6) and (7) be deemed ineffective for any reason, Sears hereby exercises its rights under Paragraph 7 of Amendment IX to the Spokesperson Agreement, incorporated by Paragraph 4 of Amendment X to the Spokesperson Agreement, and hereby cancels the Bob Vila Home Again television (confirming prior advice to you). Pursuant to that cancellation, under no circumstances, would the Spokesperson Agreement be effective beyond December 31, 2005.

Sincerely yours,

Michael W. Kier /opc

Michael W. Kier

P 000028

# EXHIBIT C





tools & equipment | lawn & garden products | projects & tips

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart          search          keyword



## Cool New Tools
## From Craftsman

Craftsman helps lead the way when it comes to
developing and introducing new, innovative tools
that help you work smarter, faster and easier.
Learn more



**Check
out our hot
BUYS!**          Check

A hand
parts

▶ See M

**Cool New Tool**
Ratcheting Magnetic Screwdriver

**Craftsman is the off
NASCAR, NCTS &**

▶ See More Cool New Tools          ▶ Learn

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004   © 2005 Sears Brands, LLC All rights reserved.



Home |

tools & equipment | lawn & garden products | projects & tips

customer service | where to buy | catalog quick order | request a catalog | email sign up | view cart | home | search | keyword



### Projects & Tips
Here's a helpful source for ideas and tips on how to get more out of your Craftsman tools. Whether you're looking for a fun project to do over the weekend or just some helpful tool tips on how to work smarter, there's plenty of knowledgeable information for you to browse through right here.

▶ **Tips & Techniques**

▶ **Project Plans**

▶ **Workshop Advice**



**Bob Vila's Tips & Techniques**
Tap into this diverse collection of over 300 tips and techniques brought to you by Bob Vila himself.



**Bob Vila's Project Plans**
Find an exciting lineup of fun and interesting projects you can build, no matter what experience level you're at. Also find ways to help make, an keep your home in peak condition.



 **Customer Service**
Contact Craftsman

 **Bob Vila's "Home Again"**
Can't get enough of Bob? Click here to learn more about his TV show.

**Craftsman Club Projects**
See what Club Members have done using Craftsman products.

**Workshop Advice**
Click here for expert information designed to help you assemble your ov version of the perfect workshop. Our Craftsman experts will give you so ideas and guidelines to get you started.



**Lawn Care Advice**
Let Master Greenskeeper and Golf Course Superintendent, Walter Mon give you helpful advice on how to get your yard in shape and looking gr

 **Craftsman Club Discussion Boards**
Need more advice? Tap into the network of Craftsman Club Members.

**Check out our Cool New Tools**

## Glossary of Product Terms

Not sure about something? Look it up in our Glossary.



Please see our sears.com Safety Notice



Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY. Revised effective 07/01/2004   © 2005 Sears Brands, LLC All rights reserved.



Home | Projects & Tips |



tools & equipment | lawn & garden products | projects & tips

customer service | where to buy | catalog quick order | request a catalog | email sign up | view cart | home | search | keyword



▶ Tips & Techniques
▶ Project Plans
▶ Workshop Advice



🔊 **Customer Service**
Contact Craftsman

🔊 **Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

🔊 **Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

🔊 **Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

🔊 **Check out our
Cool New Tools**



**Time and Money-Saving Tool Tips**
Perhaps you're just getting started or are already an old hand at home and projects. Bob Vila provides you with a wide range of tips that will help you v effectively and efficiently.

**Automotive**

Assembling and Fastening

Buying and Outfitting

Fixing and Problem Solving

**Home Fix Up**

Assembling and Fastening

Buying and Outfitting

Finishing and Painting

Fixing and Problem Solving

Measuring and Cutting

Organizing and Adapting

Outdoor Projects

Planning and Building

**Woodworking**

Assembling and Fastening

Buying and Outfitting

Fixing and Problem Solving

Measuring and Cutting

Organizing and Adapting

Outdoor Projects

Planning and Building



Home | Projects & Tips |

tools & equipment | lawn & garden products | projects & tips

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home   search   keyword





**Bob Vila's Project Plans**
Perhaps you're looking for a quick project you can complete over the weekend need some help on a simple home fix-up project. Click on the categories be wide range of step-by-step instructions.

▶ **Tips & Techniques**
▶ **Project Plans**
▶ **Workshop Advice**

**Home Fix Up**

Exterior Maintenance

Fixing and Repairing

Improving Your Home

**Weekend Warrior**

Deck Projects

Great Outdoors Projects

Projects for Home & the Workshop



**Customer Service**
Contact Craftsman

**Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

**Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

**Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

**Check out our
Cool New Tools**

Home | Projects & Tips |





tools & equipment    lawn & garden products    projects & tips

customer service   where to buy   catalog   quick order   request a catalog   email sign up   view cart   home      search      keyword





**Craftsman Workshop Planner**
While a top-notch workshop does require investment, it is accessible to everyone because it can be built tool by tool over a period of time. Here expert advice to help you build the best workshop for your needs and d

---

**Pursuing The Dream**
"Some of us might have a dream of owning a new Jaguar sports coupe, while others dream of c the blue Caribbean on a new 50-ft. Hatteras yacht. But most of us pursue more practical ambitic include having a perfect home workshop, one fully equipped and set up with plenty of space and handle whatever task we ask of it. While a top-notch workshop does require investment, it is acc to most everyone because it can be built tool by tool over a period of time. This section of the Cr web site was assembled to help you pursue your own version of the perfect workshop. It will giv some ideas and guidelines to get you started."

--Bob Vila

▸ **Tips & Techniques**

▸ **Project Plans**

▸ **Workshop Advice**

The Perfect Workshop

How To Determine The Best Shop For You

How To Determine The Best Layout

How To Organize Workshop Tools

How To Get And Stay Organized

The Well-Equipped Craftsman Workshop



**Tips from Bob Vila**
Learn how to get the most out of Craftsman products.

**Craftsman Club Discussion Boards**
Need more advice?
Tap into the network of Craftsman Club Members



Site Map | craftsman com adheres to sears.com Terms



**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

| tools & equipment | lawn & garden products | projects & tips |

customer service  where to buy  catalog quick order  request a catalog  email sign up  view cart

search                keyword

## Cool New Tools
## From Craftsman

Craftsman helps lead the way when it comes to
developing and introducing new, innovative tools
that help you work smarter, faster and easier.
Learn more





**Check out our hot BUYS!**

Check



A hand
parts

See M

**Cool New Tool**
Cyclone® 3-in-1 multi-sander

▶ See More Cool New Tools

**Craftsman is the off**
**NASCAR, NCTS &**

▶ Learn

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004    © 2005 Sears Brands, LLC All rights reserved





# CRAFTSMAN®
## MAKES ANYTHING POSSIBLE™

**tools & equipment** | **lawn & garden products** | **projects & tips**

customer service  where to buy  catalog quick order  request a catalog  email sign up  view cart

search                keyword

## Cool New Tools From Craftsman

Craftsman helps lead the way when it comes to developing and introducing new, innovative tools that help you work smarter, faster and easier.
Learn more





**Cool New Tool**
DieHard Cordless Drill/Driver

▶ See More Cool New Tools



**Check out our hot BUYS!**                    Check

Now k
paint y

▶ See M

**Craftsman is the of**
**NASCAR, NCTS &**

▶ Lear



Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004   © 2005 Sears Brands, LLC All rights reserved

Home |



**CRAFTSMAN**
MAKES ANYTHING POSSIBLE™

tools & equipment    lawn & garden products    projects & tips

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home    search    keyword



**Projects & TIPS**

▶ Tips & Techniques
▶ Project Plans
▶ Workshop Advice

**Projects & Tips**
Here's a helpful source for ideas and tips on how to get more out of your Craftsman tools. Whether you're looking for a fun project to do over the weekend or just some helpful tool tips on how to work smarter, there's plenty of knowledgeable information for you to browse through right here.



**Bob Vila's Tips & Techniques**
Tap into this diverse collection of over 300 tips and techniques brought to you by Bob Vila himself.



**Bob Vila's Project Plans**
Find an exciting lineup of fun and interesting projects you can build, no matter what experience level you're at. Also find ways to help make, an keep your home in peak condition.



**Workshop Advice**
Click here for expert information designed to help you assemble your ov version of the perfect workshop. Our Craftsman experts will give you so ideas and guidelines to get you started.

 **Customer Service**
Contact Craftsman



**Lawn Care Advice**
Let Master Greenskeeper and Golf Course Superintendent, Walter Mor give you helpful advice on how to get your yard in shape and looking gr

**Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more about his TV show.

**Craftsman Club Projects**
See what Club Members have done using Craftsman products.

**Craftsman Club Discussion Boards**
Need more advice?
Tap into the network of Craftsman Club Members.

**Check out our Cool New Tools**

**Glossary of Product Terms**

Not sure about something? Look it up in our Glossary.



Please see our sears.com Safety Notice



Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004   © 2005 Sears Brands, LLC All rights reserved.

Home | Projects & Tips |



**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

tools & equipment    lawn & garden products    projects & tips

customer service   where to buy   catalog   quick order   request a catalog   email sign up   view cart   home    search      keyword

**Projects & TIPS**

▶ Tips & Techniques

▶ Project Plans

▶ Workshop Advice



**Time and Money-Saving Tool Tips**
Perhaps you're just getting started or are already an old hand at home and projects. Bob Vila provides you with a wide range of tips that will help you v effectively and efficiently.

---

**Automotive**

Assembling and Fastening

Buying and Outfitting

Fixing and Problem Solving

**Home Fix Up**

Assembling and Fastening

Buying and Outfitting

Finishing and Painting

Fixing and Problem Solving

Measuring and Cutting

Organizing and Adapting

Outdoor Projects

Planning and Building

**Woodworking**

Assembling and Fastening

Buying and Outfitting

Fixing and Problem Solving

Measuring and Cutting

Organizing and Adapting

Outdoor Projects

Planning and Building

---

**Customer Service**
Contact Craftsman

**Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

**Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

**Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

**Check out our
Cool New Tools**

Home | Projects & Tips |



**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

tools & equipment | lawn & garden products | projects & tips

customer service   where to buy   catalog   quick order   request a catalog   email sign up   view cart   home     search        keyword



**Projects & TIPS**



**Bob Vila's Project Plans**
Perhaps you're looking for a quick project you can complete over the week
need some help on a simple home fix-up project. Click on the categories be
wide range of step-by-step instructions.

▶ Tips & Techniques
▶ Project Plans
▶ Workshop Advice

**Home Fix Up**
Exterior Maintenance
Fixing and Repairing
Improving Your Home

**Weekend Warrior**
Deck Projects
Great Outdoors Projects
Projects for Home & the Workshop



**Customer Service**
Contact Craftsman

**Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

**Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

**Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

**Check out our
Cool New Tools**



Home | Projects & Tips |

**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

tools & equipment | lawn & garden products | projects & tips

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home   search   keyword



**Projects & TIPS**

- ▶ Tips & Techniques
- ▶ Project Plans
- ▶ Workshop Advice



**Craftsman Workshop Planner**
While a top-notch workshop does require investment, it is accessible to everyone because it can be built tool by tool over a period of time. Here expert advice to help you build the best workshop for your needs and d

**Pursuing The Dream**
"Some of us might have a dream of owning a new Jaguar sports coupe, while others dream of c the blue Caribbean on a new 50-ft. Hatteras yacht. But most of us pursue more practical ambitic include having a perfect home workshop, one fully equipped and set up with plenty of space and handle whatever task we ask of it. While a top-notch workshop does require investment, it is acc to most everyone because it can be built tool by tool over a period of time. This section of the Cr web site was assembled to help you pursue your own version of the perfect workshop. It will give some ideas and guidelines to get you started."

--Bob Vila

The Perfect Workshop

How To Determine The Best Shop For You

How To Determine The Best Layout

How To Organize Workshop Tools

How To Get And Stay Organized

The Well-Equipped Craftsman Workshop

**Tips from Bob Vila**
Learn how to get the most out of Craftsman products.

**Craftsman Club Discussion Boards**
Need more advice?
Tap into the network of Craftsman Club Members

**Back to Top**

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY. Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS. Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY. Revised effective 07/01/2004    © 2005 Sears Brands, LLC All rights reserved.

Craftsman.com





customer service   where to buy   catalog   quick order   request a catalog   email sign up   view cart

search    keyword

## Cool New Tools
## From Craftsman

Craftsman helps lead the way when it comes to developing and introducing new, innovative tools that help you work smarter, faster and easier.
Learn more



**Cool New Tool**
12-pc. 6-pt. impact socket set

**Check out our hot BUYS!**    Check

Now kr
paint y

See M

**Craftsman is the of**
**NASCAR, NCTS &**

See More Cool New Tools    Learn

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004    © 2005 Sears Brands, LLC All rights reserved





tools & equipment | lawn & garden products | projects & tips

customer service  where to buy  catalog quick order  request a catalog  email sign up  view cart      search      keyword



## Cool New Tools
## From Craftsman

Craftsman helps lead the way when it comes to
developing and introducing new, innovative tools
that help you work smarter, faster and easier.
Learn more





Check
out our hot    Check
BUYS!
▶

Now kr
paint y

▶  See M

**Cool New Tool**
Ratcheting Magnetic Screwdriver

**Craftsman is the off**
**NASCAR, NCTS &**

▶ See More Cool New Tools              ▶ Learn

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004   © 2005 Sears Brands. LLC All rights reserved.

Home |



**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

tools & equipment | lawn & garden products | projects & tips

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home    search                    keyword



**Projects & Tips**
Here's a helpful source for ideas and tips on how to get more out of your Craftsman tools. Whether you're looking for a fun project to do over the weekend or just some helpful tool tips on how to work smarter, there's plenty of knowledgeable information for you to browse through right here.

▶ **Tips & Techniques**
▶ **Project Plans**
▶ **Workshop Advice**



**Bob Vila's Tips & Techniques**
Tap into this diverse collection of over 300 tips and techniques brought to you by Bob Vila himself.



**Bob Vila's Project Plans**
Find an exciting lineup of fun and interesting projects you can build, no matter what experience level you're at. Also find ways to help make, an keep your home in peak condition.



**Workshop Advice**
Click here for expert information designed to help you assemble your o version of the perfect workshop. Our Craftsman experts will give you so ideas and guidelines to get you started.



**Lawn Care Advice**
Let Master Greenskeeper and Golf Course Superintendent, Walter Mor give you helpful advice on how to get your yard in shape and looking gr



🜨 **Customer Service**
Contact Craftsman

🜨 **Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more about his TV show.

🜨 **Craftsman Club Projects**
See what Club Members have done using Craftsman products.

🜨 **Craftsman Club Discussion Boards**
Need more advice?
Tap into the network of Craftsman Club Members.

🜨 **Check out our Cool New Tools**

**Glossary of Product Terms**

Not sure about something? Look it up in our Glossary.





Please see our sears.com Safety Notice



Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004   © 2005 Sears Brands, LLC All rights reserved.

Home | Projects & Tips |



**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

| tools & equipment | lawn & garden products | projects & tips |

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home    search          keyword

**Projects & TIPS**

▶ Tips & Techniques

▶ Project Plans

▶ Workshop Advice

🌀 **Customer Service**
Contact Craftsman

🌀 **Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

🌀 **Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

🌀 **Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

🌀 **Check out our
Cool New Tools**



**Time and Money-Saving Tool Tips**
Perhaps you're just getting started or are already an old hand at home an
projects. Bob Vila provides you with a wide range of tips that will help you
effectively and efficiently.

**Automotive**

Assembling and Fastening

Buying and Outfitting

Fixing and Problem Solving

**Home Fix Up**

Assembling and Fastening

Buying and Outfitting

Finishing and Painting

Fixing and Problem Solving

Measuring and Cutting

Organizing and Adapting

Outdoor Projects

Planning and Building

**Woodworking**

Assembling and Fastening

Buying and Outfitting

Fixing and Problem Solving

Measuring and Cutting

Organizing and Adapting

Outdoor Projects

Planning and Building

Home | Projects & Tips |



**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

| tools & equipment | lawn & garden products | projects & tips |

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home    search          keyword



**Projects & TIPS**

▶ **Tips & Techniques**

▶ **Project Plans**

▶ **Workshop Advice**

**Bob Vila's Project Plans**
Perhaps you're looking for a quick project you can complete over the week
need some help on a simple home fix-up project. Click on the categories b
wide range of step-by-step instructions.

---

**Home Fix Up**

Exterior Maintenance

Fixing and Repairing

Improving Your Home

**Weekend Warrior**

Deck Projects

Great Outdoors Projects

Projects for Home & the Workshop

---



◀▶ **Customer Service**
Contact Craftsman

◀▶ **Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

◀▶ **Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

◀▶ **Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

◀▶ **Check out our
Cool New Tools**

# EXHIBIT C
## PT. 2



Home | Projects & Tips |

tools & equipment    lawn & garden products    projects & tips

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home    search    keyword





**Craftsman Workshop Planner**
While a top-notch workshop does require investment, it is accessible to
everyone because it can be built tool by tool over a period of time. Here
expert advice to help you build the best workshop for your needs and d

**Pursuing The Dream**
"Some of us might have a dream of owning a new Jaguar sports coupe, while others dream of c
the blue Caribbean on a new 50-ft. Hatteras yacht. But most of us pursue more practical ambitic
include having a perfect home workshop, one fully equipped and set up with plenty of space and
handle whatever task we ask of it. While a top-notch workshop does require investment, it is acc
to most everyone because it can be built tool by tool over a period of time. This section of the Cr
web site was assembled to help you pursue your own version of the perfect workshop. It will giv
some ideas and guidelines to get you started."

--Bob Vila

▶ Tips & Techniques

▶ Project Plans

▶ Workshop Advice

The Perfect Workshop

How To Determine The Best Shop For You

How To Determine The Best Layout

How To Organize Workshop Tools

How To Get And Stay Organized

The Well-Equipped Craftsman Workshop



**Tips from Bob Vila**
Learn how to get the most out of
Craftsman products.

**Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of Craftsman
Club Members



Back to Top



Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY. Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS. Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY. Revised effective 07/01/2004   © 2005 Sears Brands, LLC All rights reserved.

Case 1:05-cv-11717-WGY    Document 17-11    Filed 02/22/2006    Page 3 of 22



**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

tools & equipment | lawn & garden products | projects & tips

customer service   where to buy  catalog quick order   request a catalog   email sign up   view cart

search                    keyword

## Cool New Tools
## From Craftsman

Craftsman helps lead the way when it comes to
developing and introducing new, innovative tools
that help you work smarter, faster and easier.
Learn more







Check
out our **hot BUYS!**                   Check

An eas
loose s

See M

**Cool New Tool**
5 in. Random Orbit Sander          **Craftsman is the off**
**NASCAR, NCTS &**

▶ See More Cool New Tools           ▶ Learn

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004  © 2005 Sears Brands, LLC All rights reserved.



Home |



tools & equipment   lawn & garden products   projects & tips

customer service  where to buy  catalog quick order  request a catalog  email sign up  view cart  home    search    keyword



▶ Tips & Techniques
▶ Project Plans
▶ Workshop Advice

### Projects & Tips

Here's a helpful source for ideas and tips on how to get more out of your Craftsman tools. Whether you're looking for a fun project to do over the weekend or just some helpful tool tips on how to work smarter, there's plenty of knowledgeable information for you to browse through right here.



**Bob Vila's Tips & Techniques**
Tap into this diverse collection of over 300 tips and techniques brought to you by Bob Vila himself.



**Bob Vila's Project Plans**
Find an exciting lineup of fun and interesting projects you can build, no matter what experience level you're at. Also find ways to help make, an keep your home in peak condition.



**Workshop Advice**
Click here for expert information designed to help you assemble your o version of the perfect workshop. Our Craftsman experts will give you so ideas and guidelines to get you started.



**Lawn Care Advice**
Let Master Greenskeeper and Golf Course Superintendent, Walter Mor give you helpful advice on how to get your yard in shape and looking gr

◆ **Customer Service**
Contact Craftsman

◆ **Bob Vila's "Home Again"**
Can't get enough of Bob? Click here to learn more about his TV show.

◆ **Craftsman Club Projects**
See what Club Members have done using Craftsman products.

◆ **Craftsman Club Discussion Boards**
Need more advice? Tap into the network of Craftsman Club Members.

◆ **Check out our Cool New Tools**

### Glossary of Product Terms

Not sure about something? Look it up in our Glossary.

Please see our sears.com Safety Notice



Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004    © 2005 Sears Brands, LLC All rights reserved

Home | Projects & Tips |





tools & equipment | lawn & garden products | projects & tips

customer service   where to buy   catalog   quick order   request a catalog   email sign up   view cart   home   search   keyword





### Time and Money-Saving Tool Tips
Perhaps you're just getting started or are already an old hand at home and projects. Bob Vila provides you with a wide range of tips that will help you v effectively and efficiently.

▶ Tips & Techniques

▶ Project Plans

▶ Workshop Advice

#### Automotive

Assembling and Fastening

Buying and Outfitting

Fixing and Problem Solving

#### Home Fix Up

Assembling and Fastening

Buying and Outfitting

Finishing and Painting

Fixing and Problem Solving

Measuring and Cutting

Organizing and Adapting

Outdoor Projects

Planning and Building

#### Woodworking

Assembling and Fastening

Buying and Outfitting

Fixing and Problem Solving

Measuring and Cutting

Organizing and Adapting

Outdoor Projects

Planning and Building



🍂 **Customer Service**
Contact Craftsman

🍂 **Bob Vila's "Home Again"**
Can't get enough of Bob? Click here to learn more about his TV show.

🍂 **Craftsman Club Projects**
See what Club Members have done using Craftsman products.

🍂 **Craftsman Club Discussion Boards**
Need more advice? Tap into the network of Craftsman Club Members.

🍂 **Check out our Cool New Tools**

Home | Projects & Tips |



tools & equipment | lawn & garden products | projects & tips

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home    search        keyword





**Bob Vila's Project Plans**
Perhaps you're looking for a quick project you can complete over the weeke
need some help on a simple home fix-up project. Click on the categories be
wide range of step-by-step instructions.

▶ **Tips & Techniques**

▶ **Project Plans**

▶ **Workshop Advice**

**Home Fix Up**

Exterior Maintenance

Fixing and Repairing

Improving Your Home

**Weekend Warrior**

Deck Projects

Great Outdoors Projects

Projects for Home & the Workshop



�times **Customer Service**
Contact Craftsman

�times **Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

�times **Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

�times **Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

�times **Check out our
Cool New Tools**

Home | Projects & Tips |



tools & equipment | lawn & garden products | projects & tips

customer service  where to buy  catalog quick order  request a catalog  email sign up  view cart  home    search    keyword





**Craftsman Workshop Planner**
While a top-notch workshop does require investment, it is accessible to everyone because it can be built tool by tool over a period of time. Here expert advice to help you build the best workshop for your needs and d

**Pursuing The Dream**
"Some of us might have a dream of owning a new Jaguar sports coupe, while others dream of c the blue Caribbean on a new 50-ft. Hatteras yacht. But most of us pursue more practical ambitic include having a perfect home workshop, one fully equipped and set up with plenty of space and handle whatever task we ask of it. While a top-notch workshop does require investment, it is acc to most everyone because it can be built tool by tool over a period of time. This section of the Cr web site was assembled to help you pursue your own version of the perfect workshop. It will giv some ideas and guidelines to get you started."

--Bob Vila

▸ **Tips & Techniques**

▸ **Project Plans**

▸ **Workshop Advice**

The Perfect Workshop

How To Determine The Best Shop For You

How To Determine The Best Layout

How To Organize Workshop Tools

How To Get And Stay Organized

The Well-Equipped Craftsman Workshop



🔧 **Tips from Bob Vila**
Learn how to get the most out of Craftsman products.

🔧 **Craftsman Club Discussion Boards**
Need more advice?
Tap into the network of Craftsman Club Members


Back to Top

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY: Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS: Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY: Revised effective 07/01/2004   © 2005 Sears Brands, LLC All rights reserved.



# CRAFTSMAN®
## MAKES ANYTHING POSSIBLE™

**tools & equipment**  **lawn & garden products**  **projects & tips**

**customer service  where to buy  catalog quick order  request a catalog  email sign up  view cart**

search

keyword

## Cool New Tools
## From Craftsman

Craftsman helps lead the way when it comes to
developing and introducing new, innovative tools
that help you work smarter, faster and easier.
Learn more



**Cool New Tool**
Low Profile Belt Sander

▶ See More Cool New Tools



**Check out our hot BUYS!**
▶

Check

Make q
measur

▶ See M

**Craftsman is the off**
**NASCAR, NCTS &**

▶ Learn

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004  © 2005 Sears Brands, LLC All rights reserved.





customer service   where to buy  catalog quick order  request a catalog  email sign up   view cart

search

keyword



## Cool New Tools
## From Craftsman

Craftsman helps lead the way when it comes to
developing and introducing new, innovative tools
that help you work smarter, faster and easier.
Learn more



**Check out our hot BUYS!**

Check

Make y
mightie

See M

**Cool New Tool**
5 in. Random Orbit Sander

► See More Cool New Tools

**Craftsman is the off
NASCAR, NCTS &**

► Learn

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004   © 2005 Sears Brands, LLC All rights reserved.

Home |



tools & equipment | lawn & garden products | projects & tips

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home    search     keyword



**Projects & Tips**
Here's a helpful source for ideas and tips on how to get more out of your Craftsman tools. Whether you're looking for a fun project to do over the weekend or just some helpful tool tips on how to work smarter, there's plenty of knowledgeable information for you to browse through right here.

▶ **Tips & Techniques**

▶ **Project Plans**

▶ **Workshop Advice**



**Bob Vila's Tips & Techniques**
Tap into this diverse collection of over 300 tips and techniques brought to you by Bob Vila himself.



**Bob Vila's Project Plans**
Find an exciting lineup of fun and interesting projects you can build, no matter what experience level you're at. Also find ways to help make, an keep your home in peak condition.

**Customer Service**
Contact Craftsman

**Bob Vila's "Home Again"**
Can't get enough of Bob? Click here to learn more about his TV show.

**Craftsman Club Projects**
See what Club Members have done using Craftsman products.

**Craftsman Club Discussion Boards**
Need more advice? Tap into the network of Craftsman Club Members

**Check out our Cool New Tools**




**Workshop Advice**
Click here for expert information designed to help you assemble your o version of the perfect workshop. Our Craftsman experts will give you so ideas and guidelines to get you started.



**Lawn Care Advice**
Let Master Greenskeeper and Golf Course Superintendent, Walter Mor give you helpful advice on how to get your yard in shape and looking gr

**Glossary of Product Terms**

Not sure about something? Look it up in our Glossary.

Please see our sears.com Safety Notice







Home | Projects & Tips |



tools & equipment | lawn & garden products | projects & tips

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home   search                    keyword.





**Time and Money-Saving Tool Tips**

Perhaps you're just getting started or are already an old hand at home and projects. Bob Vila provides you with a wide range of tips that will help you v effectively and efficiently.

▶ **Tips & Techniques**

▶ **Project Plans**

▶ **Workshop Advice**



**Customer Service**
Contact Craftsman

**Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

**Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

**Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

**Check out our
Cool New Tools**

**Automotive**

Assembling and Fastening

Buying and Outfitting

Fixing and Problem Solving

**Home Fix Up**

Assembling and Fastening

Buying and Outfitting

Finishing and Painting

Fixing and Problem Solving

Measuring and Cutting

Organizing and Adapting

Outdoor Projects

Planning and Building

**Woodworking**

Assembling and Fastening

Buying and Outfitting

Fixing and Problem Solving

Measuring and Cutting

Organizing and Adapting

Outdoor Projects

Planning and Building

Home | Projects & Tips |





customer service    where to buy    catalog quick order    request a catalog    email sign up    view cart    home    search    keyword





**Bob Vila's Project Plans**
Perhaps you're looking for a quick project you can complete over the weeke
need some help on a simple home fix-up project. Click on the categories be
wide range of step-by-step instructions.

▸ **Tips & Techniques**

▸ **Project Plans**

▸ **Workshop Advice**

**Home Fix Up**

Exterior Maintenance

Fixing and Repairing

Improving Your Home

**Weekend Warrior**

Deck Projects

Great Outdoors Projects

Projects for Home & the Workshop



**Customer Service**
Contact Craftsman

**Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

**Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

**Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

**Check out our
Cool New Tools**





tools & equipment | lawn & garden products | projects & tips

customer service  where to buy  catalog quick order  request a catalog  email sign up  view cart

search

keyword



## Cool New Tools
## From Craftsman

Craftsman helps lead the way when it comes to developing and introducing new, innovative tools that help you work smarter, faster and easier.
Learn more





Check out our **hot BUYS!**

Check

A hand parts

See M

**Cool New Tool**
Rechargeable LED worklight

▶ See More Cool New Tools

**Craftsman is the of**
NASCAR, NCTS &

▶ Learn

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004  © 2005 Sears Brands, LLC All rights reserved



tools & equipment | lawn & garden products | projects & tips

customer service | where to buy | catalog quick order | request a catalog | email sign up | view cart    search    keyword

## Cool New Tools
## From Craftsman

Craftsman helps lead the way when it comes to
developing and introducing new, innovative tools
that help you work smarter, faster and easier.
Learn more





**Check out our hot BUYS!**    Check

Check
is accu

See M

**Cool New Tool**
5 in. Random Orbit Sander

▶ See More Cool New Tools

**Craftsman is the off**
**NASCAR, NCTS &**

▶ Learn

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY, Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS, Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY, Revised effective 07/01/2004    © 2005 Sears Brands, LLC All rights reserved.



Home | Projects & Tips | Bob Vila Tips |

tools & equipment   lawn & garden products   projects & tips

customer service  where to buy  catalog quick order  request a catalog  email sign up  view cart  home   search   keyword



# Projects & TIPS



**Tape Check**

▸ Tips & Techniques

▸ Project Plans

▸ Workshop Advice

If you are working on a project with a partner and using two different measuring tapes, take the t check that both tapes are in sync. Sometimes if the hook end of an older tape happens to get be throw off the measurement as much as a sixteenth of an inch. That error can be enough to caus problems if you need to do precision work. To doublecheck two metal measuring tapes for accur mark a line at a certain distance on a board, draw the tapes out and compare readings.



**Customer Service**
Contact Craftsman

**Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

**Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

**Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

**Check out our
Cool New Tools**

Home |



**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

tools & equipment | lawn & garden products | projects & tips

customer service  where to buy  catalog  quick order  request a catalog  email sign up  view cart  home    search                keyword



**Projects & Tips**
Here's a helpful source for ideas and tips on how to get more out of your
Craftsman tools. Whether you're looking for a fun project to do over the
weekend or just some helpful tool tips on how to work smarter, there's
plenty of knowledgeable information for you to browse through right here.

▸ **Tips & Techniques**
▸ **Project Plans**
▸ **Workshop Advice**



Bob Vila's Tips & Techniques
Tap into this diverse collection of over 300 tips
and techniques brought to you by Bob Vila himself.



Bob Vila's Project Plans
Find an exciting lineup of fun and interesting projects you can build, no
matter what experience level you're at. Also find ways to help make, and
keep your home in peak condition.



Workshop Advice
Click here for expert information designed to help you assemble your own
version of the perfect workshop. Our Craftsman experts will give you some
ideas and guidelines to get you started.




Lawn Care Advice
Let Master Greenskeeper and Golf Course Superintendent, Walter Mc
give you helpful advice on how to get your yard in shape and looking g

**Customer Service**
Contact Craftsman

**Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

**Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

**Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

**Check out our
Cool New Tools**

**Glossary of Product Terms**

Not sure about something? Look it up in our Glossary.

Case 1:05-cv-11717-WGY    Document 17-11    Filed 02/22/2006    Page 19 of 22

Please see our sears.com Safety Notice







Home | Projects & Tips |

tools & equipment    lawn & garden products    projects & tips

customer service  where to buy  catalog  quick order  request a catalog  email sign up  view cart  home    search    keyword





### Time and Money-Saving Tool Tips

Perhaps you're just getting started or are already an old hand at home and projects. Bob Vila provides you with a wide range of tips that will help you v effectively and efficiently.

▶ Tips & Techniques
▶ Project Plans
▶ Workshop Advice



**Customer Service**
Contact Craftsman

**Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

**Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

**Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

**Check out our
Cool New Tools**

#### Automotive
Assembling and Fastening
Buying and Outfitting
Fixing and Problem Solving

#### Home Fix Up
Assembling and Fastening
Buying and Outfitting
Finishing and Painting
Fixing and Problem Solving
Measuring and Cutting
Organizing and Adapting
Outdoor Projects
Planning and Building

#### Woodworking
Assembling and Fastening
Buying and Outfitting
Fixing and Problem Solving
Measuring and Cutting
Organizing and Adapting
Outdoor Projects
Planning and Building

Home | Projects & Tips |

**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

tools & equipment    lawn & garden products    projects & tips

customer service   where to buy   catalog quick order   request a catalog   email sign up   view cart   home     search      keyword

**Projects & TIPS**

**Bob Vila's Project Plans**
Perhaps you're looking for a quick project you can complete over the week
need some help on a simple home fix-up project. Click on the categories b
wide range of step-by-step instructions.

▶ Tips & Techniques

▶ Project Plans

▶ Workshop Advice

**Home Fix Up**

Exterior Maintenance

Fixing and Repairing

Improving Your Home

**Weekend Warrior**

Deck Projects

Great Outdoors Projects

Projects for Home & the Workshop



🜋 **Customer Service**
Contact Craftsman

🜋 **Bob Vila's "Home Again"**
Can't get enough of Bob?
Click here to learn more
about his TV show.

🜋 **Craftsman Club Projects**
See what Club Members
have done using
Craftsman products.

🜋 **Craftsman Club
Discussion Boards**
Need more advice?
Tap into the network of
Craftsman Club Members.

🜋 **Check out our
Cool New Tools**

Home | Projects & Tips |



**CRAFTSMAN®**
MAKES ANYTHING POSSIBLE™

| tools & equipment | lawn & garden products | projects & tips |

customer service  where to buy  catalog  quick order  request a catalog  email sign up  view cart  home   search    keyword



Projects & TIPS



### Craftsman Workshop Planner
While a top-notch workshop does require investment, it is accessible to everyone because it can be built tool by tool over a period of time. Here expert advice to help you build the best workshop for your needs and o

▶ **Tips & Techniques**

▶ **Project Plans**

▶ **Workshop Advice**

### Pursuing The Dream
"Some of us might have a dream of owning a new Jaguar sports coupe, while others dream of o the blue Caribbean on a new 50-ft. Hatteras yacht. But most of us pursue more practical ambitio include having a perfect home workshop, one fully equipped and set up with plenty of space an handle whatever task we ask of it. While a top-notch workshop does require investment, it is ac to most everyone because it can be built tool by tool over a period of time. This section of the C web site was assembled to help you pursue your own version of the perfect workshop. It will giv some ideas and guidelines to get you started."

--Bob Vila

The Perfect Workshop

How To Determine The Best Shop For You

How To Determine The Best Layout

How To Organize Workshop Tools

How To Get And Stay Organized

The Well-Equipped Craftsman Workshop



🌙 **Tips from Bob Vila**
Learn how to get the most out of Craftsman products.

🌙 **Craftsman Club Discussion Boards**
Need more advice?
Tap into the network of Craftsman Club Members


Back to Top

Site Map | craftsman.com adheres to sears.com Terms of Site Use | PRIVACY POLICY. Revised effective 07/01/2004
YOUR CALIFORNIA PRIVACY RIGHTS. Revised effective 01/01/2005
CHILDREN'S PRIVACY POLICY. Revised effective 07/01/2004 © 2005 Sears Brands, LLC All rights reserved.