UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION,<br><br>Defendants. | Civil Action No. 05-11717-REK |

### DECLARATION OF ALAN LACY

I, Alan Lacy, hereby depose under oath and state:

1.  I am Vice Chairman of the Board of Directors of Sears Holdings Corporation ("**Sears Holdings**"). I previously served as Chairman of the Board of Directors, President and Chief Executive Officer of Sears, Roebuck & Co. ("**Sears**"). I am over eighteen years of age and I have personal knowledge of the matters contained herein. I make this Affidavit is support of Defendants' Emergency Motion for Protective Order That the Depositions of Eddie Lampert and Alan Lacy Not Be Had.

2.  I did not participate in the negotiation of the proposed Amendment 11 to the Bob Vila Syndicated Television Program Agreement ("Syndication Agreement") and the renegotiation of Amendment X to the Bob Vila Spokesperson Agreement ("Spokesperson Agreement") and was just generally kept informed of progress.

3.  Up to the time the merger between Kmart Holding Corporation and Sears closed on March 24, 2005, Luis Padilla, the former President of Merchandising and Marketing and Chief Merchant at Sears, reported to me, giving me period updates concerning the relationship with Bob Vila and B.V.T.V., Inc. However, I played no decision-making role with respect to the negotiation of Amendment 11 to the Syndication Agreement, the

renegotiation of Amendment X to the Spokesperson Agreement, the decision not to agree to Amendment 11 to the Syndication Agreement or the decision to terminate the Spokesperson Agreement.

4.  I have no unique personal knowledge of the relevant facts at issue in this case. Any knowledge I have is entirely duplicative of information already revealed in the depositions taken thus far including: Mark Rode (former Brand Manager at Sears), Andrew Ginger (former Vice President of Brand Management at Sears), Drew Farkas (current Senior Counsel at Sears), Fred Ciba (current Producer at Sears), Richard Anderson (current Manager of Newspaper Distribution and former Manager of Media Planning at Sears), William Crowley (current Executive Vice President and Chief Financial Officer at Sears Holdings), and Luis Padilla (former President of Merchandising and Marketing and Chief Merchant at Sears) and the deposition that is scheduled to take place of Janine Bousquette, (former Chief Marketing and Customer Officer at Sears).

SIGNED UNDER THE PENALTIES OF PERJURY THIS 17th DAY OF MARCH 2006.

_____
ALAN LACY, VICE CHAIRMAN OF THE BOARD

**CERTIFICATE OF SERVICE**

I, Annapoorni R. Sankaran, hereby certify that on March 20, 2006 I served a copy of the foregoing by first class mail, postage-prepaid upon:

James F. O'Brien, Esq.
410 Park Avenue, Suite 1530
New York, NY 10022

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran