UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. VILA and B.V.T.V., INC.,

Plaintiffs,

v.

SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION,

Defendants.

Civil Action No. 05-11717-REK

### DECLARATION OF EDWARD S. LAMPERT

I, Edward S. Lampert, hereby depose under oath and state:

1. I am the Chairman of the Board of Directors of Sears Holdings Corporation ("**Sears Holdings**"). I am over eighteen years of age and I have personal knowledge of the matters contained herein. I make this Affidavit in support of Defendants' Emergency Motion for Protective Order That The Depositions of Edward Lampert and Alan Lacy Not Be Had.

2. I was not involved in the negotiation of the proposed Amendment 11 to the Bob Vila Syndicated Television Program Agreement ("Syndication Agreement") or the renegotiation of Amendment X to the Bob Vila Spokesperson Agreement ("Spokesperson Agreement").

3. I recall engaging in a few conversations on the subject of the Syndication and Spokesperson Agreements with William Crowley, currently Executive Vice President, Chief Financial Officer and Chief Administrative Officer of Sears Holdings, in which he informed me of the status of the relationship between Sears and Bob Vila and B.V.T.V., Inc. However, Mr. Crowley had the decision-making responsibility and full discretion with respect to the matters at issue. I played no decision-making role with respect to the negotiation of Amendment 11 to the

1

Syndication Agreement, the renegotiation of Amendment X to the Spokesperson Agreement, the decision not to agree to Amendment 11 to the Syndication Agreement, or the decision to terminate the Spokesperson Agreement.

4. I have no unique personal knowledge of the relevant facts at issue in this case, as everything I know about it is duplicative of information Mr. Crowley possesses.

5. My schedule with Sears Holdings, as well as ESL Investments, Inc., where I serve as Chairman of the Board and Chief Executive Officer, is extremely busy. Devoting a day to a deposition would be extremely burdensome to me, to Sears Holdings, and to ESL Investments, Inc. On March 28, 2006, the date on which my deposition has been requested, I have prior commitments and the short period of notice for the deposition that the Plaintiff has provided will cause difficulties in rescheduling those commitments.

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 16th DAY OF MARCH 2006.**

_____
EDWARD S. LAMPERT, CHAIRMAN OF THE BOARD
SEARS HOLDINGS CORPORATION

**CERTIFICATE OF SERVICE**

I Annapoorni R. Sankaran, hereby certify that on March 20, 2006 I served a copy of the foregoing by first class mail, postage-prepaid upon:

James F. O'Brien, Esq.
410 Park Avenue, Suite 1530
New York, NY 10022

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran

2