UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. VILA and B.V.T.V., INC.,

    Plaintiffs,

v.

SEARS, ROEBUCK AND COMPANY,
SEARS HOLDINGS CORPORATION and
KMART HOLDING CORPORATION,

    Defendants.

Civil Action No. 05-11717-REK

### DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Sears, Roebuck and Co. ("Sears"), Sears Holdings Corporation ("Sears Holdings"), and Kmart Holding Corporation ("Kmart Holding") (collectively "Defendants"), with the assent of plaintiffs Robert J. Vila ("Vila) and B.V.T.V., Inc. ("BVTV") (collectively "Plaintiffs"), hereby move for an extension of time to file their opposition to Plaintiffs' Motion For Partial Summary Judgment up to and including April 11, 2006. In support of their motion, Defendants state that discovery is ongoing and the depositions of key witnesses of the Plaintiffs are necessary for the opposition are concluding this week. Accordingly, Defendants need additional time to collect facts sufficient to properly respond to the plaintiffs' summary judgment motion. The Plaintiffs assent to the requested extension.

WHEREFORE, Defendants Sears, Roebuck and Co., Sears Holdings Corporation and Kmart Holding Corporation respectfully requests that this Court extend the time by which they are to file their opposition to Plaintiffs' Motion For Partial Summary Judgment up to and including April 11, 2006.

| RESPECTFULLY SUBMITTED: | ASSENTED TO BY: |
|---|---|
| SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION, Defendants, and SEARS, ROEBUCK AND CO., Defendant/Counterclaimant, By their attorneys: | ROBERT J. VILA and B.V.T.V., INC., Plaintiffs/ Defendants-in-Counterclaim, By their attorneys: |
| /s/ Annapoorni R. Sankaran<br>Gary R. Greenberg, BBO #209420<br>Annapoorni R. Sankaran, BBO #631065<br>GREENBERG TRAURIG, LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000<br>(617) 310-6001 (fax) | /s/ James F. O'Brien<br>James F. O'Brien, BBO #375765<br>410 Park Avenue, Suite 1530<br>New York, NY 10022<br>(212) 813-9300<br>(212) 813-1907 (fax) |

CERTIFICATE OF SERVICE

I Annapoorni R. Sankaran, hereby certify that on March 29, 2006 I served a copy of the foregoing by first class mail, postage-prepaid upon:

James F. O'Brien, Esq.
410 Park Avenue, Suite 1530
New York, NY 10022

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran