UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND COMPANY, SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION,<br><br>    Defendants. | Civil Action No. 05-11717-REK |

### PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER THAT THE DEPOSITIONS OF EDWARD S. LAMPERT AND ALAN LACY NOT BE HAD

Plaintiffs Robert J. Vila ("Vila) and B.V.T.V., Inc. ("BVTV") (collectively "Plaintiffs"), with the assent of Defendants Sears, Roebuck and Co. ("Sears"), Sears Holdings Corporation ("Sears Holdings"), and Kmart Holding Corporation ("Kmart Holding") (collectively "Defendants"), hereby move for an extension of time to file their opposition to Plaintiffs' Emergency Motion For Protective Order that The Depositions of Edward S. Lampert and Alan Lacy not be had up to and including April 10, 2006. In support of their motion, Plaintiffs state that, since the filing of Defendants' Motion, other key depositions have been ongoing. Accordingly, Plaintiffs need additional time to prepare their opposition to Defendants' Motion for Protective Order. The Defendants assent to the requested extension.

WHEREFORE, Plaintiffs respectfully requests that this Court extend the time by which they are to file their opposition to Plaintiffs' Motion For Protective Order up to and including April 10, 2006.

| **RESPECTFULLY SUBMITTED:** | **ASSENTED TO BY:** |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC., Plaintiffs/ Defendants-in-Counterclaim, By their attorneys: | SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION, Defendants, and SEARS, ROEBUCK AND CO., Defendant/Counterclaimant, By their attorneys: |
| /s/ James F. O'Brien<br>James F. O'Brien, BBO #375765<br>410 Park Avenue, Suite 1530<br>New York, NY 10022<br>(212) 813-9300<br>(212) 813-1907 (fax) | /s/ Annapoorni R. Sankaran<br>Gary R. Greenberg, BBO #209420<br>Annapoorni R. Sankaran, BBO #631065<br>GREENBERG TRAURIG, LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000<br>(617) 310-6001 (fax) |

CERTIFICATE OF SERVICE

I James F. O'Brien, hereby certify that on March 30, 2006 I served a copy of the foregoing by first class mail, postage-prepaid upon:

Anna Sankaran,, Esq.
Greenberg Traurig LLP
Boston, MA 02110

/s/ James F. O'Brien
James F. O'Brien