UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. VILA and B.V.T.V., INC.,

    Plaintiffs,

v.

SEARS, ROEBUCK AND COMPANY,
SEARS HOLDINGS CORPORATION and
KMART HOLDING CORPORATION,

    Defendants.

Civil Action No. 05-11717-REK

## DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), defendants Sears, Roebuck and Co. ("**Sears**"), Sears Holdings Corporation ("**Sears Holdings**"), and Kmart Holding Corporation ("**Kmart Holding**") (collectively "**Defendants**"), with the assent of plaintiffs Robert J. Vila ("Vila) and B.V.T.V., Inc. ("BVTV") (collectively "**Plaintiffs**"), hereby request leave to file a memorandum of law in opposition to Plaintiff's Motion for Partial Summary Judgment, as well as in support of Defendants' Cross-motion for Summary Judgment, in excess of twenty pages. In support of this motion, Defendants state that that in addition to opposing Plaintiff's motion for partial summary judgment on four counts of Plaintiffs' First Amended Complaint, they are additionally cross-moving for summary judgment on all eleven counts of Plaintiffs' First Amended Complaint. The facts of this case span a fifteen-year history between the parties and relate to two separate contracts. Rather than burden the court with repetitive and duplicative filings, Defendants propose to combine their opposition to Plaintiff's motion for partial summary judgment with their cross- motion for summary judgment into one brief. In order to do so, it is necessary to

exceed the twenty page limit set forth in Local Rule 7.1(B)(4). The Plaintiffs assent to the Defendants' request.

WHEREFORE, Defendants Sears, Roebuck and Co., Sears Holdings Corporation and Kmart Holding Corporation respectfully requests that this Court grant Defendants leave to exceed the twenty page limit for their brief in opposition to Plaintiff's motion for partial summary judgment and in support of Defendants' cross-motion for summary judgment.

**ASSENTED TO BY:**
ROBERT J. VILA and B.V.T.V., INC.,
Plaintiffs/ Defendants-in-Counterclaim,
By their attorneys:

/s/ James F. O'Brien
James F. O'Brien, BBO #375765
410 Park Avenue, Suite 1530
New York, NY 10022
(212) 813-9300
(212) 813-1907 (fax)

**RESPECTFULLY SUBMITTED:**
SEARS HOLDINGS CORPORATION and
KMART HOLDING CORPORATION,
Defendants, and SEARS, ROEBUCK
AND CO., Defendant/Counterclaimant,
By their attorneys:

/s/ Annapoorni R. Sankaran
Gary R. Greenberg, BBO #209420
Annapoorni R. Sankaran, BBO #631065
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Annapoorni Sankaran, hereby certify that on April 3-7, 2006 I sent an e-mail counsel for plaintiffs by electronic mail and attempted in good faith to resolve the issues regarding Defendants' Assented-To Motion for Leave to File a Brief in Excess of Twenty Pages. Plaintiff assents to this motion.

CERTIFICATE OF SERVICE

I Annapoorni R. Sankaran, hereby certify that, pursuant to Local Rule 5.4(c), on April 7, 2006 I served a copy of the foregoing by electronic mail upon:
James F. O'Brien, Esq.
410 Park Avenue, Suite 1530
New York, NY 10022

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran