UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. VILA and B.V.T.V., INC.,

     Plaintiffs,

v.

                                      Civil Action No. 05-11717-REK

SEARS, ROEBUCK AND COMPANY,
SEARS HOLDINGS CORPORATION and
KMART HOLDING CORPORATION,

     Defendants.

## DECLARATION OF ANNAPOORNI R. SANKARAN

I, Annapoorni R. Sankaran declare and say:

1.     I am a shareholder at Greenberg Traurig, LLP, a member of the bar of this Court and, along with Gary R. Greenberg, Esq., am counsel for defendants Sears, Roebuck and Company, Sears Holdings Corporation and Kmart Holding Corporation (collectively "Defendants").

2.     True and accurate copies of exhibits marked at the depositions in this case are attached hereto in Volume III as Exhibits 151 through 238 (only deposition exhibits referenced in Defendants' Memorandum Of Law In Opposition to Plaintiffs' Motion For Partial Summary Judgment And In Support of Defendants' Cross-Motion for Summary Judgment are contained in Volume III).

SIGNED UNDER THE PENALTIES OF PERJURY THIS 11TH DAY OF APRIL, 2006.

                                     /s/ Annapoorni R. Sankaran
                                   ANNAPOORNI R. SANKARAN

CERTIFICATE OF SERVICE

I Annapoorni R. Sankaran, hereby certify that, pursuant to Local Rule 5.4(c), on April 11, 2006 I served a copy of the foregoing electronically  upon:

James F. O'Brien, Esq.
410 Park Avenue, Suite 1530
New York, NY 10022


/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran

EXHIBIT 151

**Mark**

| | |
|---|---|
| **From:** | WCC |
| **Sent:** | Tuesday, April 19, 2005 1:55 PM |
| **To:** | Eddie |
| **Subject:** | RE Bob Vila |

50%/50% ownership of library Bob and S.
Right now in 7th year of syndication deal with TLC.

Call me when you get a chance.

William C. Crowley
wcc@eslinvest.com
W: 203-861-4603
M:  917-536-8033

-----Original Message-----
From: Eddie
Sent: Tuesday, April 19, 2005 12:52 PM
To: WCC
Subject: Re: Bob Vila

Ok, but who has the rights to the library now?

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: WCC <WCC@eslinvest.com>
To: Eddie <Eddie@eslinvest.com>
Sent: Tue Apr 19 13:50:03 2005
Subject: Bob Vila

I would like ask Alan Mnuchin to take a look at the library.
See what he thinks of the value.

If there is a big difference in value, then we would retain him to help us negotiate a
deal with Bob or someone else.
I think he knows the King World people well.

OK?

William C. Crowley
wcc@eslinvest.com
W: 203-861-4603
M:  917-536-8033

# EXHIBIT 155

http://www.bobvila.com/BVTV/Bob_Vila/

EXHIBIT

Bob Vila, Bob on TV, Bob vila.com

# BOBVILA.COM
The Ultimate Home Site

## bargain network
### Homes As Low As $10,000!

## SEARCH FOR FREE!

| Price Range: | Zip Code: |
| Select | Select | Find It! |

Home | How To | Design | Blogs & | Shop | Product & | Real | Home
Improvement | Library | Tools | Forums | Smart Buys | Service Info | Estate | Finance

Featured Channel: Finance

BobVila.com > Bob on TV > Bob Vila

## CHANNELS

### Quick Navigation

Search BobVila.com (type in the Bob Vila Search Box here)

| > Bob on TV | > TV Schedule |
| > Bob Vila TV Show | > Bob on TV Photo Gallery |
| > Current Episode | > Newsletter |
| > Bob Vila's Home Again | > Showrooms |

Select a topic...

**Start by selecting a topic.**

Season 1:

## Storm-Ready Design Punta Gorda, FL

**Storm-Ready Design**
Help keep your home safe in a storm. Click here for more storm-ready tips, techniques, and building info. Go!

Advertise on this site

Ads by Goooooogle

**Hurricane Protection**
Hurricane Shutters & Impact Glass Wholesale Manuf. & Install
www.hurricanestop.com

**DIY Polycarbonate Panels**
Tough, Translucent, Light. ASTM Storm Protection, Free Samples
lowcountrystormpanels.com

# Bob Vila TV Show!

In addition to weekly updates on the show's current project, you can see videos of featured home construction details and practices. Click to view related articles with more in-depth information and helpful how-to video clips for your next home project.
☐ View Current Episode



When a hurricane hits, it's not just the house that's endangered, it's the homeowners, the neighbors, and the community. When hurricanes strike again and again, as they did in Florida in 2004, the effects are devastating. In Season 1 of *Bob Vila*, Bob works with FLASH – the Federal Alliance for Safe Homes – to completely rebuild a home that was destroyed in Punta Gorda, Florida. Using current technology and new standards for storm-ready housing, Bob and the crew build a new home of pre-cast concrete that is cast in place with a structural system designed for integrity. Bob looks at the key elements of a home and how they protect or compromise the overall structure when high winds and wind-borne rain strike, as well as why some building systems fail and others succeed. The new Punta Gorda home will feature integral roof and envelope tie-down systems, advanced roof trussing technologies, and impact-resistant windows. Working with the builder, FLASH, and FEMA, Bob learns how current building codes are making new and upgraded housing safer for

Page 1 of 3

3/10/2006

http://www.bobvila.com/BVTV/Bob_Vila/

Bob Vila, Bob on TV, Bobvila.com



**Sears**

**Premium Vinyl Siding, Eaves and Overhangs**

**Save $500***

on Premium Vinyl Siding from Sears

**Click Here to Request a FREE In-House Estimate**

* Offer not valid on prior sales or in combination with any other offer. Offer expires September 1, 2006. Minimum purchase for savings: 1000sq ft of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.

**Showrooms** Solutions for Your Home

WarmZone™
Custom Radiant Heat Systems

Florida residents. He also visits a home under repair and looks at how to guard against further damage to your home and surrounding homes while fixing damage from a first storm.

▷ View full project description
▷ View all videos from this project
▣ View All Storm-Ready Design Photographs



## Victorian Kitchen & Bath Remodel Rowley, MA

In the opening season of *Bob Vila*, Bob undertakes a kitchen remodel of a historic Victorian home in Rowley, Massachusetts. The house is a classic New England gem, with many partitioned rooms, a kitchen in the back, a great yard, preserved wetlands behind, and a historic code to govern additions. The owners want to make their home more family friendly and open for casual entertaining. Their architect helps them create a design that works for the house and the family. From permits and approvals, to the opening of original bearing wall, the addition of a mudroom, lavatory, and deck to the creation of a barbecue station, and installation of cupboards, cabinets, and cozy radiant heat, this project focuses on family space. Appliances are modernized and updated, while architectural details like the Queen Anne window, reproduction trim, and copper roof are added to restore the original character to this historical beauty.

▷ View full project description
▷ View all videos from this project
▣ View All Victorian Kitchen & Bath Remodel Photographs



**Showrooms** Building and Remodeling Solutions for Your Home

### Additional Bob Vila Showrooms

- **Sears** - Vinyl Siding, Eaves and Overhangs
- **Circle Redmont** - Glass floors & stairs made simply beautiful
- **SideRight** - Replica Cedar & Masonry Siding You Can Install Yourself
- **The Wood Promotion Network** - Hardwood Floors, Decks & Treated Wood
- **Bellacor.com** - The Online Leader for Quality Lighting and more.
- **Quechee Lakes** - Live Where You Play

## House Calls from Bob Vila

BOB VILA NEWSLETTERS

Fix up your inbox with Bob Vila Newsletters. Signup and get free home help from America's #1 handyman! Plus special offers, giveaways, latest news and more!
Subscribe Now!



ьοο Vila, ьοb on ± ν, Bob νιια.com

About | FAQ | Contact | Sitemap | Privacy Policy | Terms of Use | Help

© 2005 BVWebTies LLC All Rights Reserved

http://www.bobvila.com/BVTV/Bob_Vila/

# EXHIBIT 156



# BOBVILA.COM
The Ultimate Home Site



SEARCH FOR FREE!

Price Range: [Select]   Zip Code: [Select]

**Find It!**

Channels → index

Shop, Smart Buys Service Info | Real Estate | Home Finance | Product & ...

Bob on TV | How To Library | Design Tools | Blogs & Forums | ‹ Start by selecting a topic › | Featured Channel: Workshop

BobVila.com > Bob on TV > Bob Vila > Storm-Ready Design

🔲 BOB VILA

## Season 1 · Storm-Ready Design

Punta Gorda, FL
📼 Buy Project Video



Search articles, videos, blogs, forums and products
[Select a topic...]  go

**Quick Navigation**
> Bob on TV
> *Bob Vila TV*
> Show
> Current Episode
> *Bob Vila's Home Again*

> TV Schedule
> Bob on TV Photo Gallery
> Newsletter
> Showrooms



**Storm-Ready Design**
Help keep your home safe in a storm. Click here for more storm-ready tips, techniques, and building info.

Ads by Google          Advertise on this site



**Surplus Military Tents**
Over 2,500 Tents In Stock US Mil. Surplus & Relief Goods
www.armytents.com

**Help Disaster Victims**
Raise money online for charities providing crisis relief.
www.firstgiving.com

Teaming up with FLASH, the Federal Alliance for Safe Homes, Bob helps rebuild the home of Teresa Fogoloni and Jim Minardi in hurricane-battered Punta Gorda, Florida so it will really stand up to anything!

The story goes back to 9/11, when flight attendant Teresa found herself in the air above New York in the middle of a national crisis that changed the world. Their reaction was to retire to Florida to "get away from it all". In a cruel twist of fate, the couple's 1960's home, once the model for the Punta Gorda Isles development, was completely demolished after two 2004 hurricanes had their way with most of the state of Florida. To either side of theirs, homes built since Hurricane Andrew were left virtually unscathed, ironic admonitions that the meager building codes observed when so many older Florida homes were built are now a menace to public safety.

Living in a trailer and spending Valentine's Day watching the remains of their home being razed, Jim and Teresa have decided to make an example of themselves as they rebuild, in hopes that the thousands of other displaced Florida homeowners will find the technology and techniques useful as they rebuild. Bob and FLASH are putting together a

Building a storm-ready house requires an integrated, reinforced structure like this cast-in-place solid-pour concrete envelope going up on a new home in Punta Gorda, Florida. True storm-ready design uses science and technology to create a home that is connected and tied down as a whole to withstand the brunt of brutal hurricanes and tropical storms.

**EXHIBIT**

Storm-Ready Design Project, Bob Vila, Bob on TV, BobVila.com

plan using a newly updated solid-pour concrete wall system, super-engineered roof truss systems, impact-resistant windows, and integrated connective hardware which, coupled with scientifically researched construction techniques and standards, will produce a true storm-ready house.

At just over 2000 square feet on one story, it won't be the Taj Mahal, but it'll be comfortable, energy efficient, and safe, and that's top priority for Jim and Teresa as they rebuild not just their home, but their lives.

Plenty of technology is available even for those simply repairing the damage after a terrible year and looking to protect themselves if it happens again. As a sidebar to the cast-in-place new construction story, Bob will visit another area neighborhood to help a homeowner repair a more traditional stick-built home. What's safe to leave? What needs to be replaced? How can connective hardware be retrofitted onto an existing home? What's the best siding to use? How can I protect my windows? Why is the garage always the first to go? These questions and more will be answered as Bob gets the word out on how to avoid repeat mistakes when the next hurricane hits.

**Related Photo Galleries**
☑ View All Storm-Ready Design Photographs

**Bob Vila Projects**
Previous | 1 of 2 | Next

## Showrooms
*Building and Remodeling Solutions for Your Home*

**Additional Bob Vila Showrooms**
· **Sears** - Vinyl Siding, Eaves and Overhangs
· **Owens Corning** - QuietZone - Quiet Solutions for Peaceful Living
· **Precise Forms, Inc.** - Aluminum forming system for rapid concrete construction
· **Endless Pools™** - Swim at Home, Stay Fit for Life
· **Bellawood** - Prefinished Hardwood Floors
· **Crown Point** - Handcrafted Custom Cabinetry

**Show Information:**    ☑ View all videos from this project

**0101 - Rebuilding to Beat a Hurricane**
Dates Aired: September 12-18, 2005
Bob is in hurricane battered Punta Gorda, Florida, to build a storm-ready home in season 1 of *Bob Vila*. Bob visits two homes in the same neighborhood, one that was ...
☑ View show summary

**0102 - Building a Reinforced Concrete House**



## Showrooms    Solutions For Your Home

**REDDCO**
Residential Fire Escape Systems

Sears

**Premium Vinyl Siding, Eaves and Overhangs**

Save $500*

on Premium Vinyl Siding from Sears

Click Here to Request a FREE In-House Estimate

*Offer not valid on prior sales or in combination with any other offer. Offer expires September 31, 2006. Minimum purchase for savings: 1000sq ft of siding. Offer valid to US homeowners only. Ask your Sears Specialist for offer details.

Dates Aired: September 19-25, 2005
Bob recaps construction of the stem-wall foundation and integral concrete slab, the vertical steel reinforcing, steel mesh, window bucks, headers, and spacers put in place for the cast-in-place concrete walls. ...

📄 View show summary

### 0103 - Building a Storm-Ready Roof

Dates Aired: September 26-October 2, 2005
This episode of *Bob Vila* will focus on roofs, how they are built and tied down to keep structures safe. Leslie Chapman-Henderson from FLASH, the Federal Alliance for Safe Housing, ...

📄 View show summary

### 0104 - Impact-Resistant Windows for a Storm-Ready Home

Dates Aired: October 3-9, 2005
Bob visits PGT Industries to see impact-resistant windows being tested and assembled. Code Compliance Officer Dave Olmstead explains how windows break during a storm, allowing high-force winds to enter the ...

📄 View show summary

### 0105 - Storm-Ready Doors, Fiberglass Wallboard, and Power Backup



Dates Aired: October 10-16, 2005
Bob is back at the storm-ready house in Punta Gorda, Florida, where the interior work on the electrical system, plumbing, and walls is underway. The outswinging, oversized front door completes ...

📄 View show summary

### 0106 - Faux Columns and a Gunite Pool

Dates Aired: October 17-23, 2005
Jesse Gonzalez from Mercedes Homes shows Bob how faux columns wrap supporting pillars to give this Florida home a Mediterranean flair. The Styrofoam pillar halves come hollowed to fit the ...

📄 View show summary

### 0107 - Storm-Ready Stucco Paint, Foyer Tile, and Textured Finishes

Dates Aired: October 24-30, 2005
Bob joins Tim McLaughlin from Color Wheel Paints and Coatings as the crew applies the Flex Lox Masonry Coating System to the exterior of the house. Flex Lox protects masonry ...

📄 View show summary

### 0108 - Concrete Color Staining, Soffits, and Energy Efficiency

Dates Aired: October 31-November 6, 2005
Bob reviews storm-ready features and visits with the homeowners and Tom



Storm-Ready Design Project, Bob Vila, Bob on TV, Bobvila.com

Moorad of Moorad Painting as he applies a proprietary concrete staining product that will complement the Porcelanosa metallic-look tiles ...
▣ View show summary

### 0109 - Kitchen Finishes for the Storm-Ready House
Dates Aired: November 7-13, 2005
Bob's in Punta Gorda for kitchen finishes to this storm-ready home. Jack Ballantine from Ambassador Kitchens joins him for the installation of the Cardell maple builder-line cabinets with solid wood ...
▣ View show summary

### 0110 - Cool Pool Deck, Toto Washlet, and Wind-Proof Garage Door
Dates Aired: November 14-20, 2005
Bob is on the newly poured pool deck as Don Humphrey and his crew apply the CoolDeck finish to the top edge and traffic area of the pool. The concrete ...
▣ View show summary

### 0111 - Sustainable Landscaping, Water Use, and Termite Control
Dates Aired: November 21-27, 2005
Bob is in Punta Gorda to learn about sustainable landscaping from Angela Polo of the Florida Yards and Neighborhoods Program. Polo is joined by Brian Kendzior who explains the overall ...
▣ View show summary

### 0112 - Hurricane-Safe Pool Structures, Pool Mechanicals, and Safety
Dates Aired: November 28-December 4, 2005
Starting with the code-compliant pool cage, Bob watches the crew construct an aluminum frame built from blueprints and attach it to permanent structural roof gutters on the house and structural ...
▣ View show summary

### 0113 - Surge Protection, Plumbing, Bamboo Blinds and Garden
Dates Aired: December 5-11, 2005
Brazilian Walnut or Ipe hardwood flooring is installed over a concrete slab as Jesse Bartusek explains how the concrete is tested for moisture content, sealed, and troweled with polyurethane adhesive. ...
▣ View show summary

### 0114 - Completing the Punta Gorda Storm-Ready House
Dates Aired: December 12-18, 2005
The Punta Gorda house is complete with a sustainable, low-maintenance






...TV-away Design Project, Bob Vila, Bob on TV, Bobvila.com



yard designated as a Florida Yard by the Florida Yards and Neighborhoods program. Bob thanks Leslie Chapman-Henderson from FLASH as ...
▶ View show summary



Fix up your inbox with Bob Vila Newsletters. Signup and get free home help from America's #1 handyman! Plus special offers, giveaways, latest news and more!
Subscribe Now!



**House Calls from Bob Vila**
BOB VILA NEWSLETTERS

About | FAQ | Contact | Sitemap | Privacy Policy | Terms of Use | Help

© 2005 BVWebTies LLC. All Rights Reserved

# EXHIBIT 157

# BOB VILA

*Biography*

Bob Vila - one of the most beloved television personalities and the country's best-known authority on home improvement – is moving into the second quarter-century of his TV career as strong as ever.

An on-air personality for 26 years, Bob is currently kicking off the fall season of his nationally syndicated show, *Bob Vila*. His show is syndicated to over 200 stations nationwide by Kingworld and is seen in over a million households weekly. Past season programming airs periodically on TLC. In the new season, Bob works with FLASH – the Federal Alliance for Safe Homes – to completely rebuild a home that was destroyed by Hurricane Charley in Punta Gorda, Florida. Using current technology and new standards for storm-ready housing, Bob and the crew build a new home of poured-in-place concrete with a structural system designed for integrity. In the second half of the season, Vila undertakes a kitchen remodel of a historic Victorian home in Rowley, Massachusetts. Appliances are modernized and updated, while architectural details like the Queen Anne window, reproduction trim, and metal roof are added to restore the original character to this historical beauty.

In 1999, Bob hosted his first-ever original weekly cable series, *"Restore America with Bob Vila"* on *Home & Garden Television (HGTV)*. In "*Restore America,*" Vila brought viewers on a state-by-state tour of some of the country's most beautifully restored historic buildings, neighborhoods and gardens. The series celebrated the people and communities working to reclaim their neighborhoods and preserve America's culture, heritage and history. In the past, Bob has been a regular contributor on NBC's *"Today Show,"* CBS News' *"This Morning"* and has produced his own series of specials for A&E, *"Bob Vila's Guide to Historic Homes,"* taking fans to some of the most spectacular historic homes in the US, Italy, England, and Ireland.

Bob's reach extends beyond television. His award-winning Web site, bobvila.com, aims to assist people at every stage of the building and remodeling process and provides homeowners with end-to-end solutions for transforming their houses into dream homes via the Internet. The site ranks as one of the top five home improvement sites on the Web. Visitors to the site can also view streaming video clips from 15 years of informative and



P 0001022

entertaining *"Home Again"* programming, as well as clips from the current season *of "Bob Vila."* Bob is the author of eleven books, including the five-volume <u>Bob Vila's Guide to Historic Homes of America</u>, and his latest, <u>Bob Vila's Complete Guide to Remodeling Your Home</u>.

A Miami native, Bob graduated from The University of Florida School of Journalism. He spent time in the Peace Corps and subsequently worked and traveled in Europe for two years. Upon his return to the U.S., he settled in Boston, where he studied at the Boston Architectural Center and established his own residential remodeling and design business. It was Bob's restoration of a Victorian Italianate house in Newton Center, MA that caught the attention of a *Boston Globe* reporter, who wrote a feature on the house. This article sparked the interest of a producer at *WGBH*, who soon after produced a pilot program on home renovation using Vila and the Newton Center home as the focal point, which led to a TV series entitled *"This Old House."* In 1989, after ten years as host of the program, Vila left *WGBH* and founded BVTV Inc., the television production company which produces *"Bob Vila."*

A husband to Diana Barrett, a professor at the Harvard Business School, and a father to Chris, who is following in his dad's footsteps in television and as a real estate developer, Monica, and Susannah, a college freshman, Bob remains a family man, always finding time in his busy schedule for his wife and children. He also remains dedicated to a number of important philanthropic endeavors, including *Habitat for Humanity*, the *Vila Family Foundation*, the *College Summit*, a program for inner city youth, and the *National Alliance to End Homelessness*.

Bob Vila has appeared on television for over 25 years – first on "This Old House" and, for 15 years, on "Bob Vila's Home Again" and now with his new show, "Bob Vila." He also has been the spokesperson for Sears, through its Craftsman tools brand, for 15 years. Bob Vila has authored 11 books, including his most recent, "Bob Vila's Complete Guide to Remodeling Your Home." He offers information and advice on the Web at BobVila.com.

–##–

P 0001023

EXHIBIT 158



**KING WORLD PRODUCTIONS**
**CBS ENTERPRISES**
**1700 BROADWAY**
**NEW YORK, NEW YORK 10019-5905**

(212) 541-0268
FAX: (212) 586-7351
jbirkhahn@kingworld.com

**JONATHAN BIRKHAHN**
**SENIOR VICE PRESIDENT, BUSINESS AFFAIRS**

B.V.T.V. Inc.
115 Kingston Street
3rd Floor
Boston, MA 02111
Attn: Bob Vila

```
┌─────────────┐
│  EXHIBIT    │
│             │
└─────────────┘
```

May 16, 2005

Re: Bob Vila's Home Again

Dear Bob:

This letter, when confirmed by B.V.T.V. Inc. ("BVTV"), will constitute the agreement between BVTV and King World Productions, Inc. ("King World"), under which King World has acquired from BVTV the exclusive worldwide television distribution rights to new episodes of "Bob Vila Home Again," produced by BVTV and hosted by Bob Vila (the "Series"), as follows:

1. The term of the agreement (the "Term") is three years, commencing with the 2005/6 season, provided that (i) either party has the right to terminate the Term effective as of the end of the 2005/6 or the 2006/7 season by March 1 (in the case of a termination by King World), or April 1 (in the case of a termination by BVTV), of the then-current season, and (ii) King World may in any event issue licenses authorizing the exhibition of the Series outside the United States for a period of up to two years following the end of the Term. If BVTV exercises its early termination right, BVTV will not engage another distributor for the first-run syndication of the Series for the balance of the original Term. If, on the other hand, the Series is distributed by King World for the entire Term, King World will have a right of first negotiation/last refusal to extend the Term beyond the 2007/8 season.

2. Each season of the Series will consist of 26 half-hour original episodes, each of which will be broadcast twice during such season. Each episode will be delivered by BVTV with close captioning and formatted for (i) seven minutes of commercial time, consistent with prior seasons, and (ii) a :13 availability, leading into or out of a commercial position (the specific position to be mutually determined by BVTV and King World), for insertion of a close captioning sponsorship. The production values of the episodes produced by BVTV will be comparable to the production values of the episodes produced by Sears and

JB 5.16.05                    Page 1 of 3

P 0000616

BVTV under the agreement between Sears, Roebuck & Co. and CBS Enterprises, an affiliate of King World, that governs King World's distribution of the Series for the 2004/5 season (the "Sears Agreement"). To fund BVTV's production of the Series for each season of the Term, King World will advance $900,000 (each an "Advance"), in the following installments: $300,000 on each of January 1, March 1 and June 1 preceding such season (provided that, for the 2005/6 season, the Advance will be paid in installments of $600,000 promptly following execution of this agreement and $300,000 on July 1, 2005); King World will have the right to recoup the Advances from any amounts otherwise payable to BVTV. BVTV represents and warrants to King World that the installments of the Advance for each season reasonably correspond to BVTV's cash flow requirements to fund the production of such season.

3. Each year's episodes distributed by King World will be exclusive to King World in all media for that year. As part of King World's distribution rights, King World will serve as the exclusive sales representative for all retained national advertising time within the Series, as well as for the close captioning sponsorship. King World has a right of first negotiation/last refusal to the extent BVTV obtains rights to exploit the Series library (including episodes produced in conjunction with Sears or solely by BVTV) via cable/satellite or DVD.

4. King World's distribution fee from all sources is 35% of "Gross Receipts" (as that term is defined in Exhibit A); Gross Receipts include, without limitation, cable and satellite retransmission royalties, which King World has the right to collect on behalf of the Series. King World will account to BVTV on a calendar quarterly basis, within 45 days following the end of each calendar quarter.

5. King World guarantees that the Gross Receipts from sources within the United States from each season of the Series distributed by King World will be at least $1,600,000; King World will satisfy any deficiency in such Gross Receipts from any such season by no later than the accounting for the calendar quarter ending on the March 31 following the conclusion of such season. For avoidance of doubt, such satisfaction would consist of King World's payment to BVTV of the participation (including the Advance paid to BVTV for that season) that would have been payable to BVTV if such Gross Receipts were $1,600,000 (Exhibit B demonstrates, for illustrative purposes only, how this guarantee would operate); King World would in turn have the right to recoup any payment in satisfaction of such guarantee from any amounts otherwise payable to BVTV thereafter.

6. Third-party research and satellite costs will be advanced by King World in the first instance and borne 50/50 by BVTV and King World (that is, King World would recoup BVTV's 50% contribution to such costs from any amounts otherwise payable to BVTV). Such costs will be ultimately recoupable by the parties from Gross Receipts as follows: To the extent that the Gross Receipts from any season exceed $1,600,000, such excess Gross Receipts would, following the deduction and retention by King World of its 35% distribution fee, be allocated between King World and BVTV, and paid, as follows: the first $50,000 to King World, the next $50,000 to BVTV, the next Gross Receipts in equal shares to BVTV and King

JB 5.16.05                    Page 2 of 3

P 0000617

World until all satellite and research costs have been recouped by the parties, and any additional Gross Receipts to BVTV.

The additional terms and conditions set forth in Exhibit A, which are derived from the Sears Agreement, are incorporated by reference into this agreement. All references in that Exhibit to (i) the "Program" shall be deemed to refer to the Series, (ii) "Producer" or "Sears" shall be deemed to refer to BVTV, (iii) "Distributor" shall be deemed to refer to King World and (iv) "CBS Corporation" shall be deemed to refer to Viacom Inc. In the event of any conflict between Exhibit B and the terms set forth above in this letter, the latter shall control.

Please confirm by countersigning below that the foregoing accurately reflects BVTV's understanding. All of us at King World look forward to continuing our mutually rewarding association.

Sincerely,

KING WORLD PRODUCTIONS, INC.

By: _____
    Jonathan Birkhahn
    Senior Vice President Business Affairs

CONFIRMED:

B.V.T.V. INC.

By _____
    Bob Vila

Insofar as his personal services are concerned:

_____
    Bob Vila

cc: Robert V. Madden, Joseph DiSalvo, Steven A. LoCascio, Michael Auerbach, Ronald E. Feiner, Esq.

38  5.16.05

EXHIBIT A

1.  Grant of rights.  Subject to the terms and conditions of this Agreement, Producer hereby grants to Distributor for the Term of this Agreement the sole and exclusive right, license and privilege to distribute, license, exhibit, publicize, advertise, and market episodes of the Program, in the number and for the Term, for television throughout the Licensed Territory (as defined in Section 4) and in any and all languages. For purposes of this Agreement, "television" means one-way synchronous broadcast applications such as free, pay subscription and cable television and excludes without limitation asynchronous broadcast, videotape and/or interactive applications.

2.  Delivery.  The Program will air weekly for 26 weeks and will consist of 26 original programs and enough repeats to complete each 52-week broadcast year of the Term. Producer shall use best efforts to complete the production of the Program in a time and manner consistent with the Program's scheduled air date. Upon notice thereof, Producer shall cause the Program to meet the qualifications and standards required by Distributor for suitability for exhibition and delivery.

4.  Licensed Territory. The licensed territory is the entire world ("Licensed Territory").

9.  Costs.  Subject to the rights of recoupment provided for in this Agreement, and well as to the terms of paragraph 6 of the main letter agreement, Distributor and Producer shall, respectively, pay all costs and expenses of their performance of, and compliance with, the terms and conditions of this Agreement on their respective parts to be performed or complied with. Without limiting the foregoing, it is agreed that all expenses incurred in connection with the production and delivery of the Program, as well as any and all residuals, re-use fees, royalties, music sync fees, profit participations and any similar fees and expenses, shall be paid solely by Producer.

10.  Accounting and Audits.

A.  Accounting Requirements. During the Term and for a period of two (2) years thereafter, Distributor shall keep accurate and true books and records concerning the Program and Distributor's obligations pursuant to this Agreement and shall account to Producer for all amounts received by Distributor in connection with this Agreement at any time, whether during or after the Term.

P 0000619

_agreement_

D.    Definition of Gross Receipts:  For purposes of this ~~Section 6~~, "Gross Receipts" means the aggregate of all fees, royalties and other payments, together with the aggregate fair market value of all barter units and other things of value, which are actually received by Distributor from all sources on account of the exhibition, lease, rental, license, and other use or exploitation of the Program and/or the exercise of any other rights granted in this Agreement in connection with the Program; provided, however, that Gross Receipts shall not include any of the following:  (a) taxes (however denominated and irrespective of any tax credits or deductions taken by Distributor) paid to any governmental authority in connection with the exploitation of the Program or of any rights relating thereto (except that any corporate income or franchise taxes of Distributor shall not be excluded from Gross Receipts); (b) duties, excise fees, and other charges for permits and other similar authorization to secure the entry, licensing or exploitation of the Program or any of said rights; (c) all adjustments, credits, allowances, rebates and refunds actually extended by Distributor to third parties and to the extent such item has previously been included in Gross Receipts, then an equivalent amount shall be excluded from subsequent Gross Receipts; (d) unless and until earned or otherwise available to Distributor, all sums received in the nature of security deposits or advances; (e) any sums received for the exercise ~~in the Foreign Territory (as defined in Section 4)~~ of any rights in the Program, to the extent such sums are not received in the United States in United States Dollars, until United States Dollars are received therefor (but Distributor shall use its best efforts to convert and receive such sums in the United States in United States dollars as soon as possible); and (f) all costs incurred by Distributor for the conversion and transmission of any receipts from the Program.

_outside the United States_

P 0000620

(iv) <u>Revisions to Statements.</u>   Subject to subparagraph (C) below, the rendition of any statement by Distributor pursuant hereto shall not preclude Distributor from revising the same thereafter to adjust for matters erroneously charged or credited therein or omitted therefrom and making any appropriate adjustment in the payment of Producer's Share of Gross Receipts required thereby.

B.   <u>Audit Rights.</u> Producer shall have the right to engage a US. Big 6 public accounting firm to examine, audit and copy, at Producer's sole cost and expense and no more than once in any consecutive twelve (12) month period, to examine, audit and copy the books of account and records kept by Distributor with respect to its obligations under this Agreement. Such examination shall take place at Distributor's offices at a mutually convenient date and time during normal business hours. All audits will be completed as expeditiously as possible but in no event may any such audit last longer than thirty (30) days from the actual commencement of the audit. Producer shall pay the auditors for conducting such audit solely on an hourly basis. Distributor shall have the right to audit Producer's and the auditing accountant's books and records regarding costs incurred in connection with such audit.

P 0000621

Distributor shall pay all actual , out-of-pocket, direct costs of such an audit and all interest on any amounts past due in either of the following events: (1) Distributor and Producer agree to settle a dispute regarding an alleged underpayment of monies to be paid to Producer under this Agreement and such payment exceeds five percent (5%) of the amounts previously paid by Distributor to Producer for the time period(s) in question, or (2) there is a non-appealable legal ruling or finding by a court or other tribunal of competent jurisdiction that Distributor has underpaid Producer by an amount equal to five percent (5%) or more of the amounts due and payable to Producer under this Agreement for the time period(s) in question.

C.   <u>Limitations; Notice of Challenge.</u>  Each statement rendered to Producer by Distributor shall become final and binding two years after it is rendered. Neither party shall have the right to dispute any item contained in any statement subsequent to the expiration of such two-year period or to require examination of Distributor's books, records, or accounts beyond such two-year period. Neither party shall be allowed to increase, change or amend any notice of challenge at a time when an original notice of challenge would be barred with respect to the increased, amended, or changed items. Neither party shall be entitled to bring any action later than one year after the sending of that party's notice of challenge.

12.   <u>Marketing.</u>  Distributor shall have the sole and exclusive right and obligation to market the Program and shall use its best efforts to do so.

13.   Promotion Rights and Credits.

A.   Advertising.  Distributor shall have the nonexclusive right to advertise and promote the Program and, solely to the extent that Producer has obtained the rights necessary for such use, to use and license others to use the names and likenesses of the performers, writers, directors, producers and other parties involved in the production of the Program in such advertising and promotion, but not as a direct endorsement for any product or service; provided, however, that Distributor shall comply with all credit, advertising and other contractual restrictions and requirements as directed by Producer or of which Distributor has been given written notice, and provided further that Distributor's rights hereunder shall be subject to applicable guild and union restrictions.  Distributor shall pay for the cost of such advertising and promotions and may recoup as Distribution Expenses the sums expended by Distributor for such advertising and promotions to the extent such amounts have been approved by Producer.  Distributor shall include any credits supplied by Producer in all advertising and paid publicity issued by Distributor or under Distributor's control.  No casual or inadvertent failure by Distributor or any third party to comply with the provisions of the immediately preceding sentence shall be deemed a breach of this Agreement; provided, however, that promptly following written notice from Producer specifying in reasonable detail any failure to comply with such provisions, Distributor shall use its best efforts to cure prospectively such failure with respect to future prints or tapes.

B.   Credits.  Throughout the Territory, Distributor shall receive an on-screen credit as the distributor of the Program  (which may include, at Distributor's election, its logo) on a separate card  in the end titles of all episodes of the Program distributed by Distributor or any of its licensees.  Such credit shall be in a form supplied by Distributor to Producer.  Distributor shall not delete or alter any credits or copyright notices from any copy of any episode of the Program as delivered by Producer.  No casual or inadvertent failure by Distributor or any third party to comply with the provisions of the immediately preceding sentence shall be deemed a breach of this Agreement;  provided, however, that promptly following written notice from Producer specifying in reasonable detail any failure to comply with such provisions, Distributor shall use its best efforts to cure prospectively such failure with respect to future prints or tapes.

14.   Copyright.  All rights, services, facilities and materials engaged or obtained in connection with the development and production of the Program shall be contracted for by Producer in its own name or in the name of any wholly owned

P 0000623

subsidiary of Producer. Producer agrees that it is the sole and exclusive owner of the copyright in the Program. Distributor acknowledges that the Program may include elements the copyrights in which are owned by a party or parties other than Producer. Producer shall place appropriate copyright notices on all prints, tapes and other copies of the Program regardless of the form of media.

15. <u>Producer's Warranties</u>. Producer warrants and represents, subject to the limitations set forth in this Agreement: (a) that Producer is the sole owner of all right, title and interest in and to the Program and has full right and authority to enter into and perform this Agreement and convey the rights granted by this Agreement; (b) that Distributor shall have the right to exercise all of its rights hereunder without payment of any nature to any person, firm or corporation having in any way participated in the production of the Program (other than Producer); (c) that none of the rights, licenses and privileges herein conveyed has in any way been encumbered, conveyed, granted, exploited or otherwise disposed of, and the same are free and clear of any liens, encumbrances or claims of every kind whatsoever in favor of any party whomsoever and said rights, and the full right to exercise the same, have not in any way been prejudiced, limited, diminished or impaired by Producer; (d) that the rights, licenses or privileges conveyed hereunder to Distributor will not in any way infringe upon any intellectual property rights, or constitute a libel or defamation, or invasion of the rights of privacy, of any third party whomsoever; (e) that there are no claims or litigation pending or threatened adversely affecting any of the rights, licenses and privilege herein conveyed; (f) that the performing rights in the music contained in the Program are and will be controlled by BMI, ASCAP, SESAC or any other performing rights society having jurisdiction, are in the public domain, or are and will be controlled by Producer to the extent necessary to permit Distributor's use of the Program under this Agreement; (g) that Producer has obtained or will obtain prior to first broadcast the consent of all persons appearing in the Program to use their names, likenesses and biographies and the results and proceeds of their performances and services in the Program and for advertising and exploiting the Program; and (h) that Producer has not done and will not do any act or thing that will impair, encumber or in any way prevent or interfere in any manner with the full exercise by Distributor of all of the rights, licenses and privileges herein conveyed. Distributor acknowledges that Producer has not made and does not make any representation or warranty as to the amount of Gross Receipts to be derived, or that any Gross Receipts will be derived from the Program or any of Distributor's activities hereunder.

16. <u>Distributor's Warranties.</u>    Distributor warrants and represents: (a) that Distributor has full power and authority to enter into this Agreement; (b) that by entering into and performing pursuant to this Agreement, Distributor is not and will not be in breach of any agreement, promise, or covenant with any third party; (c) that Distributor has obtained and will maintain all necessary licenses and permits required to perform any of its services hereunder; and (d) that Distributor, including its employees and agents, shall comply with all applicable

P 0000624

laws, statutes, ordinances, rules, and regulations.    Subject to Distributor's marketing and other obligations under this Agreement, Producer acknowledges that Distributor has not made and does not make any representation or warranty as to the amount of Gross Receipts to be derived, or that any Gross Receipts will be derived from the Program or any of Distributor's activities hereunder.

17.    Indemnity by Producer.    Producer shall protect, defend, indemnify and hold harmless Distributor, its successors, parent, subsidiary or affiliated entities and their respective officers, directors, employees, licensees, agents and contractors against any and all charges, damages, costs, expenses (including reasonable attorneys' fees and costs), judgments, penalties, liabilities, claims, demands, actions, causes of action and losses of any kind which may be sustained or suffered by, secured against or imposed upon each or any of them by reason of any third party claim involving death or injury to any person, damage to or destruction of any property, or other loss or damage actually or allegedly resulting from, arising out of, or in connection with:

> (a)    Any acts or omissions of Producer or any of its employees, agents, or contractors undertaken solely in connection with the creation or production of the Program but excluding any promotion, distribution or other activities performed or required to be performed by Distributor under this Agreement; and/or

> (b)    Any failure of Producer or any of its employees, agents, or contractors to comply with any applicable statute, ordinance, law, rule or regulation or any inquiries, investigations, or actions brought or conducted by any governmental agency relating solely to the creation or production of the Program but not to any of Distributor's activities or obligations under this Agreement; and/or

> (c)    Any material breach of the warranties, representations or other agreements made by Producer herein.

In addition, Producer agrees to defend at its sole expense and to pay any costs and/or damages awarded on the basis of any claim by a third party alleging that the Program (a) infringes on any copyright, trademark, service mark, trade name, or other intellectual property right of any third party and/or (b) defames, or invades the privacy of, or in any way violates the rights of any third party. The obligations of Producer hereunder are subject to Distributor's compliance with Section 19 below.    Distributor acknowledges that Producer may have the right to seek indemnification under Producer's agreement with B.V.T.V. Inc. for the production of the Program, provided that nothing herein shall be construed to limit Producer's obligations to Distributor under this Section 17.    This Section 17 shall survive termination or expiration of this Agreement.

P 0000625

18. **Indemnity by Distributor.** Distributor shall protect, defend, indemnify, and hold harmless Producer, its successors, parent, subsidiary and affiliated entities and their respective officers, directors, employees, licensees, agents, and contractors against any and all charges, damages, costs, expenses (including reasonable attorneys' fees and costs), judgments, penalties, liabilities, claims, demands, actions, causes of action and losses of any kind which may be sustained or suffered by, secured against or imposed upon each or any of them by reason of any third party claim involving death of or injury to any person, damage to or destruction of any property, or other loss or damage actually or allegedly resulting from, arising out of, or in connection with:

   (a) Any acts or omissions of Distributor or any of its employees, agents, or contractors in connection with this Agreement or the Program; and/or

   (b) Any failure of Distributor or any of its employees, agents, or contractors to comply with any applicable statute, ordinance, law, rule, or regulation or any inquiries, investigations, or actions brought or conducted by any governmental agency relating to any services provided or performed by any of such parties in connection with this Agreement; and/or

   (c) Any material breach of any of the warranties, representations or other agreements made by Distributor herein.

The obligations of Distributor hereunder are subject to Producer's compliance with Section 19 below. This Section 18 shall survive termination or expiration of this Agreement.

19. **Indemnity Procedures.**

   A. **Notice and Response.** Promptly (and in any event within thirty (30) days) after either party's receipt of notice of a claim or the commencement of any action which may result in a claim for indemnification pursuant to this Agreement, such party (the "indemnified party") shall notify in writing the other party (the "indemnifying party") thereof. Thereafter the indemnifying party shall advise the indemnified party in writing within ten (10) business days of the indemnifying party's acknowledgment of and instructions with respect to the indemnity obligation. The indemnified party shall thereafter cooperate fully with the indemnifying party's reasonable requests, at the indemnifying party's sole expense, to effectuate the terms of its indemnities in accordance with this Agreement. Should the indemnifying party refuse or fail to acknowledge its indemnity obligation hereunder within such 10-day period, the indemnified party shall thereafter have the right to defend such action with counsel chosen by the indemnified party, including the right to settle or otherwise resolve any such dispute without the written

consent of the indemnifying party, all without prejudice to the indemnified party's rights against the indemnifying party.

**B.**    <u>Participation by Indemnified Party.</u>    An indemnified party who has received an acknowledgment of acceptance of indemnity shall have the right (i) to employ separate counsel in any action as to which indemnification may be or has been sought under any provision of this Agreement and to participate in the defense thereof; or (ii) to the extent that it may wish, jointly with any other indemnified party, to assume the defense of any such action with counsel reasonably satisfactory to the indemnifying party, provided that the fees and expenses of such counsel and all other expenses resulting from the participation of the indemnified party shall be at the expense of such indemnified party unless the indemnifying party has agreed in writing to pay such fees and expenses. Except as set forth above, the indemnifying party shall not be liable for any settlement of any action effected without its written consent, which shall not be unreasonably withheld.

20.    <u>Insurance Coverages.</u>    Each party shall maintain at all times during the Term of this Agreement, and provide proof to the other party as requested, the following insurance coverages, in the minimum amounts stated, written by an insurance company or companies reasonably acceptable to Producer:

(a)    Workers' Compensation and Employer's Liability Insurance with limits of liability under the Employer's Liability Insurance portion of not less than $100,000 per accident or disease, and $500,000 aggregate by disease, and with a waiver of subrogation in favor of the other party hereto.

(b)    Automobile Liability Insurance in such party's name including owned, non-owned, leased, and hired motor vehicle coverage. Limits of liability for commercial vehicles used in the business shall be not less than $1,000,000 combined single limit per occurrence for bodily injury and property damage. Limits of liability for any private passenger automobile shall be not less than $500,000 per occurrence combined single limit.

(c)    Commercial General Liability Insurance including, but not limited to, coverage for bodily injury, property damage, personal and advertising injury, and contractual injury, with limits of not less than $5,000,000 combined single limits for bodily injury and property damage per occurrence, naming the other party hereto as an additional insured. The liability limit may be satisfied by a combination of Commercial General Liability and Umbrella Excess Liability insurance.

Each insurance policy required under this Section shall contain clauses stating severability of interest of insureds and enabling cross liability coverage, and each policy shall expressly provide that it shall not be subject

P 0000627

to material change or cancellation without at least thirty (30) days prior written notice to the other party hereto.

Notwithstanding any other provision of this Agreement, each of Sears and Distributor shall have the right to self-insure its insurance obligations under this Agreement, provided that it maintains at all times during the term of this Agreement a net worth of at least $250 million.

21.   Termination.

A.   In the event of a termination of the Term by either Distributor or Producer pursuant to paragraph 1 of the main letter agreement, Producer will not produce new shows for the then upcoming broadcast year. Such termination shall not operate to terminate Distributor's rights and obligations as to any shows which have already been, or are required to be, produced by Producer for the then-current season (the "Produced Shows") and this Agreement shall remain in effect as to such Produced Shows in accordance with its terms, unless otherwise subject to termination pursuant to this Agreement.

B.   This Agreement may be terminated by either party giving written notice to the other party after the occurrence of one or more of the following events:

(i)   The other party becomes the subject of a case under the Federal Bankruptcy Code or similar state or federal insolvency laws; any creditor of such party commences action to enforce or foreclose upon a lien or security interest in property of such party; or any property of such party passes into the hands of a creditor of such party, receiver, or assignee for the benefit of creditors, becomes the subject of a levy for taxes or to satisfy a judgment, or otherwise is attached for the benefit of a creditor of such party (excluding the consensual granting of a lien or security interest by Distributor to secure a debt);

(ii)   The other party breaches any of its material obligations, representations or warranties under this Agreement and fails to cure said breach within fifteen (15) days after notice of such breach is given;

(iii)   The death or disability of Bob Vila or the occurrence of any other event entitling Sears (or its agent) to terminate one or more of its agreements with Bob Vila, thereby preventing the production of the Program.

Any termination under this subsection (B) shall be deemed to occur on the date specified by the terminating party in its written notice of termination.

C.    A termination of this Agreement pursuant to this Section 21 shall not preclude the terminating party from pursuing any other available remedy.

22.    **Force Majeure.** Neither party hereto shall be liable for any failure to perform or for delay in performance of its obligations hereunder caused by circumstances beyond its reasonable control, including, but not limited to, fire, flood, earthquake, other natural disasters, war, insurrection, riot, sabotage, epidemic, labor disputes, acts of God, acts of any government or agency thereof, or judicial action. In the event that due to a cause covered by this section a party is unable to perform for a period of ninety (90) days or more, then the other party shall have the right to terminate this Agreement by giving notice thereof to the non-performing party.

23.    **Interest Charges.** All amounts that are not paid when due pursuant to this Agreement shall bear interest at the rate of ten percent (10%) per annum.

24.    **Confidentiality.** The parties agree to hold the terms of this Agreement strictly confidential and not to disclose any of its terms to any other party except to the extent that disclosure is specifically required to enable the parties to perform their respective obligations hereunder, provided that either party may disclose such terms in response to a subpoena or other official investigation or inquiry so long as such party first notifies the other party and gives such other party a reasonable opportunity to seek an appropriate protective order or other remedy to prevent such disclosure.

25.    **Assignment.** All references herein to Distributor shall be deemed to embrace, include and be binding upon the successors and permitted assigns of Distributor, and all references to Producer shall be deemed to include, embrace and be binding upon the successors and permitted assigns of Producer. Neither this Agreement nor the interest of either party herein shall be assigned by either party hereto without the written consent of the other party, except that this Agreement and/or Distributor's interest herein may be assigned by Distributor to (a) any person, firm or corporation which purchases or acquires substantially all of Distributor's assets, or to any corporation with which Distributor is merging if the proposed assignee assumes all obligations in writing, or (b) CBS Corporation or any of its owned or controlled subsidiaries, or to any partnership, joint venture or otherwise affiliated entity in which CBS Corporation or any of its owned or controlled subsidiaries has a controlling interest; provided that no such assignment shall affect any rights of Producer hereunder.

TO DISTRIBUTOR:

King World Productions, Inc.
1700 Broadway, 33rd Floor
New York, NY 10019
Attn.: Senior VP Business Affairs

WITH A COPY TO:

CBS Broadcasting Inc.
Law Department
7800 Beverly Blvd.
Los Angeles, CA 90036
Attn.: General Counsel

TO PRODUCER:

B.V.T.V. Inc.
115 Kingston Street, 3rd Floor
Boston, MA 02111
Attn: Bob Vila

WITH A COPY TO:

Kaufmann, Feiner, Yamin, Gildin & Robbins LLP
777 Third Avenue
New York, New York 10017
Attn.: Ronald E. Feiner, Esq.

WITH A COPY TO:

Artists Agency
230 West 55th Street, Suite 29D
New York, New York 10019
Attn.: Mr. Johnathan Russo

or to such other address as either party may hereafter designate in writing to the
other.  The date of the mailing of such notice or the personal delivery thereof
shall be deemed to be the effective date of such notice.  All payments required to
be made hereunder by Distributor to Producer shall be sent to the above
designated address of Producer.

27.   Notice of Default.  Neither party hereto shall be deemed in default hereunder or
liable for damages of any kind arising out of or in connection with any breach of
this Agreement until or unless such party shall have been given written notice
thereof by the other party hereto and shall have failed to adjust or correct such
default or breach within fifteen (15) days from the effective date of the giving of
such notice.

P 0000630

28. <u>Miscellaneous.</u>  Nothing herein contained shall constitute a partnership between or joint venture by the parties hereto.  ~~Subject to Section 8 above,~~  Distributor shall neither be obligated to segregate Gross Receipts derived from the Program from its other funds nor be considered a trustee, pledgeholder, fiduciary or agent for Producer by reason of anything done or any money collected by it.  Neither party shall be liable to the other for any special, consequential or incidental damages arising out of any claim of any nature whatsoever, regardless of whether such party was advised of the possibility of such damages.  No waiver by either party hereto of any breach of this Agreement shall be deemed to be a waiver of any prior or subsequent  breach of the same or any other provision hereof, nor shall the exercise of, or failure to exercise, any right granted to either party hereunder be deemed to operate as a waiver unless confirmed in writing by the party waiving its rights.  This Agreement is being executed and delivered in, and shall be construed and enforced in accordance with the laws of, the State of ~~Illinois~~ **New York** without giving effect to that state's conflict of laws principles.  If any provisions of this Agreement shall be determined by a court or other tribunal of competent jurisdiction to be void or unenforceable, all other provisions of this Agreement shall nevertheless continue in full force and effect.  This Agreement constitutes the complete, final, and exclusive understanding and agreement of the parties hereto with respect to the subject matter hereof, and replaces any and all prior agreements or understandings, whether written or oral, relating in any way to the subject matter hereof.  No modification, amendment or supplement to this Agreement shall be effective unless in writing executed by each of the parties hereto.  Each of the parties hereto acknowledges that it is entering into this Agreement without reliance in any way on any statement, representation, action or other matter not specifically set forth herein.  In the event of any litigation between the parties hereto pertaining to this Agreement or the breach, validity or construction thereof before a court of competent jurisdiction, the prevailing party in such litigation, as determined by the court, shall be entitled to recover, in addition to any other remedies, its reasonable attorneys' fees and out-of-pocket costs incurred in connection with such litigation.

P 0000631

**EXHIBIT B – Illustration of Operation of $1,600,000 Gross Receipts Guarantee**

| | |
|---|---|
| Actual Gross Receipts | **$1,550,000** |
| KW distribution fee @35% | $ 542,500 |
| ½ of Research/Satellite borne by BVTV (estimated for this purpose @ $200K total) | $ 100,000 |
| Advance to BVTV | $ 900,000 |
| Actual additional participation to BVTV | $ 7,500 |

| | |
|---|---|
| Guaranteed Gross Receipts | **$1,600,000** |
| KW distribution fee @35% | $ 560,000 |
| ½ of Research/Satellite borne by BVTV (estimated for this purpose @ $200K total) | $ 100,000 |
| Advance to BVTV | $ 900,000 |
| Putative additional participation to BVTV @ $1,600,000 Gross receipts | $ 40,000 |
| Actual additional participation to BVTV | $ 7,500 |
| Guarantee deficiency payment to BVTV | $ 32,500 |

P 0000632

# EXHIBIT 159

KAUFMANN, FEINER, YAMIN, GILDIN & ROBBINS LLP

ATTORNEYS AT LAW
777 THIRD AVENUE
NEW YORK, NEW YORK 10017

TELEPHONE (212) 755-3100
FACSIMILE (212) 755-3174
www.kaufmannfeiner.com

Writer's Direct Dial:
(212) 705-0820
Writer's E-Mail Address: rfeiner@kfygr.com

May 17, 2005

**BY HAND**
Jonathan Birkahn, Esq.
King World Productions, Inc/CBS Enterprises
1700 Broadway
New York, NY 10019

<u>Re: "Bob Vila's Home Again"</u>

Dear Jon:

I am pleased to enclose herewith four signature originals of the agreement duly executed by Bob Vila and B.V.T V., Inc. for King World's distribution of "Bob Vila's Home Again". I would appreciate it if you would cause all four originals to be executed on behalf of King World, dated and two returned for our records. Please let me know whether King World requires an invoice to make payment or if payment will come automatically.

Also, please note that I am awaiting a copy of the exhibits which you are coordinating. In that regard, I wanted to again mention what I informed you of in my e-mail of yesterday. That is, that the termination provision (No. 21 in the Sears Agreement, Paragraph B.(iii)) should take out the references to Sears. Also, I wish to remind you that Bob is still under contract for his personal services for Sear Roebuck and Company, and, as such, Bob cannot render any services for, or permit his name, likeness, photograph, etc., to be used in advertising, publicizing or promoting any product or service other than Sears. This does not impact the sale of time, but could have an impact if someone wanted on-air credit. If a situation arises where Bob's services are requested, please understand that we will entertain the request, but must have the final right to turn down the opportunity.

Thank you again for your continued cooperation.

Cordially,

Ronald E. Feiner

REF/klc/32

cc:    Mr. Bob Vila
       Mr Jonathan Russo
       Ms. Sheila Morris

# EXHIBIT 160

Mon, Nov 28, 2005 1:25 PM

**Subject: Re: Wayne-Dalton Garage Doors and Mercedes Homes – Bob Vila's Home Again**
**Date:** Friday, June 10, 2005 2:35 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** "Buelter, Steve" <SBuelter@wayne-dalton.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>, "Gonzalez, Jesse" < jgonzalez@merhomes.com>, <kmalone@merhomes.com>, Leslie Chapman-Henderson <leslie@flash.org>

Hi, Steve:

I'm glad to hear Wayne-Dalton is interested in providing garage doors for the Punta Gorda project on Bob Vila's Home Again.

I'm attaching plans for the home as well as a brief description of the project for background. You will notice that there is a strong emphasis on storm readiness and a partnership with FLASH which makes it imperative for us to be sure we coordinate the most impact-resistant and water infiltration-resistant products you carry.

Please send, electronically if you can, technical specs on the products you'd recommend for this project, copying all above so a quick decision can be made.

You can refer directly, for technical and delivery questions, to:

Jesse Gonzalez, job supervisor for Mercedes Homes (on site)
(239) 340 8326
jgonzalez@merhomes.com
Will coordinate delivery and schedule installation.

Kirk Malone, at Mercedes headquarters, is handling engineering on this project, so you might want to contact him first:
(321) 259 6972 x254
kmalone@merhomes.com

For questions specifically about storm readiness requirements, please refer to:

Leslie Chapman Henderson
FLASH
(877) 221 7233 x104
leslie@flash.org

I will be coordinating with Jesse on shoot dates; you should coordinate with him on his preferred delivery and installation dates before we get to that.

As we discussed, the product donation and installation is the only cost to Wayne Dalton for the television segment featuring product benefits and installation, which you and I can coordinate in terms of content and on-camera talent. If Wayne Dalton is interested in optimizing their exposure on the show via BobVila.com's cross-platform offerings, please send the attached Donation Guidelines to the concerned party there.

I look forward to seeing more information on the products.    Please let me know what questions you have.



P 0000665

Many thanks,
Sarah

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

> Joyce and Sarah,
>
>
>
> Please advise on this opportunity at your convenience.  Thank you.
>
>
>
> Steve Buelter
>
> Builder Sales Manager
>
> Wayne-Dalton Corp.
>
> 245 West Peachtree St.
>
> Norcross, GA  30071
>
> Office:  (770) 248-0150
>
> Fax:  (770) 662-8780
>
> Cell:  (404) 395-1032
>
>
>
> _____
>
> From: Schmauss, Craig [mailto:cschmauss@merhomes.com]
> Sent: Monday, June-06, 2005 7:15 PM
> To: Buelter, Steve; Wilden, Joyce
> Cc: sarah@bobvila.com; Roehrig, Beverly
> Subject: RE: Wayne-Dalton Garage Doors and Mercedes Homes - Bob Vila's Home
> Again

P 0000666

>
>
>
> Steve,
>
>
>
> I am cc-ing Joyce Wilden on your request.  She has much more information on
> the Bob Vila project than I do.
>
>
>
> Thanks for your support,
>
>
>
> - Craig
>
> <http://responsibility.com.au/>
>
> Craig Schmauss
> Corporate Director of Purchasing
> Mercedes Homes, Inc.
>
>
>
> _____
>
> From: Buelter, Steve [mailto:SBuelter@wayne-dalton.com]
> Sent: Monday, June 06, 2005 4:17 PM
> To: Roehrig, Beverly; Schmauss, Craig
> Cc: sarah@bobvila.com
> Subject: Wayne-Dalton Garage Doors and Mercedes Homes - Bob Vila's Home
> Again
>
> Good afternoon Beverly and Craig,
>
>
>
> I received a call last week from Sarah Monzon, Bob Vila's Home Again show,
> regarding a feature on Mercedes Homes in Punta Gorda, Florida.  I have a
> call into Sarah at this time.  Do you have any further details on this
> opportunity?  Wayne-Dalton will be glad to participate.  Please advise at
> your convenience.  Thank you.
>
>
>
> Steve Buelter
>
> Builder Sales Manager
>
> Wayne-Dalton Corp.
>
> 245 West Peachtree St.
>

> Norcross, GA  30071
>
> Office:   (770) 248-0150
>
> Fax:   (770) 662-8780
>
> Cell:   (404) 395-1032
>
>
>
>

P 0000668

# EXHIBIT 162

# SEARS HOLDINGS CORPORATION

3100 West Big Beaver Road
Troy MI 48084

**Legal Department**
**Robert W. Rathke**
Vice President, Legal
248 463 5597 (MI)
Fax 248 458 1036
847 286-7373 (IL)
rrathke@searshc.com

*Protected Settlement Communication*
*Subject to FRE 408*

<u>Via FedEx</u>

July 22, 2005

Ronald Feiner, Esq.
Kaufmann, Feiner, Yamin, Gilding & Robbins LIP
777 Third Avenue
New York, NY 10017



RE:    B.V.T.V. – "Home Again" Television Program

Dear Mr. Feiner:

I write in response to your letter dated June 28, 2005 and as a follow up to our previous conversation.

Initially, suffice it to say that for the reasons previously discussed, Sears disagrees with your position concerning the status of the "Home Again" television program and the Spokesperson Agreement. Sears believes that your position is contrary to the clear terms of the agreements at issue. Sears did not renew the Home Again program and has not authorized anyone to continue to produce or air the program using the Home Again name or any of Sears' trademarks. As between B.V.T.V. and Sears, the Syndicated Television Program Agreement clearly grants Sears all rights to the trademarks for the program. Further, since the program has not been renewed by Sears, the unambiguous terms of the Spokesperson Agreement permits Sears to terminate that agreement. Under Illinois law, which governs the Spokesperson Agreement, unambiguous contractual terms are interpreted using their plain and ordinary meanings. See, <u>Blender v. America Feed and Farm Supply, Inc.</u>, 2005 WL 43258, *4 (N.D. Ill. 2005). Limitations, like those that you are attempting to add to the plain language of the agreement, may not be read into the contract terms that the parties failed to draft into the agreement. <u>Id.</u>

SEARS 0342

Ronald Feiner, Esq.
July 22, 2005
Page 2

Despite what we believe is the strength of our position, we agree that neither party would benefit from protected litigation. To that end, you requested that Sears make a proposal to Bob Vila to amicably resolve the open issues relating to the program and the Spokesperson Agreement. Although a previous verbal offer was made to which you never formally responded, we propose the following to resolve all outstanding disputes.

In return for a complete release from Bob Vila and B.V.T.V of any and all obligations or claims relating to the Home Again program, the Syndication Agreement and the Spokesperson Agreement, Sears offers the following:

- Sears will relinquish and assign to Bob Vila all of Sears' interest in the Home Again television show and the trademarks relating to the program. Bob Vila will be able to fully exploit the show with another sponsor without limitation.

- Sears will transfer and assign to Bob Vila its 50% interest in the Home Again program library.

- Sears will pay Bob Vila the sum of $750,000 upon the execution of a final settlement agreement.

Based on the potential value of the Home Again program library, we believe that this proposal provides significant value to Bob Vila. Sears' proposal also permits Bob Vila to continue to exploit the Home Again name and program.

Again, Sears is hopeful that the parties can arrive at an amicable resolution to the current dispute based on the long history that Bob Vila and Sears enjoy. I look forward to hearing your response. I am available at any time to discuss.

Sincerely,

Robert Rathke

**SEARS 0343**

EXHIBIT 164

Mon, Nov 28, 2005 1:32 PM

**Subject: Benjamin Moore on Bob Vila's Home Again**
**Date:** Thursday, July 28, 2005 2:30 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <allison.marcus@benjaminmoore.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>, Dan Newberry <
dan.newberry@bobvila.com>

Hello, Allison:

Thanks for returning my phone message regarding the possibility of featuring Benjamin Moore paints on one of our current projects on BOB VILA'S HOME AGAIN.

We're in the middle of a kitchen/bath/deck remodel on a 120-year old Queen Anne Victorian on Massachusetts' North Shore. Part of the home's facelift is a complete exterior paint job; this house definitely needs a color consult. It's got great Queen Anne detailing which could really shine with the right paint. I'm attaching some photos of the house as well so you can see what I mean. The rear view shows the area where the large new deck is going, the home's new focal point for outdoor living.

For many years, we've been tied to using Sherwin-Williams/Sears paints on the show, but now that that's changing, Bob especially requested we approach Benjamin Moore first to see about developing a relationship for product placement, as well as for on-line opportunities on BobVila.com. I've attached guidelines for product donation and show participation as well.

We are looking to wrap up this project in mid-September, so would love to be painting by September 1. We have not yet approached a painter because we wanted to talk to you first. If you have an existing relationship with a painter you'd like to extend to this project, we would be open to that.

When we feature products and services on the television show, we require in-kind donation. You will see in the attached donation guide that there are several more advantageous levels of cross-platform participation that we do encourage, but do not require, beyond that to maximize the television exposure.

Please let me know what other questions you have. I'd be happy to talk with you whenever you have the chance to review the opportunity.

Best regards,

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com



# EXHIBIT 165

Tue, Nov 22, 2005  2:08 PM

**Subject: Gardens Alive on Bob Vila's Home Again**
**Date:** Tuesday, August 2, 2005 11:37 AM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** Angela Polo <apolo@scgov.net>, <charmer@gardensalive.com>
**Cc:** Teresa Fogolini <tfogolini@hotmail.com>, Jim Minardi <
mingminardi@hotmail.com>, Mel Marchand <mel.marchand@bobvila.com>

Hi, Angela and Craig:

I want to introduce you two, as I'm happy to learn that Gardens Alive has agreed to donate
product for our landscape segments on BOB VILA'S HOME AGAIN, the Punta Gorda project.

Angela Polo, Builders & Developers Coordinator for
University of Florida/Sarasota Cty FLORIDA YARDS AND NEIGHBORHOODS Program
apolo@scgov.net
(941) 861 9806
Cell 941 232 4536

Craig Harmer, Gardens Alive
charmer@gardensalive.com
(513) 354-1501 x3085

Craig, as Marilyn Black may have relayed to you, Angela is developing a sustainable, low-
maintenance, storm-resistant landscape plan for the show that will highlight what homeowners
can do to keep their yards healthy, natural and easy to live with in Florida's unique climate
challenges.  She is also coordinating the contractors who will be installing the landscape. Many
of Gardens Alive's  products will help us tell this story, but I'd like you two to put your heads
together to determine which ones and how much will be needed so I can make sure we can
produce what we need to see in the time we have to shoot it.

Angela, please get in touch with Craig when you have the plan developed and determine a list
of product this week.  Please copy me on your emails so I know how things are progressing.

We are aiming to shoot landscaping segments on our last shoot, September 13 and 14.
Craig, I do think it would be a good idea if you joined us for that to answer Bob's questions
about the products on camera.

Many thanks to you both for your help and enthusiasm in making this the best Florida yard
ever!  If you have questions, just let me know.

Best regards,
Sarah

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com



EXHIBIT 166

Tue, Nov 22, 2005  2:08 PM

**Subject: Re: DuPont Corian on Bob Vila's Home Again**
**Date:** Tuesday, August 2, 2005 3:51 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** Valerie A Aunet <Valerie.A.Aunet@usa.dupont.com>, Susan O Kenney <
SUSAN.O.KENNEY@usa.dupont.com>
**Cc:** Leigh Sterrett <LSterrett@parksite.com>, Mel Marchand <
mel.marchand@bobvila.com>

Hello, Valerie and Susan:

I just spoke with Leigh Sterret of Parksite regarding the Corian countertops and sinks for the
Punta Gorda project on BOB VILA'S HOME AGAIN.  I have been working with the homeowners to
finalize their choices for bath and kitchen surfaces, and I have just been in touch with Jack
Valentine of Solid Surface Tops of SW Florida to discuss scheduling the installation for August
17 if possible.

I apologize that I had to set aside your message of 6/22 (below) for so long, while decisions
were made on finishes throughout, that I forgot you'd sent it.  I now understand from Leigh
that Valerie is on vacation until the 15th, so perhaps Susan you can help me with pulling
together what I need to tell the Corian story on the show.

First, here's what's been selected:

Kitchen:  Countertops in ECLIPSE (matte) with
Extra-deep double integral sink 902 in CAMEO WHITE:   http://www.corian.com/corian/a/en/h/
Learn/Products/902Sink.html

Hall bath vanity:   SILT (matte) with
integral sinks 815 in BONE

Master bath vanities (2):  SILT (matte) with
Integral sinks 815 in BISQUE

You are welcome to send a Corian representative to the shoot on August 17 to field Bob's
questions about the product on camera.  Site address is

197 Gulfiew Rd
Punta Gorda FL  33950  (nearest to Ft. Myers airport)

Please let me know if you're sending someone and how to get in touch with them.  I don't
have a time of day yet.

Also, I will need talking points on the products and colors chosen, and on Corian in general, by
Aug 9 so I can get them into the shooting script.  Just a bullet list is fine.  Bob will probably
want to know about the composition and manufacturing process, durability and maintentance
of Corian, as much as you can tell us.  The installer will tell us about the install process.   Your
rep should bring color samples to illustrate the range of colors available;  any other props are
welcome.

If you haven't already spoken with her, you should discuss options with Melissa Marchand for
maximizing your show exposure by customizing some online exposure on BobVila.com.  It's
separate from the show, but we highly recommend it as a good way for viewers of your
segment to find out more about Corian.



P 0000748

Mel is copied on this, and can also be reached at (617) 848 8458.

Let me know what other questions you have;  I look forward to working with you.

Many  thanks!

Sarah

--
Sarah  Beasley  Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

> 
> 
> 
> 
> Sarah
> Good morning.  My name is Valerie Aunet, and I am the Marketing Manager for
> DuPont Surfaces Corian* and Zodiaq*.  We have been contacted by our
> distributor, Parksite Florida (Andrea Hawk-Johnson) about providing product
> for the above project.
> 
> Please let me know what you will be needing and when and I will advise what
> we can do.,  We would very much like to work with you on this project.
> 
> Please feel free to give me a call with any questions.
> 
> Thank you
> Valerie Aunet
> Marketing  Manager
> DuPont  Surfaces
> 302-999-5850
> valerie.a.aunet@usa.dupont.com
> 
> 
> This communication is for use by the intended recipient and contains
> information that may be privileged, confidential or copyrighted under
> applicable law.  If you are not the intended recipient, you are hereby
> formally notified that any use, copying or distribution of this e-mail,
> in whole or in part, is strictly prohibited.  Please notify the sender
> by return e-mail and delete this e-mail from your system.  Unless
> explicitly and conspicuously designated as "E-Contract Intended",

# EXHIBIT 167

Tue, Nov 22, 2005  2:08 PM

**Subject: FW: ATAS on Bob Vila's Home Again?**
**Date:** Wednesday, August 3, 2005 1:56 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** JT <John@bobvila.com>


------ Forwarded Message
From: "James Bush" <jbush@atas.com>
Date: Wed, 3 Aug 2005 13:47:12 -0400
To: "'Sarah Monzon'" <sarah@bobvila.com>
Subject: RE: ATAS on Bob Vila's Home Again?

in conjunction with ATAS, the Metal Roof Alliance should be credited as
well.  Marybeth is involved with the Metal Roof Alliance.  It appears that
we should be OK with materials for the 9th.

-----Original Message-----
From: Sarah Monzon [mailto:sarah@bobvila.com]
Sent: Wednesday, August 03, 2005 1:36 PM
To: James Bush
Subject: Re: ATAS on Bob Vila's Home Again?


Jim:
The script is fine as is, thank you for sending.
What I meant when I said we had assuaged Shawn's fears is that we are
planning a 6-minute segment on the roof, at least, with Shawn on camera
explaining the process to Bob as he installs; his company name will be
mentioned and he will be lower-thirded and credited at show's end. This is
our standard practice.
Please let me know what other credits should go into the show, as Marybeth
Morsberger seems to have dropped off the face of the earth.
Thanks
Sarah

> Sarah,
> Find attached a very brief promotional script.  I can expand this and
offer
> more information as required.  Let me know.  Also, I assume we are going
to
> offer some good press for the contractor.
> Jim
>
> -----Original Message-----
> From: Sarah Monzon [mailto:sarah@bobvila.com]
> Sent: Wednesday, August 03, 2005 10:48 AM
> To: James Bush
> Subject: Re: ATAS on Bob Vila's Home Again?
>
>
> I've just spoken with Shawn and assuaged his fears (seems he had a very
bad
> experience with that other show a few years ago) so I think he's set for
the



> 9th and will try to do some prep ahead this week.  He will need to be sure
> you can get him the material he needs, so please contact him to be sure
that
> happens,   and I'll need talking points on the material in the next day or
> two as well so I can write it into the shooting script.
>
> Many thanks,
> Sarah
>
>> Sarah,
>> Just a follow up.  Have you made contact with Newton Contracting (Shawn)
> and
>> is everything on track with him.
>> Jim
>>
>> -----Original Message-----
>> From: Sarah Monzon [mailto:sarah@bobvila.com]
>> Sent: Tuesday, July 26, 2005 3:16 PM
>> To: Dick Bus; Jim Bush
>> Subject: Re: ATAS on Bob Vila's Home Again?
>> Importance: High
>>
>>
>> Thanks, Dick!
>> Jim, could you please email me the contact info for your local installer
>> ASAP, and let me know when he intends to meet with the GC Tim Berky (603)
>> 235 7461 about the job?
>> I will need talking points on the roof from you and the name and title of
>> ATAS' preferred rep as soon as you have it so I can schedule the segment
>> into the shoot on the 9th.
>>
>> Thank you!
>> Sarah
>>
>> --
>> Sarah Beasley Monzon
>> Producer, Bob Vila's Home Again
>> BVTV, Inc.
>> 115 Kingston St.
>> Boston MA 02111
>> 617 848 8432 direct line
>> 617 848 8401 fax
>> sarah@bobvila.com
>> www.bobvila.com
>>
>>
>>
>>
>>> Jim's e-mail is jbush@atas.com
>>>
>>> He has left for the day. I know that he has had discussions with a
>>> contractor that has agreed to do the project. The contractor is to be
>>> visiting the site soon. Jim can also determine who from ATAS can be
there
>>> for the shoot.

P 0000751

>>>
>>> Thanks,
>>> Dick Bus
>>>
>>> -----Original Message-----
>>> From: Sarah Monzon [mailto:sarah@bobvila.com]
>>> Sent: Tuesday, July 26, 2005 2:45 PM
>>> To: Dick Bus
>>> Subject: Re: ATAS on Bob Vila's Home Again?
>>>
>>>
>>> I see Jim called but left no message.  Could you give me his email
>> address?
>>> I just really need to know where this stands today.  We need to shoot
the
>>> segment on the 9th if at all possible, sorry you can't make it.  Is
there
>>> someone else from ATAS you can send?
>>>
>>> Many thanks!
>>> Sarah
>>>
>>>> Sarah, Jim Bush with our office was handling this. He should have been
> in
>>>> touch with you this morning.
>>>>
>>>> I am not able to be there on August 9, do you want someone from ATAS
>> there
>>>> or is there an other time you are doing a shoot?
>>>>
>>>> Dick
>>>>
>>>> -----Original Message-----
>>>> From: Sarah Monzon [mailto:sarah@bobvila.com]
>>>> Sent: Tuesday, July 26, 2005 10:20 AM
>>>> To: dbus@atas.com
>>>> Subject: ATAS on Bob Vila's Home Again?
>>>>
>>>>
>>>> Hi, Dick:
>>>>
>>>> I'm trying to get in touch with you about the small standing seam
copper
>>>> roof on our Rowley project for BOB VILAS HOME AGAIN.
>>>>
>>>> I haven't been able to reach Marybeth Morsberger to find out where we
>> stand
>>>> on this.  Our general contractor, Tim Berky, has not been able to get
> the
>>>> local installer to return his calls either.
>>>>
>>>> At this point, we really need to schedule the segment as it is holding
> up
>>>> other work on the project and we will need to locate another roofing
>>>> supplier if you are not interested.

P 0000752

>>>>
>>>> Please call me today or have your installer call on my cell (below) to
>> let
>>>> me know the status.
>>>>
>>>> It would be great to work with you again, and we would certainly invite
>>> you
>>>> to be part of the segment if you choose.  It just needs to happen fast
>>> Our
>>>> next shoot is on August 9, and we will need the roof then.
>>>>
>>>> I look forward to hearing from you today.
>>>> Many thanks,
>>>> Sarah
>>>>
>>>> --
>>>> Sarah Beasley Monzon
>>>> Producer, Bob Vila's Home Again
>>>> BVTV, Inc.
>>>> 115 Kingston St.
>>>> Boston MA 02111
>>>> 617 848 8432 direct line
>>>> 617 848 8401 fax
>>>> (617) 605 8384 cell
>>>> sarah@bobvila.com
>>>> www.bobvila.com
>>>>
>>>>
>>>>
>>>>
>

------ End of Forwarded Message

P 0000753

# EXHIBIT 168

Aug 17 05 12:45p    Mike Theiss                              3052300220              p.1
AUG-17-2005 12:07  FROM:BOB VILA COM          16170486401    TO:913052300220        P.2



**FILM / VIDEO FOOTAGE LICENSE AGREEMENT**

This agreement ("Agreement") is entered into as of **08-04-05 by** and between **Ultimate Chase Stock Footage ("Licensor") and BVTV, Inc. 115 Kingston St. Boston, MA 02111, ("Licensee")** with respect to a non-exclusive license to use the film or video footage described in Paragraph 1 herein (the "Footage").

1.    **TERMS OF USAGE.**

    a.    **Description of Film/Video Footage: Hurricane Charley Video**

    b.    **Total amount of seconds licensed: 30 SECONDS**

    c.    **Per-second Rate:  (30 SECOND PACKAGE) $1000**
       **$175 each additional second.**

    d.    **Type of Master Supplied: Mini-DV**

    e.    **Title of Production: "BOB VILA'S HOME AGAIN" EPISODES #1601 AND #1602**

    f.    **Type of Distribution: Commercial**

    g.    **Territory: WORLDWIDE.**

    h.    **Term: IN PERPETUITY.**

    i.    **Video License Fee: $1,000 (See Invoice)**

    j.    **Laboratory Fees: $0**



EXHIBIT log
3/15/06

P 0000761

Aug. 17 05 12:45p    Mike Theiss                                    3052300220              p.2
:ᵀHUG-17-2005 12:07  FROM:BOB VILA COM        16170480401        TO:913052300220          P.3

Page 2

2.    GRANT OF LICENSE. Subject to the provisions set forth in this Agreement and to the performance of all of the obligations by the Licensee to be performed hereunder, Licensor hereby grants to Licensee a non-exclusive license to use 30 seconds of the Footage listed in Paragraph 1.a., for use in the finished production described in Paragraph 1.e., above, for the term, purpose, payment, and territory specified in Paragraphs 1.f.,g.,h.,I. The license granted by this Agreement shall not take effect until a copy of this Agreement, signed by Licensee, is delivered to Licensor and all monies due hereunder have been paid. Licensee's mere possession of the Footage, prior to the delivery to Licensor of a signed copy of this Agreement, shall not confer upon Licensee any right to use the Footage.

    a.    Limited License and Reservation of Rights.  It is understood that this Agreement is for a license only, and no transfer of ownership is intended nor should be inferred.  No use of the Footage other than that described in Paragraph 1 is granted or implied.  Licensee will not make or permit the making of any reproduction of or from the Footage whatsoever, in whole or in part, except in connection with the purpose specified in this Agreement.  Licensee may not sell, rent, donate, license, re-use, or edit or otherwise alter the Footage, nor use the Footage in any film or video production other than the Production described in Paragraph 1.e., nor use the Footage in any other audiovisual application, regardless of medium.  Notwithstanding the license granted by this Agreement, Licensor reserves all of Licensor's other rights in the Footage, including its copyright in the Footage, if any.  Licensee acknowledges that its use of the Footage in the production described in Paragraph 1 does not confer upon Licensee any copyright in the Footage, either in whole or in part.

    b.    Liquidated Damages.  Licensee agrees that any use by Licensee, or any of its agents, representatives, successors, or assigns, of the Footage other than for the purposes specified in Paragraph 1 shall entitle Licensor to recover liquidated damages from Licensee in a sum equal to One Thousand Dollars ($1,000) per second of the Footage so used, with a ten (10) second minimum per on-screen cut, regardless of distribution or application, in addition to any other remedies to which Licensor may be entitled at law or in equity.

3.    FEES. Licensee agrees to pay Licensor the License Fee described in Paragraph 1.i. in advance of any use of the Footage, and whether or not the footage appears in the production. Licensee agrees to be responsible for all Laboratory Fees as specified in Paragraph 1.j., shipping and delivery costs.  Such fees and costs shall be paid by Licensee whether or not Licensee actually uses the Footage.

All video appearing in the finished Production is licensed at a per-second charge. Any repetitions of the same video within a production must be re-counted as seconds used and added to the "Total amount of seconds licensed" described in Paragraph 1.b.

Page 3

P 0000762

Aug 17 05 12:45p    Mike Theiss                                              3052300220          p.3
,AUG-17-2005 12:07   FROM:BOB VILA COM        16178408401        TO:913052300220           P.4

4.   __LICENSOR'S REPRESENTATIONS AND WARRANTIES__.  Licensor hereby represents and warrants that it is the legal owner of the Footage, the authorized representative of the legal owner of the Footage, or that the Footage is in the public domain, and has the right and power to enter into and perform this Agreement and to grant the license granted hereunder.  Licensor represents and warrants that the Footage is free and clear of any liens or claims with respect to the use of the Footage in the manner authorized in Paragraph 1, including but not limited to claims in connection with music synchronization rights, and that such authorized use will not give rise to any claims of infringement, invasion of privacy or publicity, or claims for payment of re-use fees, residuals, or other payments required by any collective bargaining agreement.

5.   __RETURN OF MASTER__.  Licensee is responsible for the return of the supplied master ("Master") within thirty (30) days of completion or cancellation of the project.  Failure to return the supplied Master shall be a breach of the terms of the Agreement.  Licensee agrees that for each day in excess of thirty (30) days from the date the Master is delivered to Licensee, Licensee shall pay to Licensor a sum equal to ten percent (10%) of the License Fee agreed hereto; or, if Licensee should fail to return the Master to Licensor within ninety days from the date the Master is delivered to Licensee, the sum of $10,000, in addition to any other remedies to which Licensor may be entitled at law or in equity.

6.   __CREDITS__. Special Agreement: BVTV, Inc. agrees to display the following screen credit the entire 30 seconds with the Hurricane Charley video as it is playing. It should read exactly like this: Hurricane Video Provided By: UltimateChase.com

Also a credit to be displayed at the end of the show with all the other credits that reads: Ultimate Chase Storm Video

7.   __VERIFICATION__.  For verification purposes, licensor shall have the right to view the production upon request, and a dub of the final production which utilizes Licensor's Footage shall be provided to Licensor upon the earlier of (a) 60 days of entering into this.

8.   __COPYRIGHT NOTICE__.  Licensee agrees that each copy and each broadcast of the production, except television commercials, shall bear an effective copyright notice (in Licensee's design). Licensee shall be liable to Licensor for all damages resulting from any publication of the Footage without an effective copyright notice.

9.   __INDEMNIFICATION__.  Licensee assumes full responsibility for any use which it makes of the Footage or material contained therein, and hereby agrees to indemnify, defend and hold Licensor, its agents, representatives and associates, and the officers, directors and employees of each of them, harmless from and against all claims, losses, costs, damages, judgments, liabilities and expenses (including, without limitation, attorneys' fees and payments that may be due any music publisher, musician, writer, director, actor, union, guild or other party) arising from any claim whatsoever and whenever brought, which may be brought based directly or indirectly upon the Licensee's use of the Footage, unless such claim is based upon a breach of the warranties and representations contained in Paragraph 4, above, in which case Licensor shall indemnify, defend and hold harmless Licensee.

Page 4

10.   __TERMINATION OF THE LICENSE__. Licensor shall have the right to terminate the License granted hereunder upon any failure by the Licensee to comply with any of the foregoing terms

and conditions. In the event of Termination, the License may be deemed null and void relating back to the creation of this Agreement. Upon such termination, Licensee shall promptly return the Master to Licensor, and Licensee waives its right to any refund of License Fee, Laboratory Fees or any other fees paid.

11.    **EQUITABLE RELIEF.** Licensee understands that a breach by the Licensee of any of its undertakings hereunder may cause the Licensor damage which could not readily be remedied by an action at law and might, in addition constitute an infringement of the Licensor's copyright. Any such breach would, therefore, entitle the Licensor to equitable remedies, costs and attorneys' fees in addition to any other provided for herein or by law.

12.    **MISCELLANEOUS PROVISIONS.**
    a.    This Agreement has been entered into in the State of Florida, and the validity, interpretation and legal effect of this Agreement shall be governed by the laws of the State of Florida applicable to contracts entered into and performed entirely within the State of Florida, with respect to the determination of any claim, dispute or disagreement which may arise out of the interpretation, performance, or breach of this Agreement and all other causes of action (whether sounding in contract or in tort) arising out of or relating to this Agreement, or the termination of this Agreement.

    b.    If for any reason any provision of this Agreement is adjudged by a court to be unenforceable, such adjudication shall in no way affect any other provision of this Agreement or the validity or enforcement of the remainder of this Agreement, and the affected provision shall be modified or curtailed only to the extent necessary to bring it into compliance with applicable law.

    c.    This Agreement shall constitute a binding agreement between the parties and may not be waived or amended, except by written instrument signed by the party to be charged.

    d.    This Agreement may be signed in identical counterparts each of which shall be deemed to be an original.

AGREED:    BVTV, Inc. ("LICENSEE")                    AGREED:    **Ultimate Chase Inc.**
("LICENSOR")

x _Sarah B. Monzón_____                              x _Michael Th_____
_Sarah B. Monzón_____                                _Michael Theiss_____
(Print Name)                                         (Print Name)

Title: _Producer_____                                Title: _President_____
Date: _8/17/05_____                                  Date: _8/17/05_____

P 0000764

EXHIBIT 169

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *James F M*   **Date:** 6.6.05

**Print:** James Minard

**Company Name:**

**Address:** 197 Gulfview Rd   **Phone:** 941 286.0525

**Fax:**

**E-mail address:** mingminardi@hotmail.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vita/ (617) 848-8401 fax



P 0000930

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Jose A Rodriguez_ **Date:** _____

**Print:** _____

**Company Name:** _Electric Controls_

**Address:** _____  **Phone:** _____

_____  **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000931

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____   **Date:** _6.6.05_

**Print:** _____

**Company Name:** _____

**Address:** _____   **Phone:** _____

_____   **Fax:** _____

**E-mail address:** _t fogolin@hotmail_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

P 0000932

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Randall L Cole*          **Date:** 6-6-05

**Print:** RANDALL L. COLE

**Company Name:** CITY OF PUNTA GORDA

**Address:** 326 W. MARION AVE          **Phone:** (941) 575-3344

PUNTA GORDA, FL 33950          **Fax:** (941) 575-3347

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

P 0000933

06/08/2005  08:52    0                    OFFICE OF LT GOV                    PAGE  01/01

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Toni Jennings_     **Date:** _6-6-05_

**Print:** _Toni Jennings_

**Company Name:** _State of Florida_

**Address:** _The Capitol, PL-05_    **Phone:** _850-488-4711_

_Tallahassee, FL 32399-_    **Fax:** _850-921-6114_

_0001_

**E-mail address:** _toni.jennings@myflorida.com_

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8481 fax

**P 0000934**

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Leslie_   **Date:** _6/6/05_

**Print:** _Leslie Chapman-Henderson_

**Company Name:** _Federal Alliance_

**Address:** _7183 Ox Bow Cir_    **Phone:** _____

_Tallahassee FL 32312_    **Fax:** _____

**E-mail address:** _leslie@flash.org_

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000935

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____   **Date:** _____

**Print:** Ron Ford

**Company Name:** TAW INC

**Address:** 440 S. 78R ST.   **Phone:** 813-621-5861

Tampa Fl 33619   **Fax:** _____

**E-mail address:** Ron.Ford@TAWInc.Com

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000936

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____   **Date:** 6/7/5

**Print:** Mark Newton

**Company Name:** Solid Wall System

**Address:** 3820 Ocean Beach Blvd   **Phone:** 321-302-3939

Cocoa Beach Fl 32931   **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000937

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Ronald Cameron Parker*    **Date:** 6/7/05

**Print:** Ronald Cameron PARKER

**Company Name:** Solid Wall Systems

**Address:** 201 Paint St    **Phone:** 632-7511

Rockledge FL    **Fax:**

**E-mail address:** CPARKER@SCTRUSS.Com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000938

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Jim R Crain_    **Date:** _10-7-05_

**Print:** _Jim R Crain_

**Company Name:** _Precise Forms Inc._

**Address:** _3130 Wheeling_    **Phone:** _816 861-8828_

_Kansas City Mo. 64129_    **Fax:** _816-861-2788_

**E-mail address:** _jcrain@preciseforms.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _~~signature~~_          **Date:** _6/15/05_

**Print:** _Cordell Burton_

**Company Name:** _Pella Corp_

**Address:** _102 Man St.,_     **Phone:** _641-621-3028_
_Pella, IA 50219_     **Fax:** _6 ??_

**E-mail address:** _crburton @ Pella.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000940

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _(signature)_    **Date:** 06/25/2005

**Print:** Michael E Willborn

**Company Name:** Hi Valley Supply

**Address:** 0045 W Amherst    **Phone:** 303-378-773

Englewood, Co 80110    **Fax:**

**E-mail address:** MWillburn @ Hi-Valley.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000941

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Dave Peck*     **Date:** 7/12/05

**Print:** DAVE PECK

**Company Name:** D. PECK Roofing Inc

**Address:** 6120 Idlewild St SE     **Phone:** (387) 489-2200

Ft. Myers FL 33910     **Fax:** (239) 489-2202

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

P 0000942

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _(signature)_      **Date:** 7-12-5

**Print:** Bartlett N. Cot

**Company Name:** Hanson

**Address:** 4904 Bridgehampton      **Phone:** 941-915-7900
Sarasota FL 34238      **Fax:**

**E-mail address:** bart.cot@hansonamerica.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

P 0000943

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Randall Shackelford_   **Date:** _7-12-05_

**Print:** _Randall Shackelford_

**Company Name:** _Simpson Strong-Tie_

**Address:** _2221 Country Ln_   **Phone:** _972-439-8029_

_McKinney TX 75069_ **Fax:** _7_

**E-mail address:** _rshackelford @strongtie.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

P 0000944

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Aaron Renfroe*          **Date:** 7/13/05

**Print:** *Aaron Renfroe*

**Company Name:** *Great Southern windows*

**Address:** *2210 Grant AV*          **Phone** (239) 728 6R 08

*Alva FL 33920*          **Fax:**

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000945

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Scott Raftree*   **Date:** 7/13/05

**Print:** Scott Raftree

**Company Name:** CreatSh

**Address:** 3222 Tarceo ST Ftmyers   **Phone:** (289) 693 1324

3.3905   **Fax:**

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000946

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Dave Olstead_   **Date:** _7/13/05_

**Print:** _Dave Olstead_

**Company Name:** _PGT_

**Address:** _1-0-7-0_   **Phone:** _____

_____   **Fax:** _____

**E-mail address:** _dolmstead@PGTINDUSTRIES.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-5401 fax

P 0000947

# BVTV

## LOCATION RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Location Owner:**_____

I agree that persons designated by BVTV, Inc. may be in, on, or about the above locations on the date indicated above, for the purposes of preparing or making video or sound recordings, (the "Recordings") on film, tape or otherwise in connections with the Program(s)/ Series.

BVTV, Inc. shall hold me harmless from and indemnify me against any damage to the above locations caused by any persons designated by BVTV to be on the location or against any injuries occurring to persons designated by BVTV, Inc. to be on the location.

I authorize BVTV, Inc. to edit the Recordings as desired and to incorporate them into the Program(s)/ Series and related materials, including edited versions of the Program/Series. BVTV, Inc. may use and authorize others to use all or parts of the Program(s). BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Cara Dohnalek*      **Date:** 7/13/05

**Address:** 1070 Technology Dr.      **Phone:** 941-320-6974 cell
Nokomis, FL 34275         941-486-0100 ext 22312

115 Kingston St., 3rd Floor Boston, MA 02111 (617) 848-8452 Fax - (617) 848-8401

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Dan Gerry_  **Date:** 1-14-5

**Print:** DAN GERRY

**Company Name:** TRANQUILITY PIBb

**Address:** _____  **Phone:** 239-939-3600

_____  **Fax:** 239-939-3001

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000949

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____    **Date:** _____

**Print:** *Jesse Gonzalez*

**Company Name:** *Mercedes Homes*

**Address:** _____    **Phone:** _____

_____    **Fax:** _____

**E-mail address:** *Jgonzalez@ MerHomes. Com*

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000950

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Scott Buescher*                    **Date:** _____

**Print:** *Scott Buescher*

**Company Name:** *Mercedes Home*    *cell 321-403-2155*

**Address:** *6769 Wickham*        **Phone:** _____

*Melb Fl 32940*        **Fax:** _____

**E-mail address:** *Scottb @ Merhomes.com*

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000951

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____  **Date:** _7/19/05_

**Print:** _Donald W. Schumacher_

**Company Name:** _NCFI_

**Address:** _Center St._       **Phone:** _336-406-0260_

_Mt. Airy NC_       **Fax:** _____

**E-mail address:** _don.schumacher@NCFI.net_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000952

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licenses and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____ **Date:** _____

**Print:** _____

**Company Name:** _____

**Address:** _____ **Phone:** _____

_____ **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8481 fax

P 0000953

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _A.C/M Pete_     **Date:** _7-19-05_

**Print:** _Richard M Burton_

**Company Name:** _Nickerson Remick_

**Address:** _95 Brewster St_     **Phone:** _____

_Portsmouth NH 03820_     **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000954

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Jim Remick_     **Date:** _7/19/05_

**Print:** _Jim Remick_

**Company Name:** _Nickerson- Remick_

**Address:** _95 Brewster St._     **Phone:** _603-436-2446_

_Portsmouth NH 03801_     **Fax:** _603 436-2593_

**E-mail address:** _jim@nickerson-remick.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000955

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _John Martin_   **Date:** _7-25-05_

**Print:** _John Martin_

**Company Name:** _Alpine Plumbing & Const._

**Address:** _P.O. Box 8564_   **Phone:** _760-934-643c_

_Mammoth Lakes, Ca._   **Fax:** _760-934-5782_

**E-mail address:** _Lmartin J @ AOL.com._

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000956

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Rhl G. Lue_    **Date:** _7/26/05_

**Print:** _RICHARD KLEINER_

**Company Name:** _So. FOREST PRODUCTS ASSN._

**Address:** _P.O. BOX 641700_    **Phone:** _504-443-4464_
_KENNER, LA 70064_    **Fax:** _504-443-6612_

**E-mail address:** _rkleiner@sfpa.org_

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Kim Hansen*          **Date:** 8/2/05

**Print:** Kim Hansen

**Company Name:** Square D Schneider El

**Address:** 2400 Maitland Ctr. Pkwy  **Phone:** 407 389 2312

Maitland FL 32751  **Fax:** 859 372 1471

**E-mail address:** Kim.hansen@U.S.schneider-electric.com

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8461 fax

**P 0000958**

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Levi N. Lopez*          **Date:** _____

**Print:** Levi N. Lopez

**Company Name:** _____

**Address:** 27821 Quinn St.          **Phone:** (239) 913-713

Bonita Springs FL.          **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

**P 0000959**

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Kevin Sommerio*    **Date:** 8·2·05

**Print:** Kevin Sommerio

**Company Name:** Royal Baths Mfg.

**Address:** 10820 Satellite Blvd    **Phone:** 800 235 6316
Orlando FC 32837    **Fax:** 407·854·1742

**E-mail address:** K Sommerio @ RoyalBaths.con

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000960

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *[signature]*    **Date:** 8·2-05

**Print:** Thad Goodman

**Company Name:** Georgia-Pacific

**Address:** 4284 Loop Rd    **Phone:** 740-743-1343

Somerset, OH  43783    **Fax:** 740-743-2023

**E-mail address:** ttgoodma(@)gapac.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000961

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Harry Cunningham III*   **Date:** 02 AUG 05

**Print:** HARRY CUNNINGHAM III

**Company Name:** ELECTRIC CONTROLS, INC

**Address:** 1406 N 16TH ST   **Phone:** 813 247 2136

TAMPA, FL 33605   **Fax:** 813 247 1351

**E-mail address:** ECINC @ AOL. COM

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000962

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Anthony Lopez_    **Date:** _8/3/05_

**Print:** _Anthony Lopez_

**Company Name:** _Poriclinnsen_

**Address:** _3400 N Powerline RD_    **Phone:** _954-968-7666 x103_
_Pompano Bch Fl. 33069_    **Fax:** _954-968-7699_

**E-mail address:** _a Lopez @ mn.porsg.com / AnthonyLLopez @ aol.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000963

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____  **Date:** _____

**Print:** _____

**Company Name:** Color Wheel Paints & Coating's

**Address:** 2814 Silver Star Rd    **Phone:** _____

Orlando Fl 32808    **Fax:** _____

**E-mail address:** tmclaughlin @ colorwheel.com

115 Kingston St. 3rd floor. Boston, MA 02111<br>(617) 848-8452/ (617) 848-8401 fax

P 0000964

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

Signature: _____  Date: _____

Print: *Doug Frach*

Company Name: *West Coast Drywall 'n's*

Address: _____  Phone: _____

_____  Fax: _____

E-mail address: _____

115 Kingston St. 3ʳᵈ floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000965

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____    **Date:** 8/3/06

**Print:** _____

**Company Name:** _____

**Address:** _____    **Phone:** _____

_____    **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000966

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Stephen Powers*  **Date:** 8/9/05

**Print:** STEPHEN POWERS

**Company Name:** TRIKEENAN TILEWORKS

**Address:** P.O. BOX 22    **Phone:** 603-352-4299

KEENE N.H. 03431    **Fax:** 603-352-9883

**E-mail address:** STEPHEN @ TRIKEENAN.com

P 0000967

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _David Cloutman_  **Date:** 8/9/05

**Print:** David Cloutman

**Company Name:** O.C. Tics

**Address:** 514 Andover St  **Phone:** 978 762 7447

Danvers, MA 01923  **Fax:** 978 762 7557

**E-mail address:** OCTics@comcast.net

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *(signature)*     **Date:** 8/9/05

**Print:** PAUL D. MACKIE

**Company Name:** WRCLA

**Address:** 914 164TH ST SE, STE B-12    **Phone:** 425. 316 8545

MILL CREEK, WA 98012    **Fax:** 516 3979

**E-mail address:** Mackie@ WRCLA .ORG

115 Kingston St. 3ʳᵈ floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000969

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Ryan Pirro*     **Date:** 8/9/05

**Print:** Ryan Pirro

**Company Name:** RestorationWindows.com

**Address:** 166 Montvale Ave     **Phone:** 617.388.5809

Woburn MA 01801     **Fax:**

**E-mail address:** rpirro@RCN.com

P 0000970

EXHIBIT 169

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _James G M_____     **Date:** _6.6.05_

**Print:** _James Minardi_

**Company Name:** _____

**Address:** _197 Gulfview Rd_     **Phone:** _941 286.0575_

_____     **Fax:** _none_

**E-mail address:** _mingminardi@hotmail.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

**P 0000930**

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Jose A Rodriguez_ **Date:** _____

**Print:** _____

**Company Name:** _Electric Controls_

**Address:** _____ **Phone:** _____

_____ **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000931

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____     **Date:** *6.6.05*

**Print:** _____

**Company Name:** _____

**Address:** _____     **Phone:** _____

_____     **Fax:** _____

**E-mail address:** tfogolin@hotmail

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Randall L Cole_    **Date:** _6-6-05_

**Print:** _RANDALL L. COLE_

**Company Name:** _CITY OF PUNTA GORDA_

**Address:** _326 W MARION AVE_    **Phone:** _(941) 575-3344_

_PUNTA GORDA, FL 33950_    **Fax:** _(941) 575-3347_

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

P 0000933

06/08/2005  00:52    0                    OFFICE OF LT GOV                        PAGE  01/01

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____     **Date:** _6-6-05_

**Print:** _Toni Jennings_

**Company Name:** _State of Florida_

**Address:** _The Capitol, PL-05_     **Phone:** _850-488-4711_

_Tallahassee, FL 32399-0001_     **Fax:** _850-921-6114_

**E-mail address:** _toni.jennings@myflorida.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000934

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *[signature]*    **Date:** 6/6/05

**Print:** Leslie Chapma-Hardiman

**Company Name:** Federal Alliance

**Address:** 7183 Ox Bow Cir    **Phone:**

Tallahassee FL 32312    **Fax:**

**E-mail address:** leslie @ flash.org

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000935

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____     **Date:** _____

**Print:** Ron Ford

**Company Name:** TAW INC

**Address:** 440 S. 78th ST.     **Phone:** 813-621-8661

Tampa Fl 33619     **Fax:** _____

**E-mail address:** Ron.Ford@TAWinc.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000936

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____    **Date:** 6/7/5

**Print:** Mark Newton

**Company Name:** Solid Wall System

**Address:** 3820 Ocean Beach Blvd    **Phone:** 321-302-3939

Cocoa Beach Fl 32931    **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000937

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Ronald Cameron Park_    **Date:** _6/7/05_

**Print:** _Ronald Cameron PARKER_

**Company Name:** _Solid wall systems_

**Address:** _201 Paint St_    **Phone:** _632-7511_

_Rockledge FL_    **Fax:** _____

**E-mail address:** _CPARKER@SCtRUSS.Com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000938

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Jim R Crain*          **Date:** *10-7-05*

**Print:** *Jim R Crain*

**Company Name:** *Precise Forms Inc.*

**Address:** *3130 Wheeling*          **Phone:** *816 861·8828*
*Kansas City Mo. 64129*          **Fax:** *816·861·2788*

**E-mail address:** *jcrain@precisforms.com*

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000939

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Cordell Burton_     **Date:** _6/15/05_

**Print:** _Cordell Burton_

**Company Name:** _Pella Corp_

**Address:** _102 Main St,_     **Phone:** _641-621-3028_
_Pella, IA  50219_     **Fax:** _6 ??_

**E-mail address:** _crburton @ Pella. com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000940

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Michael F Willburn_   **Date:** _06/25/2005_

**Print:** _Michael F Willburn_

**Company Name:** _Hi Valley Supply_

**Address:** _2045 W Amherst_   **Phone:** _303-378-773_

_Englewood, Co 80110_   **Fax:** _____

**E-mail address:** _MWillburn @ Hi-Valley.Com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000941

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Dave Peck*          **Date:** 7/12/05

**Print:** Dave Peck

**Company Name:** D: PECK Roofing Inc

**Address:** 6120 Idlewild St SF     **Phone:** (239) 489-2200
Ft. Myers FL 33910     **Fax:** (239) 489-2202

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

P 0000942

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Bartlett N. Cox_ (signature)      **Date:** _7-12-5_

**Print:** _Bartlett N. Cox_

**Company Name:** _Hanson_

**Address:** _4904 Bridghampton_      **Phone:** _941-915-7900_
_Sarasota FL 34238_      **Fax:**

**E-mail address:** _bart.cox@hansonamerica.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

P 0000943

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** Randall Shackelford    **Date:** 7-12-05

**Print:** Randall Shackelford

**Company Name:** Simpson Strong-Tie

**Address:** 2221 Country Ln    **Phone:** 972-939-3029

McKinney TX 75069   **Fax:** 7

**E-mail address:** rshackelford @strong tie.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-8401 fax

P 0000944

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Aaron Renfroe*    **Date:** 7/13/05

**Print:** *Aaron Renfroe*

**Company Name:** *Great Southern Windows*

**Address:** *2020 Grant Av*    **Phone** (239) 728 CoR 08

*Alva FL 33920*    **Fax:**

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000945

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Scott DePace*          **Date:** 7/13/05

**Print:** *Scott Raatree*

**Company Name:** *GreatSh*          (289)

**Address:** *3722 Tareco ST Ftmyers*   **Phone:** 693 1324

*3.3905*          **Fax:**

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000946

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Qail Oltt_    **Date:** _7/13/05_

**Print:** _Dave Olmstead_

**Company Name:** _PGT_

**Address:** _1-0-7-0_    **Phone:** _____

_____    **Fax:** _____

**E-mail address:** _dolmstead @ pgtindustries.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-vila/ (617) 848-5401 fax

P 0000947

# BVTV

## LOCATION RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Location Owner:** _____

I agree that persons designated by BVTV, Inc. may be in, on, or about the above locations on the date indicated above, for the purposes of preparing or making video or sound recordings, (the "Recordings") on film, tape or otherwise in connections with the Program(s)/ Series.

BVTV, Inc. shall hold me harmless from and indemnify me against any damage to the above locations caused by any persons designated by BVTV to be on the location or against any injuries occurring to persons designated by BVTV, Inc. to be on the location.

I authorize BVTV, Inc. to edit the Recordings as desired and to incorporate them into the Program(s)/ Series and related materials, including edited versions of the Program/Series. BVTV, Inc. may use and authorize others to use all or parts of the Program(s). BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Cara Dohnalek*          **Date:** 7/13/05

**Address:** 1070 Technology Dr.          **Phone:** 941-320-6974 ce !!
Nokomis, FL 34275                               941-486-0100 ext 32312

115 Kingston St., 3rd Floor Boston, MA 02111 (617) 848-8452 Fax - (617) 848-8401

P 0000948

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Dan Gerry_     **Date:** _7-14-5_

**Print:** _DAN GERRY_

**Company Name:** _TRANQUILITY PIBB_

**Address:** _____     **Phone:** _239-939-3600_

_____     **Fax:** _239-939-3001_

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000949

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____    **Date:** _____

**Print:** _Jesse Gounler_

**Company Name:** _Mercedes Homes_

**Address:** _____    **Phone:** _____

_____    **Fax:** _____

**E-mail address:** _Jbonzoler@ mecHanes. Com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000950

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Scott Buescher*                **Date:** _____

**Print:** *Scott Buescher*

**Company Name:** *Mercedes Home*   *cell 321-403-2152*

**Address:** *6769 Wickham*   **Phone:** _____

*Melb Fl 32940*   **Fax:** _____

**E-mail address:** *Scottb @ Merhomes.Com*

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____    **Date:** 7/19/05

**Print:** Donald W. Schumacher

**Company Name:** NCFI

**Address:** Center St.    **Phone:** 336-406-0260

Mt. Airy, NC    **Fax:** _____

**E-mail address:** don.schumacher@NCFI.net

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000952

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____     **Date:** _____

**Print:** _____

**Company Name:** _____

**Address:** _____     **Phone:** _____

_____     **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8481 fax

P 0000953

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _R C/M Rta_          **Date:** _7-19-05_

**Print:** _Richard M Byron_

**Company Name:** _Nickerson Renick_

**Address:** _95 Brewster St_          **Phone:** _____

_Portsmouth NH 03820_          **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000954

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _~Jim Remick~_   **Date:** _7/19/05_

**Print:** _Jim Remick_

**Company Name:** _Nickerson-Remick_

**Address:** _95 Brewster St._   **Phone:** _603-436-2946_

_Portsmouth NH 03801_   **Fax:** _603 436-2595_

**E-mail address:** _jim@nickerson-remick.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000955

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Qohn Mart_                    **Date:** _7-25-05_

**Print:** _John Martin_

**Company Name:** _Alpine Plumbing & Const._

**Address:** _P.O. Box 8564_          **Phone:** _760-934-643c_

_Mammoth Lakes, Ca._          **Fax:** _760-934-5182_

**E-mail address:** _Lmartin5@AOL.com._

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000956

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Rchd G. Kleiner*    **Date:** 7/26/05

**Print:** RICHARD KLEINER

**Company Name:** SO. FOREST PRODUCTS ASSN.

**Address:** P.O. BOX 641700    **Phone:** 504-443-4464

KENNER LA 70064    **Fax:** 504-443-6612

**E-mail address:** rKleiner@sfpa.org

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000957

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** Kim Hansen                 **Date:** 8/2/05

**Print:** Kim Hansen

**Company Name:** Square D Schneider El

**Address:** 2300 Maitland Ctr. Pkwy   **Phone:** 407 389 2312

Maitland Fl  32751   **Fax:** 859 372 1471

**E-mail address:** Kim.hansen@U.S.Schneider-electric.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8461 fax

P 0000958

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Levi N. Lopez_          **Date:** _____

**Print:** _Levi N. Lopez_

**Company Name:** _____

**Address:** _27821 Quinn St._     **Phone:** _(239) 913 -713_

_Bonita Springs FL._     **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000959

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Kevin Sommerio*    **Date:** 8-2-05

**Print:** Kevin Sommerio

**Company Name:** Royal Baths Mfg.

**Address:** 10820 Satellite Blvd    **Phone:** 800 235-6316

Orlando FL 32837    **Fax:** 407-854-1742

**E-mail address:** K Sommerio @ RoyalBaths.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000960

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Thad Goodman_   **Date:** _8·2·05_

**Print:** _Thad Goodman_

**Company Name:** _Georgia-Pacific_

**Address:** _4284 Loop Rd_   **Phone:** _740-743-1343_

_Somerset, OH  43783_   **Fax:** _740-743-2023_

**E-mail address:** _ttgoodma@gapac.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000961

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Harry Cunningham III*    **Date:** 02 AUG 05

**Print:** HARRY CUNNINGHAM III

**Company Name:** ELECTRIC CONTROLS, INC

**Address:** 1406 N 16TH ST    **Phone:** 813 247 2136

TAMPA, FL 33605    **Fax:** 813 247 1351

**E-mail address:** EC INC @ AOL. COM

P 0000962

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Anthony Lopez_       **Date:** _8/3/05_

**Print:** _Anthony Lopez_

**Company Name:** _Porcelanosa_

**Address:** _3400 N Powerline RD_       **Phone:** _954·968·7666 x10_

_Pompano Bch fl. 33069_       **Fax:** _954·968·7699_

_alopez@min.porsg.com_

**E-mail address:** _Anthonyllopez@aol.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

**P 0000963**

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Tony McLaughlin*          **Date:** _____

**Print:** _____

**Company Name:** *Color Wheel Paints & Coatings*

**Address:** *2814 Silver Star Rd*          **Phone:** _____

*Orlando Fl-32808*          **Fax:** _____

**E-mail address:** *tmclaughlin @ colorwheel.com*

115 Kingston St. 3ʳᵈ floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000964

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____     **Date:** _____

**Print:** *Doug Fruch*

**Company Name:** *West Coast Drywall '13*

**Address:**_____     **Phone:** _____

_____     **Fax:** _____

**E-mail address:**_____

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000965

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____  **Date:** 8/3/05

**Print:** _____

**Company Name:** _____

**Address:** _____  **Phone:** _____

_____  **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000966

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *[signature]*  **Date:** 8/9/05

**Print:** STEPHEN POWERS

**Company Name:** TRIKEENAN TILEWORKS

**Address:** P.O. BOX 22  **Phone:** 603·352·4299

KEENE N.H. 03431  **Fax:** 603·352·9843

**E-mail address:** STEPHEN @ TRIKEENAN· COM

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000967

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____  **Date:** 8/9/05

**Print:** David Clautman

**Company Name:** O.C. Tiles

**Address:** 314 Andover St   **Phone:** 978 762 7447

Danvers, MA 01923   **Fax:** 978 762 7557

**E-mail address:** OCTiles@comcast.net

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000968

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Paul D. Mackie_      **Date:** 8/9/05

**Print:** _PAUL D. MACKIE_

**Company Name:** _WRCLA_

**Address:** _914 164TH ST SE, STE B-12_     **Phone:** 425. 316 8845

_MILL CREEK, WA 98012_     **Fax:** 316 3979

**E-mail address:** _Mackie@WRCLA.ORG_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000969

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** Ryan Pirro   **Date:** 8/9/05

**Print:** Ryan Pirro

**Company Name:** RestorationWindows.com

**Address:** 166 Montvale Ave   **Phone:** 617.388.5809

Woburn MA 01801   **Fax:**

**E-mail address:** rpirro@RCN.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000970

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *[signature]*          **Date:** 8-16-05

**Print:** Richard Wagner

**Company Name:** Wagner Cabinety Inc

**Address:** 1706 NE 1st terr          **Phone:** 772-1665 (239)

Cape Coral Fl 33909          **Fax:** 772-1276

**E-mail address:** Wag CAb @ aol

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000971

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Josh Balmer*          **Date:**

**Print:**

**Company Name:** *Ambassador Kitchen*

**Address:** *19340 Metro Pkwy*   **Phone:** *939-768-0400*
*Ft Myers, FL*   **Fax:**

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000972

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Lance Keeling*          **Date:** 8/16/05

**Print:** Lance Keeling

**Company Name:** Bio Based Systems

**Address:** 1315 N. 13th St.          **Phone:** (479) 531-8830

Rogers, AR. 72756          (800) 863-5189

**Fax:** 479-636-5811

**E-mail address:** lkeeling@biobased.net

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000973

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Todd Davison*          **Date:** 8/16

**Print:** Todd Davison

**Company Name:** FEMA

**Address:** 2155 Castle lake Dr.     **Phone:** 770-220 5410,
Atlanta GA                          **Fax:** " " 5389

**E-mail address:** todd.davison @dhs.gov

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000974

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:** 1608

**Production Date:** 8/16/05

**Production Location:** Punta Gorda

**Person Appearing:** Tom Moorad

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *T. Moorad*          **Date:** 8/16/05

**Print:** TOM MOORAD

**Company Name:** Moorad PAINTING

**Address:** 3706 OTTer Brook Loop   **Phone:** (925) 513-9093

DISCovery BAY, CA. 94514   **Fax:** (925) 516-6792

**E-mail address:** TMoorad @ MAC.COM

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000975

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____   **Date:** 8-16-05

**Print:** JOSE SALAZAR

**Company Name:** WAGNER CABINETRY

**Address:** _____   **Phone:** _____

_____   **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000976

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____   **Date:** 8-16.05

**Print:** William Zomala

**Company Name:** Steven Winter Assoc.

**Address:** 50 Washington St.   **Phone:** _____

Stevenhampton ~ 06654   **Fax:** _____

Norwalk CT 06654

**E-mail address:** _____

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000977

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Joseph A. Breese_    **Date:** _08/16/2005_

**Print:** _JOSEPH A. BREESE_

**Company Name:** _ALCOA HOME EXTERIORS_

**Address:** _873 BELTED KINGFISHER DR. S._    **Phone:** _727 789 4710_

_PALM HARBOR, FL 34683_    **Fax:** _727 772 6033_

**E-mail address:** _JOE.BREESE@ALCOA.COM_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000978

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____     **Date:** _____

**Print:** *Scott Laawyer*

**Company Name:** *Solid Surface Tops*

**Address:** *6361 Emerald Bay Ct*     **Phone:** *239-482-7121*

*Ft. Myres, Fla*     **Fax:** _____

**E-mail address:** *LALSEL @ Comcast.net*

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000979

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Ernest L Hutto*          **Date:** _____

**Print:** Ernie Hutto

**Company Name:** DAB Garage Doors

**Address:** _____          **Phone:** _____

_____          **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000980

# BVTV

## APPEARANCE RELEASE

**Program:** _BOB VILA'S HOME AGAIN_

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:**

**Date:**

**Print:**

**Company Name:** _BLue HAveN Pools_

**Address:**

**Phone:**

**Fax:**

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000981

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:** 1610

**Production Date:** 6|17

**Production Location:** Punta Garda

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _[signature]_ **Date:** 8.17 05

**Print:** Donald Humphrey

**Company Name:** Humphrey Concert

**Address:** 1065Q wood Cir B **Phone:** 4942568

Coral Spring **Fax:** 9457691

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000982

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Denver Miller_    **Date:** _8-17-05_

**Print:** _Denver Miller_

**Company Name:** _D&D Garage Doors, Inc_

**Address:** _1177 Cattlemen Rd_    **Phone:** _941-371-7292_

_Sarasota, FL 34232_    **Fax:** _941-377-2979_

**E-mail address:** _Denver@DandD Garage Doors.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000983

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Mark Hankins_      **Date:** _____

**Print:** _MARK HANKins_

**Company Name:** _____

**Address:** _____      **Phone:** _____

_____      **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000984

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** Andrea Johnson          **Date:** 8/17/05

**Print:** Andrea Johnson

**Company Name:** Parksite Surfaces/DuPont Corian

**Address:** 1270 Bluffs Circle          **Phone:** (727) 409-7152

Dunedin          **Fax:** (727) 736-1296

**E-mail address:** ajohnson@parksite.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

**P 0000985**

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*.

**Episode #:** 1610

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Michael Goodrich*   **Date:** 8-17-05

**Print:** *Michael Goodrich*

**Company Name:** *Tranquility Plumbing*

**Address:** *6141 Mid Metro*   **Phone:** *239-936-3000*

*Ft. Myers*   **Fax:**

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000986

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Lenora Campos_            **Date:** _8/17/05_

**Print:** _Lenora Campos_

**Company Name:** _TOTO USA_

**Address:** _25 Mercer St_            **Phone:** _917. 237. 0665 x 104_

_New York NY 10013_            **Fax:** _917. 237. 0654_

**E-mail address:** _lcampos@totousa.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000987

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____    **Date:** 8/23/05

**Print:** Richard J. Molo

**Company Name:** Newton Roofing Co.

**Address:** 24 Border St.    **Phone:** 617 244-9911

Newton, MA 02465    **Fax:** 617 244-2712

**E-mail address:** info@newtonroofing.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:** 1670

**Production Date:** 8/23

**Production Location:** Roxley

**Person Appearing:** Mark Murphy

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____    **Date:** 8-23-05

**Print:** MARK R. MURPHY

**Company Name:** OWENS CORNING

**Address:** 33 ALMANAC WAY    **Phone:** 508-835-2315

_____    **Fax:** _____

**E-mail address:** mark.murphy@owenscorning.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000989

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Pablo Catun*          **Date:** 8-31-05

**Print:** PABLO CONTRERAS

**Company Name:** e-counters.com LLC

**Address:** 204 South 3rd St          **Phone:** 651 430 3455

Stillwater MN 55082          **Fax:** 651 430 3411

**E-mail address:** pablo@e-counters.com

P 0000990

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Matt Lihou_       **Date:** _8/31/05_

**Print:** _Matt Lihou_

**Company Name:** _Fisher & Paykel_

**Address:** _27 Huble,_       **Phone:** _949 790 8900_

_Irvine    CA_       **Fax:** _"    "    8911_

**E-mail address:** _Matt.lihou@fisherpaykel.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000991

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Francis J Lowry_    **Date:** _8/31/05_

**Print:** _FRANCIS J LOWRY_

**Company Name:** _F. J LOWRY_

**Address:** _10 Pocahontas Dr_    **Phone:** _978 535-7717_
_Peabody MA_    **Fax:** _978 535-7717_

**E-mail address:** _Frank4PNH @ AOL_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000992

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____    **Date:** 8/31/05

**Print:** Luke Groden

**Company Name:** Bistro Basins / Franke

**Address:** 6 Telstat Place    **Phone:** 781 933 2575

Woburn Ma    **Fax:** 781 935 5860

**E-mail address:** Luke.Groden @ Bistrobasins.Cm

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000993

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Py H*    **Date:** *9-13-05*

**Print:** *PERRY HICKOK*

**Company Name:** *Com - Ras. Cov Inc*

**Address:** *8475 Technology*    **Phone:** *941-488-3645*

*N. VENICE Fl 34275*    **Fax:** *941-485-3423*

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000994

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Brian Kendzior*    **Date:** 9/13/05

**Print:** BRIAN KENDZIOR

**Company Name:** SUN STATE LANDSCAPING

**Address:** 8910 ERIE LANE,    **Phone:** 941 737-4002

PARRISH, FL 34219    **Fax:** 941 723-6768

**E-mail address:** bkendzior@sunstatelandscaping.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000995

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** ~~Carm DiBella~~    **Date:** 9/13/05

**Print:** Carm DiBella

**Company Name:** Pestagon

**Address:** 3040 Sawyer Ct.    **Phone:** 955-7378

Sarasota Fl. 34233    **Fax:**

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000996

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____  **Date:** 9-13-05

**Print:** Jesse Bartusek

**Company Name:** Lumber Liquidators/Belkwood

**Address:** 5780 Halifax Ave      **Phone:** 239-332-2829

Ft. Myers, FL 33912      **Fax:** 239-267-4209

**E-mail address:** jmbartus@lumberliquidators

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** Angela Polo     **Date:** 9/13/05

**Print:** Angela Polo     (FYN)

**Company Name:** UF , Florida Yards+Neighborhoods , Coordinator

**Address:** 6700 Clark Rd     **Phone:** 941-232-4536

Sarasota FL 34243     **Fax:**

**E-mail address:** apolo@scgov.net

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000998

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _~~signature~~_          **Date:** 9/13/05

**Print:** Greg Peterson

**Company Name:** ~~Home Lawn~~ Lawrinic ®

**Address:** _____          **Phone:** 303 910 6060

_____          **Fax:** _____

**E-mail address:** gregkpeterson@gmail.com

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0000999

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____    **Date:** 9/13/05

**Print:** Ken Micklow

**Company Name:** Trent Gallery L/S Contractor Inc.

**Address:** 7150 Clark Rd    **Phone:** 941-927-3962

Sarasota, FL.    **Fax:** 941-925-3205

**E-mail address:** _____

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001000

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Kalo_     **Date:** _Sept 14-05_

**Print:** _Kalo_

**Company Name:** _—_

**Address:** _P.O Box 548_     **Phone:** _415-336-3776_
_Cerrillos NM, 87010_     **Fax:**

**E-mail address:** _Kalo_ji @ hotmail.com_

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001001

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Cynthia C. O'Reilly*          **Date:** 9/14/05

**Print:** Cynthia O'Reilly

**Company Name:** Smith + Noble

**Address:** 144 N. Ivy Avenue          **Phone:** 951·733·2112

Monrovia, CA. (91016)          **Fax:** 951·814·0157

**E-mail address:** Coreilly@smithnoble.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001002

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Den O*                          **Date:** *9/14/05*

**Print:** *Robert Reeves*

**Company Name:** *Blue Haven Pools*

**Address:** *1635 Collier Center Way*     **Phone:** *239-591-8453*
*Naples FL 34110  #8*                        **Fax:** *239-591-2086*

**E-mail address:** *naples @ blue haven com*

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001003

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____    **Date:** 9-14-05

**Print:** Eric Dougherty

**Company Name:** Commercial - Residential Con.

**Address:** _____    **Phone:** 991-468-8645

_____    **Fax:** _____

**E-mail address:** Eric Dougherty @ Hotmail . com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001004

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _____   **Date:** _9/14/05_

**Print:** _TED GOWER_

**Company Name:** _ARMOR SCREEN_

**Address:** _2001A N. Congress Ave_   **Phone:** _561-841-8890_

_Riviera Bch Fl 33404_   **Fax:** _8892_

**E-mail address:** _Ted@armorscreen.com_

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001005

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Cynthia M Guncsaga*     **Date:** 9-15-05

**Print:** Cynthia Guncsaga

**Company Name:** Bacon's Furniture Galleries

**Address:** 11761 Murdock Circle    **Phone:** 941-625-4483

Port Charlotte, FL 33948    **Fax:**

**E-mail address:** cguncsaga @baconsfurniture.com

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-4521/ (617) 848-4401 fax

P 0001006

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Meg Tarvin*          **Date:** 9/15/05

**Print:** MEG TARVIN

**Company Name:** FRONTGATE

**Address:** 5 Twin Hills Ridge      **Phone:** 513 231 9001

Cinci OH 45228      **Fax:** 513 732 6277

**E-mail address:** MegMotz@aol.com

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001007

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Cecile Hemphill*          **Date:** 9/5/05

**Print:** *Cecile Hemphill*

**Company Name:** *Oh, Cecile*

**Address:** *3706 Otter Brook Loop*    **Phone:** 925-576-6791
*Discovery Bay, CA 94514*    **Fax:** 925-576-6792

**E-mail address:** *ohcecile@aol.com*

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001008



# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Michael J. Morris*     **Date:** *9-15-05*

**Print:** *Michael J. Morris*

**Company Name:** *Mercedes Homes*

**Address:** _____     **Phone:** *239-310-2105*

_____     **Fax:** _____

**E-mail address:** *M Morris* _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001009

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S ~~HOME AGAIN~~*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _(signature)_   **Date:** Sept 20, 05

**Print:** AJ PARON - WILDES

**Company Name:** BELLACOR .com

**Address:** 2425 ENTERPRISE DR   **Phone:** 612-384-7388

MENDOTA HTS MN 55120   **Fax:**

**E-mail address:** ajwildes@bellacor.com

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001010

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Ruth A. Foster*         **Date:** 9/70/05

**Print:**

**Company Name:**

**Address:**                              **Phone:**

_____                 **Fax:**

**E-mail address:**

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001011

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA*

**Episode #:**

**Production Date:** 9/13/05

**Production Location:** 197 Gulfview Ave., Punta Gorda Florida

**Person Appearing:** Craig Harmer

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

Signature: _____     Date: 9-23-05

Print: CRAIG HARMOR

Company Name: GARDENS ALIVE! INC

Address: 880 WEST ELM ST          Phone: 937-667-8491 X 30rs

         TIPP CITY OH 45371       Fax: 937-667-4386

E-mail address: CRAIG@GARDENSALIVE.COM

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001012

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'S HOME AGAIN*

**Episode #:** R 1

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:**

**Date:** 5/26/05

**Print:** TIMOTHY J BERKY

**Company Name:** T. J. BERKY BUILDERS

**Address:** P. OBOX 250    **Phone:** 603 422 8875

RYE NH 03870    **Fax:** SAME

603 235 7461
CELL

**E-mail address:** dberky @ COMCAST .NET

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001013

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA* ~~███████████~~

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _James O. Nicholson_     **Date:** _9/28/05_

**Print:** _James O. Nicholson_

**Company Name:** _____

**Address:** _____    **Phone:** _____

_____    **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001014

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Joseph D. Torgersen*    **Date:** 9/28/05

**Print:** Joseph D. Torgersen

**Company Name:** J & L Painting, Inc.

**Address:** 23 Library St.    **Phone:** (978) 621-6486

Georgetown MA 01833    **Fax:** (978) 352-4403

**E-mail address:** Joseph.Torgersen@Veriza.net

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001015

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA*

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _Ronald_    **Date:** 9/28/05

**Print:** RONALD BOYAJIAN

**Company Name:** CALIFORNIA PAINTS

**Address:** 150 DASCOMB RD    **Phone:** 800 2251141 X 226

ANDOVER MA. 01810    **Fax:** 800 5336788

**E-mail address:** R. BOYAJIAN@ CALIFORNIA PAINTS. COM

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'* ███████████

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** *Steve Primack*   **Date:** _____

**Print:** *Steve Primack*

**Company Name:** *Phantom Screens*

**Address:** *Reliable Products Inc.*  **Phone:** *617 323-4870*

*5230 Washington St.*  **Fax:** _____

*West Roxbury MASS.*

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001017

# BVTV

## APPEARANCE RELEASE

**Program:** *BOB VILA'* ~~████████~~

**Episode #:**

**Production Date:**

**Production Location:**

**Person Appearing:**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program. BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom. BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _~~signature~~_    **Date:** 10/11/05

**Print:** Kara Roberts

**Company Name:** Smith + Noble

**Address:** _____    **Phone:** (951) 898-8036

_____    **Fax:** _____

**E-mail address:** _____

115 Kingston St. 3rd floor. Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

01/01/2001  04:11  9416397488                BABYBARRIER                    PAGE  01

# BVTV

## APPEARANCE RELEASE

**Program:** BOB VILA

**Episode #:**

**Production Date:**

**Production Location: 197 Gulfview Ave., Punta Gorda Florida**

**Person Appearing:  Bill Jasper**

I hereby authorize BVTV, Inc. to record, on tape or otherwise, my name, voice, and performance for use in the Program.  BVTV, Inc. may edit such recordings as desired and may use and authorize others to use the Program or portions thereof or excerpts therefrom.  BVTV shall own all rights, title, and interest at any time existing in and to the Program without limitation to be used and disposed of as BVTV shall in its sole discretion determine.

I represent that I have the right to enter into this agreement and that my performance and the rights I have granted hereunder will not conflict with or violate any commitment or understanding I have with any other person or entity.

I expressly release BVTV, its licensees and assignees from any and all claims arising out of any breach of any covenant or warranty I have made herein.

**Signature:** _William Jasper_          **Date:** _11/17/05_

**Print:** _William A Jasper_                    dba Baby Barrier

**Company Name:** _Safety Net International LLC_
_POB 51241_

**Address:** _Duncan Rd_          **Phone:** _941-639-7233_
_Punta Gorda FL  33951_          **Fax:** _941-639-7466_

**E-mail address:** _Jsprbcc@aol.com_

115 Kingston St. 3rd floor, Boston, MA 02111
(617) 848-8452/ (617) 848-8401 fax

P 0001019

# EXHIBIT 170

Burrelles*Luce* EXPRESS
Page 1 of 3 (8000NX 21838)

Thursday, March 02, 2006
Appears On Page
Circulation: 573,744
Location: CHICAGO, IL

Chicago Tribune

Case 1:99-cv-01747-WG Document 33-7 Filed 04/11/2006 Page 2 of 45

# Vila shows Sears' harder side

## Company e-mails reveal desire to end deal with spokesman

**By Susan Chandler**
Tribune staff reporter

The contract dispute between Bob Vila and Sears Holdings Corp. is getting nastier.

Vila's attorney has filed exhibits containing internal Sears e-mails and memos that show cost-cutting top executives made it a priority to get out of a multimillion-dollar deal with Vila even though the home remodeling guru already had agreed to more than $5 million in contract concessions.

"What is the best way to reduce our exposure to Vila?" asked William Crowley, Sears' new chief financial officer, in an April 2 e-mail to Luis Padilla, Sears' chief merchant.

"Send him back to Cuba?" Padilla wrote back via his BlackBerry. "Kidding, we are in the process of renegotiating our commitment to minimize our exposure of fees and length of time. I will review with you Monday." Padilla, who also is Cuban, departed Sears last fall. He declined to comment on the e-mail.

The exchange followed a March 30 e-mail from Sears Holdings Chairman Edward Lampert to Crowley, his right-hand man at ESL Investments, directing Crowley to "Make sure you look at the proposed renegotiated deal with Bob Vila to see if it makes sense."

Lampert's e-mail was dispatched six days after Kmart completed its acquisition of Sears.

The e-mails, part of a breach-of-contract lawsuit brought by Vila, provide a peek at the inner workings of the new Sears, a company that is being transformed by Lampert, a hard-nosed hedge fund operator who has taken over many of the day-to-day oper-

PLEASE SEE SEARS, PAGE 4

ations at the Hoffman Estates retailer. Cutting expenses and boosting cash flow have become the top goals at Sears' headquarters even as Sears struggles to figure out its strategy in an increasingly competitive retail world.

"Eddie is clearly focused on where the company is spending money and how they're spending money. If there are opportunities to do that more efficiently, that's clearly a priority with him," said Neil Stern, a retail consultant with Chicago's McMillan/Doolittle. "Anything construed as business as usual is no longer that."

Lampert should be sending that message, says Howard Davidowitz, chairman of Davidowitz & Associates, a national retail and consulting firm headquartered in New York City. "What a CEO does is set the tone for the business. Lampert's tone is, 'We're not giving an inch. We're not going to be taken advantage of by a supplier or a landlord.' He is willing to litigate. Most people aren't."

Vila discovered that last summer, his federal lawsuit says, when Sears Holdings repudiated a contract running through 2009 for Vila to act as the spokesman for Sears' Craftsman tool brand.

Sears also canceled its sponsorship of Vila's home repair show, "Bob Vila Home Again," which is syndicated and shown on cable TV stations.

The internal documents show that the Sears executive in charge of the Craftsman brand advised Sears to continue the relationship after Vila agreed to cut his spokesman fees in half and take a reduction on the money he was contractually owed for the 2004-05 TV season.

"I recommend we move forward on the production agreement. I have already convinced them to take $.25 on the dollar and may be able to cut a little deeper," Mark Rode, the Craftsman brand manager, wrote in an e-mail to Crowley. "Please let me know how you would like to proceed. Thanks."

The CFO replied by asking Rode, "What do we think the economics are to [Vila]? I would like to figure out the cheapest way to get out of this agreement."

Sears sent a certified letter to Vila in August notifying him the company was canceling the spokesman contract because language in Vila's lawsuit reflected "unfavorably upon [Sears'] reputation."

A few weeks ago, Vila discovered Sears had been using his image on its Craftsman.com Web site for the past six months even though it had refused to honor the contract. That prompted Vila to ask a Boston federal court judge last week to quickly find that Sears had wrongfully breached its contract with Vila, who is seeking double or triple damages.

Sears has about a month to reply to Vila's latest action. A source close to the case says Crowley gave a deposition in the case Wednesday.

Vila's attorney has not yet requested the right to depose Lampert, although that might still happen, the source said.

*schandler@tribune.com*



© Copyright 2006 The Chicago Tribune
All Rights Reserved.




# Chicago Tribune

As Sears works to terminate its 16-year relationship with spokesman Bob Vila (left), the retailer is beefing up its connection with Ty Pennington, star of ABC's "Extreme Makeover: Home Edition."

© Copyright 2006  The Chicago Tribune
All Rights Reserved.

Burrelles*Luce* EXPRESS

Page 3 of 3 (8000NX 21838)

Thursday, March 02, 2006

**Chicago Tribune**



April 15, 2005

From: Mark Rode, Craftsman Brand Manager
To: William Crowley, Chief Financial Officer
Subject: Vila Contract

I recommend we move forward on the production agreement. I have already convinced them to take $.25 on the dollar and may be able to cut a little deeper. Please let me know how you would like to proceed. Thanks.

April 16, 2005

From: William Crowley, Chief Financial Officer
To: Mark Rode, Craftsman Brand Manager
Subject: RE: Vila Contract

I would like to figure out the cheapest way to get out of this agreement.

Source: Sears e-mails

© Copyright 2006  The Chicago Tribune
All Rights Reserved.

EXHIBIT 171

1 of 1 DOCUMENT

Copyright 2006 Chicago Tribune Company
Chicago Tribune

February 12, 2006 Sunday
Chicagoland Final Edition

**SECTION:** BUSINESS ; ZONE C; Pg. 1

**LENGTH:** 1351 words

**HEADLINE:** Sears in demolition mode;
Chairman Edward Lampert continues to remodel his retailing behemoth, scaling back on high-end, star-studded wallpaper like Bob Vila and Martha Stewart, but the moves may cost him

**BYLINE:** By Susan Chandler, Tribune staff reporter

**BODY:**

Edward Lampert certainly isn't dazzled by celebrity.

The Sears chairman has taken on Martha Stewart, asking the diva of home decor to accept less money under her long-term contract with Kmart if she wants to expand her distribution to Sears' stores.

Now he is trying to do a gut-rehab on Bob Vila, the home remodeling whiz.

Sears Holdings Corp.has terminated a long-standing contract with Vila to act as a spokesman for Sears' Craftsman tool line. It also has dumped its sponsorship of his nationally syndicated home remodeling show.

Vila has sued, charging Sears wrongfully breached the contracts, and is seeking more than $14 million in damages. Sears is countersuing Vila and says he has been paid more than he was due. The suit is headed for trial in October.

It's all in a day's work for Lampert, the bottom-line oriented hedge fund operator who engineered Kmart's takeover of Sears in March. Lampert and Sears' chief financial officer, William Crowley, are poring over contracts, looking for places to save money. They are reopening contracts and pushing those who do business with Sears for better terms. In some cases, they are getting them.

In Vila's case, Lampert and Crowley believe that the original host of "This Old House," wasn't doing much for his money, says a source close to Sears. Yet as of late last week, the Craftsman.com Web site still had Vila's photo on its home page with links to "Bob Vila's tips and techniques" and "Bob Vila's project plans."

Sears' willingness to cut ties with a well-known spokesman comes at a time when other companies are eager to sign celebrity endorsers. Catherine Zeta-Jones graces TV spots for T-Mobile. Joan Cusack scampers up staircases and pops out of manhole covers in ads for U.S. Cellular Corp.

Donovan McNabb, the quarterback for the Philadelphia Eagles, represents Campbell's Chunky Soup, and Gap has cycled through a cast of celebrities, including actors Elijah Wood, Gary Sinise and Juliette Lewis; musician Carole King; and comedian Will Ferrell.

But using celebrities to promote a brand is always fraught with peril, says Christie Nordhielm, clinical associate professor of marketing at the University of Michigan's Ross School of Business.

"The problem is you end up raising the awareness of the celebrity and the brand," Nordhielm said. "It increases the celebrity's negotiating power and, therefore, their costs. What starts out as a synergistic partnership can end up as more of a zero-sum game. That's why it's always better to hire cartoons."

At this stage of the game, Vila likely has more to lose than Sears if the two part ways, she adds. "He is getting paid so much right now. His hourly rate is quite high, and from Sears' perspective, Bob Vila's awareness is probably benefiting more than theirs is. It's probably a good strategic shift to refocus on the Sears brand and the Sears product."



Sears in demolition mode; Chairman Edward Lampert continues to remodel h

There's no doubt that Vila had the "street cred" among handymen to be a valuable endorser of Sears' Craftsman lines of drills and power saws when Sears signed him up as a spokesman in 1985. For six years, he had been the folksy host of "This Old House," a nationally syndicated home renovation show on public television.

The relationship deepened four years later when Vila left the PBS show and founded his own production company to produce "Bob Vila's Home Again." Sears agreed to finance the show. In 2000, Sears and Vila formed a joint venture to turn BobVila.com into "America's leading site for home improvement solutions."

Vila says his current spokesman's contract was due to expire at the end of 2009. The contract has a "pay or play" provision that calls for Vila to be paid whether or not Sears calls on him to perform any duties, according to Vila's lawsuit. Most recently, Vila was paid $1.9 million a year for his spokesman's duties.

Drama involves TV show, too

The TV syndication also has been extended and renewed multiple times, but how many times is a matter of dispute. Vila says negotiations over an 11th amendment began in the fall of 2004 and were concluded in January 2005 for Sears to sponsor the 2005–2006 and 2006–2007 seasons. Sears says that no such agreement was reached, and it never agreed to underwrite the next two seasons. Both sides agree that Vila's company began production of a new season of shows.

Much at Sears changed in those months.

Kmart made a friendly $11 billion takeover offer in November 2004 with a plan to form a new company called Sears Holdings. Before the deal closed in March, though, Vila was approached by Kmart's top management about changing the syndication and spokesman agreements, the lawsuit says.

Talks stall, lawsuit follows

Talks went on for several months, but no new agreement was reached. Under pressure from Kmart, the suit alleges, Sears "repudiated" the syndication agreement in late spring. Vila filed a breach of contract suit in Massachusetts state court in mid–July. Sears Holdings then asked for an extension so it could resume negotiations with Vila.

Those talks went on for a month, and the suit was moved to federal court. Then on Aug. 19, Sears Holdings sent Vila a letter, saying it was canceling the spokesman agreement because Vila had engaged in "substantial misconduct," and violated Sears' trademark in the "Home Again" name. Vila's lawsuit "reflected unfavorably" on Sears' reputation, the letter said.

Sears also said it was canceling Vila's show.

A Sears spokesman said the company disagrees "with Mr. Vila's characterization of the circumstances surrounding the fact that he is no longer a Sears spokesman and that the show, "Bob Vila's Home Again," was canceled," but declined to go into detail. He also declined to comment on the use of Vila's image on a Sears' Web site.

Vila is out of the country and could not be reached for comment. His attorney, James O'Brien, declined to comment because the matter is still being litigated, except to say, "We're certainly preparing for trial."

In his suit, Vila argues that only the show's syndicator, King World Productions, can cancel the show, and it hasn't done so. In fact, the show is still airing with new sponsors. He also is disputing that "Home Again" is a trademark of Sears, but he agreed to drop those words from the show's title, which is now simply "Bob Vila."

Vila doesn't blame the old Sears, the one he had a lucrative relationship with for 20 years. He blames the guys at the top of Kmart, who "intentionally and tortiously interfered" with his contracts, according to the suit.

Vila says Sears owes him $948,750 for the second half of 2005 and another $9.7 million for the 2006–2009 period under the spokesman agreement. Under the TV deal, Vila is seeking $3.9 million in damages. He is asking the judge to treble both amounts.

In Sears' answer and counterclaim, the retailer denies that Vila began making the 2005–2006 season of his show "under any purported eleventh amendment of the syndication agreement." By going ahead and making shows under the "Home Again" banner, Vila violated Sears trademark, the retailer says.

'Home Again' rights disputed

As to a nearly million dollar payment due last July, Sears says Vila is entitled to only a pro rata amount because the

spokesman agreement was terminated in mid–August. Even that amount should be reduced "by the damages [Sears] has suffered as a result of Vila's misconduct." Sears also alleges that Vila was overpaid by $75,000 in bonuses for the 2003–2004 season TV season.

Sears asks the court to find that it has exclusive rights to the "Home Again" trademark and to order Vila to turn over any materials bearing the logo so they can be destroyed.

The retailer also is seeking unspecified damages as well as attorney fees and costs.

Stephen Presser, a law professor at Northwestern University, says it is tough to get a read on the case unless one examines the actual contracts in dispute.

"My guess is this is a very arcane dispute among lawyers about what some of the clauses mean," he said. "You need some kind of pretext to walk away from a contract. You can always breach a contract but you're going to have to pay damages if you do."

schandler@tribune.com

**GRAPHIC:** PHOTO (color): Sears Holdings Corp. has terminated its contract with Bob Vila, but visitors to the Craftsman Web site can still find his image and plenty of tips and projects. Vila has sued and seeks more than $14 million in damages from Sears, and Sears has countersued.

PHOTO (color): OTHER CELEBRITY SPOKESPEOPLE
Actress Joan Cusack scampers up staircases and pops out of manhole covers in ads for U.S. Cellular.

PHOTO (color): Donovan McNabb, quarterback for the Philadelphia Eagles, is a spokesman for Campbell's Chunky Soup.

PHOTO (color): Actress Catherine Zeta–Jones appears in commercials for T–Mobile cellular phones and service.

GRAPHIC (color): Tribune photo illustration by Kiera E. Westphal.
PHOTOS 4 GRAPHIC

**LOAD–DATE:** February 12, 2006

# EXHIBIT 172

Page 1 of 3

a4a8a7

**Kin Condon**

From:       <MRODE@sears.com>
To:         "Jonathan Russo" <Jrusso@ArtistsAgency.com>
Cc:         "RJVILA@BOBVILA.COM" <RFEINER@KFYGR.COM>
Sent:       Saturday, January 22, 2005 12.20 AM
Subject:    RE: FW Mark Rode/Marketing/SEARS is out of the office

I spoke with Jonathon Wednesday and will handle negotiations going forward. I would appreciate if you would allow me to be the sole contact going forward. As you mentioned there have been some issues and I am trying to expedite the process. Please feel free to contact me if there are any issues. Thank you.

Mark P Rode
Craftsman Brand Manager
(847) 286-3447

"Jonathan Russo" <Jrusso@ArtistsAgency.com>

01/20/2005 03 53 PM

To        <MRODE@sears com>

cc        "RJVILA@BOBVILA.COM" <RFEINER@KFYGR COM>, >
Subject   RE  FW  Mark Rode/Marketing/SEARS is out of the office

MARK, BOB RON AND I THOUGHT IT WOULD BE USEFUL TO UPDATE YOU ON THE SEARS/HOME AGAIN/ KING WORLD RENEWAL STATUS  BASICALLY I RECEIVED A CALL FROM JONATHAN BIRKHAHN SR VP BUSINESS AFFAIRS WHO JUST RECEIVED A MARKED UP RESPONSE FROM MARK GOLDSTEIN AT MINDSHARE TO KING WORLD'S RENEWAL PROPOSAL  HE HAD NOT HEARD A WORD FROM MARK IN OVER TWO AND A HALF MONTHS, NOR WERE ANY OF HIS CALLS RETURNED  ODDLY, AS HE RELATED IT, THE MARKED UP RESPONSE WAS DATED OCT 25 2004  HE WILL RESPOND ASAP AS HIS TIME PRESSURE INTERNALLY IS INTENSE TO GET THIS DEAL DONE AND ANNOUNCED, BUT VERY PRIVATELY EXPRESSED HIS DISCONTENT AT HOW THIS WAS HANDLED.

-----Original Message-----
From: MRODE@sears.com [mailto:MRODE@sears.com]
Sent: Friday, December 10, 2004 3:40 PM
To: Jonathan Russo
Subject: RE: FW: Mark Rode/Marketing/SEARS is out of the office.

The status has not changed since we last communicated  I assure you I will provide updates as activity occurs

Has King World contacted you again?  If so, has their position changed? If they do contact you again please refer them to Marc Goldstein as he is the Sears representative on this matter

Mark P Rode
Craftsman Brand Manager
(847) 286-3447



"Jonathan Russo" <Jrusso@ArtistsAgency.com>

To        <MRODE@sears com>

7/14/2005

P 0000248

12/10/2004 11 59 AM

cc
Subject:     RE  FW  Mark Rode/Marketing/SEARS is out of the office.

WHAT IS THE STATUS OF SEARS AGREEMENT WITH KING WORLD FOR THE NEW SYNDICATION
AGREEMENT  IT'S ALL IN MY PREVIOUS AGREEMENT TO YOU  PLEASE CALL SO WE CAN TALK  JR
-----Original Message-----
From: MRODE@sears.com [mailto:MRODE@sears.com]
Sent: Thursday, December 09, 2004 4:47 PM
To: Jonathan Russo
Cc: rfeiner
Subject: Re: FW: Mark Rode/Marketing/SEARS is out of the office.

What was the follow-up?

Mark P  Rode
Craftsman Brand Manager
(847) 286-3447

Jonathan Russo <jrusso@artistsagency.com>

12/09/2004 03 40 PM

To       <MRODE@sears com>, rfeiner <Rfeiner@kaufmannfeiner com>
cc
Subject      FW  Mark Rode/Marketing/SEARS is out of the office

MARK, ANY PROGRESS ON YOUR INQUIRY INTO BOB SYNDICATION AGREEMENT,
I JUST GOT A FOLLOW UP FROM KING WORLD. JR

-----Original Message-----
From: MRODE@sears.com [mailto:MRODE@sears.com]
Sent: Thursday, December 02, 2004 6:32 PM
To: Jonathan Russo
Subject: Mark Rode/Marketing/SEARS is out of the office.

I will be out of the office starting  12/02/2004 and will not return until
12/06/2004.

Until I return I will not have access to E-mail.  If you would like to
leave me a voice mail message I will be checking those while I am out of
the office and will return urgent messages.  My phone number is (847)
286-3447.  Please feel free to contact Tom Paluch at (847) 286-7147) if you
need to reach me while I out.

7/14/2005

P 0000249

------ **End of Forwarded Message**

# EXHIBIT 173

From:    Sarah Monzon <sarah@bobvila.com>
Subject: FW: A FL project update
Date:    February 4, 2005 9:46:38 AM EST
To:      Mel Marchand <mel.marchand@bobvila.com>, jack <handyman@bobvila.com

Does anyone know how long he's in Madrid?
I really wish I knew what I was supposed to do here.

S.

——— Forwarded Message
From: Bob Vila <rjvila@bobvila.com>
Date: Thu, 03 Feb 2005 17:44:12 -0500
To: Sarah Monzon <sarah@bobvila.com>
Subject: Re: A FL project update

I'm in a difficult position! The extension with Sears remains incomplete due
to the K-Mart merger and internecine struggles. I am involved in other
negotiations but can't commit to anything just yet. Meanwhile, I'm off to
Superbowl tomorrow and then on to Madrid next Tuesday.

On 2/3/05 2:23 PM, "Sarah Monzon" <sarah@bobvila.com> wrote:

Here's some more detail on the expanded Punta Gorda/Port Charlotte FLASH
project:

Leslie Henderson (FLASH) reports that it will be no problem for her to track
down a low-to-middle income stick-built repair story in Port Charlotte,
Arcadia, or another nearby community. FLASH actually does the quality
control for the State of Florida low-to-middle income housing program, so
she's running it up the flagpole now.

Interestingly, she already had PGT windows lined up on her end, so they
should be delighted by this project and she feels she could get them to do
the windows for both homes. I'm sure we'll wind up with a lot of supplier
overlap, which will work well for both them and us.

Obviously, a stickbuilt home will allow us to involve more show
participants, appeal to a wider audience, and include even more "drama" than
would be involved in the precast home (even with the 9/11 flight attendant
element: one of the Punta Gorda homeowners was working a flight over New
York that day and retired to FL to get away from disasters like that...only
to be hit by two hurricanes in rapid succession.).



Brian Readling of APA, whom I also spoke with just now, is delighted to get
APA's members (including the Florida Wood Council, and active member of the
florida rebuild effort) involved in both homes.  He thinks they can get the
roof for the concrete home and take care of all lumber needs for the stick
built repair.  He is calling Leslie today to get on the same page.

When I mentioned the Alcoa siding he said that actually would allow them to
illustrate even more wall strengthening techniques since the walls would
ultimately be covered with vinyl.  Given Alcoa's emphasis on their color
selection, it might even be fun to consider getting siding for an entire set
of neighbors, involving perhaps a "block party" education and repair effort,
to spread the good will.  Remains to be seen if that will be practical or
even desirable, but it's a thought.  It is kind of amazing that there

Brian is putting together a list of points/areas they'd be interested in
covering, as well as a proposal for a quick storm-resistance retrofit
project he's also ready to do with a friend on the SC coast near Charleston.
It actually sounds like a great, quick way to get a show that would broaden

the appeal of this series to all homeowners in any high-wind area, not just in Florida.   It's an easy stopover from FL and would give us yet more shows to bank for the inevitable time crunch.   I'll forward that when it comes.

So it looks like a two-home series with FLASH would be a great way to go. The key next step here would be to get a definite yes so Leslie can firm things up with the homeowners and we can get going on plans etc.

Please advise.

Thanks!
Sarah

——— End of Forwarded Message

# EXHIBIT 176

TVSquad.com
## Bob's storm-ready home
Posted Oct 25, 2005, 3:15 PM ET by Adam Finley
Filed under: Reality, Programming, Web, Food/Home/DIY

As part of his new show, Bob Vila and his crew constructed a storm-
ready home in Florida to replace a home that was destroyed by
Hurricane Charlie in 2004. This page includes Webcam footage of the
house as it stands against Hurricane Wilma, as well as tips and helpful
insight on how to protect your home against storms. The page is
focusing on hurricanes right now, naturally, but will also cover other
natural disasters such as floods and tornadoes, and how to construct
or refurbish your home accordingly.



# EXHIBIT 179

Page 1 of 1

**Kin Condon**

| | |
|---|---|
| **From:** | <MRODE@sears.com> |
| **To:** | "rfeiner" <Rfeiner@kaufmannfeiner.com> |
| **Sent:** | Tuesday, February 01, 2005 4:31 PM |
| **Subject:** | Re: |

I think you me and Andy (or just you and Andy) will need to talk on this   While I can negotiate contracts I feel comfortable with I don't have access to the individuals here who would ultimately issue a go/no go decision.  Six months ago this would be a no brainer   With the merger Andy is going to need to weigh-in. I will go nag him right now to make sure he shares any insights he has

Mark P. Rode
Craftsman Brand Manager
(847) 286-3447



"rfeiner" <Rfeiner@kaufmannfeiner.com>

02/01/2005 12 52 PM

| To | <MRODE@sears com> |
|---|---|
| cc | |
| Subject | |

Because of the contract not being signed, Bob has not received the $750.000 due the first of the year. Another reason for him to complain



EXHIBIT

7/14/2005

P 0000254

# EXHIBIT 180

# SEARS HOLDINGS CORPORATION

3100 West Big Beaver Road
Troy MI 48084

Legal Department
Robert W. Rathke
Vice President, Commercial Transactions
248 463 5597 (MI)
Fax 248 458 1036
847 286-7373 (IL)
rrathke@searshc.com



June 15, 2005

Ronald E. Feiner, Esq.
Kaufmann, Feiner, Yamin, Gildin & Robbins
777 Third Avenue
New York, NY 10017

Re:    B.V.T.V. – "Home Again" Television Program

Dear Mr. Feiner:

Reference is made to Invoices #514 and #FER12072004 submitted by B.V.T.V. to Sears claiming amounts due concerning Season 16 of the "Home Again" television program. As we discussed, it is Sears' position that it never agreed to the production of this or any other future season of the "Home Again" show. Thus, Sears has no obligation to make any payments relating thereto. Your client should not send any further invoices to Sears regarding this matter. As I indicated, Sears does not desire to continue to pay to produce the "Home Again" show and B.V.T.V. is proceeding with the production of the "Home Again" show at its own risk based on our conversation.

As I am sure you recall, we previously had several conversations concerning the "Home Again" TV show and Bob Vila's future with Sears as a Spokesperson. During those conversations, I stated Sears' preference concerning the Bob Vila relationship and discussed with you a proposal to end the relationship. To date I have not heard back from you. Sears would like to come to an amicable resolution of the issues we discussed with Bob Vila. As you know, Paragraph 7 of the Spokesperson Agreement provides that if the Bob Vila Home Again television show is canceled for any reason, Sears has the right to terminate the Spokesperson Agreement. Given the dispute over Season 16 of the "Home Again" show and the terms of the Spokesperson Agreement, I believe that it would be in the best interest of both parties to determine if an amicable resolution is possible

Please call me directly if you would like to discuss.

Sincerely,

Robert Rathke

EXHIBIT 183

2428-137

kcondon

**From:** <rfeiner@kfygr.com>
**To:** "Kim Condon" <kcondon@kfygr.com>
**Sent:** Friday, June 18, 2004 2:43 PM
**Subject:** Fw: Vila/Canada



----- Original Message -----
**From:** Jonathan Russo
**To:** rfeiner@kfygr.com
**Sent:** Wednesday, June 16, 2004 4:26 PM
**Subject:** RE: Vila/Canada

RON, YET ONE MORE THOUGHT. THIS MIGHT BE A GOOD OPPORTUNITY TO LET ANDY GINGER AND HENRY FERRIS KNOW THAT IT'S NOT THE ADDITION OF TY THAT IS A THREAT TO BOB, IT'S THEIR HANDLING OF HIS RENEWAL AND THE KING WORLD DEAL THAT HURTS HIS PRIDE AND MAKES HIM FEEL LESS THAN A STAR IN SEARS'S EYES!! THAT THIS HAS LEFT BOB BEYOND DISAPPOINTED WITH SEARS AND MAKES THE PUBLICITY AROUND TY EVEN MORE HURTFUL .SOBS THINK IT WOULD JR

----- Original Message -----
**From:** rfeiner@kfygr.com [mailto:rfeiner@kfygr.com]
**Sent:** Wednesday, June 16, 2004 12:34 PM
**To:** Jonathan Russo
**Subject:** Re: Vila/Canada

Again you're right I think Sears is trying not to undermine Bob.

----- Original Message -----
**From:** Jonathan Russo
**To:** rfeiner@kfygr.com
**Sent:** Wednesday, June 16, 2004 12:26 PM
**Subject:** RE: Vila/Canada

AN ADDITIONAL THOUGHT. TO BOB AND I BELIEVE THIS IS TRUE SO IN NO WAY ARE WE SUGAR COATING THIS. THE PRESS RELEASE IS ABOUT LIFESTYLE, BOB AND HIS SHOW ARE ABOUT BUILDING AND CONSTRUCTION. THIS PRESS RELEASE IS ABOUT DESIGN, BOB IS NOT A DESIGNER HE IS A BUILDER/CONTRACTOR PERSONALITY. THEY OVERLAP THEY DON'T COMPETE  JR

----- Original Message -----
**From:** rfeiner@kfygr.com [mailto:rfeiner@kfygr.com]
**Sent:** Thursday, June 10, 2004 5:21 PM
**To:** Jonathan Russo
**Cc:** Bob Vila
**Subject:** Re: Vila/Canada

I think you should e mail Pern-Ann and tell her we received a call from King World asking what's going on  I'm sure she'll get the email in Europe  Tell her you thought she was going to contact King World  Thanks

----- Original Message -----
**From:** Jonathan Russo
**To:** rfeiner@kfygr.com
**Cc:** RJVILA@BOBVILA.COM
**Sent:** Thursday, June 10, 2004 4:59 PM
**Subject:** RE: Vila/Canada

6/18/04

P 0000207

RON, HERE IS AN UPDATE, I HAVE HAD NUMEROUS CONVERSATIONS WITH PERRI-ANN GRIGNON AT SEARS. SHE HAS ASSURED ME THAT SHE WILL BE CENTERING THE NEGOTIATIONS WITH KING WORLD AS TO THE RENEWAL. AS TO WHY DREW FARKAS HAS NOT SIGNED THE VILA EXTENSION SHE IS IN THE DARK. A "CONCERNED" HENRY FERRIS HAS ASKED HER TO MOVE QUICKLY ON THIS. SHE ADVISED THAT SHE WILL BE BRINGING IN MINDSHARE THE AGENCY OF RECORD FOR SEARS TO HELP PRICE AND NEGOTIATE. SHE LEFT FOR TWO WEEKS IN EUROPE TODAY

BEFORE SHE LEFT I ASKED HER TO CALL KING WORLD AND ASSURE THEM THAT SHE WOULD BE FOCUSING ON THE EXTENSION. I SPOKE TO BIRKHAHN AT KW TODAY AND HE DID NOT RECEIVE ANY SUCH CALL. HE WILL BE GIVING ME A DATE NEXT WEEK THAT WILL BE THE REAL DATE THAT IF KW DOESN'T HAVE A NOTICE OF RENEWAL CLEARANCE AND STATION RENEWALS WILL DETERIORATE. I SUGGEST WE FORWARD THIS TO SEARS AND BASICALLY SAY IF YOU CAN'T GET HIS DONE YOU WILL BE RESPONSIBLE FOR THE FAILURE OF THE FRANCHISE AFTER 15 YEARS.

REGARDING THE LIBRARY, I SPOKE TO BILL SYKES AS DIY NETWORK HE SEEMED INTRIGUED AND INTERESTED IN THE 300+ EPISODES, LATER I SPOKE TO THE HEAD OF ALL BUSINESS AFFAIRS AT SCRIPTS NETWORKS PAY GUY A GOOD FRIEND. HE THOUGHT THEY WOULD BE VERY INTERESTED AND HE WAS GOING PUT IN HIS WORD I WILL LET YOU KNOW

PRACTICAL WITH PERRY OUT FOR TWO WEEKS LITTLE MAY GET DONE. IF YOU WANT TO PUT ADDITIONAL PRESSURE ON ANDY OR YOU WANT ME TO PRESSURE HENRY( IT SEEMS TO WORK) RE THE EXTENSION AGREEMENT JUST LET ME KNOW. I KNOW BOB IS IN ITALY NEXT WEEK. CIAO JR

-----Original Message-----
From: rfeiner@kfygr.com [mailto:rfeiner@kfygr.com]
Sent: Thursday, June 03, 2004 5:06 PM
To: Jonathan Russo
Subject: Re: Vila/Canada

Brilliant!

----- Onginal Message -----
From: Jonathan Russo
To: rfeiner@kfygr.com
Sent: Thursday, June 03, 2004 4 40 PM
Subject: RE. Vila/Canada

BY NOW YOU MAY HAVE HEARD FROM BOB. I HAVE RECEIVED A CALL FROM PERRI-ANN GRIGNON SO AT LEAST WE ARE ON THE ROAD. TWO, I HAVE A CALL INTO A ERIK FRANKEL AT TIME WARNER CABLE, THE MAN WHO COULD ACQUIRE THE LIBRARY. JR

-----Original Message-----
From: rfeiner@kfygr.com [mailto:rfeiner@kfygr.com]
Sent: Tuesday, June 01, 2004 12:21 PM
To: Jonathan Russo
Subject: Re: Vila/Canada

No word from anyone.

----- Onginal Message -----
From: Jonathan Russo
To: rfeiner@kfygr.com
Sent: Tuesday, June 01, 2004 12:08 PM
Subject: RE Vila/Canada

6/18/04

RON, HAVE YOU HEARD FROM HENRY FERRIS? I AM THINKING MY
CALLS TO HIM MAY PROMPT ANDY OR HENRY TO CALL YOU HAVE
THEY? IF NOT I WILL CALL AGAIN TODAY JR

-----Original Message-----
From: rfeineri@kfygr.com [mailto:rfeiner@kfygr.com]
Sent: Tuesday, May 25, 2004 1:48 PM
To: Jonathan Russo
Subject: Re: Vila/Canada

Will King World let AA distribute in all ancillary markets other than cable?

----- Original Message -----
From: Jonathan Russo
To: rfeiner@kfygr.com
Sent: Tuesday, May 25, 2004 1 22 PM
Subject: RE: Vila/Canada

HAVE YOU DISCUSSED KW REACTION TO OUR PROPOSAL, ARE
WE GOING TO TALK ABOUT IT TOMORROW  JR

-----Original Message-----
From: rfeiner@kfygr.com [mailto:rfeiner@kfygr.com]
Sent: Monday, May 24, 2004 5:21 PM
To: Jonathan Russo
Subject: Re: Vila/Canada

Bob will be doing an anniversary show this year as a 27th show
I have gotten Sears to pay an extra $58,000 the amount they
pay per show  The payment will be made July 1, 2004
in addition to the second spokesperson payment due the same
day in the amount of $862,500  Your share, $46,025

----- Original Message -----
From: Jonathan Russo
To: rfeiner@kaufmannfeiner.com
Sent: Monday, May 24, 2004 12 44 PM
Subject: FW: Vila/Canada

FYI

----- Forwarded Message
From: "Birkhahn, Jon" <jbirkhahn@kingworld.com>
Date: Mon, 24 May 2004 11:51:03 -0400
To: 'Jonathan Russo' <Jrusso@ArtistsAgency.com>
Subject: RE: Vila/Canada

Jonathan - I have, and I am conferring with my colleagues to
determine whether we see any obstacles  I'll be back to you soon.
Jon

-----Original Message-----
From: Jonathan Russo
[mailto:Jrusso@ArtistsAgency.com]
Sent: Monday, May 24, 2004 11:48 AM
To: Birkhahn, Jon
Subject: RE: Vila/Canada

6/18/04

P 0000209

GOOD MORNING, HAVE YOU REFLECTED ON MY
PROPOSAL ? JR

-----Original Message-----
From: Birkhahn, Jon
[mailto:jbirkhahn@kingworld.com]
Sent: Tuesday, May 04, 2004 12:08
PM
To: Jonathan Russo
Cc: Nunez, Armando; DiSalvo, Joseph;
Michels, Scott T
Subject: Vila/Canada

Jonathan - CBS Broadcast International
has indeed licensed seasons 7 and 8
of the series to HGTV/Canada My
colleague Scott Michels will be
contacting HGTV Canada to address its
request for promotional materials.

Please let me know if I can be of further
help.

Jonathan Birkhahn
Senior Vice President Business Affairs
King World Productions, Inc./CBS
Enterprises
1700 Broadway
New York, New York 10019
212.541.0266 (tel)
212.586.7351 (fax)
jbirkhahn@kingworld.com

End of Forwarded Message

6/18/04

P 0000210

EXHIBIT 186

kcondon

From:      "rfeiner" <Rfeiner@kaufmannfeiner com>
To:        "kcondon" <kcondon@kaufmannfeiner com>
Sent:      Thursday, January 27, 2005 2:30 PM
Subject:   Fw: Vila


—— Original Message ——
From: MRODE@sears com
To: rfeiner
Sent: Thursday, January 27, 2005 11 34 AM
Subject: Re: Vila


Some days are better than others.  I'm hoping for a good day soon. .

Also, I'll look to get the final tally on the mowers and tractors   Hopefully I won't get too much grief on it

Mark P. Rode
Craftsman Brand Manager
(847) 286-3447




"rfeiner" <Rfeiner@kaufmannfeiner.com>                    To      <MRODE@sears com>
01/26/2005 11 03 AM                                       cc      "Bob Vila" <rjvila@bobvila com>
                                                          Subject:    Re  Vila


Thanks again.
—— Original Message ——
From: MRODE@sears.com
To: rfeiner@kaufmannfeiner.com
Sent: Wednesday, January 26, 2005 11:44 AM
Subject: Re: Vila


FYI.  He has the latest version of the amendment and I will keep pushing for resolution   He is at a
convention this week

Mark P  Rode
Craftsman Brand Manager
(847) 286-3447


Forwarded by Mark Rode  Marketing/SEARS on 01/26/2005 10 45 AM

Mark Rode                                    To     "Birkhahn, Jon" <birkhahn@kingworld com>
01/25/2005 10 12 PM                          cc


                                                                                    1/27/05

Subject.    Re: WaLink

The number is below. I appreciate your help to get this moving as quickly as possible. Bob is a little irritated with us (rightfully so) and is anxious to get moving on next season. Thanks for your help and I look forward to putting this to bed quickly

Mark P. Rode
Craftsman Brand Manager
(847) 286-3447

"Birkhahn, Jon" <jbirkhahn@kingworld.com>

01/24/2005 04 31 PM

| | To | "Mark Rode (mrode@sears.com)" <mrode@sears com> |
| | cc | |
| | Subject | Vila |

Mark – I am hoping to get back you this week after I've conferred with my colleagues, but as I am traveling I can't be certain that I will meet this time frame.

I'll call you later in the week in any event – what is your office telephone number?

Jonathan Birkhahn
Senior Vice President Business Affairs
King World Productions, Inc./CBS Enterprises
1700 Broadway
New York, New York 10019
212.541.0266 (tel)
212.586 7351 (fax)
jbirkhahn@kingworld.com

1/27/05

P 0000252

# EXHIBIT 187

Tue, Nov 22, 2005 2:07 PM

**Subject: Benjamin Moore on Bob Vila's Home Again**
**Date:** Thursday, August 4, 2005 2:31 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <allison.marcus@benjaminmoore.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>, Dan Newberry < dan.newberry@bobvila.com>

Hi, Allison:
Just wondering what the interest level is here. Did you get a chance to discuss it?
Many thanks,
Sarah

Hello, Allison:

Thanks for returning my phone message regarding the possibility of featuring Benjamin Moore paints on one of our current projects on BOB VILA'S HOME AGAIN.

We're in the middle of a kitchen/bath/deck remodel on a 120-year old Queen Anne Victorian on Massachusetts' North Shore. Part of the home's facelift is a complete exterior paint job; this house definitely needs a color consult. It's got great Queen Anne detailing which could really shine with the right paint. I'm attaching some photos of the house as well so you can see what I mean. The rear view shows the area where the large new deck is going, the home's new focal point for outdoor living.

For many years, we've been tied to using Sherwin-Williams/Sears paints on the show, but now that that's changing, Bob especially requested we approach Benjamin Moore first to see about developing a relationship for product placement, as well as for on-line opportunities on BobVila.com. I've attached guidelines for product donation and show participation as well.

We are looking to wrap up this project in mid-September, so would love to be painting by September 1. We have not yet approached a painter because we wanted to talk to you first. If you have an existing relationship with a painter you'd like to extend to this project, we would be open to that.

When we feature products and services on the television show, we require in-kind donation. You will see in the attached donation guide that there are several more advantageous levels of cross-platform participation that we do encourage, but do not require, beyond that to maximize the television exposure.

Please let me know what other questions you have. I'd be happy to talk with you whenever you have the chance to review the opportunity.

Best regards,

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com



P 0000758

EXHIBIT 190

Page 1 of 1

kcondon



| From: | "Melissa Marchand" |
| To: | "kcondon" <kcondon@kaufmannfeiner.com> |
| Sent: | Saturday, February 14, 2004 12:19 AM |
| Attach: | unnamed.txt |
| Subject: | Re: Conversation with Andy Ginger |

Hi, Ron:

Steve's number is 212-541-0235. I'll pass this along to Andy but I thought you might like it for files as well. I look forward to hearing the outcome of the call.

Have a happy Valentine's Day!
Mel

On Feb 13, 2004, at 5:40 PM, kcondon wrote:

ArialDear Bob, Jack and Mel:

ArialI spoke with Andy Ginger for some time today. He reiterated to me the difficulties he is having with his new boss, but claims to be managing.

ArialWith regard to Canada, he told me that the five days have been approved by Sear U.S. and will be counted towards the 35. He still is waiting for a proposal from Sears Canada to use you for an additional 10 days above your contract and will keep me posted on this.

ArialWith regard to the renewal of the contract, he said the lawyers are close to finishing it and we should have it the beginning of next week. He agreed with me that time is of the essence in this matter.

ArialLastly, we discussed Sear's role in not taking advertising on "Home Again". Andy's reaction was more money is generated for the show if Sears does not take two spots as King World has more inventory to sell and Bob receives more money. I told him that was not the way I believe King World saw it and Hirsch, especially, was quite annoyed with Kay and Sears for having pulled out on advertising. Andy assured me that if we give him Hirsch's direct line, he will call him and discuss. It should be an interesting conversation. I would appreciate it, Mel, if you could leave Andy a message, either through Alice or on his voice mail as to how to reach Hirsch directly and tell him to call us after he has spoken with him.

ArialIf any of you have any questions, please feel free to call.

ArialRon

2/17/04

P 0000189

EXHIBIT 193

EXHIBIT NO. 42
3/2/06
M. D. O'CONNOR

From:  Sarah Monzon <sarah@bobvila.com>
Subject:  FW: We're a go!
Date:  March 23, 2005 4:13:28 PM EST
To:  Mel Marchand <mel.marchand@bobvila.com>

Hey; just copying you on the below.  Now that we're a go, as soon as you
hear anything from Dow that indicates I should be calling the local
franchisee or anything, PLEASE let me know.  I want to really get this
rolling fast now, and maybe the best way is to get the homeowners and the
franchisee (what was the name again?) to meet and discuss the plans.
Thanks .
Sarah


——— Forwarded Message
From: Sarah Monzon <sarah@bobvila.com>
Date: Wed, 23 Mar 2005 16:04:06 -0500
To: Leslie Chapman-Henderson <Leslie@FLASH.org>, Jim Minardi
<ming2k@earthlink.net>
Subject: We're a go!

Jim, Teresa, and Leslie:

I have the distinct pleasure (you have no idea!) of announcing that we now
officially can commit to covering your story and building this house!

I just heard from Bob, and we are rolling.  I've sent him your plan picks,
and also to Dow, so I'm sure we'll be hearing more feedback from them by
next week on those.

We'll need to get Dow's local franchisee on board as soon as we can to look
at the plans and get started engineering them, permitting, etc.  They will
no doubt need to meet with you.  I'll keep you posted on that.

Also, Leslie you and I should probably talk about what sponsors/product
donors we'd like to include and make sure everyone's on board so the home
can be designed with the right components.

I've also sent a package to Bob including info on the PGT windows, and he
knows about Simpson StrongTie, but if there are others I should be letting
him know about, fire away.

I'll also be working on drafting a location agreement for this whole
production so we have our expectations in writing.  I'll send it along for
your feedback, but it probably won't be before late next week.

I'm in thru Friday this week, but out next Mon-Wed.

We're looking forward to building a great house!


Best,
Sarah



——— End of Forwarded Message

P 0000565

# EXHIBIT 194



EXHIBIT NO.
M. D. O'CONNOR

http://www.sptimes.com/2005/09/10/Homes/Build_to_beat_the_sto.shtml

St. Petersburg Times
September 10, 2005

**Build to beat the storm**

Home fixer-upper Bob Vila's new series shows how to build a house that can stand up to a hurricane's fury. It features a Punta Gorda couple who lost their home to Charley last summer.

By ANASTASIA BOWEN
Published September 10, 2005

[BobVila.com photos
It's a jobsite and a TV production set. The 1960s home on this site was destroyed by Hurricane Charley. Camera crews tape the construction of a replacement hurricane-resistant home for the fall season of Bob Vila. The house next door, built in 2003, sustained no damage.

TV remodeler Bob Vila, left, chats with Punta Gorda homeowner Jim Minardi, whose 1960s home was destroyed by Hurricane Charley. The replacement home under construction uses building components and construction techniques designed to weather disasters such as hurricanes.

PUNTA GORDA - The destruction created by Hurricane Katrina across the Gulf Coast makes Bob Vila, a new fall series starring the affable remodeler of the same name, a case of perfect timing. For 13 weeks starting Sept. 24, he'll tell viewers how to build storm-worthy homes.

The season premiere, at 6:30 a.m. on WFTS-Ch. 28, introduces Jim Minardi, 57, and Teresa Fogolini, 43, whose Punta Gorda home was destroyed by Hurricane Charley in August 2004. For 13 weeks the syndicated program will document the construction of their new home and will showcase technologies that make homes safer: roofs, foundations, windows, doors, garage.

The show is not just for those who are building from scratch. "Many of the features that we are demonstrating are obviously things that can be done in a retrofit of an existing house," Vila said.

The couple moved from California to Punta Gorda after the terror attacks of Sept. 11, 2001. On that day Fogolini, then a flight attendant, was aboard a plane approaching Newark Airport that had to circle the World Trade Center while awaiting clearance to land. Rethinking their values and priorities after the attacks, the couple bought a 1960s home in the boating community of Punta Gorda Isles.

"We asked about hurricanes at the closing," Fogolini said, "and the real estate agents said, 'We haven't had one for 40 years. We never get hurricanes.' So we didn't give it any more thought. We thought we would have a quiet life and slowly fix up the house."

Then came that fateful Friday, Aug. 13, 2004, and their home was in shambles. They moved to a trailer in Arcadia.

Ten days later, Leslie Chapman-Henderson, chief executive officer and president of the Federal Alliance for Safe Homes or FLASH, met the couple. Chapman-Henderson noticed that although their home was destroyed, neighboring houses built to tougher building codes that went into effect after Hurricane Andrew in 1992 survived the storm.

"We knew we wanted to rebuild that house," Chapman-Henderson said, and "we knew we could bring disaster-resistant features to them."

FLASH sends teams of engineers to disaster sites to study buildings and to observe how they fared in catastrophes such as hurricanes. The information is then compared to FLASH's Blueprint for Safety, their educational guide, available at www.blueprintforsafety.org "The essence of our mission is that it is not just about the house and how much it costs when you either construct or retrofit your house," Chapman-Henderson said. "It's about the cost to the families and how it affects their lives."

FLASH has built many demonstration homes around the country, teaming with homebuilders and incorporating safety features. But "this is the first time we've had a real family," Chapman-Henderson said. Mercedes Homes is the builder of the 2,405-square-foot, one-story home that has four bedrooms and two baths. The owners are paying about $315,000 for the home. Many of the upgrades have been donated by vendors.

MIAMI HERALD

Published: Sunday, September 11, 2005
Section: New Homes
Page: 4H

# HOME EXPERT STRENGTHENS HOUSE HIT BY CHARLEY
# A PUNTA GORDA COUPLE HAVE A NEW HOUSE BUILT TO WITHSTAND HURRICANE-FORCE WINDS, WITH SOME HELP FROM BOB VILA AND OTHER SPONSORS.

BY *JODI MAILANDER* FARRELL, (CR)jmailander@herald.com

Memo: STORM-READY

When Jim Minardi first heard about Hurricane Charley last year, he felt a twinge of excitement. Predictions put his Punta Gorda Isles development far from the storm's path. He toyed with the idea of taking his sailboat out to catch some waves.

``I thought it would just be a real thrill ride, something out of Islands of Adventure," said Minardi, 57, a retiree who had moved with his wife, Teresa Fogolini, 43, to this canal-lined neighborhood in Southwest Florida seeking peace after 9/11.

Less than 24 hours later, Minardi cowered with his two black Labradors in an interior bathroom of his 1961 three-bedroom, two-bath ranch house as he felt the 145-mile-per-hour fury of a Category 4 hurricane. The windows blew in and out, the roof disappeared, trusses and all, and the interior became scrambled with sea water and flying debris.

P 0001069

``I decided to go into the bathroom after roof tiles starting coming through some of the windows, even with the boards on them. Things were just blowing through the plywood,'' said Minardi, whose wife was in California at the time.

POSTER COUPLE

Today, after watching their soggy, mold-ridden house leveled and rebuilt, Minardi and Fogolini have become the poster couple for storm-ready housing. Television home improvement expert Bob Vila, who teamed up with the Federal Alliance for Safe Homes, Florida-based Mercedes Homes and several product sponsors, helped rebuild the pair's 2,400-square-foot house to withstand hurricanes.

The work will be showcased in the first episode and subsequent installments of the new TV show Bob Vila (see box).

As South Florida still nurses its wounds from the unexpected Category 1 destruction of Hurricane Katrina - which grew in size and strength to later obliterate New Orleans - Vila's show offers lessons in how to prepare your house for the next one.

It would be difficult - and expensive - to duplicate the Punta Gorda house, a model of fortitude. Purchased for just under $150,000 in 2000, it cost $315,000 to rebuild. Under the eye of TV cameras, the new four-bedroom, two-bath house was resurrected in record time, with construction starting June 2 and ending this month.

``We are more than pleased; we are ecstatic. I'm almost jumping out of my skin,'' Minardi said of his new home. ``This house is absolutely beautiful and it's poured-in-place concrete. Most houses today are concrete block, but this is poured into place. We have impact-resistant glass everywhere. It's like a bunker, but it doesn't look like one. It's just a really nice, beautiful house.''

Fortunately for those of us who haven't been adopted by Vila, there are tips for strengthening our homes without completely redoing them.

Vila, who grew up in a concrete-block, two-bedroom bungalow in Allapattah and graduated from Miami Jackson High School, recommends that owners of older houses crawl into their attic space with a flashlight and check whether the structural wood and trusses are tied down with metal fasteners. If they aren't, he suggests hiring a professional to install the straps.

P 0001070

Vila, a big fan of aluminum accordion shutters (he installed them on his mother's Coral Gables condo four years ago), doesn't pooh-pooh plywood for makeshift shutters. But he warns that this inexpensive alternative still requires permanent anchors into the concrete of a house.

``Don't put them up with clips,'' Vila said. ``They have to be fastened with screws into shields.''

If anything, Vila's new show is a good primer on what to look for when you buy your next house. If you're not a morning person or you forget to tape or TiVo the dawn-breaking show, Vila's website - www.bobvila.com - has a mini-site devoted to the show, with video clips, information on the Punta Gorda house and storm-ready tips.

The best advice for home buyers: Educate yourself and ask questions.

``When we bought our house, we knew it had been through Hurricane Donna and survived,'' said Minardi, a former college administrator. ``We thought, `It's going to be all right.' Now we know about hip roofs versus gable roofs, structural connectors and the importance of two screws in each roof tile. Who would know to ask that kind of thing?''

Vila found the Punta Gorda couple through the safe homes alliance, known as FLASH, a nonprofit organization that educates residents about fortifying their homes against disasters. FLASH had featured Minardi and Fogolini's house in a video as an example of what can happen to a house built without hurricane-resistant techniques. The Tale of Two Houses video compared the couple's home to a house across the street, which had been built in 2003 under post-Hurricane Andrew construction codes and had suffered little damage from Charley.

el,3
MODEL HOMES

el,6
FLASH recommended that Mercedes Homes rebuild the Punta Gorda house. The Melbourne-based construction company has been working with the University of Florida and researching disaster-resistant structures for years, developing model homes that incorporate wind-resistant features, such as cast-in-place concrete construction, tie-downs, steel reinforcement, secondary roof coverings and

window shutters.

The Punta Gorda house has all of these features and more. There are out-swinging exterior doors that seal tighter as the wind blows harder and a soffit system engineered to prevent horizontal sheets of rain from entering the attic. The roof decking uses five-eighths plywood in a nailing pattern that spaces four nails every six inches. There are impact-resistant windows and doors, and even an impact-resistant screen on the lanai.

``It's not that one thing makes the house better – it's the combination of the whole engineering system," Minardi said.

Minardi and Fogolini, who camped out in a neighbor's vacant tarp-covered house after Charley, moved into a trailer in nearby Arcadia while construction was underway. The couple is paying for the new house. Just six months before Charley struck, their insurance company deemed their house ``too old" and dropped them. They now are covered (barely) by the state-run Citizens Property Insurance Corp.

To their benefit, many of the upgrades were donated by industry partners of FLASH and Vila. PGT Industries, for example, provided the impact-resistant windows, Kohler Power Systems donated the generator and Simpson Strongtie supplied roof attachments.

``I have a new respect for hurricanes," Minardi said. ``Before Charley, I was like, `Bring it on, give us your best shot.' Afterward, I thought, `Oh my God, what did I ask for?' "

VILA'S TIPS

STORM-READY HOMES

Tips from Bob Vila and the Federal Alliance for Safe Homes:

* Windows and doors should have storm shutters or be made of impact-resistant glass.

* Be sure your garage door has been tested and approved to withstand hurricane winds. If not, replace or retrofit it.

* Double-entry doors are susceptible to high winds because they span wide spaces. The surface bolt should extend into the door header and through the threshold into the floor. Hinges should have screws more than two inches long so they go into the structural framing of the wall. If they go only through the door frame, they may be unable to hold the door in high winds.

* Houses with hip roofs tend to fare better than those with gable roofs because the end walls on a gable roof take a beating from high winds. Brace the ends of gable

P 0001072

roofs.
* Use custom-made sheet metal covers to keep wind-driven water out of soffits.
* Barrel tiles on a roof should be secured with two nails for each tile.
* Anchor the roof to the wall by installing hurricane straps or clips in every truss or wall-to-rafter connection.
* Tie everything together to make it harder for wind to lift your house: rafters to top plate, top plate to studs, studs to bottom plate and bottom plate to slab or footing.
REBUILDING
AFTER A HURRICANE
What the builders used in the rebuilt Punta Gorda home:
* Cast-in-place concrete walls
* Impact-resistant windows, front door and garage door
* A roof system with enhanced metal connectors secured to the house frame
* 5/8ths-inch plywood roof decking with four nails every six inches
* Two nails attaching each roof tile (instead of one or none)
* Blocking behind soffits to resist blow-outs and water intrusion
* A generator for power outages
* Surge protection
* Impact-resistant screening across the lanai

Illustration: color photo: *Bob Vila* ran pg 1h (A), Construction on new house (A), Bob Vila and Jim Minardi (A), Work crew (A)
Caption: A NEW STURDY HOUSE: Workers install a soffit on the Minardi home in Punta Gorda as a TV crew films.

POURED-IN-PLACE CONCRETE: Bob Vila chats with homeowner Jim Minardi during construction.

JUST IN TIME: Construction on the new house took just three months.

© 2005 The Miami Herald. The information you receive on-line from The Miami Herald is protected by the copyright laws of the United States. The copyright laws prohibit any copying, redistributing, retransmitting, or repurposing of any copyright-protected material.

************

http://www.signonsandiego.com/uniontrib/20050911/news_1h11bobvila.html

SAN DIEGO UNION TRIBUNE

By Cathy Lubenski
STAFF WRITER

September 11, 2005

A new TV series about building homes able to withstand storms has left its star, handyman Bob Vila, with one big regret: "I wish I'd been a year earlier."

Coming just after Hurricane Katrina, Vila is aware that the program's timing has a sad irony to it and that has stoked his anger. "Maybe what we should be talking about is global warming and our policy of turning our backs to the countries who are working on the problem."

And despite working with the Federal Emergency Management Agency on the new
series, the veteran host of "This Old House" added, "FEMA was once an agency that was well-funded and well-led, but in the past few years, it's been led by political cronies and underfunded."

The series, "Bob Vila," debuts locally at 4:30 p.m. Sept. 17 on KGTV/Channel 10.
"Katrina is certainly a timely issue, but we won't be talking about it much. This is a nationally syndicated show and in terms of reruns it will be history. We'll have to allude to the killer storms of 2005."

Vila said the series "focuses on a lot of things for people facing these big storms in the future. You can build a lot of safety into a home."

The 13 episodes spotlight a Florida couple rebuilding after their Punta Gorda home was destroyed in the hurricanes of 2004. "We don't deal with the tragic flooding issues that the people in New Orleans have had to deal with; it's mostly a story about winds and high tides."

The home is being rebuilt for Teresa Fogelini and Jim Minardi. Flight attendant Fogelini was in the air over New York City on 9/11, and the experience led the couple to retire in Florida. The couple spent last Valentine's Day watching

P 0001106

their unsavable home razed.

Vila works with FEMA and FLASH (the Federal Alliance for Safe Homes) on the construction of a 2,000-square-foot concrete home for the couple. "Instead of using blocks we're pouring the concrete into reinforced forms, which makes a stronger home."

Other safety features include impact-resistant glass, which sticks together like a car's windshield when broken; a surge wall to keep high waves from undermining
the slab on which the house is built; and the latest technology to anchor the roof and keep it from blowing away in strong winds.

A companion Web site, www.bobvila.com, will list all the materials and FLASH information for building a home that will withstand wildfires, tornadoes and other catastrophic events. A section for contractors is included.

Topics also covered in the series include:

Key areas of susceptibility, like garage doors.

An overview of why structures fail.

The best way to handle wind-borne debris.

Building right the first time.

A repair checklist.

Integrated buildings.

Bob Vila grew up in the Miami area and some of his earliest recollections are of the hurricanes that regularly blow through Florida. "I remember tying down the roof rafters with my father, who built the house.

"In Hurricane Donna in 1960, the winds churned up the gravel in the driveway. My
dad had just installed aluminum windows and painted them white. We could hear the gravel sandblasting the paint right off them," he said.

P 0001107

# EXHIBIT 195

August 23, 2005

.Hello BVTV Crew,

After a long ride home, hours of cell phone conversations, three quick, but "friendly roadside visits with Mass State Troopers", I've put together some ideas about today's turn of events. Specifically, the removal of "Home Again" show title. I throw these ideas out there with caution and respect for I am the "new guy".

Facts:
- Florida 01 – 10 and Rowley 14-20 have been shot at both locations: total 16 shows.
- I have edited, duplicated and prepared to ship Fla 01 and 02.
- I have Fla 03 and 04 edited, approved and ready for the audio post and duplicators.
- I have Fla 05,06,07,08,09, 10 and Rowley 1614 edited and ready for previews
- Florida Generic Promos have been edited and ready for audio post and dubs

Challenges:
There are nine (9) elements of already shot and edited shows that will need to be changed if "Home Again" needs to be removed. These elements include both visual and audio components: 1) Slates 2) Countdowns 3) BV Show Opens 4) "Home Again" opening montage 5) Graphics including segment promos/teases/bumpers 6) Closed Caption graphic 7) PROMOS 8) Show closes 9) Credit bed.

Post Production Options:
We talked about a lot of options during the shooting today. Most dealt with quick patches or edits that would just strip "Home Again" off current programming. My opinion would be to screw Sears and their lawyers and create new, fresh elements. I do realize we have 20 DAYS until our first air date. However, my recommendation for post production options include the following:
1) Immediately design and create, either in-house or with a contracted graphics house, new graphic elements for show opens, segment teases, slates, count-downs and credit beds. This would need to be done Wednesday (24th) tomorrow through Friday the 26th. FEDEX Priority Sat Shipping to ME by Saturday the 27th. I'll then have the pieces to create and edit together all new elements for show opens, slates, countdowns.....etc. I'll take 35 – 40hrs Sat/Sun/Mon to create and have preview to ship out for review and approvals by Tuesday the 30th. I have already consulted and put on retainer a qualified Avid Adrenaline Editor who will assist me if time becomes an issue. I have also contacted both the Audio Post House and the Duplication House who will perform their tasks under our critical deadline. The Cotton Hill can produce a preview version of a new music piece if that desired. I have already heard the early version. It's definitely worth considering.

Production Options:
What do we do with all the footage shot already with references to HA. These include all the show open/closes and promos. We have a number of options. I don't want to intrude on the shooting process so take these ideas for what they're worth.

1) Try to edit out video/audio of Home Again references in the already shot footage. This would be very difficult and I wouldn't be happy with quality.

2) Re-shoot opens/closes in "non-Fla" location. I'm afraid this would detract from the quality of the show.

3) Return to Fla early to reshoot all Fla intro's, conclusions and promos.

4) My idea would be to try to find a company to design, create and build a studio set for "The Bob Vila Show". Incorporating "work shop", "tool bench" type set. Include any new graphics designs, tools from current promoters, anything that would add to the "Bob Vila Work Shop" theme. Include in the set, lcd/plasma monitor that we would tease and use a video effect to transition already shot footage in Fla and Rowley. You could see this footage as Bob talk then transition into full screen. It's late, idea might be crazy, but I'm throwing out any ideas at this point.

COSTS:
From my perspective the following costs will need to be incurred:
1) $7,500.00 - Creating/Editing new opens, slates, countdowns, .....etc. If I need to utilize the second editor, that cost will come out of this fee.

2) $16,500 – This will be the cost to re-edit 11 shows at $1,500 per show.

3) Audio Post will cost 15% above quoted cost for immediate emergency services.

4) Duplications will also cost 15% above the quoted price for the emergency service.

These are worst case estimates and will be adjusted if the scope of the work changes.


Anyway, my brain is starting to fade. Ignore typos or misspellingsssss. I'm on my cell phone (518) 470-5328 all day tomorrow and will wait to hear from someone. Keep smiling everyone, I'm looking at this as a challenge to make a good show even better.

Jim

# EXHIBIT 200



From: "Sparks, Jason" <jsparks@WeberShandwick.com>
Subject: Details: Segment Sponsorship This Summer
Date: March 7, 2005 6:57:32 PM EST
To: "sarah@bobvila.com" <sarah@bobvila.com>
Cc: "mel.marchand@bobvila.com" <mel.marchand@bobvila.com>

Hi Sarah --
It was a pleasure speaking with you today. Below please find some bullets highlighting possible ideas for a segment sponsorship between Bob Vila's *Home Again* and the Wood Promotion Network.

We are looking to do something in a similar format to the previous segment we worked on together in 2002/2003. Ideally, we'd like a 6-10 minute segment focusing on an aspect of the home remodeling/renovation process with wood messaging weaved in. As a non-profit, we're not interested in any heavy branding (a simple Website mention is sufficient) and our messaging is consistent with Mr. Vila's views towards homebuilding.

Some segment possibilities include:

- **Wood Flooring** - a comparison of the options (price, look and attributes) available to consumers as well as the benefits of wood floors (indoor air quality, durability, etc..)
- **Molding & Trim** - options (styles, visual placement and installation) to add value to your home
- **Engineered Wood** - adding modern technology to give lasting preservation
- **Energy Efficiency** - making an existing home more energy efficient
- **Raised Floor Systems** - an overview of the benefits to building off the ground
- **Outdoor Additions** - personalizing your home with a fence, deck/porch, playground, storage shed, etc...

Some of these ideas might fit with the historical renovation segment you mentioned. And similar to the Maine Forests segment, we could provide an expert to assist Bob in the segment.

At your convenience, please let me know if any of the above segment ideas peak your interest, and if any other segment ideas come to mind.

We're excited about the possibility of working together again.

Please let me know if you have any questions.

Best,
**Jason Sparks**
**Wood Promotion Network**
**312/988-2232 direct**
**312/988-2363 fax**
**676 N. St. Clair, Suite 1900**
**Chicago, IL 60611**

P 0000549

# EXHIBIT 201

Tue, Nov 22, 2005  2:07 PM

**Subject: DCS on Bob Vila's Home Again?**
**Date:** Wednesday, May 25, 2005 2:49 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <jon.pinson@fisherpaykel.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>

EXHIBIT NO. 26

Dear Jon:

I'm writing because your name is listed on the DCS website as media contact.   DCS appliances were specified by the homeowner on our latest kitchen remodel project on BOB VILA'S HOME AGAIN, starting production this week, and I wanted to explore whether DCS is interested in donating product in exchange for a feature segment on the show.

I've attached a summary of our programming for this season;  the Rowley project on the second page is the one for DCS appliances.  Bob outlines product features and benefits to camera as the product is being installed in these segments, and they last between 4-6 minutes.  Appliances are also seen in the final of the 13 episodes to be shot on this project as part of the tour of the finished project.

As I mentioned, the project is currently starting production and is on a very fast track for completion by September, with appliance delivery in early July. The following 3 DCS items have been specified:

1.   Cooktop = 36" Drop-in Cooktop CT-365 (no down draft venting)

http://www.dcsappliances.com/indoor/detail.php?id=13

2.   Range Hood = IVS40 Professional Island Ventilation Hoods    (40 inch)

http://www.dcsappliances.com/indoor/detail.php?id=27

3.   Island Range Hood Chimney = IVCK

IVCK – Island Venthood Chimney Kit

If you think DCS would be interested and can accommodate, I'd be happy to talk with you or send more info on the show opportunity as well as opportunities on BobVila.com to leverage the TV exposure and generate leads online.

I look forward to hearing from you.

Best regards,
Sarah

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.

P 0000643

# EXHIBIT 202

**Subject: FW: WRCLA Product Donation Opportunity and More – Bob Vila's Home Again**
**Date:** Friday, June 10, 2005 10:11 AM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** Mel Marchand <mel.marchand@bobvila.com>

This sounds like something for you...I'll just continue to work with Kevin Bush on the deck itself...OK?

S

------ Forwarded Message
**From:** "Kimberly Brandner" <kbrandner@brandner.com>
**Date:** Thu, 9 Jun 2005 16:44:25 -0700
**To:** <sarah@bobvila.com>
**Subject:** WRCLA Product Donation Opportunity and More - Bob Vila's Home Again

Hi Sarah....

I work on the media side of the Western Red Cedar Lumber Association. We would be very interested in participating. The WRCLA is a government funded association and we have a very limited budget. It really doesn't make sense for us to participate except at the Level 5 where we can have an industry spokesperson -- as we don't have a brand -- it would be ideal for the show as we would be a "non-branded" industry spokesperson.

We did not budget for the show but I have an "opportunistic budget" that I think I could pull from for this opportunity, however not at $30,000. I think I could get about $15,000 approved plus we could donate the product -- is this something you would consider? We would love to have the opportunity to develop a relationship with your company!

Kimberly Brandner
Brandner Communications, Inc.
33650 Sixth Ave. S., Suite 102
Federal Way, WA 98003
(253) 661-7333

Brandner Communications<http://brandner.com/email/bc_logo.gif>

---

**From:** Kevin Bush
**Sent:** Tuesday, May 31, 2005 9:37 AM
**To:** Kimberly Brandner
**Cc:** Stuart Hanson
**Subject:** WRCLA Product Donation Opportunity and More - Bob Vila's Home Again

Kimberly,

Here's a "heads-up" on a great opportunity for the Western Red Cedar Lumber Association that's now in the works. WRCLA has been invited to

Marchand
EXHIBIT NO. 202
3-17-06
M.D. O'CONNOR

donate the materials for an upcoming episode of Bob Vila's Home Again that will feature the construction of a very large deck. Here's the scoop...

The Program
Bob Vila's Home Again, now in its 15th season, provides practical and creative home improvement, renovation, remodeling and construction information. First -run episodes of the half-hour program air once a week at various times in over 200 markets across the country, reaching over one million viewers. Episodes are broadcast in the Seattle market on KING-TV (NBC Affiliate), Saturdays at 12:30 p.m. and again on KONG-TV (Independent), Saturdays at 4:00 p.m. Projects from past seasons are broadcast daily on The Learning Channel (TLC Cable Network), reaching an estimated audience of 1.5 million. Each episode airs a combined average of six times total on local stations and cable. For more information, please visit www.bobvila.com <http://www.bobvila.com> .

The Episode
Vila and his crew of local subcontractors will be remodeling a home in Rowley, Massachusetts, and are planning to shoot an episode featuring construction of a large, ground-level deck with stairs and railings some time in August (actual dates TBD). We do not yet have the deck's dimensions and some details, such as railing type, balusters, posts, etc. are still being determined by the project architect. We expect to have more information shortly. Meanwhile, the producer has provided a copy of the home's basement level plans, which also show placement of the deck, for our reference (attached).

The Exposure
All donated products receive exposure as part of the program's general editorial coverage, including identification by name or brand (e.g., "Real Cedar") and a listing in the program credits. Additional promotional opportunities, up to and including an on-air interview of a company spokesperson, are available for a fee as described in the attached "Product Donation Guidelines". The show is often booked up to two years ahead of time.

Next Steps
Brandner Communications will continue working with the program producers to determine the actual cost of donating the materials. The producer is fully aware and willing to work with WRCLA's reimbursement policy for product donations.

Just let me know if you have any questions.

Kevin M. Bush
Brandner Communications, Inc.
33650 Sixth Ave. S., Suite 102
Federal Way, WA  98003
(253) 661-7333

Brandner Communications<http://brandner.com/email/bc_logo.gif>

P 0000661

# EXHIBIT 203

**Subject: Re: Wayne-Dalton Garage Doors and Mercedes Homes – Bob Vila's Home Again**
**Date:** Friday, June 10, 2005 2:35 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** "Buelter, Steve" <SBuelter@wayne-dalton.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>, "Gonzalez, Jesse" < jgonzalez@merhomes.com>, <kmalone@merhomes.com>, Leslie Chapman-Henderson <leslie@flash.org>

EXHIBIT NO.

Hi, Steve:

I'm glad to hear Wayne-Dalton is interested in providing garage doors for the Punta Gorda project on Bob Vila's Home Again.

I'm attaching plans for the home as well as a brief description of the project for background. You will notice that there is a strong emphasis on storm readiness and a partnership with FLASH which makes it imperative for us to be sure we coordinate the most impact-resistant and water infiltration-resistant products you carry.

Please send, electronically if you can, technical specs on the products you'd recommend for this project, copying all above so a quick decision can be made.

You can refer directly, for technical and delivery questions, to:

Jesse Gonzalez, job supervisor for Mercedes Homes (on site)
(239) 340 8326
jgonzalez@merhomes.com
Will coordinate delivery and schedule installation.

Kirk Malone, at Mercedes headquarters, is handling engineering on this project, so you might want to contact him first:
(321) 259 6972 x254
kmalone@merhomes.com

For questions specifically about storm readiness requirements, please refer to:

Leslie Chapman Henderson
FLASH
(877) 221 7233 x104
leslie@flash.org

I will be coordinating with Jesse on shoot dates; you should coordinate with him on his preferred delivery and installation dates before we get to that.

As we discussed, the product donation and installation is the only cost to Wayne Dalton for the television segment featuring product benefits and installation, which you and I can coordinate in terms of content and on-camera talent. If Wayne Dalton is interested in optimizing their exposure on the show via BobVila.com's cross-platform offerings, please send the attached Donation Guidelines to the concerned party there.

I look forward to seeing more information on the products.    Please let me know what questions you have.

P 0000665

Many thanks,
Sarah

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

> Joyce and Sarah,
>
>
>
> Please advise on this opportunity at your convenience.  Thank you.
>
>
>
> Steve Buelter
>
> Builder Sales Manager
>
> Wayne-Dalton Corp.
>
> 245 West Peachtree St.
>
> Norcross, GA  30071
>
> Office:  (770) 248-0150
>
> Fax:  (770) 662-8780
>
> Cell:  (404) 395-1032
>
>
>
> _____
>
> From: Schmauss, Craig [mailto:cschmauss@merhomes.com]
> Sent: Monday, June 06, 2005 7:15 PM
> To: Buelter, Steve; Wilden, Joyce
> Cc: sarah@bobvila.com; Roehrig, Beverly
> Subject: RE: Wayne-Dalton Garage Doors and Mercedes Homes - Bob Vila's Home
> Again

P 0000666

> 
> 
> 
> Steve,
> 
> 
> 
> I am cc-ing Joyce Wilden on your request.  She has much more information on
> the Bob Vila project than I do.
> 
> 
> 
> Thanks for your support,
> 
> 
> 
> - Craig
> 
> <http://responsibility.com.au/>
> 
> Craig Schmauss
> Corporate Director of Purchasing
> Mercedes Homes, Inc.
> 
> 
> 
> _____
> 
> From: Buelter, Steve [mailto:SBuelter@wayne-dalton.com]
> Sent: Monday, June 06, 2005 4:17 PM
> To: Roehrig, Beverly; Schmauss, Craig
> Cc: sarah@bobvila.com
> Subject: Wayne-Dalton Garage Doors and Mercedes Homes - Bob Vila's Home
> Again
> 
> Good afternoon Beverly and Craig,
> 
> 
> 
> I received a call last week from Sarah Monzon, Bob Vila's Home Again show,
> regarding a feature on Mercedes Homes in Punta Gorda, Florida.  I have a
> call into Sarah at this time.  Do you have any further details on this
> opportunity?  Wayne-Dalton will be glad to participate.  Please advise at
> your convenience.  Thank you.
> 
> 
> 
> Steve Buelter
> 
> Builder Sales Manager
> 
> Wayne-Dalton Corp.
> 
> 245 West Peachtree St.
>

> Norcross, GA  30071
>
> Office:   (770) 248-0150
>
> Fax:   (770) 662-8780
>
> Cell:   (404) 395-1032
>
>
>
>

P 0000668

# EXHIBIT 205

Tue, Nov 22, 2005  2:07 PM

**Subject: Jeld-Wen front door on Bob Vila's Home Again**
**Date:** Tuesday, June 21, 2005 10:09 AM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <JohnMon@jeld-wen.com>
**Priority:** High



Dear John:

I got your name from Tim Kirk here in Massachusetts, with whom we've worked on Jeld-Wen segments in the past on the TV show BOB VILA'S HOME AGAIN.  We're looking for an impact-resistant door and sidelight to feature in a storm-ready project we're currently taping in Punta Gorda, Florida.

I'm attaching a series summary if you need it.  I've looked briefly at the fiberglass door collections Jeld-Wen has on their website, and while I couldn't really see the selection of styles I needed to see, I think the impact resistant story (door AND glass) is something we'd definitely like to tell with your product.

If this is something Jeld-Wen is interested in please let me know, and I'll be happy to give you all the info you need.  We are on a fast track with this so if it's something you want to do we should move quickly.

Looking forward to hearing from you soon,

Sarah Monzon

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

P 0000687

# EXHIBIT 206

Tue, Nov 22, 2005 2:07 PM

**Subject: WarmZone on Bob Vila's Home Again**
**Date:** Tuesday, June 21, 2005 1:20 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <tracy@warmzone.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>, David Masher <
david.masher@bobvila.com>



Hi, Tracy:

Good talking with you just now;  I'm glad to hear that we'll be able to feature a WarmZone
system on the Rowley project on this season of BOB VILA'S HOME AGAIN.

I'm attaching plans for the project, a summary of our programming (Rowley is 2nd project),
and a guide for product donors on the show to expand their exposure to BobVila.com.   Melissa
Marchand is the contact for that:   (617) 848 8458.  She will probably be contacting you to
discuss options soon.

Thanks for contacting Tim Berky at your earliest convenience at (603) 235 7461 or
dberky@comcast.net to discuss which system is best for this project.

Site address is:
David & Jeanne Masher
74 Weathersfield Rd
Rowley MA  01969
(978) 948 6155

As I mentioned, we'd like to do a 4-6 minute segment on WarmZone product features,
benefits, and installation, with a representative from your company on camera with Bob.  Tim
will be able to give you a better idea on scheduling the installation, but we have shoot dates
on July 7, 19, and 26 that would be available for this segment, depending on what you and he
decide for timing.  Just let me know what you come up with when you talk to him.

Once you decide which system should go here, I'll need talking points or information about
how it works.

Let me know what other questions you have.
Looking forward to working with you!

Best,
Sarah

--

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

EXHIBIT 207

Tue, Nov 22, 2005 2:07 PM

**Subject: E-Counters on Bob Vila's Home Again**
**Date:** Wednesday, June 22, 2005 12:22 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <pablo@e-counters.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>, David Masher <
david.masher@bobvila.com>, Dan Newberry <dan.newberry@bobvila.com>

Hi, Pablo:

Great talking with you just now about a segment on E-Counters on the upcoming Rowley project on BOB VILA'S HOME AGAIN.

Attached you will find plans for the project as well as a description of our programming for this season; Rowley is the second project listed.

Here are the details you needed:

> Franke Kitchen Sink PRX 120-LH

Original counters were specified at 3cm with waterfall edging. I'm sure 1 1/4" could work. The homeowners are looking at Avanza now to see if it's something they'd like to use instead of Silestone.

As we discussed, we'd like to do a 4-6 minute segment on Home Again with a representative from your company who can explain how you work and how the templating and installation gets done. It's great to hear you can do a two-week turnaround between templating and installation.

Once you have had a chance to look at this, please confirm via email that this is a donation (materials and labor) that you would like to provide, and we can talk about scheduling the work and segments.

I'm also attaching a guide for product donors who are interested in taking the best advantage of their TV exposure with a customized cross-platform program on BobVila.com, where viewers and users go to get more information about products they see on the show, solve home improvement problems, get help, and design their projects. It might be a very good fit for E-counters; to know more you can contact Melissa Marchand at (617) 848 8458 or mel.marchand@bobvila.com. She is copied on this and will probably contact you in the coming weeks once the details are wrapped up.

Please let me know what other questions you have.

Many thanks,
Sarah

--

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com

P 0000694

# EXHIBIT 208

Tue, Nov 22, 2005  2:08 PM

**Subject: Nickerson-Remick on Bob Vila's Home Again**
**Date:** Friday, July 1, 2005 1:48 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <jim@nickerson-remick.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>, David Masher <
david.masher@bobvila.com>



Hi, Jim:

It was a pleasure meeting you along with all the other folks involved with the insulation shoot in Rowley for July 7 on BOB VILA'S HOME AGAIN.

We're looking forward to learning all about this new foam technology in insulation. Seems like a great solution for new construction or major remodels. It did occur to me when I was there, however, that it's a shame to have just one part of the home so well insulated when the heat will be lost elsewhere in the utterly uninsulated house.

I wanted to find out whether your company might be interested in having your own separate segment on the show (could even be a different episode, giving you exposure over two weeks instead of just one), in exchange for providing a straightforward retrofit insulation job on the rest of the home. Adequate insulation is something that concerns a great many homeowners, especially in the Northeast, and it's important to point out the differences between insulation types and what's appropriate for new construction vs. retrofit.

Could be cellulose (just had that done to my own house so I know it's not a huge deal) or whatever you recommend; I just think the story should be told. Given that the house exterior will be painted as part of this series, it makes sense to do it now.

If this makes sense for you, please let me know.

Many thanks for your help;  looking forward to working with you on the 7th.

Best regards,
Sarah

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

EXHIBIT 209

Tue, Nov 22, 2005 2:07 PM

**Subject: Whirlpool product placement on Bob Vila's Home Again**
**Date:** Friday, July 15, 2005 3:51 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <kristiana.tchir@publicis-usa.com>, <bola.esho@publicis-usa.com>
**Cc:** "Trupchak, Scott J" <sjtrupchak@kingworld.com>, Mel Marchand <
mel.marchand@bobvila.com>
**Priority:** Highest

Hello, Kristiana:

Scott Trupchak at Kingworld let me know that you are the Whirlpool contact for us to start
working on several product placement opportunities on the current season of BOB VILA'S HOME
AGAIN.

While negotiations have been ongoing with Kingworld, we have been steaming away on the
construction site in Punta Gorda, Florida, and the home we are building is quickly nearing the
point when we'll need the heat pump and appliances I discussed with Scott. I don't know how
much information you already have about what we'd like to do on the show with Whirlpool, so
I'm sending along a brief series summary (attached).

Below are the appliances specified for the job. Our focus is on Energy Star compliance
wherever applicable. The homeowner gave their preferences on kitchen appliances and w/d,
but I believe they are flexible. The heat pump, which would appear in a separate HVAC
segment, has been specified by the engineers on the job.

Please confer with Whirlpool as quickly as possible to let me know what is the earliest we can
take delivery of all items. We are ready for the heat pump now, and can take the appliances
any time before August 1. If the appliances cannot be delivered by then, I will at least need
firm confirmation of their availability, exact delivery date, and exhaustive technical specs so
the kitchen can be built without them. They will need to be installed as part of our August 23
shoot.

| | |
|---|---|
| Refrigerator | GS6NBEXRS |
| Dishwasher | GU3200XTPS |
| Cooktop | GJC3034LP |
| Microwave/Hood | GH4155XPS |
| Double Oven | GBD307PDS |
| Clothes Washer | GHW9400PL |
| Clothes Dryer | GGW9250PL |
| 14 SEER Heat Pump | WGH400 |

Delivery information is as follows:

Jim Minardi/ Mercedes Homes
197 Gulfview Rd.
Punta Gorda FL  33950

P 0000719

GC on job:  Jesse Gonzalez (239) 340 8326 cell

Over the course of two or more episodes, we plan to shoot approximately 6 minutes of show time on the installation, features and benefits of the kitchen appliances and laundry;  the kitchen will also be seen in the final episode during grand rounds of the finished house.

We will also shoot a 3-4 minute segment on the heat pump as is is being installed as part of the HVAC system for the house.

Talking points will be necessary for all of the items included by August 1.  You can forward them in bullet list form to me via email.

We will only be able to give you exact airdates after the equipment has been delivered and episodes have been shot, but we're looking at November/December 2005, re-airing May/June 2006.

I understand you are out until next Wednesday;  I did leave a message for Bola (?) in hopes she could get this started since deadlines are so tight, but haven't got her email.

Please let me know as soon as you receive this so I can be sure it's in motion.

Many thanks, and I look forward to working with Whirlpool once again on the show.

Best,
Sarah

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

P 0000720

# EXHIBIT 211

Tue, Nov 22, 2005  2:08 PM

**Subject: Gardens Alive on Bob Vila's Home Again**
**Date:** Tuesday, August 2, 2005 11:37 AM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** Angela Polo <apolo@scgov.net>, <charmer@gardensalive.com>
**Cc:** Teresa Fogolini <tfogolini@hotmail.com>, Jim Minardi <
mingminardi@hotmail.com>, Mel Marchand <mel.marchand@bobvila.com>



Hi, Angela and Craig:

I want to introduce you two, as I'm happy to learn that Gardens Alive has agreed to donate
product for our landscape segments on BOB VILA'S HOME AGAIN, the Punta Gorda project.

Angela Polo, Builders & Developers Coordinator for
University of Florida/Sarasota Cty FLORIDA YARDS AND NEIGHBORHOODS Program
apolo@scgov.net
(941) 861 9806
Cell 941 232 4536

Craig Harmer, Gardens Alive
charmer@gardensalive.com
(513) 354-1501 x3085

Craig, as Marilyn Black may have relayed to you, Angela is developing a sustainable, low-
maintenance, storm-resistant landscape plan for the show that will highlight what homeowners
can do to keep their yards healthy, natural and easy to live with in Florida's unique climate
challenges.  She is also coordinating the contractors who will be installing the landscape. Many
of Gardens Alive's  products will help us tell this story, but I'd like you two to put your heads
together to determine which ones and how much will be needed so I can make sure we can
produce what we need to see in the time we have to shoot it.

Angela, please get in touch with Craig when you have the plan developed and determine a list
of product this week.  Please copy me on your emails so I know how things are progressing.

We are aiming to shoot landscaping segments on our last shoot, September 13 and 14.
Craig, I do think it would be a good idea if you joined us for that to answer Bob's questions
about the products on camera.

Many thanks to you both for your help and enthusiam in making this the best Florida yard
ever!  If you have questions, just let me know.

Best regards,
Sarah

--

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

P 0000747

# EXHIBIT 212


Homeowner? GET CASH OUT!
✓ Home Equity  ✓ Refinance  ✓ Debt Consolidation
LEARN MORE >>
SmartMortgage
USA.com



# BOBVILA.COM
The Ultimate Home Site

**CHANNELS** | Index

Search: Articles, Bulletin Board, Tips, Videos, Glossary & More

[ Bob on TV | How To Library | Design Question | Ask a Smart Buys | Shop, Service, Product & Info | Real Estate | Home Finance ]

Select a topic...

**Quick Navigation**
> About        > Sitemap
> FAQ         > Terms of Use
> Contact     > Help

Ads by Goooooogle

**Soundproofing**
The Spot To Find It! It Is All Here.
soundproofings.net

**Drywall for Sound Control**
1/2" & 5/8" Up to STC 75+ non-metallic, easy installation
www.supressproducts.com

**Superior soundproofing**
Highest performance in lab results Easy retrofit for walls
and ceiling
www.AudioAlloy.com

**Owens Corning**
Remodeling products, services and project ideas for your
home.
www.owenscorning.com

Advertise on this site

BobVila.com > FAQ > Bob On TV > Why is Bob Vila no longer hosting "This Old
House"?

☐ Frequently Asked Questions

**Bob On TV**

Previous | 12 of 14 | Next | View All Bob On TV FAQs

**Why is Bob Vila no longer hosting "This Old House"?**

Bob Vila currently hosts and produces "Bob Vila's Home Again" which gives him more
freedom to choose projects and products.

Featured Channel: Deck, Porch & Patio

EXHIBIT NO. 22
M.D. O'CONNOR

# EXHIBIT 213

http://www.bobvila.com/BVTV/Photo_Gallery/

# BOBVILA.COM
### The Ultimate Home Site




**bargainnetwork**
**Homes As Low As $10,000!**

**SEARCH FOR FREE!**

Price Range: Select
Zip Code: Select
Featured Channel: Bedrooms

FIND IT!

Bob on TV | How To Library | Design Tools | Blogs & Forums | Shop & Smart Buys | Product & Service Info | Real Estate | Home Finance

◄ Start by selecting a topic.

**CHANNELS** ⊙ Index ▼

Search Articles, Videos, Tips, Blogs, Bulletin Board and more. GO

Select a topic...

BobVila.com > Bob on TV > Photo Gallery

## BOB VILA

Bob started his current show *Bob Vila* in 2005. *Bob Vila* projects explore how real families shape their built environments to fit the way they live, whether it's in the track of a hurricane, a historic district, or in the midst of life's transitions.

### Quick Navigation
> Bob on TV          > TV Schedule
> *Bob Vila* TV Show
> Current Episode    > Bob on TV Photo Gallery
> *Bob Vila's Home*  > Newsletter
Again              > Showrooms

Ads by Goooooogle

**Kitchen Cabinets**
See the latest cabinet styles, designs and features.
www.merillat.com

**SteamSaunaBath.com**
Reward Yourself With a Steam Shower Or Sauna from SteamSaunaBath
www.SteamSaunaBath.com

Advertise on this site



**Storm-Ready Design**
Help keep your home safe in a storm. Click here for more storm-ready tips, techniques and building info. Go

Bob on TV Photo Gallery
Punta Gorda Storm-Ready House



Bob on TV Photo Gallery
Rowley Victorian Kitchen and Bath Remodel



Storm-Ready Windows
• **Impact-Resistant Windows**



• Landscaping
• **Sustainable Landscaping**

• Concrete Construction
• **Stem Walls**




• Building a Deck Addition
• **Building a Western Red Cedar Deck**

• Refurbishing the Bathroom
• **Trikenan Artisanal Tiles**

http://www.bobvila.com/BVTV/Photo_Gallery/

**Sears**

**Premium Vinyl Siding, Eaves and Overhangs**

**Save $500***

on Premium Vinyl Siding from Sears

**Click Here to Request a FREE In-House Estimate**

* Offer not valid on prior sales or in combination with any other offer. Offer expires September 31, 2006. Minimum purchase for savings: 1000sq. ft of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.

**Showrooms** Solutions For Your Home

**SideRight**
Building Dreams with SideRight

**House Calls from Bob Vila**

BOB VILA NEWSLETTERS

Fix up your inbox with Bob Vila Newsletters. Signup and get free home help from America's #1 handyman! Plus special offers, giveaways, latest news and more!
Subscribe Now!

© 2005 BVWebTies LLC  All Rights Reserved

About | FAQ | Contact | Sitemap | Privacy Policy | Terms of Use | Help

# EXHIBIT 214

FAQ - How do I get my new home improvement invention on your show and/or web site? Frequently Asked Questions

Page 1 of 3


HORCHOW

20% OFF all furniture
ONE WEEK! SAVE NOW ▸



## BOBVILA.COM
The Ultimate Home Site

CHANNELS ● Index

Search Ask Bob, Bob On TV, Video, Glossary & Store

Select a topic... ▾ ◂ Start by selecting a topic │ Featured Channel: Bedrooms

| Bob on TV | How To Library | Design Tools | Ask a Question | Shop Smart Buys | Product & Service Info | Real Estate | Home Finance |

**Quick Navigation**
> About        > Sitemap
> FAQ         > Terms of Use
> Contact     > Help

Advertise on this site

BobVila.com > FAQ > Bob On TV > How do I get my new home improvement invention on your show and/or web site?

Bob On TV

▣ *Frequently Asked Questions*

Previous │ 4 of 14 │ Next │ View All Bob On TV FAQs

**How do I get my new home improvement invention on your show and/or web site?**
Bob Vila is happy to consider your product for use on "Bob Vila's Home Again" if you mail us a sample, press kit and product literature. If your item is not currently in production and available for sale it cannot be presented on the program. Mail the above information to:
BobVila.com
115 Kingston Street
Boston, MA 02111

Ads by Goooooogle

**Soundproofing**
The Spot To Find It! It Is All Here.
soundproofings.net

**Superior soundproofing**
Highest performance in lab results Easy retrofit for walls and ceiling
www.AudioAlloy.com

**Spray Foam Insulation**
Healthy & Environmentally Friendly Save as much as 50% on Energy Cost
HighRStandard.com

**Solve Your Noise Problems**
Affordable noise reduction up to 95%. Available nationwide.
www.soundproofwindows.com

w.bobvila.com/Global/FAQ/Detail-14.html

2/8/2006

# EXHIBIT 215

EXHIBIT

COMMONWEALTH OF MASSACHUSETTS

DUKES, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO.

---

ROBERT J. VILA and B.V.T.V., INC.       )

          Plaintiffs,

                                )

v.

                                )

SEARS, ROEBUCK AND CO.,
SEARS HOLDINGS CORPORATION
and KMART HOLDING COPORATION
          Defendants.

---

## COMPLAINT

This is an action by plaintiffs Robert J. Vila and B.V.T.V., Inc. seeking to recover damages and other relief from defendants Sears, Roebuck and Co., Sears Holdings Corporation and Kmart Holding Corporation in connection with the repudiation of and breaches by Sears, Roebuck and Co. of a contract with Robert J. Vila to act as spokesperson for certain products of Sears, Roebuck and Co. and of a contract with B.V.T.V., Inc. for the production of the nationally syndicated television series known as *Home Again With Bob Vila.* In particular, Robert J. Vila seeks the recovery of amounts due and to become due pursuant to his Spokesperson Agreement with Sears, Roebuck and Co., damages from Sears Holdings Corporation and Kmart Holding Corporation due

to their tortious interference with the Spokesperson Agreement and an award of damages from Sears, Roebuck and Co., Sears Holdings Corporation and Kmart Holding Corporation due to their bad faith and unfair and deceptive conduct, trebled on account of defendants' willful violations of M.G.L c. 93A, §§2 and  , together with interest, costs and attorneys' fees. B.V.T.V., Inc. seeks the recovery of amounts due and to become due pursuant to its Syndication Agreement with Sears, Roebuck and Co., damages from Sears Holdings Corporation and Kmart Holding Corporation due to their tortious interference with the Syndication Agreement and an award of damages from Sears, Roebuck and Co., Sears Holdings Corporation and Kmart Holding Corporation due to their bad faith and unfair and deceptive conduct, trebled on account of defendants  willful violation of M.G.L. c. 93A, §§2 and  , together with interest, costs and attorneys' fees.

## THE PARTIES

Plaintiff Robert J Vila ("Vila") is a citizen of the Commonwealth of Massachusetts with a residence in Chilmark, Massachusetts. Continuously since 1989, Vila has been the national spokesperson for certain products marketed and sold by defendant Sears, Roebuck and Co.

2    Plaintiff B.V.T.V., Inc  "BVTV") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business at 115 Kingston Street, Boston, Massachusetts. Continuously since 1989, BVTV has been the producer of the nationally syndicated television series known

as *Home Again With Bob Vila*, which series has been paid for and sponsored by Sears, Roebuck and Co.

3.  Defendant Sears, Roebuck and Co. ("Sears" is a corporation organized and existing under the laws of the State of New York with a principal place of business at 3333 Beverly Road., Hoffman Estates, Illinois. At all times material hereto, Sears has been one of the nation's largest retailers of merchandise, including so-called home improvement products.

4.  Defendant Sears Holdings Corporation ("SHLD") is a corporation organized in 2004 and existing under the laws of the State of Delaware with a principal place of business at 3333 Beverly Road., Hoffman Estates, Illinois

5.  Defendant Kmart Holding Corporation ("Kmart") is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at 3100 West Big Beaver Road, Troy, Michigan.

## JURISDICTION AND VENUE

6.  This Court has personal jurisdiction with respect to defendants Sears, SHLD and Kmart pursuant to M.G.L. c. 223A, §3 because Sears transacts business within the Commonwealth of Massachusetts, and SHLD and Kmart have caused tortious injury in the Commonwealth of Massachusetts.

7.  This Court has jurisdiction with respect to the subject matter of this action pursuant to M.G.L. c. 212, §4 and c. 93A, §11

8.  Venue is proper in this county under M.G.L. c. 223, §1, §8.

3

## FACTS

9.  On or about September 29, 1985, Sears entered into an agreement with Vila, whereby Vila was to render professional services as a spokesperson, participant and performer in connection with the advertising of Sears' products by way of, among other things, television and radio commercials, videos, still photographs and personal appearances (the "Spokesperson Agreement")

10. The Spokesperson Agreement has been extended and amended by the parties numerous times and currently is due to expire on December 31, 2009. Since 1989, Vila has performed and continues to perform his obligations to Sears pursuant to the Spokesperson Agreement, as amended.

11. On or about September 29, 1985, Sears entered into an agreement with BVTV, whereby BVTV was to produce and deliver to Sears a series of home improvement television programs to be paid for and sponsored by Sears (the "Syndication Agreement").

12. The Syndication Agreement has been extended and amended by the parties numerous times. Negotiations for the most recent amendment to the Syndication Agreement (Amendment 11) took place from March 2004 to January 18, 2005. On January 18, 2005, Amendment 11 to the Syndication Agreement was entered into by the parties. The Syndication Agreement, as amended, is currently due to expire on August 31, 2007. Since 1989, BVTV has performed and continues to perform its obligations to Sears pursuant to the Syndication Agreement, as amended.

4

On or about November 17, 2004, while negotiations for Amendment 11 of the Syndication Agreement were ongoing, Sears announced a transaction whereby, subject to, among other things, shareholder approval by the shareholders of Kmart and Sears, Kmart would acquire Sears and combine the two companies into a major new retail company

4. In anticipation of that transaction, on November 23, 2004, Kmart formed SHLD in the State of Delaware.

15. Pursuant to the course of conduct established by Sears and BVTV over the fifteen years of their relationship, in December 2004, BVTV began preproduction activities for the September 2005 – August 2006 season of the television series and submitted invoices to Sears for the payment of $750,000 that would be due under Amendment    on January 1, 2005.

16. On January  8, 2005, Sears and BVTV concluded their negotiations and entered into Amendment    to the Syndication Agreement, as amended. Amendment  1 extended the term of the Syndication Agreement to August 31, 2007.

7. Pursuant to the Syndication Agreement, for the year September 2003 through August 2004, Sears is obligated, among other things, to pay BVTV certain incentive bonus payments of up to a maximum of $1,250,000. Sears has not fully accounted to BVTV for or paid to BVTV the entirety of the incentive bonus payment due for the year ended August 2004. Upon information and belief, the balance of the incentive bonus payment due to BVTV is approximately $500,000.

18. Pursuant to the Syndication Agreement, as most recently amended and in effect, Sears is obligated to pay to BVTV the guaranteed sums of $750,000 by January 1

2005, $494,500 by March 1, 2005, $275,000 by August , 2005, plus, by August 2005, a $200,000 advance against Revenue Sharing fees, with the balance of said Revenue Sharing fees to be estimated and paid by October 2005 Similarly, for the year September 2006 through August 2007, Sears is obligated, among other things, to pay BVTV the guaranteed sums of $750,000 by January 2006, $494,500 by March 2006 , $275,000 by August 1, 2006, plus, by August ., 2006, a $200,000 advance against Revenue Sharing fees, with the balance of said Revenue Sharing fees to be estimated and paid by October 2006.

.9. In February 2005, although the transaction with Kmart Holding had not been consummated or approved by shareholders of Sears and Kmart, and although Sears and BVTV had just recently entered into Amendment to the Syndication Agreement, Kmart and SHLD caused Sears to advise BVTV that management of Kmart and SHLD wanted to change the Syndication Agreement, as amended and then in effect

20. Although Sears and BVTV had just recently entered into Amendment 1 to the Syndication Agreement, because of the long and mutually successful relationship BVTV enjoyed with Sears, BVTV engaged in discussions with Sears for a possible further amendment to the Syndication Agreement, as amended and then in effect

21. In the course of those discussions, Kmart and SHLD caused Sears to advise Vila that management of Kmart and SHLD also wanted to change the Spokesperson Agreement, as amended and then in effect.

22. Because of the long and mutually successful relationship Vila enjoyed with Sears, Vila engaged in discussions with Sears for a possible further amendment to the Spokesperson Agreement, as amended and then in effect.

23. When those discussions did not progress as SHLD and Kmart desired, SHLD and Kmart caused Sears to claim that Sears had not agreed with BVTV for the production of the television series *Home Again With Bob Vila* for the 2005-2006 season or any other future season.

24. SHLD and Kmart caused Sears to breach its Syndication Agreement, as amended, with BVTV and to refuse to pay BVTV the payments due BVTV pursuant to the Syndication Agreement, as amended, by January , 2005 and March , 2005 in the total amount of $1,244,500. Further, SHLD caused Sears to totally repudiate the Syndication Agreement and stated that Sears will not make any payments due BVTV in the future under the Syndication Agreement, as amended.

25. SHLD and Kmart also caused Sears to take the position that Sears' repudiation of the Syndication Agreement, as amended, entitled Sears to terminate the Spokesperson Agreement with Vila.

26. Pursuant to the Spokesperson Agreement, as amended, Sears is obligated to pay to Vila each year, one half of the guaranteed compensation for that year on January and the other half on July 1

27. The guaranteed compensation owed to Vila for the year 2005 is $1,897,500. The guaranteed compensation to be paid to Vila for the years 2006-2009 is $9,686,926.

28. Sears made the payment due Vila on January 1, 2005 in the amount of $948,750.

29. SHLD and Kmart caused Sears to refuse to pay to Vila the guaranteed compensation due July   , 2005 in the amount of $948,750.

## COUNT I
### (Breach of Contract)

30. Vila repeats the allegations contained in paragraphs   through 29, as though fully set forth herein.

31. By its failure and refusal to pay Vila the guaranteed compensation in the amount of $948,750 due Vila on July   , 2005, Sears has breached its obligations to Vila pursuant to the Spokesperson Agreement.

32. As a direct and proximate result of Sears' breach of the Spokesperson Agreement, Vila has been damaged in an amount to be determined at trial, but, in no event less than $948,750, plus interest, costs and his attorneys' fees.

## COUNT II
### (Repudiation of Contract)

33. Vila repeats the allegations contained in paragraphs   through 32, as though fully set forth herein.

34. Upon information and belief, Sears has repudiated its future obligations to Vila pursuant to the Spokesperson Agreement.

35. As a direct and proximate result of Sears' repudiation of the Spokesperson Agreement, Vila has been damaged in an amount to be determined at trial, but, in no event less than $948,750 and will be damaged in a further amount to be

8

determined at trial, but, in no event less than $9,686,926, plus interest, costs and his attorneys' fees.

## COUNT III
### (Breach of Implied Covenant of Good Faith and Fair Dealing)

36. Vila repeats the allegations contained in paragraphs 1 through 35, as though fully set forth herein.

37. By its actions and conduct, Sears has breached the implied covenant of good faith and fair dealing inherent in the Spokesperson Agreement.

38. As a direct and proximate result of Sears' breach of the implied covenant of good faith and fair dealing inherent in the Spokesperson Agreement, Vila has been damaged in an amount to be determined at trial, but, in no event less than $948,750, and will be damaged in a further amount to be determined at trial, but, in no event less than $9,686,926, plus interest, costs and his attorneys' fees.

## COUNT IV
### (Tortious Interference With Contract)

39. Vila repeats the allegations contained in paragraphs   through 38, as though fully set forth herein.

40. SHLD and Kmart knew of the Spokesperson Agreement, as amended, between Sears and Vila.

41. SHLD and Kmart, without any right or privilege to do so, intentionally and tortiously interfered with the Spokesperson Agreement with improper purpose or

9

by improper means, causing Sears to breach its obligations to Vila under the Spokesperson Agreement, as amended, to breach the implied covenant of good faith and fair dealing in the Spokesperson Agreement and to repudiate its future obligations to Vila under the Spokesperson Agreement.

42. As a direct and proximate result of SHLD's and Kmart's tortious interference with the Spokesperson Agreement between Sears and Vila, Vila has been damaged in an amount to be determined at trial, but, in no event less than $948,750 and will be damaged in a further amount to be determined at trial, but, in no event less than $9,686,926, plus interest, costs and his attorneys' fees.

## COUNT V
### (Violation of M.G.L. 93A).

43. Vila repeats the allegations contained in paragraphs 1 through 42, as though fully set forth herein.

44. Vila, Sears, SHLD and Kmart are engaged in trade or commerce in the Commonwealth of Massachusetts, within the meaning of M.G.L. c. 93A.

45. By their actions and conduct, Sears, SHLD and Kmart have knowingly and intentionally engaged in unfair and deceptive acts or practices in violation of M.G.L. c. 93A, §§2 and

46. As a direct and proximate result of Sears', SHLD's and Kmart's violations of M.G.L. c. 93A, Vila has been damaged in an amount to be determined at trial but, in no event less than $948,750, trebled, but in no event, less than doubled, plus interest, costs and his attorneys' fees. Further, Vila will be damaged in a

10

further amount to be determined at trial, but, in no event less than $9,686,926, trebled, but in no event, less than doubled, plus interest, costs and his attorneys' fees.

## COUNT VI
### (Breach of Contract)

47. BVTV repeats the allegations contained in paragraphs 1 through 46, as though fully set forth herein.

48. By its failure and refusal to pay BVTV the full, incentive bonus due for the year ended August 31, 2004 and the guaranteed compensation past due BVTV, Sears has breached its obligations to BVTV pursuant to the Syndication Agreement, as amended.

49. As a direct and proximate result of Sears' breach of the Syndication Agreement, BVTV has been damaged in an amount to be determined at trial, but, in no event less than $1,744,500, plus interest, costs and its attorneys' fees.

## COUNT VII
### (Repudiation of Contract)

50. BVTV repeats the allegations contained in paragraphs 1 through 49, as though fully set forth herein.

51. Sears has repudiated its future obligations to BVTV pursuant to the Syndication Agreement.

52. As a direct and proximate result of Sears' repudiation of the Syndication Agreement, BVTV has been damaged in an amount to be determined at trial, but,

11

in no event less than $1,744,500, plus interest, costs and its attorneys' fees, and will be damaged in a further amount to be determined at trial, but, in no event less than $2,194,500, plus interest, costs and its attorneys' fees.

## COUNT VIII
### (Breach of the Implied Covenant of Good Faith and Fair Dealing)

53. BVTV repeats the allegations contained in paragraphs   through 52, as though fully set forth herein.

54. By its actions and conduct, Sears has breached the implied covenant of good faith and fair dealing inherent in the Syndication Agreement

55. As a direct and proximate result of Sears' breach of the implied covenant of good faith and fair dealing inherent in the Syndication Agreement, BVTV has been damaged in an amount to be determined at trial, but, in no event less than $1,744,500, plus interest, costs and its attorneys' fees. and will be damaged in a further amount to be determined at trial, but, in no event less than $2,194,500 plus interest, costs and its attorneys' fees.

## COUNT IX
### (Tortious Interference With Contract)

56. BVTV repeats the allegations contained in paragraphs 1 through 55, as though fully set forth herein

57. SHLD and Kmart knew of the Syndication Agreement, as amended, between Sears and BVTV.

.2

58. SHLD and Kmart, without any right or privilege to do so, intentionally and tortiously interfered with that contract, with improper motive or by improper means, causing Sears to breach its obligations to BVTV under the Syndication Agreement, as amended, to breach the implied covenant of good faith and fair dealing inherent in the Syndication Agreement and to repudiate its future obligations to BVTV under the Syndication Agreement.

59. As a direct and proximate result of SHLD's and Kmart's tortious interference with the Syndication Agreement between Sears and BVTV, BVTV has been damaged in an amount to be determined at trial, but, in no event less than $1,744,500, plus interest, costs and its attorneys' fees and will be damaged in a further amount to be determined at trial, but, in no event less than $2,194,500, plus interest, costs and its attorneys' fees.


## COUNT X
### (Violation of M.G.L. c. 93A)

60. BVTV repeats the allegations contained in paragraphs 1 through 59, as though fully set forth herein.

61. BVTV, Sears, SHLD and Kmart are engaged in trade or commerce in the Commonwealth of Massachusetts, within the meaning of M.G.L. c. 93A.

62. By their actions and conduct, Sears and SHLD have knowingly and intentionally engaged in unfair and deceptive acts or practices in violation of M.G.L. c. 93A, §§2 and

13

63  As a direct and proximate result of Sears   SHLD's and Kmart's violations of M.G.L. c. 93A, BVTV has been damaged in an amount to be determined at trial, but, in no event less than $1,744,500, trebled, but in no event, less than doubled, plus interest, costs and its attorneys' fees   'urther, BV  V will be damaged in a further amount to be determined at trial, but, in no event less than $2,194,500, trebled, but in no event, less than doubled, plus interest, costs and its attorneys' fees

## PRAYERS FOR RELIEF

WHEREFORE, Robert J. Vila and B.V.T.V, Inc. respectfully request that this Court enter judgment, as follows:

A  Awarding Robert J. Vila damages against Sears, Roebuck and Co. in an amount to be determined at trial, but in no event less than $948,750, as a result of Sears Roebuck and Co.'s breach of the Spokesperson Agreement, together with interest, costs and his attorneys' fees;

B  Awarding Robert   Vila damages against Sears, Roebuck and Co. in an amount to be determined at trial, but in no event less than $9,686,926, as a result of Sears, Roebuck and Co.'s repudiation of the Spokesperson Agreement, together with interest, costs and his attorneys' fees;

C  Awarding Robert J  Vila damages against Sears, Roebuck and Co. in an amount to be determined at trial, but in no event less than $10,635,676, as a result of Sears, Roebuck and Co.'s breach of the implied covenant of good faith and fair dealing

inherent in the Spokesperson Agreement, together with interest, costs and his attorneys' fees;

D. Awarding Robert J. Vila damages against Sears Holdings Corporation and Kmart Holding Corporation in an amount to be determined at trial, but in no event less than $10,635,676, as a result of Sears Holdings Corporation's and Kmart Holding Corporation's tortious interference with the Spokesperson Agreement, together with interest, costs and his attorneys' fees;

E. Awarding Robert J. Vila damages against Sears, Roebuck and Co., Sears Holdings Corporation and Kmart Holding Corporation in an amount to be determined at trial, but in no event less than $10,635,676, trebled, but, in no event less than doubled, as a result of Sears, Roebuck and Co.'s, Sears Holding Corporation's and Kmart Holding Corporation's unfair and deceptive conduct in violation of M.G.L. c. 93A, together with interest, costs and his attorneys' fees;

F. Awarding B.V.T.V., Inc. damages against Sears, Roebuck and Co. in an amount to be determined at trial, but in no event less than $1,744,500, as a result of Sears, Roebuck and Co.'s breach of the Syndication Agreement, together with interest, costs and its attorneys' fees;

G. Awarding B.V.T.V., Inc. damages against Sears, Roebuck and Co. in an amount to be determined at trial, but in no event less than $2,194,500, as a result of Sears, Roebuck and Co.'s repudiation of the Syndication Agreement, together with interest, costs and its attorneys' fees;

Awarding B.V.T.V., Inc. damages against Sears, Roebuck and Co. in an amount to be determined at trial, but in no event less than $3,939,000, as a result of Sears,

Roebuck and Co.'s breach of the implied covenant of good faith and fair dealing inherent in the Syndication Agreement, together with interest, costs and its attorneys' fees;

I.  Awarding B.V.T.V., Inc. damages against Sears Holdings Corporation and Kmart Holding Corporation, in an amount to be determined at trial, but in no event less than $3,939,000, as a result of Sears Holdings Corporation's and Kmart Holding Corporation's tortious interference with the Syndication Agreement, together with interest, costs and its attorneys' fees;

J.  Awarding B.V.T.V., Inc. damages against Sears, Roebuck and Co., Sears Holdings Corporation and Kmart Holding Corporation, in an amount to be determined at trial, but in no event less than $3,939,000, trebled, but, in no event, less than doubled, as a result of Sears, Roebuck and Co.'s, Sears Holdings Corporation's and Kmart Holding Corporation's unfair and deceptive conduct in violation of M.G.L. c. 93A, together with interest, costs and its attorneys' fees;

K.  Awarding Robert J. Vila and B.V. .V., Inc. such other and further relief as this Court deems just and proper.

## JURY DEMAND

Robert J. Vila and B.V. .V., Inc. hereby demand a jury as to all claims and issues so triable.

16

ROBERT J. VILA and B.V.T.V., INC.

By their attorney

James F. O'Brien (BBO # 375765)
410 Park Avenue, Suite 1530
New York, New York 10022
212 813 9300
212 813 1907 (fax)

Dated: July 15, 2005

EXHIBIT 217



**KING WORLD PRODUCTIONS, INC.**
1700 Broadway
New York, New York 10019

BVTV Inc.
115 Kingston Street
3rd Floor
Boston, MA 02111
Attn: Bob Vila

September 25, 2005

Re: <u>Bob Vila Syndicated Television Series</u>

Dear Bob:

This letter, when confirmed by BVTV Inc. ("BVTV"), will constitute a further amendment (this "Amendment") to the agreement dated May 16, 2005, as amended on May __, 2005 (collectively, the "Agreement"), between BVTV and King World Productions, Inc. ("King World"), under which King World has acquired from BVTV certain distribution rights to the Series. Any capitalized terms not expressly defined in this amendment shall have the respective meanings ascribed to them in the Agreement.

1. BVTV has advised King World that Sears, Roebuck & Co. ("SR") has, as more fully set forth in the August 23, 2005, letter from Anna R. Sankaran, counsel to SR, to James F. O'Brien, counsel to BVTV(a copy of which letter BVTV has furnished to King World), asserted a claim (among others) that the phrase "Home Again" is a trademark owned by SR and that BVTV's use of that phrase in the title of episodes of the Series being produced for initial distribution during the 2005/6 broadcast season (the "2005/6 Episodes") will violate SR's rights (the "Sears Claim"). BVTV has also, in connection with the Sears Claim, furnished King World with copies of (a) Mr. O'Brien's August 24, 2005, responsive letter to Gary Greenberg, a colleague of Ms. Sankaran, (b) Ms. Sankaran's September 14, 2005, letter to Mr. O'Brien and (c) Mr. O'Brien's September 15, 2005, responsive letter to Ms. Sankaran.

2. BVTV has, without acknowledging the validity of the Sears Claim, requested (the "Title Change Request") that King World agree to a change in the title of the Series, commencing with the 2005/2006 Episodes forward, to "Bob Vila." BVTV confirms that the format of the 2005/6 Episodes, as well as of any subsequent Series episodes, will be comparable to the format of the Series episodes produced for initial distribution during the 2004/5 season. BVTV agrees that the provisions of 15 and 17 of the additional terms and conditions set forth in Exhibit A to the Agreement shall apply to (a) the Sears Claim and (b) any claim (a

JB 9.25.05

"Licensee Title Change Claim") by any licensee of the 2005/6 Episodes, or of any subsequent Series episodes, that the change of the title of the Series from "Bob Vila's Home Again" and/or to "Bob Vila" violates such licensee's rights under its Series license agreement (including, in the event that any such licensee terminates its Series license agreement, King World's entitlement to indemnification from BVTV for King World's share of the Gross Receipts that would have been attributable to such licensee's broadcast of the Series had such license agreement not been so terminated). In reliance upon, and in consideration of, the foregoing confirmations and agreements by BVTV, King World agrees to the Title Change Request. King World, in turn, acknowledges that, as of the date of this Amendment, it has not received any direct information from SR regarding the assertion of any Licensee Title Change Claim by any licensee of the Series.

3. Except as expressly modified by this Amendment, the Agreement shall remain in full force and effect.

Please confirm by countersigning below that the foregoing accurately reflects BVTV's understanding.

Sincerely,

KING WORLD PRODUCTIONS, INC.

By: _____
    Jonathan Birkhahn
    Senior Vice President Business Affairs

CONFIRMED:

B.V.T.V. INC.

By: _____
    Bob Vila

cc: Robert V. Madden, Joseph DiSalvo, Steven A. LoCascio, Ronald E. Feiner, Esq., Johnathan Russo

# EXHIBIT 218

**KING WORLD PRODUCTIONS, INC.**
1700 Broadway
New York, New York 10019

B.V.T.V. Inc.
115 Kingston Street, 3rd Floor
Boston, MA 02111
Attn: Bob Vila

January 30, 2006

Re: <u>Bob Vila Syndicated Television Series</u>

Dear Bob:

I am writing to confirm that, to enable B.V.T.V. Inc. and King World Productions, Inc. to continue to negotiate a potential further amendment to the agreement between them dated May 16, 2005, as amended to date (the "Agreement"), (1) the phrase "February 1" appearing in the first sentence of paragraph 1 of the Agreement shall, with respect to a potential termination of the Term by either party effective as of the end of the 2005/6 season, be amended to read "March 1" (that is, March 1, 2006) and (2) the installment of the Advance that potentially would have been payable on February 1, 2006, shall instead be payable, if payable at all, on March 1, 2006. Any capitalized terms not expressly defined in this amendment shall have the respective meanings ascribed to them in the Agreement. Except as expressly modified by this amendment, the Agreement shall remain in full force and effect.

Please confirm by countersigning below that the foregoing accurately reflects BVTV's understanding.

Sincerely,

KING WORLD PRODUCTIONS, INC.

By: _____
Jonathan Birkhahn
Senior Vice President Business Affairs

CONFIRMED:

B.V.T.V. INC.

By: ARTISTS AGENCY, INC., Authorized Agent

By: _____
Johnathan Russo

cc: Robert V. Madden, Joseph DiSalvo, Steven A. LoCascio, Ronald E. Feiner, Esq., Johnathan Russo

# EXHIBIT 219



**KING WORLD PRODUCTIONS, INC.**
1700 Broadway
New York, New York 10019

B.V.T.V. Inc.
115 Kingston Street
3rd Floor
Boston, MA 02111
Attn: Bob Vila

February __, 2006

Re: Bob Vila Syndicated Television Series

Dear Bob:

This letter, when confirmed by B.V.T.V. Inc. ("BVTV"), will constitute a further amendment (this "Amendment") to the agreement dated May 16, 2005, as amended on May __, 2005, September 25, 2005 and January 30, 2006 (collectively, the "Agreement"), between BVTV and King World Productions, Inc. ("King World"), under which King World has acquired from BVTV certain distribution rights to the Series. Any capitalized terms not expressly defined in this Amendment shall have the respective meanings ascribed to them in the Agreement.

1. The fourth sentence of Paragraph 2 of the Agreement is amended, effective with application to the 2006/7 season forward, to read as follows:

"To fund BVTV's production of the Series for each remaining season of the Term commencing with the 2006/7 season, King World will advance $700,000 (each a "Production Advance"), in the following installments: (i) (a) $466,670 on March 1, 2006, in the case of the Production Advance payable with respect to the 2006/7 season, or (b) $233,335 on each of February 1 and March 1, 2007, in the case of the Production Advance payable with respect to the 2007/8 season, and (ii) $233,330 on June 1 preceding such applicable season. King World will have the right to recoup the Production Advances from any amounts otherwise payable to BVTV (it being understood that the Production Advances will not, subject to compliance by BVTV with all of its obligations under the Agreement and without limitation of King World's aforesaid rights of recoupment, be returnable)."

2. Paragraph 4 of the Agreement is amended, effective with application to the 2006/7 season forward, by inserting the following sentence at the conclusion thereof:

JB 2.17.06                    Page 1 of 4

"Notwithstanding the preceding provisions of this Paragraph 4, if Gross Receipts from any remaining season of the Term, commencing with the 2006/7 season, exceed $1,430,000, the distribution fee payable to King World with respect to such excess Gross Receipts (and only such excess Gross Receipts) will be deferred and recoupable by King World from the first Gross Receipts (if any) from such season in excess of $1,600,000; Exhibit C hereto illustrates the operation of this sentence."

3. Paragraph 5 of the Agreement, together with the associated Exhibit B, are deleted ab initio (that is, with application to the 2005/6 season forward).

4. Paragraph 6 of the Agreement is, effective with application to the 2006/7 season forward, amended and restated to read in its entirety as follows: "Third-party research and satellite costs will be advanced by King World on BVTV's behalf and will, as is the case with respect to the Production Advances, be recoupable by King World from any amounts otherwise payable to BVTV."

5. Except as expressly modified by this Amendment, the Agreement shall remain in full force and effect.

Please confirm by countersigning below that the foregoing accurately reflects BVTV's understanding.

Sincerely,

KING WORLD PRODUCTIONS, INC.

By: _____
    Jonathan Birkhohn
    Senior Vice President Business Affairs

CONFIRMED:

B.V.T.V. INC.

By: _____
    Bob Vila

cc: Robert V. Madden, Joseph DiSalvo, Steven A. LoCascio, Ronald E. Feiner, Esq., Johnathan Russo

JB 2.17.06

Page 2 of 4

## EXHIBIT C – Illustration of Allocation of Gross Receipts, Applicable to 2006/7 Season Forward

### Example 1

| | |
|---|---|
| Gross Receipts ("GR") | $1,300,000 |
| KW distribution fee @35% | $ 455,000 |
| Research/Satellite, recoupable by KW (estimated for purposes of this Exhibit @ $200K total) | $ 200,000 |
| Production Advance to BVTV, recoupable by KW | $ 700,000 |
| Participation to BVTV over and above Production Advance | $ (55,000) |

### Example 2

| | |
|---|---|
| GR | $1,430,000 |
| KW distribution fee @35% | $ 500,500 |
| Research/Satellite, recoupable by KW | $ 200,000 |
| Production Advance to BVTV, recoupable by KW | $ 700,000 |
| Participation to BVTV over and above Production Advance | $ 29,500 |

### Example 3

| | | |
|---|---|---|
| GR | | $1,600,000 |
| KW distribution fee @35% | $560,000 | |
| Distribution fee payable to KW on first $1,430,000 of GR (per Ex. 2) | | $ 500,500 |
| Distribution fee to KW, deferred | $59,500 | |
| Research/Satellite, recoupable by KW | | $ 200,000 |
| Production Advance to BVTV, recoupable by KW | | $ 700,000 |
| Participation to BVTV over and above Production Advance | | $ 199,500 |

Example 4

| | | |
|---|---|---|
| GR | | $1,650,000 |
| KW distribution fee @35% | $577,500 | |
| Distribution fee payable to KW on first $1,430,000 of GR | | $ 500,500 |
| Distribution fee to KW, deferred | $77,000 | |
| Recoupment by KW of deferred distribution fee from first GR in excess of $1,600,000 | | $ 50,000 |
| Research/Satellite, recoupable by KW | | $ 200,000 |
| Production Advance to BVTV, recoupable by KW | | $ 700,000 |
| Participation to BVTV over and above Production Advance (per Ex. 3) | | $ 199,500 |

Example 5

| | | |
|---|---|---|
| GR | | $1,700,000 |
| KW distribution fee @35% | $595,000 | |
| Distribution fee payable to KW on first $1,430,000 of GR | | $ 500,500 |
| Distribution fee to KW, deferred | $94,500 | |
| Recoupment by KW of deferred distribution fee from first GR in excess of $1,600,000 | | $ 94,500 |
| Research/Satellite, recoupable by KW | | $ 200,000 |
| Production Advance to BVTV, recoupable by KW | | $ 700,000 |
| Participation to BVTV from GR @ $1,600,000 over and above Production Advance (per Ex. 3) | | $ 199,500 |
| Additional Participation to BVTV from GR in excess of $1,600,000 | | $ 5,500 |
| Total additional participation to BVTV | | $ 205,000 |

# EXHIBIT 220



## Bob Vila's Home Again, Season 16
## Chronology of Preproduction to 4/18/05

### Dec 2004/ Jan 2005:

At Bob's suggestion that he would like to do a storm-ready home in the Punta Gorda area, I research news and online sources for potential project contacts and storm ready construction initiatives in Florida. My attempt to coordinate a project with Warrick Dunn Fdn initiated through Sears falls through when WDF declines to participate.

### Feb 2005:

I make initial contact with FLASH (Federal Allliance for Safe Homes), where a good story already exists, suppliers are willing, and a project is ready to be developed. Dow's T-Mass system developers, who have been speaking to Mel, express to her an interest in providing the wall system. We enter a holding pattern with Dow and FLASH as we are unable to commit to covering the project on Home Again due to uncertainties in HA funding.

In the meantime, we research and put homeowners in touch with Dow's recommended architect in order to do all preparation possible while we wait for a decision. A few days later, this architect also declines to do the work on grounds he is not licensed in FL and cannot make time for the work.

### March 2005:

We continue to wait for word from Sears. I research other sources for plans for the project, including online home plan providers and the Concrete Homes Council's site. We find several the homeowners like, but still cannot get Dow rolling on re-engineering them as Mel is still not able to promise them we will cover the project on the show.

In the meantime, a new relationship between Bobvila.com and Don Gardner home plans prompts me to talk to them and develop yet more plan ideas that could be adapted by Dow when we could commit. I continue to work on tweaking the homeowners' choices of Don Gardner plans to accommodate FLASH's recommendations for storm resistance as well as other aesthetic concerns like changing front garage entrances, etc.

I continue to work with FLASH on developing the side story to the Punta Gorda home, which would be a lower-income stick built storm repair in a nearby neighborhood.

I also continue to develop relationships with potential product donors to the project so that they're ready to go when we get the go-ahead. Windows, roofing, int. framing package, exterior trim, truss systems, and tiedown hardware, as well as the Dow wall system, are all verbally confirmed, and other new products like pervious concrete are being reviewed by FLASH's tech dept.

On **March 23**, I get word from Mel and Bob that we can commit to covering the project on HA as we have another year of funding. I immediately alert FLASH and the homeowners, and Mel tries to get Dow to give their final commitment as well.

## April 2005:

On **April 1**, Mel tells me that Dow has backed out because their FL franchisee, because we did not commit, has taken on a large project and cannot squeeze this one in. Dow tries to strongarm him but is unsuccessful, and has no alternative but to decline the project.

FLASH scrambles to help me find another builder as soon as possible, as production deadlines are fast approaching and I am now worried that we won't have time to build the house for air after all the waiting.

On **April 13**, I have a conference call with Mercedes Builders, vetted by FLASH and with a strong background in storm-resistant construction. They agree verbally to take on the project, with their own stock plans that have been adapted to their solid-pour concrete wall system. They are currently arranging to meet with the homeowners next week to look at the site and begin negotiations for contracting with them to build the home. They are especially attractive to our production as they call themselves a 90-day builder, and are comfortable with the Oct 1 completion date our production schedule requires. Even with FLASH's influence and help in accelerating the permitting process, we will most likely now have to wait until June to shoot the beginning of construction.

The subject of our side story, the Centro Campesino Farmworker Mission's affordable housing efforts in Arcadia, is confirmed and details are forthcoming.

Our second 13-episode project, the kitchen and garage remodel in MA, is in the planning stages and the homeowner hopes to start getting plans drawn this week. Key product providers (cabinets, foundation,

floors) have been approached and responses are pending.  Local contractors are being screened for their availability by the homeowner. This project also carries an Oct 1 date for completion.

# EXHIBIT 221



Tue, Nov 22, 2005  2:07 PM

**Subject: Plain & Fancy on Bob Vila's Home Again**
**Date:** Tuesday, April 5, 2005 3:19 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <bbennett@whitegood.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>

Dear Barbara:

Thanks for your message the other day;  I've attached the materials you need to determine
Plain & Fancy's interest in participating.  A description of the "Kitchen and Bath"/office
renovation project is included on the second page of the Series Summary.  It's brief, because
we're still developing the concept.

As for the timeline,  we would need to finish production by October 1.  This would mean cabinet
delivery in early August, I'm estimating;  earlier is even better for us.  I've also attached rough
sketches from the homeowner of what they're envisioning.  It would help me to know your
necessary lead time for orders.

We'd be delighted to have Plain & Fancy reps on the show with Bob to demonstrate cabinet
features, design ideas in action, installation, etc.   You'll see that there are several levels of
participation (see Donation Guide, attached) and I'm sure we can find a level you're
comfortable with.

Thanks for considering this;  I hope we can work together.

est,
arah

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

P 0000570

# EXHIBIT 225



EXHIBIT

From: Sarah Monzon <sarah@bobvila.com>
Subject: Whirlpool/ Home Again Season16
Date: May 11, 2005 4:14:25 PM EDT
To: Michael Auerbach <mauerbach@kingworld.com>, <sjtrupchak@kingworld.com>
Cc: Mel Marchand <mel.marchand@bobvila.com>, Dan Newberry <dan.newberry@bobvila.com

Hello Michael and Scott:

Lovely chatting with you today. Here's what we discussed about Whirlpool on
Home Again for the Punta Gorda, FL storm-ready project:

This is a home based on a new prototype engineered by a major builder,
several universities and architectural firms, and several government
agencies looking to build the ideal weather-resistant low-energy home. One
of their engineers has told me that they usually use Carrier heat pumps
(high efficiency: SEER 16 or better) but Whirlpool has a new line out that
they'd be interested in using. Could be a good segment on the show,
probably 2 minutes or so of air time, with features & benefits and some
installation.

Also, kitchen appliances haven't been spec'd yet but they will be all
electric and would like to use Whirlpool Energy Star appliances. Again, we
could feature those in installation phase as well as commenting on them
during the final walkaround: probably a total of 5–7 minutes.

If you'd like me to pursue one or both of these placements, please let me
know whom I should address and I'll gather the necessary specifications for
them.

Best,
Sarah

--

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

Tue, Nov 22, 2005 1:52 PM

**Subject: Whirlpool/ Home Again Season16**
**Date:** Wednesday, May 11, 2005 4:14 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** Michael Auerbach <mauerbach@kingworld.com>, <sjtrupchak@kingworld.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>, Dan Newberry <
dan.newberry@bobvila.com>

Hello Michael and Scott:

Lovely chatting with you today. Here's what we discussed about Whirlpool on Home Again for
the Punta Gorda, FL storm-ready project:

This is a home based on a new prototype engineered by a major builder, several universities
and architectural firms, and several government agencies looking to build the ideal weather-
resistant low-energy home. One of their engineers has told me that they usually use Carrier
heat pumps (high efficiency: SEER 16 or better) but Whirlpool has a new line out that they'd
be interested in using. Could be a good segment on the show, probably 2 minutes or so of air
time, with features & benefits and some installation.

Also, kitchen appliances haven't been spec'd yet but they will be all electric and would like to
use Whirlpool Energy Star appliances. Again, we could feature those in installation phase as
well as commenting on them during the final walkaround: probably a total of 5-7 minutes.

If you'd like me to pursue one or both of these placements, please let me know whom I
should address and I'll gather the necessary specifications for them.

Best,
Sarah

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

P 0000613

EXHIBIT 227

Mon, Nov 28, 2005 3:47 PM



**Subject: Bob Vila's Home Again**
**Date:** Friday, June 3, 2005 2:19 PM
**From:** David J. Masher <david.masher@bobvila.com>
**To:** <jon.pinson@fisherpaykel.com>
**Cc:** Sarah Beasley Monzon <sarah@bobvila.com>
**Category:** Work

Hi Jon, Sarah Monzon asked me to contact you regarding their project in Rowley MA this season. I am the homeowner. We are very excited about DCS being in our kitchen. When Sarah told me you had agreed Bob's marketing person asked why we did not choose DCS for the other appliances. I told her that the architect had not specified those... Anyway, my wife and I went to your website and saw that you do carry the other things we are looking for. I spoke with the architect and he said DCS was his first choice but he was trying to keep us within our budget. Anyway here would be the others if you chose to do so. Either way, thanks very much and have a great weekend!

**30" Single Wall Oven**
WOS-130   Stainless

**24" Convection Microwave Oven**
MO-24-SS  Stainless with 30" trim kit

**30" Warming Drawer**
WDS-30 Stainless


David & Jeanne Masher
74 Wethersfield Street
Rowley, Ma 01969

978-948-6155 home
978-853-5187 cell

P 0000655

EXHIBIT 228

Tue, Nov 22, 2005  2:08 PM



**Subject: FW: DCS on Bob Vila's Home Again?**
**Date:** Friday, June 3, 2005 10:28 AM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** Mel Marchand <mel.marchand@bobvila.com>, David Masher <
david.masher@bobvila.com>
**Cc:** Dan Newberry <dan.newberry@bobvila.com>

Looks like the cooktop and hood are a go from DCS.  Do you want to soften them up first or
shall I just have them deliver?
Thanks
Sarah

------ Forwarded Message
From: Jon Pinson <jon.pinson@fisherpaykel.com>
Date: Wed, 1 Jun 2005 16:45:20 -0700
To: "'Sarah Monzon'" <sarah@bobvila.com>
Subject: RE: DCS on Bob Vila's Home Again?

We are definitely interested in the opportunity.  Please advise the next
step we need to take.  Thanks!

Jon Pinson

> -----Original Message-----
> From:     Sarah Monzon [SMTP:sarah@bobvila.com]
> Sent:     May 25, 2005 11:49 AM
> To:       jon.pinson@fisherpaykel.com
> Cc:     Mel Marchand
> Subject:    DCS on Bob Vila's Home Again?
>
> Dear Jon:
>
> I'm writing because your name is listed on the DCS website as media
> contact.
> DCS appliances were specified by the homeowner on our latest kitchen
> remodel
> project on BOB VILA'S HOME AGAIN, starting production this week, and I
> wanted to explore whether DCS is interested in donating product in
> exchange
> for a feature segment on the show.
>
> I've attached a summary of our programming for this season;  the Rowley
> project on the second page is the one for DCS appliances.  Bob outlines
> product features and benefits to camera as the product is being installed
> in
> these segments, and they last between 4-6 minutes.  Appliances are also
> seen
> in the final of the 13 episodes to be shot on this project as part of the
> tour of the finished project.
>
> As I mentioned, the project is currently starting production and is on a
> very fast track for completion by September, with appliance delivery in
> early July. The following 3 DCS items have been specified:
>

P 0000656

> 1.  Cooktop = 36" Drop-In Cooktop CT-365 (no down draft venting)
>
> http://www.dcsappliances.com/indoor/detail.php?id=13
>
>
>
> 2.  Range Hood = IVS40 Professional Island Ventilation Hoods    (40 inch)
>
> http://www.dcsappliances.com/indoor/detail.php?id=27
>
>
>
> 3.  Island Range Hood Chimney = IVCK
>
> IVCK  Island Venthood Chimney Kit
>
>
> If you think DCS would be interested and can accommodate, I'd be happy to
> talk with you or send more info on the show opportunity as well as
> opportunities on BobVila.com to leverage the TV exposure and generate
> leads
> online.
>
> I look forward to hearing from you.
>
> Best regards,
> Sarah
>
> --
> Sarah Beasley Monzon
> Producer, Bob Vila's Home Again
> BVTV, Inc.
> 115 Kingston St.
> Boston MA 02111
> 617 848 8432 direct line
> 617 848 8401 fax
> sarah@bobvila.com
> www.bobvila.com
>
>
>
>
>
>
>
>
> << File: Series Summary S16.doc >>

------ End of Forwarded Message

P 0000657

# EXHIBIT 229



**GP** **Georgia-Pacific**

EXHIBIT

### Product Donation Request Form

Today's date:  6/13/05

Requesting Company name:  BUTV, Inc.

Contact name/phone#:  SARAH MONZON  (617) 848-8432

Requested delivery date:  August 2 (to 197 Gulfview, Punta Gorda FL) 33950

How/where will product be used?  BOB VILA'S HOME AGAIN
FL STORM-READY HOUSE

How will Georgia-Pacific benefit from this product donation?
GP on-air mention, Bob Vila outlines product features & benefits.

Requested Product(s)

| Product/Size | Quantity |
|---|---|
| GP DensArmor drywall | 15 sheets 5/8" Soffit board |
| | 65 sheets 5/8" 4x12 |
| ~~GP Plytanium~~ | 170 sheets 1/2" 4x12 |
| GP DensSheild Tile Backer | 10 sheets 1/2" |
| | 20 buckets compound |
| | 20 rolls tape |

In exchange for the product donation, please indicate all forms of coverage Georgia-Pacific can expect to receive:

✓ Editorial coverage of Georgia-Pacific product name within the ~~copy of a story~~ on-air segment
  Mention within photo caption of Georgia-Pacific and product name.
  Source quote by Georgia-Pacific representative within the editorial content of a story
  Resource guide listing of product(s) used, including Georgia-Pacific name and web site
  (www.gp.com/build)
  Complimentary access to photography depicting Georgia-Pacific products for use after
  publication date
  Signage at location
  Literature display
  Other (please list)   TV segment mentioning brandname, features & benefits,
  installation.

Please return this completed form to:

Susan Fulginiti
Georgia-Pacific
55 Park Place, 19th Floor
Atlanta, GA 30303
Phone: (404) 652-3689
Fax: (404) 230-7052
Email: skfulgin@gapac.com

EXHIBIT 230

Tue, Nov 22, 2005 2:07 PM

**Subject: Hanson on Bob Vila's Home Again**
**Date:** Thursday, June 16, 2005 2:53 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <connie.ahlefeld@hansonamerica.com>



Dear Connie:

I got your name through Frank Toups in Florida, who is working with Mercedes Builders to supply Hanson Roof Tile to a hurricane-resistant home in Punta Gorda that we're featuring on the TV series BOB VILA'S HOME AGAIN.

I'd love to know more about the tile but Frank didn't seem to have the details on the order right away.  Before we're back in Florida on July 12-14 shooting the roof segment I'd like to have talking points on the tile being used, its attachment method, how it's made, weather resistance, and any other information about the product you'd like to provide.

I'm hoping you can help me out there so we can produce a helpful segment about the tile. Additionally, you may want to explore ways to maximize Hanson's exposure on the show with cross-platform programs on BobVila.com that provide viewers more information on the products they see on Home Again.  Those programs are separate from the product participation on the show, for which there is no other charge besides donation of product and in some cases installation.  If you're interested in on-line programs, you can contact Melissa Marchand at (617) 848 8458 or mel.marchand@bobvila.com.

If there is a preferred Hanson Tile installer you'd like us to work with in producing the segment, please let me know.

I've attached a description of the Punta Gorda project as well as an outline of some of the programs offered by BobVila.com.

I'd be happy to hear from you at your earliest convenience.

Many thanks,
Sarah

--

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

P 0000677

EXHIBIT 231



Tue, Nov 22, 2005 2:07 PM

**Subject: Sun Systems on Bob Vila's Home Again**
**Date:** Friday, June 17, 2005 4:03 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <tbohner@sunsystemsinc.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>, Dan Newberry <
dan.newberry@bobvila.com>, "William A. Zoeller" <wzoeller@swinter.com>, Leslie
Chapman-Henderson <leslie@flash.org>

Hi, Tom:

Well, I gave up on the phone tag when I realized I have your email address, which is more
productive anyway.

I'm delighted to hear from Bill Zoeller that Sun Systems is interested in donating a CopperSun
system to our project in Punta Gorda, FL. There are many details we need to discuss, but I've
just been to your website and learned some more about the system so some questions have
been answered, except perhaps for:

1.  At what stage in roof installation does the system get installed? Is this something we need
to cover next time we're shooting, as roof tile is being installed, or should it wait until it's
complete? Also, can a homeowner retrofit this onto an existing roof without disturbing the
roofing?

2.  Does the system make any allowances for high wind loads? This is, as you know, a
hurricane prone region and this project's main focus is storm readiness building techniques and
products. Just want to be sure it's not going to blow off the roof in the next hurricane! You
may be contacted by FLASH, our partner in this project and our source of expertise on storm
readiness, if they have any questions in this area.

3.  Where on this house have you and Bill decided to put it, and has it been designed with a
traditional electric backup? In the event of an outage, will the CopperSun still be able to
provide hot water to the home by bypassing the electric backup system?

4.  What does the system retail for, can/should homeowners buy and install it themselves?
What does installation generally cost, and can it be done nationwide?

I'd love to have a representative from your company on site to co-host a segment with Bob on
the system, performing the installation and explaining features and benefits, both long and
short term.

I've attached a summary of our programming, for your reference. You will also find attached a
guide for product donors on Home Again who are interested in maximizing their TV exposure
by pairing it with customized cross-platform exposure on BobVila.com. Contact for that is Mel
Marchand (617) 848 8458/ mel.marchand@bobvila.com if you would like to know more. The
website is a separate business from the show participation, for which there is no cost beyond
the donation and installation of the product, but we do recommend it as an excellent way to
get more detailed information to viewers and users.

I also want to give you the info for Jesse Gonzalez, job supervisor, once again so you can be
sure to check in with him on logistics and timing:

jgonzalez@merhomes.com/    (239) 340 8326

If you and Bill have not already engineered this into the home with Mercedes, please be sure to do that before talking to Jesse so it's not a total surprise:

Kirk Malone, Mercedes Homes:   kmalone@merhomes, (321) 259 6972 x254

I know Jesse is working on booking his trades right now, and the roof sheathing is on, so this would be the time to get in touch with him.

Please let me know what questions you have, and keep me in the loop with your communications with Mercedes.  I'll be in the office for another hour here and then back in on Monday.

Many thanks;  I look forward to working with you on what seems like a very interesting segment!

Best regards,
Sarah

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

P 0000679

# EXHIBIT 232

 **Georgia-Pacific**

 *FAXED 6/17*

 *Monzon EXHIBIT*

<u>Product Donation Request Form</u>

**Today's date:** 6/17/05

**Requesting Company name:** BVTV, Inc.

**Contact name/phone#:** SARAH MONZON    (617) 848-8432

**Requested delivery date:** June 28

**How/where will product be used?** BOB VILA'S HOME AGAIN
ROWLEY KITCHEN REMODEL

**How will Georgia-Pacific benefit from this product donation?**

GP On-air mention, product features & benefits,
association w/ Bob Vila.

**Requested Product(s)**

| Product/Size | Quantity |
|---|---|
| GP DensArmor | 42 — 4×12 SHEETS 1/2 INCH THICKNESS |
| ~~GP Plytanium~~ | NOT NEEDED |
| | |

**In exchange for the product donation, please indicate all forms of coverage Georgia-Pacific can expect to receive:**

✓ Editorial coverage of Georgia-Pacific product name within the ~~copy of a story~~ on-air segment
  Mention within photo caption of Georgia-Pacific and product name.
  Source quote by Georgia-Pacific representative within the editorial content of a story
  Resource guide listing of product(s) used, including Georgia-Pacific name and web site
    (www.gp.com/build)
  Complimentary access to photography depicting Georgia-Pacific products for use after
    publication date.
  Signage at location
  Literature display
  Other (please list)

**Please return this completed form to:**
    Susan Fulginiti
    Georgia-Pacific
    55 Park Place, 19th FLoor
    Atlanta, GA 30303
    Phone: (404) 652-3689
    Fax: (404) 230-7052
    Email: skfulgin@gapac.com

EXHIBIT 233

Tue, Nov 22, 2005  2:07 PM

**Subject: FW: Moen on Bob Vila's Home Again**
**Date: Tuesday, June 21, 2005 2:06 PM**
**From: Sarah Monzon <sarah@bobvila.com>**
**To: <trish@tranquilityplumbing.com>**



Hi, Trish:

GREAT talking with you today.  I feel so much less confused!

Below are my messages to and from Moen, and to the homeowners, in an effort to get the kitchen and bath trim spec'd ASAP so you don't have to do a lot of waiting around.  Looks like we might have some delivery issues on one of them, but we'll see what the homeowner winds up liking;  might not be an issue at all.

Let me know what you think.  I really wish I knew what color the Royal Bath Garden tub is in the master so I could be sure about toilet color.   Would you have done white without us anyway?  I'm going to try again, but it's really hard to get this info from Mercedes...

Anyway, thanks for your help...I'll let you know what I hear from Jim & Teresa.

Best,
Sarah

--
Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

------ Forwarded Message
From: Sarah Monzon <sarah@bobvila.com>
Date: Tue, 21 Jun 2005 13:35:53 -0400
To: Jim Minardi <mingminardi@hotmail.com>, Teresa Fogolini <tfogolini@hotmail.com>
Subject: FW: Moen on Bob Vila's Home Again

Hello again...

This might be a lot for one day, but Moen's on board as well so we need to spec trim.  See messages below for history.  They will be comping all bath & kitchen valves & trim, so I wanted to get their suggestions first.  You can look at their website as well, www.moen.com.  Trish seems to think we should stick with a chrome finish to coordinate, at least in bathroom, with valves.  If you don't like the finish you see in these shots, just let me know what you prefer. Same with the model;  it's not required that you choose these.

P 0000682

Oh, and Trish says it's fine to use Toto toilets, which will make them very happy, so could you also check out www.totousa.com and see what you like? Trish says it should be a two-piece toilet to fit the roughs they'll be doing, but beyond that there aren't any other parameters, except you'll want the color to go with the tubs. If you want something other than white, let Trish know right away so she can change the guest tub (which I am not dealing with).

Timewise, need to get the toilet order in right away so we're not waiting for them. Moen too, but not quite as urgent as they're installed later.

Have fun!!!!
Sarah


------ Forwarded Message
From: "Kathy Willmott" <KWillmott@robertfalls.com>
Date: Tue, 21 Jun 2005 13:25:09 -0400
To: "Sarah Monzon" <sarah@bobvila.com>
Subject: RE: Moen on Bob Vila's Home Again

I was just drafting my response...

Okay - for laundry room - love the Moen Big Single (it's stainless but deep, wide and long) and the Aberdeen pull down faucet in the brushed finish

Kitchen - the Vestige (Moen faucet) or the Felicity ShowHouse by Moen faucet (two different looks - I'll send low-res) These have side sprays and/or soap dispensers

Bath -
Waterhill - very traditional looking - has accessories and tub/shower combinations as does the Vestige - elaborate, traditional

I'm checking on the availability of Vestige Collection. It was just launched in May, so it may be a few weeks before its ready for order.

Let me know and I can send you some catalogs asap.

Kathy


-----Original Message-----
From: Sarah Monzon [mailto:sarah@bobvila.com]
Sent: Tuesday, June 21, 2005 1:03 PM
To: Kathy Willmott
Cc: Mel Marchand
Subject: Moen on Bob Vila's Home Again

Hi, Kathy:

Just left you a phone message about this; I know you've been talking with Mel Marchand about Bob Vila stuff so I think this is a good fit.

We're in production in Punta Gorda FL building a storm-ready home for a couple whose home was destroyed in Hurricane Charley. It's being built

by Mercedes Homes;  the plumbing contractor is Tranquility Plumbing in Ft Myers. My contact there is Trish Nicholson  239 939 3000.

Trish and I were just walking through the plumbing for the house and they always use Moen in their homes;  she's working out a reimbursement with her own contact, but rather than go with all builder specs I thought I'd give you folks, and the homeowner, a chance to put your best foot forward, as it were.  If Moen has something they'd particularly like us to feature for lav trim (there are two), kitchen faucets/accessories, and laundry sink faucet, please let me know and I'll run it by the homeowners first.  They will need to start specifying in the next couple of days.

I did tell Trish we'd prefer to see the Moentrol valve over the posi-temp, so we're going to work together on coordinating all the fixtures.

I'd love to hear your thoughts as soon as you get the chance.

Many thanks!
Sarah

--

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

------ End of Forwarded Message

------ End of Forwarded Message

P 0000684

# EXHIBIT 234

Tue, Nov 22, 2005 2:08 PM

**Subject: Moen on Bob Vila's Home Again**
**Date:** Tuesday, June 21, 2005 1:03 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <kwillmott@robertfalls.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>



Hi, Kathy:

Just left you a phone message about this; I know you've been talking with Mel Marchand about Bob Vila stuff so I think this is a good fit.

We're in production in Punta Gorda FL building a storm-ready home for a couple whose home was destroyed in Hurricane Charley. It's being built by Mercedes Homes; the plumbing contractor is Tranquility Plumbing in Ft Myers. My contact there is Trish Nicholson · 239 939 3000.

Trish and I were just walking through the plumbing for the house and they always use Moen in their homes; she's working out a reimbursement with her own contact, but rather than go with all builder specs I thought I'd give you folks, and the homeowner, a chance to put your best foot forward, as it were. If Moen has something they'd particularly like us to feature for lav trim (there are two), kitchen faucets/accessories, and laundry sink faucet, please let me know and I'll run it by the homeowners first. They will need to start specifying in the next couple of days.

I did tell Trish we'd prefer to see the Moentrol valve over the posi-temp, so we're going to work together on coordinating all the fixtures.

I'd love to hear your thoughts as soon as you get the chance.

Many thanks!
Sarah

—

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

P 0000688

EXHIBIT 235

Tue, Nov 22, 2005  2:08 PM

**Subject: Re: Hanson on Bob Vila's Home Again**
**Date:** Tuesday, June 21, 2005 3:09 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** "Ahlefeld, Connie (San Antonio) NA" <Connie.Ahlefeld@hansonamerica.com>



Hi, Connie:
Hope you had a good trip!
I've been unable to connect with Bart to get the details below; in the meantime, I understand
from the homeowner that the tile that was specified was Hacienda Tuscany, so your talking
points could revolve around that.

If you'd like to send a Hanson rep to install and explain the tile during our shoot July 12-14,
we need to arrange that soon.  I'm pretty sure Jesse Gonzalez, the job supervisor, will already
have the roofers lined up, but I want to be sure your product is represented correctly.

Thanks!
Sarah

> Bart, can you please contact Sarah regarding the talking points and
> installation question?  I'll look into the online options when I'm back in the
> office next week.  Sarah, I'm at US Open Pinehurst corporate event through
> Monday but will contact you once I'm back in the office on Tuesday.  Thanks.
>
> Connie Ahlefeld
> Regional Marketing Manager
> Hanson Brick & Tile
>
> _____
>
> From: Sarah Monzon [mailto:sarah@bobvila.com]
> Sent: Thu 6/16/2005 1:53 PM
> To: Ahlefeld, Connie (San Antonio) NA
> Subject: Hanson on Bob Vila's Home Again
>
>
>
> Dear Connie:
>
> I got your name through Frank Toups in Florida, who is working with Mercedes
> Builders to supply Hanson Roof Tile to a hurricane-resistant home in Punta
> Gorda that we're featuring on the TV series BOB VILA'S HOME AGAIN.
>
> I'd love to know more about the tile but Frank didn't seem to have the
> details on the order right away.  Before we're back in Florida on July 12-14
> shooting the roof segment I'd like to have talking points on the tile being
> used, its attachment method, how it's made, weather resistance, and any
> other information about the product you'd like to provide.
>
> I'm hoping you can help me out there so we can produce a helpful segment
> about the tile.  Additionally, you may want to explore ways to maximize
> Hanson's exposure on the show with cross-platform programs on BobVila.com
> that provide viewers more information on the products they see on Home
> Again.  Those programs are separate from the product participation on the
> show, for which there is no other charge besides donation of product and in

> some cases installation.  If you're interested in on-line programs, you can
> contact Melissa Marchand at (617) 848 8458 or mel.marchand@bobvila.com
>
> If there is a preferred Hanson Tile installer you'd like us to work with in
> producing the segment, please let me know.
>
> I've attached a description of the Punta Gorda project as well as an outline
> of some of the programs offered by BobVila.com.
>
> I'd be happy to hear from you at your earliest convenience.
>
> Many thanks,
> Sarah
>
> --
> Sarah Beasley Monzon
> Producer, Bob Vila's Home Again
> BVTV, Inc.
> 115 Kingston St.
> Boston MA 02111
> 617 848 8432 direct line
> 617 848 8401 fax
> sarah@bobvila.com
> www.bobvila.com
>
>
>
>
>
>
>
>
>
>

P 0000690

# EXHIBIT 236

Tue, Nov 22, 2005  2:07 PM

**Subject: Re: DuPont Corian on Bob Vila's Home Again**
**Date:** Wednesday, June 22, 2005 3:38 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** Valerie A Aunet <Valerie.A.Aunet@usa.dupont.com>
**Cc:** Mel Marchand <mel.marchand@bobvila.com>



Hi, Valerie:

Thank you for getting in touch with me. I have also had a conversation with Leigh Sterrett at Parksite and we look forward to working with Corian on the Punta Gorda project.

In terms of the actual order for the project, Leigh will be working with Mercedes Homes to specify the details and I am not sure they've gotten that far yet. I would encourage you to work with Leigh on the logistics of the order, and I can work with you on planning, and scheduling the segment for the show. Once the product is specified, I will need talking points from you on product composition, features and benefits, and installation pointers, which I will incorporate into our shooting script. Right now it looks like countertop installation is scheduled for late August or early September.

I'm attaching some documents which will help you understand more about the project and the show. There is a summary of this season's programming, and a set of plans for the home, as well as a standard donation guide for product donors on the show who want to take fullest advantage of their TV exposure by customizing a cross-platform media campaign on BobVila.com. I encourage you to look at the site if you're not familiar with it, and if you have questions about the levels of participation, please contact Melissa Marchand at mel.marchand@bobvila.com or 617 848 8458. There is no cost for the TV segment itself other than product donation and installation, however the corresponding website opportunity is something you won't want to miss.

Please confirm arrangements via email or let me know what other questions you have. I look forward to working with you!

Best regards,
Sarah

--

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com



```
>
>
> Sarah
> Good morning.  My name is Valerie Aunet, and I am the Marketing Manager for
> DuPont Surfaces Corian* and Zodiaq*.  We have been contacted by our
> distributor, Parksite Florida (Andrea Hawk-Johnson) about providing product
> for the above project.
>
> Please let me know what you will be needing and when and I will advise what
> we can do.,  We would very much like to work with you on this project.
>
> Please feel free to give me a call with any questions.
>
> Thank you
> Valerie Aunet
> Marketing Manager
> DuPont Surfaces
> 302-999-5850
> valerie.a.aunet@usa.dupont.com
>
>
> This communication is for use by the intended recipient and contains
> information that may be privileged, confidential or copyrighted under
> applicable law.  If you are not the intended recipient, you are hereby
> formally notified that any use, copying or distribution of this e-mail,
> in whole or in part, is strictly prohibited.  Please notify the sender
> by return e-mail and delete this e-mail from your system.   Unless
> explicitly and conspicuously designated as "E-Contract Intended",
> this e-mail does not constitute a contract offer, a contract amendment,
> or an acceptance of a contract offer.  This e-mail does not constitute
> a consent to the use of sender's contact information for direct marketing
> purposes or for transfers of data to third parties.
>
> Francais Deutsch Italiano  Espanol  Portugues  Japanese  Chinese  Korean
>
>            http://www.DuPont.com/corp/email_disclaimer.html
>
```

P 0000696

# EXHIBIT 238

Tue, Nov 22, 2005  2:08 PM

**Subject: FW: Landscape Anchors on Bob Vila's Home Again**
**Date:** Thursday, July 21, 2005 3:34 PM
**From:** Sarah Monzon <sarah@bobvila.com>
**To:** <Fbd58@aol.com>


----- Forwarded Message
From: "Angela Polo" <apolo@scgov.net>
Date: Thu, 21 Jul 2005 15:32:20 -0400
To: <sarah@bobvila.com>
Subject: Re: FW: Landscape Anchors on Bob Vila's Home Again

Sarah,
I will look forward to hearing from him. I have several landscape/irrigation contractors
interested. I have spoken with Teresa and I will be developing the landscape plan next week.
I'll keep you posted as I get firm commitments from the vendors.
Angela

Angela Polo
FYN Builders & Developers Coordinator
University of Florida,
Sarasota, Manatee, Charlotte Counties
6700 Clark Road
Sarasota, FL 34241
Phone 941-861-9809
Fax 941-861-9886
Mobile 941-232-4536
polo@scgov.net
>> Sarah Monzon <sarah@bobvila.com> 07/21/05 1:45 PM >>>
Hi, Angela:
I'm forwarding the response from Michael Dudek, below, who is interested in
working directly with you on developing the plan for anchoring the landscape
on the Punta Gorda Project.  I'm copying him so you have each others' email
and can communicate directly.

Please keep me in the loop and let me know when you have the beginnings of a
plan and a list of the products you plan to use.  I'm still working with
Jesse to determine our schedule in late August, but we should be ready to do
at least hardscape then.  Finished landscape stories can be shot on our wrap
shoot, scheduled for week of Sept. 13.

Thanks!
Sarah

--

Sarah Beasley Monzon
Producer, Bob Vila's Home Again
BVTV, Inc.
115 Kingston St.
Boston MA 02111
617 848 8432 direct line
617 848 8401 fax
sarah@bobvila.com
www.bobvila.com

P 0000732

------ Forwarded Message
From: Fbd58@aol.com
Date: Thu, 21 Jul 2005 11:53:17 EDT
To: sarah@bobvila.com
Subject: Re: Landscape Anchors on Bob Vila's Home Again

Sarah

Thank you for your interest in our tree staking and anchoring  systems. We
are extremely interested in supplying and installing our  products for your
upcoming episode. I can work directly with the  University of Florida if you
wish
to give me your contact, that will give me a  proactive approach and we can
work together on the design. My office is in South  Florida, so I am readily
available to assist them on this project.

We are also marketing a security/storm anchor for patio furniture, BBQ's,
Pet shelters or any outdoor products. So while a home is away the anchor is
used
for security and if a storm is threatening this anchor can be attached to
the  various items for hold down purposes. We also carry an anchoring system
for
a  storage shed if you are considering one for the yard.

The tree staking and security/storm anchors are designed to have a
permanent
anchor in the ground and the above ground cables can be easily and  quickly
removed before and after the storms. This provides a clean, cosmetic  look
to
the landscape design.

If a brick paver system is included in the project, we also manufacture
patented wire edging and staking system that is very easy to install and
the
lowest cost system on the market.

As you can see, we have a large number of products for homeowner use. If
there is any other way that I can assist you, I will be glad to do so for
this
or any upcoming episode.

Michael Dudek


Better Bilt Products, Inc.
Horticultural Products Division
Phone -  561-737-6069
Fax - 561-752-3887
Direct Email - Fbd58@aol.com