UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC., <br><br> Plaintiffs, <br><br> v. <br><br> SEARS, ROEBUCK AND COMPANY, SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION, <br><br> Defendants. | Civil Action No. 05-11717-REK |

## **DECLARATION OF ANNAPOORNI R. SANKARAN (VOLUME IV)**

I, Annapoorni R. Sankaran declare and say:

1. I am a shareholder at Greenberg Traurig, LLP, a member of the bar of this Court and, along with Gary R. Greenberg, Esq., am counsel for defendants Sears, Roebuck and Company, Sears Holdings Corporation and Kmart Holding Corporation (collectively "Defendants").

2. True and accurate copies of a 4 disc DVD set of Bob Vila's television show "Bob Vila" are attached to Volume IV as Exhibit P (filed physically with the court and not electronically).

2. A true and accurate copy of a DVD of Bob Vila's interview on Fox Magazine dated September 11, 2005 is attached to Volume IV as Exhibit Q (filed physically with the court and not electronically).

SIGNED UNDER THE PENALTIES OF PERJURY THIS 11TH DAY OF APRIL, 2006.

/s/ Annapoorni R. Sankaran
ANNAPOORNI R. SANKARAN

CERTIFICATE OF SERVICE

      I Annapoorni R. Sankaran, hereby certify that, pursuant to Local Rule 5.4(c), on April 11, 2006 I served a copy of the foregoing electronically upon:

James F. O'Brien, Esq.
410 Park Avenue, Suite 1530
New York, NY 10022

                                            /s/ Annapoorni R. Sankaran
                                            Annapoorni R. Sankaran