UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. VILA and B.V.T.V., INC.,

    Plaintiffs,

v.

SEARS, ROEBUCK AND COMPANY,
SEARS HOLDINGS CORPORATION and
KMART HOLDING CORPORATION,

    Defendants.

Civil Action No. 05-11717-REK

## JOINT MOTION TO WITHDRAW DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND PLAINTIFFS' OPPOSITION THERETO AND TO IMPOUND

Pursuant to Fed. R. Civ. P. 26(c) and Local Rule 7.2(a), Defendants Sears, Roebuck and Company ("**Sears**"), Sears Holdings Corporation ("**Sears Holdings**") and Kmart Holding Corporation ("**Kmart Holding**") (collectively "**Defendants**"), jointly with plaintiffs Robert J. Vila ("**Vila**"), B.V.T.V., Inc. ("**BVTV**") (collectively "**Plaintiffs**"), hereby jointly move to (a) withdraw Defendants' Emergency Motion For Protective Order That The Depositions Of Edward S. Lampert And Alan Lacy Not Be Had ("**Defendants' Motion for Protective Order**"), (b) withdraw Plaintiffs' Opposition To Defendants' Emergency Motion For Protective Order That The Depositions Of Edward S. Lampert and Alan Lacy Not Be Had ("**Plaintiffs' Opposition to Defendants' Emergency Motion For Protective Order**") and (c) impound Exhibit 109 attached to Plaintiffs' Opposition to Defendants' Emergency Motion For Protective Order. In support of this motion, the parties state the following:

    1.    The parties believe they have resolved the issues set forth in Defendants' Motion for a Protective Order and have come to an agreement with respect to certain outstanding

discovery, and accordingly, there is no need to move forward with Defendants' Motion for a Protective Order. Accordingly, the parties respectfully requests that this Court allow them to withdraw Defendants' Motion for Protective Order and Plaintiffs' Opposition to Defendants' Emergency Motion For Protective Order.

    2.    With respect to the request to impound, Defendants state that certain documents were inadvertently produced to the Plaintiffs that are protected by the attorney-client privilege and which contain confidential and proprietary information. These documents were marked as Deposition Exhibit 109 during discovery in this case and a portion of Deposition Exhibit 109 was attached to Plaintiffs' Opposition to Defendants' Emergency Motion For Protective Order as. As part of their agreement, Plaintiffs have agreed to allow Defendants to withdraw from production these documents and preserve the confidentiality of these document. Accordingly, the Defendants, with the assent of Plaintiffs, request that this Court impound Exhibit 109 attached to Plaintiffs' Opposition to Defendants' Emergency Motion For Protective Order (which will remain in the public record). Further, Defendants represent that upon the expiration of the impoundment period, counsel for Defendants will retrieve Deposition Exhibit 109 immediately.

    WHEREFORE, the parties respectfully request that this Court (a) permit Defendants to withdraw <u>Defendants' Emergency Motion For Protective Order That The Depositions Of Edward S. Lampert And Alan Lacy Not Be Had</u>, (b) permit Plaintiffs to withdraw <u>Plaintiffs' Opposition To Defendants' Emergency Motion For Protective Order That The Depositions Of Edward S. Lampert and Alan Lacy Not Be Had</u> and (c) impound Exhibit 109 attached to

Plaintiffs' Opposition to Defendants' Emergency Motion For Protective Order.

| | |
|---|---|
| **RESPECTFULLY SUBMITTED:**<br>ROBERT J. VILA and B.V.T.V., INC.,<br>Plaintiffs/ Defendants-in-Counterclaim,<br>By their attorneys:<br><br>/s/ James F. O'Brien<br>James F. O'Brien, BBO #375765<br>410 Park Avenue, Suite 1530<br>New York, NY 10022<br>(212) 813-9300<br>(212) 813-1907 (fax) | **RESPECTFULLY SUBMITTED:**<br>SEARS HOLDINGS CORPORATION and<br>KMART HOLDING CORPORATION,<br>Defendants, and SEARS, ROEBUCK AND<br>CO., Defendant/Counterclaimant,<br>By their attorneys:<br><br>/s/ Annapoorni R. Sankaran<br>Gary R. Greenberg, BBO #209420<br>Annapoorni R. Sankaran, BBO #631065<br>Sebastian R. Colley, BBO #663842<br>GREENBERG TRAURIG, LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000<br>(617) 310-6001 (fax) |

CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 24, 2006.

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran