UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC., <br><br>　　Plaintiffs, <br><br>v. <br><br>SEARS, ROEBUCK AND COMPANY, SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION, <br><br>　　Defendants. | Civil Action No. 05-11717-REK |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Robert J. Vila ("**Vila**") and B.V.T.V., Inc. ("**BVTV**") (collectively "**Plaintiffs**"), with the assent of defendants Sears, Roebuck and Co. ("**Sears**"), Sears Holdings Corporation ("**Sears Holdings**"), and Kmart Holding Corporation ("**Kmart Holding**") (collectively "**Defendants**"), hereby move for an extension of time to file their opposition to Defendants' Cross-Motion For Summary Judgment up to and including fourteen days after the Plaintiffs take the deposition of the witness designated by Sears pursuant to FED. R. CIV. P. 30(b)(6). In support of their motion, Plaintiffs state that the parties have agreed to resolve certain discovery disputes and the Defendants are making a FED. R. CIV. P. 30(b)(6) witness available for deposition by the Plaintiffs. The Plaintiffs need this testimony prior to completing their opposition to Defendants' cross-motion for summary judgment. The parties have agreed that Plaintiffs may have until May 12, 2005 or 2 weeks after the conclusion of the FED. R. CIV. P. 30(b)(6) deposition to file their opposition to Defendants' cross-motion for summary judgment. The parties will notify this court once the deposition has been scheduled and the FED. R. CIV. P.

30(b)(6) deposition has concluded.  The Defendants assent to the requested extension.

WHEREFORE, Plaintiffs Robert J. Vila and B.V.T.V., Inc. respectfully request that this Court extend the time by which they are to file their opposition to Defendants' Cross-Motion For Summary Judgment up to and including fourteen days after the Plaintiffs take the deposition of Defendants FED. R. CIV. P. 30(b)(6) designee.

| **RESPECTFULLY SUBMITTED:** | **ASSENTED TO BY:** |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC., | SEARS HOLDINGS CORPORATION and |
| Plaintiffs/ Defendants-in-Counterclaim, | KMART HOLDING CORPORATION, |
| By their attorneys: | Defendants, and SEARS, ROEBUCK |
|  | AND CO.,  Defendant/Counterclaimant, |
| /s/ James F. O'Brien | By their attorneys: |
| James F. O'Brien, BBO #375765 |  |
| 410 Park Avenue, Suite 1530 | /s/ Annapoorni R. Sankaran |
| New York, NY 10022 | Gary R. Greenberg, BBO #209420 |
| (212) 813-9300 | Annapoorni R. Sankaran, BBO #631065 |
| (212) 813-1907 (fax) | GREENBERG TRAURIG, LLP |
|  | One International Place, 20th Floor |
|  | Boston, MA 02110 |
|  | (617) 310-6000 |
|  | (617) 310-6001 (fax) |

LOCAL RULE 7.1(A)(2) CERTIFICATE

I, James F. O'Brien, hereby certify that on April 24, 2006 I sent an e-mail counsel for plaintiffs by electronic mail and attempted in good faith to resolve the issues regarding Plaintiff's Motion to Extend Time to File Opposition to Defendants' Cross Motion for Summary Judgment and  Defendants assent to this motion.

CERTIFICATE OF SERVICE

I James F. O'Brien, hereby certify that, pursuant to Local Rule 5.4(c), on April 24, 2006 I served a copy of the foregoing by electronic mail upon

Annapoorni R. Sankaran
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02144

/s/ James F.  O'Brien
James F. O'Brien