UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. VILA and B.V.T.V., INC.,

    Plaintiffs,

v.

SEARS, ROEBUCK AND COMPANY,
SEARS HOLDINGS CORPORATION and
KMART HOLDING CORPORATION,

    Defendants.

Civil Action No. 05-11717-WGY

### NOTIFICATION OF SCHEDULING OF FED. R. CIV. P. 30(b)(6) DEPOSITIONS AND DATE ON WHICH OPPOSITION TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT IS DUE PURSUANT TO MARCH 25, 2006 ORDER

Pursuant to Plaintiffs' April 24, 2006 Assented-To Motion To Extend Time To File Opposition To Defendants' Cross-Motion For Summary Judgment (Docket No. 37) ("Plaintiffs' Assented-To Motion To Extend") and this Court's April 25, 2006 Order approving the same ("Order"), plaintiffs Robert J. Vila ("**Vila**") and B.V.T.V., Inc. ("**BVTV**") (collectively "**Plaintiffs**"), and Defendants Sears, Roebuck and Co. ("**Sears**"), Sears Holdings Corporation ("**Sears Holdings**"), and Kmart Holding Corporation ("**Kmart Holding**") (collectively "**Defendants**"), have agreed to deposition dates for Defendants' FED. R. CIV. P. 30(b)(6) designees. The depositions of Defendants' FED. R. CIV. P. 30(b)(6) designees have been scheduled to take place between July 18-20, 2006. Therefore, in accordance with Plaintiffs' Assented-To Motion To Extend, and this Court's Order, Plaintiffs may have up to and including August 3, 2006 to file their opposition to Defendants' cross-motion for summary judgment.

| | |
|---|---|
| **RESPECTFULLY SUBMITTED:**<br>ROBERT J. VILA and B.V.T.V., INC.,<br>Plaintiffs/ Defendants-in-Counterclaim,<br>By their attorneys:<br><br>/s/ James F. O'Brien<br>James F. O'Brien, BBO #375765<br>410 Park Avenue, Suite 1530<br>New York, NY 10022<br>(212) 813-9300<br>(212) 813-1907 (fax) | **RESPECTFULLY SUBMITTED:**<br>SEARS HOLDINGS CORPORATION and<br>KMART HOLDING CORPORATION,<br>Defendants, and SEARS, ROEBUCK<br>AND CO., Defendant/Counterclaimant,<br>By their attorneys:<br><br>/s/ Annapoorni R. Sankaran<br>Gary R. Greenberg, BBO #209420<br>Annapoorni R. Sankaran, BBO #631065<br>GREENBERG TRAURIG, LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000<br>(617) 310-6001 (fax) |