```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 05-11717-WGY


 * * * * * * * * * * * * * * * * **
                                    *
 ROBERT J. VILA and B.V.T.V., INC., *
                                    *
           Plaintiffs,              *
                                    *
 v.                                 *   STATUS CONFERENCE
                                    *
 SEARS, ROEBUCK AND CO.,            *
 SEARS HOLDINGS CORPORATION         *
 and KMART HOLDING CORPORATION,     *
                                    *
           Defendants.              *
 * * * * * * * * * * * * * * * * **



                BEFORE:  The Honorable William G. Young,
                                District Judge


 APPEARANCES:

         LAW OFFICES OF JAMES F. O'BRIEN (By James
    F. O'Brien, Esq.) 410 Park Avenue, Suite 1530,
    New York, New York 10022, on behalf of the
    Plaintiffs


         GREENBERG TRAURIG, LLP (By Annapoorni R.
    Sankaran, Esq.), One International Place, 20th
    Floor, Boston, Massachusetts 02110, on behalf of
    the Defendants


                                              1 Courthouse Way
                                              Boston, Massachusetts

                                              July 14, 2006
```