UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11717-WGY

|  |  |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC. | ) |
| Plaintiffs, | ) |
| v. | ) |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION and KMART HOLDING COPORATION Defendants. | ) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs' Robert J. Vila ("Vila") and B.V.T.V., Inc., ("BVTV"), by their attorney and pursuant to F.R.C.P. 56(b), hereby submit their Opposition to Defendants' Motion for Leave to File Reply to Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment on all Counts of Plaintiffs' First Amended Complaint.

Although having been served with Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment on July 21, 2006, Defendants' Motion was not filed until Thursday afternoon, July 27, 2006, just prior to the oral argument scheduled for July 31, 2005 at 2:00PM. Defendants' proposed Reply includes a seven page Memorandum and 78 pages of Exhibits. Indeed, Defendants proposed Reply, does nor truly "reply" to Plaintiffs' Opposition, but rather, attempts to blunt, if not reform, the deposition testimony of defendants' designated Rule

30(b)(6) witness as to the alleged trademark "Home Again" taken on July 5, 2006 and excerpts of which are attached as Exhibit H to the Declaration of James F. O'Brien, included with Plaintiffs' Opposition.

Plaintiffs Robert J. Vila and B.V.T.V., Inc. respectfully request that this Court deny Defendants' Motion for Leave to File Reply and that plaintiffs be awarded their costs and attorney's fees in connection with this Opposition.

                              ROBERT J. VILA and B.V.T.V., INC.
                              By their attorney,

                              /s/ James F. O'Brien_____
                              James F. O'Brien (BBO # 375765)
                              410 Park Avenue, Suite 1530
                              New York, New York 10022
                              212 813 9300
Dated: July 28, 2006                jfob1@aol.com

## CERTIFICATE OF SERVICE

I, James F. O'Brien, counsel for plaintiffs, hereby certify that on July 28, 2006 I served a true copy of the foregoing Opposition upon Anna Sankaran, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110 counsel for defendants by overnight mail, postage prepaid and electronically.

                              /s/ James F. O'Brien
                              James F. O'Brien