UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11717-WGY

|  |  |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC. | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| SEARS, ROEBUCK AND CO., | ) |
| SEARS HOLDINGS CORPORATION | ) |
| and KMART HOLDING COPORATION | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION TO WITHDRAW**
**PLAINTIFFS' MOTION TO FURTHER AMEND COMPLAINT**

Plaintiffs Robert J. Vila and B.V.T.V., Inc., by their attorney, hereby move to withdraw, without prejudice, Plaintiffs' Motion to Further Amend Complaint filed with this Court on July 11, 2006.

As grounds therefore, plaintiffs say that, although plaintiffs do not credit the arguments asserted in Defendants' Opposition to Plaintiffs' Motion to Further Amend Complaint, and specifically defendants' purported need for additional discovery, plaintiffs do not wish to delay the trial of this matter now scheduled for September 2006 and are prepared to proceed to trial.

2

Dated: July 28, 2006                      ROBERT J. VILA and B.V.T.V., INC.
                                          By their attorney
                                          /s/ James F. O'Brien
                                             James F. O'Brien (BBO #375765)
                                             410 Park Avenue, Suite 1530
                                             New York, NY 10022
                                             212 813 9300
                                             jfob1@aol.com

## CERTIFICATE OF CONFERENCE

I, James F. O'Brien, counsel for Plaintiffs, hereby certify, pursuant to Local Rule 7.1(A)(2), that I have conferred with Anna Sankaran, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110, counsel for defendants, and have attempted in good faith to resolve the issues which are the subject of the within Motion.

                                          /s/James F. O'Brien
                                          James F. O'Brien


## CERTIFICATE OF SERVICE

I, James F. O'Brien, counsel for plaintiffs, hereby certify that on July 28, 2006 I served a true copy of the foregoing Motion upon Anna Sankaran, Esq., Greenberg, Traurig LLP, One International Place, Boston, MA 02110 counsel for defendants electronically.

                                          /s/ James F. O'Brien
                                          James F. O'Brien