```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

                                          Civil Action
                                          No. 05-11717-WGY


* * * * * * * * * * * * * * * **
                                *
ROBERT J. VILA and B.V.T.V., INC.,  *
                                *
          Plaintiffs,           *
                                *
v.                              *    MOTION HEARING
                                *
SEARS, ROEBUCK AND CO.,         *
SEARS HOLDINGS CORPORATION      *
and KMART HOLDING CORPORATION,  *
                                *
          Defendants.           *
* * * * * * * * * * * * * * * **


          BEFORE:  The Honorable William G. Young,
                   District Judge


APPEARANCES:

          LAW OFFICES OF JAMES F. O'BRIEN (By James
    F. O'Brien, Esq.) 410 Park Avenue, Suite 1530,
    New York, New York 10022, on behalf of the
    Plaintiffs


          GREENBERG TRAURIG, LLP (By Annapoorni R.
    Sankaran, Esq. and Gary R. Greenberg, Esq.), One
    International Place, 20th Floor, Boston,
    Massachusetts 02110, on behalf of the Defendants



                                     1 Courthouse Way
                                     Boston, Massachusetts

                                     July 31, 2006
```