UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. VILA and B.V.T.V., INC.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION,<br><br>　　　Defendants. | Civil Action No. 05-11717-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　　Pursuant to FED. R. CIV. P. 41, plaintiffs Robert J. Vila and B.V.T.V., Inc., and defendants Sears, Roebuck and Co., Sears Holdings Corporation and Kmart Holding Corporation hereby dismiss all claims and counterclaims set forth or which could have been set forth in the above entitled civil action, with prejudice, without costs and with all rights of appeal waived.

| | |
|---|---|
| **RESPECTFULLY SUBMITTED:**<br>ROBERT J. VILA and B.V.T.V., INC.,<br>Plaintiffs/ Defendants-in-Counterclaim,<br>By their attorney:<br><br>/s/ James F. O'Brien<br>James F. O'Brien, BBO #375765<br>410 Park Avenue, Suite 1530<br>New York, NY 10022<br>(212) 813-9300<br>(212) 813-1907 (fax) | **RESPECTFULLY SUBMITTED:**<br>SEARS HOLDINGS CORPORATION and KMART HOLDING CORPORATION,<br>Defendants, and SEARS, ROEBUCK AND CO., Defendant/Counterclaimant,<br>By their attorneys:<br><br>/s/ Annapoorni R. Sankaran<br>Gary R. Greenberg, BBO #209420<br>Annapoorni R. Sankaran, BBO #631065<br>Sebastian R. Colley, BBO #663842<br>GREENBERG TAURIG, LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000<br>(617) 310-6001 (fax) |

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 5.4, I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 29, 2006.

<u>/s/ Annapoorni R. Sankaran</u>
Annapoorni R. Sankaran